# U.S. District Court
## District of Hawaii (Hawaii)
## CRIMINAL DOCKET FOR CASE #: 1:20-mj-00862-KJM All Defendants

Case title: USA v. Rhule                              Date Filed: 07/15/2020

Assigned to: MAGISTRATE JUDGE
KENNETH J. MANSFIELD

## Defendant (1)

**Kenneth John Rhule**                 represented by   **Craig W. Jerome**
                                                        Office of the Federal Public Defender
                                                        PJKK Federal Building
                                                        300 Ala Moana Blvd Rm 7-104
                                                        Honolulu, HI 96850
                                                        808 541-2521
                                                        Email: Craig_Jerome@fd.org
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Public Defender or*
                                                        *Community Defender Appointment*

## Pending Counts                                      ## Disposition
None

## Highest Offense Level (Opening)
None

## Terminated Counts                                   ## Disposition
None

## Highest Offense Level (Terminated)
None

## Complaints                                          ## Disposition
Count 1: 21:841A=CD.F - Conspiracy
to Manufacture and Distribute
Marijuana or Marijuana Distillates: 21
United States Code, Sections 84l(a)(l),
(b)(l)(A), and 846 out of Western
District of Washington At Seattle; Case
No. MJ20-390

**Plaintiff**

USA                                         represented by  **Mohammad Khatib**
                                                            Office of the United States Attorney
                                                            Prince Kuhio Federal Building
                                                            300 Ala Moana Blvd Ste 6100
                                                            Honolulu, HI 96850
                                                            (808) 541-2850
                                                            Fax: (808) 541-2958
                                                            Email: mohammad.khatib@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Government*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2020 | | Arrest (Rule 5) of Kenneth John Rhule<br>(jo) (Entered: 07/15/2020) |
| 07/15/2020 | 1 | RULE 5 AFFIDAVIT by Affiant HSI Agent Clint Ige as to Defendant Kenneth John Rule - Signed by MAGISTRATE JUDGE KENNETH J. MANSFIELD on 7/15/2020.<br>(jo) (Entered: 07/15/2020) |
| 07/15/2020 | 2 | EO: as to Kenneth John Rhule - Initial Appearance - Rule 5 is set for 07/16/2020 at 9:30 a.m. before MAGISTRATE JUDGE KENNETH J. MANSFIELD. (Added attorney Craig W. Jerome for Kenneth John Rhule is provisionally appointed pending submission of Defendant's Financial Affidavit form at a later date.)<br><br>Given the United States District Court for the District of Hawaii's June 1, 2020 Temporary General Order Regarding District of Hawaii Response to COVID-19 Emergency and June 29, 2020 Order Authorizing the Use of Telephonic and Video Hearings pursuant to the CARES Act due to the ongoing COVID-19 pandemic and public health emergency, including the anticipated long term need to maintain certain social distancing and other measures intended to protect the public, court employees, and counsel from being exposed to the COVID-19 virus, while at the same time regulating criminal matters, the hearing will be held telephonically. Parties are to participate via telephone through our AT&T Service. Call-in information for this conference is below. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.<br><br>Dial in number is 1-877-848-7030<br>Access Code is 2123668<br><br>(MAGISTRATE JUDGE KENNETH J. MANSFIELD)(bbb) (Entered: 07/15/2020) |
| | | |

