IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 15, 2020, 11:24 am
Michelle Rynne, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>vs. )<br><br>KENNETH JOHN RHULE, )<br><br>Defendant. )<br>_____ ) | MAGIS. NO. 20-862 KJM<br><br>AFFIDAVIT OF CLINT IGE |

## AFFIDAVIT OF CLINT IGE

CLINT IGE, after being duly sworn, deposes and states as follows:

1.     I am a Special Agent with Homeland Security Investigations (HSI) and am currently assigned to Honolulu, HI.

2.     Attached hereto and incorporated herein by reference as Exhibit "1" is a true and correct copy of an arrest warrant issued by the U.S. District Court for the Western District of Washington on July 1, 2020, for the above-named defendant, Kenneth John Rhule, in Criminal Case 20-mj-390BAT. This warrant was presented to me on July 14, 2020, by HSI Special Agent Kyle Maher, assigned to the Seattle, WA office.  As indicated in the warrant itself, the underlying basis for this arrest was a Complaint, which charged the following violations: Conspiracy to Manufacture and Distribute Marijuana or Marijuana Distillates (Count 1).

Pursuant to this warrant, defendant Kenneth John Rhule was arrested in this District yesterday at about 2:20 p.m.

FURTHER AFFIANT SAYETH NAUGHT.

CLINT IGE, Special Agent
Homeland Security Investigations

Sworn to under oath before me telephonically,
and attestation acknowledged pursuant to
Federal Rule of Criminal Procedure 4.1(b)(2)
on July 15, 2020:

Kenneth J. Mansfield
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _Shawn Kathy_
Deputy Clerk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. MJ20-390 |
| KENNETH JOHN RHULE | ) | |
| | ) | |
| | ) | |
| ——————————————— | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     KENNETH JOHN RHULE                                                                                   .
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 (Conspiracy to Manufacture and Distribute Marijuana or Marijuana Distillates)

Date:     July 1, 2020

_____
*Issuing officer's signature*

City and state:     Seattle, Washington

Brian A. Tsuchida, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* **07-14-20** , and the person was arrested on *(date)* **07-14-20** at *(city and state)* **Honolulu, Hawaii** . |
| Date:     **07-14-20**        _____  *Arresting officer's signature*  HSI TFO Clint Ige  *Printed name and title* |

EXHIBIT 1

The Honorable Brian A. Tsuchida

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _Stacie Mattus_
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES, | NO. MJ20-390 |
| Plaintiff, | **COMPLAINT FOR VIOLATION** |
| v. | Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846 |
| KENNETH JOHN RHULE, | |
| Defendant. | |

BEFORE United States Magistrate Judge Brian A. Tsuchida, Seattle, Washington. The undersigned complainant being duly sworn states:

## COUNT 1
### (Conspiracy to Manufacture and Distribute Marijuana or Marijuana Distillates)

Beginning no later than October 2014 and continuing until at least in or about March 2020, in Snohomish County, within the Western District of Washington, and elsewhere, the defendant, KENNETH JOHN RHULE, and others known and unknown, did knowingly and intentionally conspire to manufacture and distribute marijuana, a Schedule I controlled substance under Title 21, United States Code, Section 812.

It is further alleged that the conduct of KENNETH JOHN RHULE, as a member of the conspiracy charged in this Count, which includes the reasonably foreseeable

COMPLAINT/RHULE - 1
USAO #2018R00575

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

conduct of other members of the conspiracy charged in this Count, involved 1,000 kilograms or more of a mixture and substance containing a detectable amount of marijuana.

All in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A), and 846.

And the complainant states that this Complaint is based on the following information:

**I, Ernest McGeachy, being first duly sworn on oath, depose and say:**

1. I am a Special Agent with the U.S. Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), assigned to the Special Agent in Charge ("SAC"), in Seattle, Washington. I have been a special agent with HSI since October 2010. HSI is responsible for enforcing the customs and immigration laws and federal criminal statutes of the United States. As part of my duties, I investigate criminal violations relating to cybercrimes on the Dark Net, narcotics, and human smuggling and trafficking. I have investigated and/or participated in many federal criminal investigations involving narcotics, human smuggling and trafficking, and cybercrimes on the Dark Net.

