# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-MJ-00862-KJM-1 |
| CASE NAME: | United States of America v Kenneth John Rhule |
| ATTY FOR PLA: | Mohammad Khatib |
| ATTY FOR DEFT: | Craig W. Jerome |
| U.S. Pretrial Officer: | Diane Arima-Linscott |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | AT&T Service |
| DATE: | 07/16/2020 | TIME: | 10:12 - 10:33 |

COURT ACTION: EP: TELEPHONIC INITIAL APPEARANCE - RULE 5 (OUT) hearing held.

Defendant is in custody and present via telephone from the Federal Detention Center.

Mr. Jerome represents that the Defendant waives his right to appear in person and consent to appear via telephone. Court conducted a colloquy with Defendant. Defendant confirms counsel's representation.

Craig W. Jerome and the Office of the Federal Public Defender are appointed pending submission of Defendant's Financial Affidavit form at a later date.

Defendant waives the Preliminary Hearing and to have it reset in the charging district. Waiver of Rule 5 & 5.1 Hearings **not** signed and filed.

Detention hearing is set for July 22, 2020 @ 9:30 a.m. before Magistrate Judge Kenneth J. Mansfield.

Defendant to remain in the custody of the Federal Detention Center.

*Submitted by: Bernie Aurio, Courtroom Manager*