# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-MJ-00862-KJM-1 |
| CASE NAME: | United States of America v Kenneth John Rhule |
| ATTY FOR PLA: | Mohammad Khatib |
| ATTY FOR DEFT: | Craig W. Jerome |
| U.S. Pretrial Officer: | Diane Arima-Linscott |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | AT&T Service |
| DATE: | 07/22/2020 | TIME: | 9:43 - 10:00 |

COURT ACTION:  EP:  TELEPHONIC DETENTION  hearing held.

Defendant is in custody and present via telephone from the Federal Detention Center.

Mr. Jerome represents that the Defendant waives his right to appear in person and consent to appear via telephone. Court conducted a colloquy with Defendant. Defendant confirms counsel's representation.

Hearing the argument of counsel and the Defendant Kenneth John Rhule ("Rhule")'s Washington attorney, Peter Offenbecher, Esq. and considering the report and comments from U.S. Pretrial Services, the Court ORDERS Rhule's temporary release, as follows, for immediate transportation from Federal Detention Center Honolulu to the United States District Court for the District of Washington, Seattle Courthouse, as follows:

On July 23, 2020, Federal Detention Center Honolulu is authorized to release Rhule from custody to Department of Homeland Security, Homeland Security Investigation (HSI) Task Force Officer Clint Ige.  Rhule is required to strictly comply with all orders and instructions from Mr. Ige.

Mr. Ige shall transport Rhule directly from FDC Honolulu to the Honolulu International Airport.  Mr. Ige (or another HSI Agent) shall accompany Rhule at all times until Rhule boards his flight to Seattle.  Rhule is responsible for purchasing travel on board the July 23, 2020 evening flight from Honolulu to Seattle on either Delta Airlines or Alaska Airlines.

An agent from HSI, DEA or another suitable Federal agency shall meet Rhule at his arrival gate at Sea-Tac Airport early morning July 24, 2020. Rhule shall remain at his arrival gate until the Federal agent arrives. Rhule is required to strictly comply with all orders and instructions from the Federal agent. This agent shall transport the Rhule directly to the United States District Court, Western District of Washington, Seattle Courthouse, where Rhule will be detained pending his initial appearance in Court that day and further order of that Court.

U.S. Pretrial Services will not be supervising Rhule during this temporary release.

[3] Government's Motion to Detain Defendant Without bail, terminated as MOOT.

Defendant to remain in the custody of the Federal Detention Center pending temporary release for transport.

*Submitted by: Bernie Aurio, Courtroom Manager*