| 07/15/2020 | 3 | MOTION to Detain *Motion to Detain Defendant Without Bail* by USA as to Kenneth John Rhule. (Khatib, Mohammad) (Entered: 07/15/2020) |
|---|---|---|
| 07/15/2020 | 4 | EO: as to Kenneth John Rhule - Due to a conflict in the Court's schedule, the Initial Appearance - Rule 5 Hearing TIME IS CONTINUED from 9:30 a.m. to 9:50 a.m. on the same date of 07/16/2020 before MAGISTRATE JUDGE KENNETH J. MANSFIELD.<br><br>Given the United States District Court for the District of Hawaii's June 1, 2020 Temporary General Order Regarding District of Hawaii Response to COVID-19 Emergency and June 29, 2020 Order Authorizing the Use of Telephonic and Video Hearings pursuant to the CARES Act due to the ongoing COVID-19 pandemic and public health emergency, including the anticipated long term need to maintain certain social distancing and other measures intended to protect the public, court employees, and counsel from being exposed to the COVID-19 virus, while at the same time regulating criminal matters, the hearing will be held telephonically. Parties are to participate via telephone through our AT&T Service. Call-in information for this conference is below. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.<br><br>Dial in number is 1-877-848-7030<br>Access Code is 2123668<br><br>(MAGISTRATE JUDGE KENNETH J. MANSFIELD)(bbb) (Entered: 07/15/2020) |
| 07/16/2020 | 5 | EP: TELEPHONIC INITIAL APPEARANCE - RULE 5 (OUT) hearing held.<br><br>Defendant is in custody and present via telephone from the Federal Detention Center.<br><br>Mr. Jerome represents that the Defendant waives his right to appear in person and consent to appear via telephone. Court conducted a colloquy with Defendant. Defendant confirms counsel's representation.<br><br>Craig W. Jerome and the Office of the Federal Public Defender are appointed pending submission of Defendant's Financial Affidavit form at a later date.<br><br>Defendant waives the Preliminary Hearing and to have it reset in the charging district. Waiver of Rule 5 & 5.1 Hearings **not** signed and filed.<br><br>Detention hearing is set for July 22, 2020 @ 9:30 a.m. before Magistrate Judge Kenneth J. Mansfield.<br><br>Defendant to remain in the custody of the Federal Detention Center.<br><br>Initial Appearance in Rule 5 Proceedings as to Kenneth John Rhule held on 7/16/2020 Detention Hearing is set for 7/22/2020 09:30 AM before MAGISTRATE JUDGE KENNETH J. MANSFIELD |

| | | |
|---|---|---|
| | | (FTR AT&T 10:12 am - 10:33 am)<br>(MAGISTRATE JUDGE KENNETH J. MANSFIELD)<br>(jo) (Entered: 07/20/2020) |
| 07/22/2020 | [6](#) | EP: TELEPHONIC DETENTION hearing held.<br><br>Defendant is in custody and present via telephone from the Federal Detention Center.<br><br>Mr. Jerome represents that the Defendant waives his right to appear in person and consent to appear via telephone. Court conducted a colloquy with Defendant. Defendant confirms counsel's representation.<br><br>Hearing the argument of counsel and the Defendant Kenneth John Rhule ("Rhule")'s Washington attorney, Peter Offenbecher, Esq. and considering the report and comments from U.S. Pretrial Services, the Court ORDERS Rhule's temporary release, as follows, for immediate transportation from Federal Detention Center Honolulu to the United States District Court for the District of Washington, Seattle Courthouse, as follows:<br><br>On July 23, 2020, Federal Detention Center Honolulu is authorized to release Rhule from custody to Department of Homeland Security, Homeland Security Investigation (HSI) Task Force Officer Clint Ige. Rhule is required to strictly comply with all orders and instructions from Mr. Ige.<br><br>Mr. Ige shall transport Rhule directly from FDC Honolulu to the Honolulu International Airport. Mr. Ige (or another HSI Agent) shall accompany Rhule at all times until Rhule boards his flight to Seattle. Rhule is responsible for purchasing travel on board the July 23, 2020 evening flight from Honolulu to Seattle on either Delta Airlines or Alaska Airlines.<br><br>An agent from HSI, DEA or another suitable Federal agency shall meet Rhule at his arrival gate at Sea-Tac Airport early morning July 24, 2020. Rhule shall remain at his arrival gate until the Federal agent arrives. Rhule is required to strictly comply with all orders and instructions from the Federal agent. This agent shall transport the Rhule directly to the United States District Court, Western District of Washington, Seattle Courthouse, where Rhule will be detained pending his initial appearance in Court that day and further order of that Court.<br><br>U.S. Pretrial Services will not be supervising Rhule during this temporary release.<br><br>[3](#) Governments Motion to Detain Defendant Without bail, terminated as MOOT.<br><br>Defendant to remain in the custody of the Federal Detention Center pending temporary release for transport.<br><br>Detention Hearing as to Kenneth John Rhule held on 7/22/2020<br>[3](#) Motion to Detain as to Kenneth John Rhule (1): terminated as moot<br><br>(FTR-Ctrm AT&T 9:43 am - 10:00 am) |

| | | (MAGISTRATE JUDGE KENNETH J. MANSFIELD)<br>(jo) (Entered: 07/22/2020) |
|---|---|---|
| 07/22/2020 | 7 | ABSTRACT OF RELEASE as to Kenneth John Rhule<br>Release date: July 23, 2020<br>(jo) (Entered: 07/23/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/24/2020 05:18:15 | | | |
| **PACER Login:** | PratherSN:5697848:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-mj-00862-KJM |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**