2. I am a graduate of the Federal Law Enforcement Training Center ("FLETC") Basic Criminal Investigator Training Program, the Immigration and Customs Special Agent Training Program, and the Naval Criminal Investigative Service ("NCIS") Special Agent Training Program. Before joining HSI, I worked as a special agent with NCIS, and as a Customs and Border Protection officer. I have been a federal law enforcement officer for over twenty years. I hold a bachelor's degree in Political Science from Western Washington University. I also hold a master's degree in Human Relations from the University of Oklahoma.

3. This affidavit is made in support of a complaint for the arrest of KENNETH JOHN RHULE for violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846 (Conspiracy to Manufacture and Distribute Marijuana

COMPLAINT/RHULE - 2
USAO #2018R00575

or Marijuana Distillates). Because this affidavit is submitted for that limited purpose, I am not including every fact known to me about this defendant or the larger investigation.

4.     The information in this affidavit is based upon the investigation I have conducted in this case, my conversations with other law enforcement officers who have engaged in various aspects of this investigation, and my review of reports written by other law enforcement officers involved in this investigation.

5.     This affidavit is being presented by electronic means pursuant to Local Criminal Rule 41(d)(3).

## PROBABLE CAUSE

### I.     Summary of Investigation

6.     The DEA and Homeland Security Investigations ("HSI") have been investigating whether KENNETH JOHN RHULE (hereinafter referred to as "RHULE"), his son Kenneth Warren Rhule, and others, manufactured and distributed marijuana distillates and extracts, in violation of 18 U.S.C. §§ 841 and 846.

7.     That investigation has shown that, from at least October 2014 until March 2020, RHULE, along with his co-conspirators, manufactured and sold marijuana distillates and extracts. These marijuana distillates and extracts include those referred to as "wax," "shatter," "clear," and marijuana buds—products that contain THC and are regulated by the State of Washington. Despite selling marijuana products, neither RHULE nor his company, HerbinArtisans, is listed as an applicant or licensee to produce, process, transport, or sell marijuana or marijuana products in the State of Washington.

### II.     RHULE's Manufacture and Sale of Marijuana Distillates and Extracts

8.     Since at least October 2014, RHULE, along with Kenneth Warren Rhule and others, has been manufacturing and selling marijuana distillates and extracts. As described herein, RHULE: (1) made the initial capital investment necessary to manufacture marijuana products, (2) produced and sold marijuana distillates and extracts,

COMPLAINT/RHULE - 3
USAO #2018R00575

(3) recorded sales and inventory for HerbinArtisans—the label used by RHULE to sell his products, and (4) profited from the illicit marijuana sales.

**A. Initial Operations**

9.     RHULE, along with Kenneth Warren Rhule and others, began manufacturing and selling marijuana products no later than October 2014.

10.    RHULE provided a substantial portion of the initial capital needed to begin growing and distilling marijuana.  RHULE described these investments in the following text messages sent to his son, Kenneth Warren Rhule:

a.     According to a text message sent by RHULE on March 30, 2015, RHULE told his son, in relevant part: " I've got well over 6 figures into this, and I've received a grand total of $425 from a QP on the first aero trial run."

b.     Similarly, on April 21, 2015, RHULE sent a message to his son, which stated, in part:

> All working capital has come from me, all infrastructure has come from me, all tools, equipment, inventory, vehicles, etc. have come from me, the building rent and utilities are paid by me, and he is still having a hard time cash flowing... Like I told [J] day 1... You need to model the business around a dead minimum of $200k per month in revenues, otherwise the baseline expenses will be too high to make any worthwhile profits...

11.    In these conversations with Kenneth Warren Rhule, RHULE also described the quantity of marijuana they hoped to grow and sell, along with the profits they expected to make.

a.     For example, on March 30, 2015,[1] RHULE told his son, in relevant part:

> This op at the warehouse is 95% done.  It's setup to generate 2535lbs per room every 60 days (which is 2535 lbs once per month out of alternating rooms) that is $5070k per month, plus the trim that it yields. That, along with supplemental oil to keep the system running is another 2535k per

---

[1] This is a continuation of the text message described in the prior paragraph.

COMPLAINT/RHULE - 4
USAO #2018R00575

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

month. That can be run smoothly with just [C and M2] (or 2 employees ). That's roughly 100k per month in revenue with costs of less that 18k per month... That leaves uswith 80k per month for you and I. When the construction is finished, that output becomes a walk in the park. As the employees get familiar with the systems, they dial them in further and can do it in their sleep. It doesn't need to be stessful. It doesn't need [M], end user sales, etc. Simply moving volume wholesale to a small handful of people. After the setup is done, this whole thing can operate with A couple of people, it really won't be that involved. It's time consuming because it involved construction and learning the industry. Both of those variables are nearly complete now.

      b.    Similarly, on August 7, 2015, RHULE sent a text message to his son, which stated, in relevant part:

At 2 runs a day, 5 days a week, after paying the cost of material, at 12% yield, and $12 per gram sell price, there should be $39k in profit per month. If we say all business expenses are $10k, including rent, utilities, supplies, has, food, etc. that should leave $29k... We should each take 5k and put the other 19k in the safe... This doesn't count any harvest, that's simply 2 runs per day, 5 days per week at an average of 12% yield, with a sell price of a smidge over 5k per lb....

    12.    In the initial years of their operations, RHULE, along with Kenneth Warren Rhule, grew a portion of the marijuana plants they used to manufacture distillates and extracts.

      a.    For example, on October 10, 2014, RHULE sent the following picture, via text message, to Kenneth Warren Rhule, which depicted part of their marijuana grow:

COMPLAINT/RHULE - 5
USAO #2018R00575

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



b.      Similarly, on May 16, 2015, RHULE also sent the following picture, via text message, to his son:

Along with this picture, RHULE stated "Not training for scrog since they are getting vert lighting also..."  Based on my training and experience, and information gained during the course of this investigation, I recognize the term "scrog" to refer to a method of growing marijuana to increase yields.

13.     After growing these plants, RHULE and his co-conspirators used them to manufacture marijuana distillates and extracts, include those referred to as "wax," "shatter," "clear," and marijuana buds—products that contain THC and are regulated by the State of Washington.

a.     For example, on October 22, 2014, Kenneth Warren Rhule texted RHULE the following picture:



Based on my training and experience, and other information learned during the course of this investigation, I know the product shown in photograph above is consistent with the marijuana distillate or extract referred to as "shatter." In response to receiving this picture, along with others, RHULE replied "That first pic shows how clear it is! How long did you purge that? Is it the same stuff that you were making into pills. Or is that the stuff we pulled down?"

b.     RHULE also discussed the extraction process with his son, including informing him of the steps RHULE had taken to manufacture marijuana distillates and isolates. For example, on July 19, 2015, RHULE sent his son the following messages, via text: "I did a bho run… I also did the initial purge/muffin. Two Slabs are in the oven (oven is off now) with a vac pulled but no heat. What r u doing today?"

**B.  HerbinArtisans**

COMPLAINT/RHULE - 7
USAO #2018R00575

14.     Starting no later than February 2015, RHULE, along with his co-conspirators, began manufacturing marijuana products using the company name HerbinArtisans.   I believe that RHULE served as the Chief Executive Officer ("CEO") of HerbinArtisans, for reasons described in further detail below.

### 1.     RHULE's Use of the HerbinArtisans' Google Account

15.     On February 10, 2015, Kenneth Warren Rhule registered for an enterprise account[2] with Google, using the domain name @herbinartisans.com.  After this account was created, RHULE was assigned, and used, the email address ken@herbinartisans.com.

16.     In addition to sending and receiving emails regarding HerbinArtisans' grow operations, sales, and other items, RHULE and his co-conspirators used HerbinArtisans' Google Drive folder to access and store files related to HerbinArtisans' business, distillation and extraction process, and organization.

a.     For example, in HerbinArtisans' Google Drive, which RHULE had access to, there were logos for the company, including the following:



---

[2] A Google Enterprise account is a Google product that provides cloud computing, productivity, and collaboration tools for business clients.  HerbinArtisans' files were stored in a Google Drive account associated with Kenneth Warren Rhule's kenny@herbinartisans.com account, and were shared with RHULE's ken@herbinartisans.com account.

COMPLAINT/RHULE - 8
USAO #2018R00575

b.    Additionally, HerbinArtisans' Google Drive also held an organizational chart, created on January 18, 2016, which listed "Ken"—whom I believe to be RHULE—as the "CEO," while "Kenny"—a name used by Kenneth Warren Rhule—was listed as the "COO" of the organization.  While this organizational chart is not titled, and does not state which organization it describes, I believe it is an organizational chart for HerbinArtisans.  Notably, other individuals, known to also be associated with HerbinArtisans, were listed in subordinate roles with the titles "Garden technician," "Processing lead," "Processor," and "VP" on this chart.

**2.    RHULE's Involvement in Selling HerbinArtisans' Products**

17.    After forming HerbinArtisans, Kenneth Warren Rhule created an Instagram page to advertise and sell the company's products.  The HerbinArtisans account was created on March 26, 2016, using the registered email address kenny@herbinartisans.com, used by Kenneth Warren Rhule.

18.    On January 29, 2020, the HerbinArtisans account had 324 posts, 1,058 followers, and contained the description "PNW Extracts and Distillate[.]  All our own work [.]  Nothing for sale[.]"  Previously, the HerbinArtisans account included the language "DM for inquiries[.]  Bitcoin and Crypto Friendly."  As of June 12, 2020, the account remained active, but has since been changed to a private page.

19.    The posts for this account include multiple photographs and videos, with the most recent posted on April 17, 2019.  Some of these photographs are included below:

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**herbinartisans** Some more #goldenticket shatter, who's wants a golden ticket? #herbinartisans



**herbinartisans** Stable D9 #distillate #cat2



**herbinartisans** BCSP ready to go #herbinartisans #klearkrew #flower #mmj #seattle

COMPLAINT/RHULE - 10
USAO #2018R00575

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970




**herbinartisans** Cookies coming out
🔴#GSC #seattle #420 #710
#herbinartisans #klearkrew
#heady.watr

20.     Based on my training and experience, the products shown in photographs above are consistent with various marijuana distillates and extracts, including those referred to as "shatter," "oil", "clear," and marijuana buds.

21.     In addition to posting photographs of marijuana distillates and extracts, Kenneth Warren Rhule and his co-conspirators also used the HerbinArtisans Instagram page to send and receive direct messages— private communications—with others regarding selling HerbinArtisans' products.  For example, the following communications were sent to and from the HerbinArtisans Instagram account:

a.     On June 18, 2019, coastisclearnj messaged HerbinArtisans "You guys have any d9 liters in the 6-6.5 range?  Crypto ready."

b.     On May 13, 2019, solteksolutions messaged HerbinArtisans "Can you contact me in regards to bulk shatter and distillate orders?  I need 6 lb of shatter currently and 1L of clear distillate."

c.     On March 12, 2019 erikkve messaged HerbinArtisans "Warm greetings to you and your crew! . . . I'd like to inquire about a small order of raw distillate (for edible or dab use) . . . I've already sent my WA state medical card."  In response, HerbinArtisans directed erikkve to communicate via encrypted messaging service Wickr.

22.     Based on my review of the Instagram direct messages, HerbinArtisans would often tell prospective clients to switch over to encrypted messaging services like

COMPLAINT/RHULE - 11
USAO #2018R00575

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Wickr and Signal to continue negotiations for product sales. For example, on July 14, 2017, northwest_dabber sent a message to HerbinArtisans, stating "I Need a ticket on distillate gram syringes bulk and best quality nug run slabs or good white plant/trim runs." In response, HerbinArtisans asked "You have signal" and provided a telephone number associated with Kenneth Warren Rhule.

    23.    Although it appears that Kenneth Warren Rhule was predominately responsible for selling marijuana products using the HerbinArtisans Instagram page, RHULE was also involved in selling marijuana distillates and extracts, including via Craigslist and the dark web.

    a.    For example, on November 12, 2015, RHULE texted Kenneth Warren Rhule stating, in part, "I'm putting out more ad's with better keywords… There[3] ads don't pop up with the keywords, and are pretty basic… I'm jazzing them ups bit and making them more visible, but wanted to set prices to be able to hand it off to them where they make a reasonable profit built in..." Five minutes after sending this text, RHULE also sent his son the following: "How much should I put in a Craig's list as so they will be happy with the markup they make on the leads I forward to them?"

    b.    On December 22, 2015, RHULE emailed a Craigslist response to Kenneth Warren Rhule. The response stated "How much for a 4 gram eighth I live by manormarket off 164." RHULE forwarded this response to Kenneth Warren Rhule, stating "Do you wanna help this guy he sounds close to you …" Kenneth Warren Rhule replied to the Craigslist poster, stating "I can do $100 for 4gr of shatter. It's grape ape x middle fork." Based on my training and experience, and information learned during the course of this investigation, I recognize these emails to describe the sale of marijuana products.

---

[3] It appears that RHULE was referring to other employees of HerbinArtisans who were responsible for selling marijuana products.

COMPLAINT/RHULE - 12
USAO #2018R00575

c.     In addition to selling marijuana products on Craigslist, RHULE also sold marijuana products on the dark web.  For example, on April 24, 2015, RHULE texted Kenneth Warren Rhule, in relevant part, "Also, I have some KILLER deep web locations for selling..."

d.     Similarly, on May 16, 2015, RHULE texted Kenneth Warren Rhule "Also, online deep web... Setup a couple order takers... The proceeds go into a bitcoin account we control... They send in the orders each day, we ship them, and we pay out the commission when the Bitcoin escrow is released..."

**3.     RHULE's Involvement in Acquiring Marijuana Trim**

24.     While initially, RHULE and his co-conspirators grew at least a portion the marijuana plants used to manufacture distillates and extracts, they also purchased marijuana trim[4] from other growers in order to produce their marijuana products.  Later in their operations, it appears that RHULE and his co-conspirators were predominately using purchased trim to manufacture their products.

a.     For example, on August 15, 2015, RHULE texted Kenneth Warren Rhule "Did [C.E.] get with you for the trim contact? I gave him prepaid funds to get 13 lbs, and told him to call me if we needed more). That with the 7 lbs we have wi[ll] be enough for full runs next week though."

b.     Similarly, on September 11, 2015, RHULE texted Kenneth Warren Rhule "When r u going to get trim, and how many pounds? Lemon skunk was 345 and produced 51... It smells incredible, but just a hair under 15%.

c.     On December 4, 2015, RHULE sent an email to Kenneth Warren Rhule, forwarding a Craigslist email that said "have lb or 2 i'd like to have processed if you do such jobs.  % to you.  & can trade bud for your products."  Based on my training

---

[4] Trim is the waste product of the growing cannabis plants. Throughout the growing process the plants leaves are trimmed to focus on the buds produced by the plant. The buds are the most sought-after part of the plant. The trim produced is considered waste but has become a popular product to be used in the production of marijuana distillates.

COMPLAINT/RHULE - 13
USAO #2018R00575

and experience, and information learned during the course of this investigation, I know that bud refers to marijuana.

        d.    Kenneth Warren Rhule's personal Google account and iCloud account also contained photographs of marijuana trim, including the following photograph, last edited on January 7, 2018:



### 4.    RHULE's Role in Distilling and Extracting Marijuana Products

25.    After obtaining the marijuana trim, RHULE, along with his co-conspirators, used that trim to manufacture marijuana distillates and extracts. RHULE participated in distilling and extracting marijuana products, including by drafting a distillation worksheet in an effort to standardize their operations.

        a.    For example, on January 10, 2016, RHULE sent Kenneth Warren Rhule an email, stating:

> I quickly drafted a very basic extraction worksheet. This is a 1 page document that needs to follow the extraction process from the very beginning to the end. Its designed to place accountability on each the extract technician, and the purge technician. Additionally, its a document that will hang by clip on the column, to the stainless table, to the oven and act as a quick visual to each batch (with all the info we need). Take a look, I am sure it can be more robust, but this is just to get us going. We need

COMPLAINT/RHULE - 14
USAO #2018R00575

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

this in place Monday morning.  Feel free to enhance it if....  Print out 50-100 of these at the shop and we need to make sure everyone uses them.

RHULE attached an "Extraction Process Worksheet" to the email, which listed items like "Trim weight," "Strain used," and "Concentrate packaged for sale."

      b.      Similarly, on November 4, 2015, RHULE texted Kenneth Warren Rhule: "I did last night... Broke the assembly patty into 3 patties and muffins them... They initial purged out good at 104107.  I flipped them and did a quick purge in the other side... They are probably 80% purged..."  Based on my training and experience, along with information gathered during the course of this investigation, I recognize these statements to refer to marijuana distillation and extraction.

**5.      RHULE's Involvement in Recording HerbinArtisans' Profits and Expenses**

      26.      In order to record HerbinArtisans' sales, profits, expenses, invoices, and other data, RHULE used Xero, a cloud-based accounting software.  RHULE, along with others, was responsible for updating Xero's records.

      a.      According to information obtained from Xero, "Ken R," using the email address krhule@icloud.com—an email address associated with RHULE, was listed as an active user for the account, with the following roles: "Financial Adviser; Standard; Manage Users; Payroll Administration; Subscriber; Bank Account Admin."  RHULE, using this account, was also listed as the primary "Subscriber" for the Xero account, while all other individuals were listed as "Invited User[s]."

      b.      RHULE logged into Xero and updated HerbinArtisans' records over 200 times from August 2015 until December 2019.

      c.      RHULE also advised others on how to record items in Xero.  For example, on December 2, 2015, C.E. emailed RHULE and Kenneth Warren Rhule, stating "Hey guys, I took 2 oz of O.G. Kush to settle a personal debt.  I'm not sure how we should enter it into the system."  Based on my training and experience, and

information learned during the course of this investigation, I know that O.G. Kush refers
to a marijuana product.  That same day, RHULE responded:

> Ok, thats a pretty simple transaction… Invoice the 2 ounces out to you at
> wholesale rate.  When thats done let me know the invoice #, and I will go in
> to xero and apply payment in full to the invoice, but instead of having you
> pay that in cash, I will apply the payment to your advances instead.  The net
> result would be the same as taking an advance for the wholesale price of the
> oil.

27.     Additionally, the Xero data indicates that RHULE is a part owner or
operator of HerbinArtisans.

a.     According to an Income Statement saved in this account, from 2015
until 2019, HerbinArtisans earned a "Total [Gross] Income" of $13,710,069.27 and a
"Net Income" of $2,574,850.33.

b.     From August 2015 until April 2017, HerbinArtisans issued more
than $25,000 in payments to "Kenneth Rhule," "Ken R," or "Ken Rhule"—believed to be
RHULE.

c.     From December 2015 until May 2018, "Kenneth J"—believed to be
RHULE—also received more than $150,000 in payments from HerbinArtisans for,
among other things, payroll, expense reimbursement, and loan repayments.

**C. Search of HerbinArtisans' Production Facility**

28.     Since August 2016, HerbinArtisans has been extracting and distilling
marijuana products at a property located at 29428 181st Street SE, Monroe, Washington,
which is also assigned the address 29209 Cedar Ponds Road, Monroe, Washington
(hereinafter referred to as the "Monroe Property").  On March 10, 2020, agents searched
this location, along with others, pursuant to warrants.

29.     On March 10, 2020, RHULE was found to be living at the Monroe
Property, in a residence located nearby the warehouse where marijuana products were
being extracted.  RHULE was present when law enforcement agents executed the search
warrants.  The distance between RHULE's residence (bottom of photograph with brown

COMPLAINT/RHULE - 16
USAO #2018R00575

roof) and the warehouse (top of photograph with white roof) is depicted in the following aerial surveillance photograph:



30.     As described below, during the search of the Monroe Property, agents located bulk marijuana, marijuana distillates, and drug paraphernalia, among other items.

a.      Inside a warehouse located on the property, agents found processing equipment and materials dedicated to the extraction and concentration of marijuana including: various types of industrial-grade machinery, steel tables, industrial amounts of dry ice, dry-ice storage bin coolers, metal cylinders of various sizes, flexible metal hoses, pressure cylinders, various pumps, industrial scales, stainless steel pressure cylinders, pressure covers, vacuum pumps, electric motors, a mini dryer, a terpene trap, tube racks, mixers, chemistry mixers, multiple ovens and drying racks containing marijuana distillate products.

b.      Inside the warehouse, agents also found associated materials and equipment, including a label maker, bins, buckets, industrial fans, multiple industrial

COMPLAINT/RHULE - 17
USAO #2018R00575

sized pressurized gas tanks, a shop-vac, heavy-duty dollies, ladders, welding equipment, industrial amounts of "monodisperse silica gel," "aromatizing clay," large quantities of mylar bags, multiple jars and lids, rubber gloves, and other items used to manufacture and produce controlled substances.

        c.     Inside the warehouse, agents also found approximately 29 large garbage bags filled with marijuana plant material and multiple glass jars containing refined marijuana distillate products. Agents further found a large rotary evaporator with multiple large glass flasks, a heavy-duty press, and a 50-gallon tank of pressurized butane.

        d.     Agents found numerous pre-printed documents headlined "Hydrocarbon Inventory Process worksheet" throughout the warehouse which detailed the weight and results of the extraction process. These pre-printed worksheets were completed with handwritten notes from various individuals whose identities have not been verified. Fields on the work sheet include: "Date" and "Assembly" (often filled out with a name or left blank). Each worksheet contained information for four "columns" (steel cylinders used to extract THC) with a "weight" and "strain" field for each column. Three fields for "Wet Weight," "Dry Weight," and "Slab Count" were present.

        e.     Between the residence, where RHULE was residing at the time, and the warehouse, investigators located a tent containing: (1) six 50-gallon drums of "N-Heptane," a highly flammable alcohol used in the marijuana distillate extraction process; and (2) three assault rifles with loaded magazines. Next to the tent, investigators found a white 2008 Dodge Sprinter transport van. An extension cord running from a nearby shed into the front passenger side of the van was plugged into an electric air purifier which rested on the dashboard. Numerous small air-fresheners were scattered around the van. Modifications had been made to block the ventilation system along the front wall of the separate rear cargo transport area. Investigators believe that this cargo van was used to transport unprocessed marijuana plants for the production and manufacturing of marijuana distillate products.

f.      In total, agents found approximately 1,000 kilograms of bulk marijuana or marijuana extracts, with packaging, when they executed search warrants in connection with this case in March 2020.[5]  Approximately 986.4 of these kilograms were located in the warehouse on the Monroe Property.

31.      In the Instagram direct messages, HerbinArtisans described selling marijuana extracts and distillates manufactured at a facility in Monroe, Washington, believed to be the Monroe Property searched by law enforcement.

a.      For example, on January 28, 2018, mike_b_dabbin sent a message to HerbinArtisans stating "Hey i used to get concentrates from you guys quite often . . . I was wondering if i could get a few slabs from you guys?  Always love that terpy shatter." In response, HerbinArtisans replied "we are actually a little deeper now in Monroe but we can cruise to Woodinville or closer when we meet."

b.      On January 25, 2018, kylelaroche messaged HerbinArtisans, stating "Hey I used to get some product from you guys . . . Is there anyone I could get linked up with to get some more?"  In response, on February 4, 2018, HerbinArtisans messaged kylelaroche, stating "It would be tomorrow, he lives up north too and the shop is in Monroe."

32.      For his role in the conspiracy, on March 10, 2020, Kenneth Warren Rhule was arrested and charged with Conducting an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. § 1960, Money Laundering, in violation of 18 U.S.C. § 1956, and Conspiracy to Manufacture and Distribute Marijuana, in violation of 21 U.S.C. §§ 841 and 846.

---

[5] Law enforcement searched the Monroe Property, RHULE's residence, RHULE's vehicle, and RHULE's person.

COMPLAINT/RHULE - 19
USAO #2018R00575

**CONCLUSION**

33.     Based on the foregoing, I respectfully submit there is probable cause to believe that KENNETH JOHN RHULE has committed violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846 (Conspiracy to Manufacture and Distribute Marijuana or Marijuana Distillates).

Ernest McGeachy, Complainant
Special Agent
Homeland Security Investigations


The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing Complaint and Affidavit on  1st  day of July, 2020.  Based on the sworn Complaint and Affidavit, the Court hereby finds that there is probable cause to believe the defendant committed the offenses set forth in the Complaint.

BRIAN A. TSUCHIDA
United States Magistrate Judge

COMPLAINT/RHULE - 21
USAO #2018R00575

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970