IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Jul 22, 2020, 3:53 pm Michelle Rynne, Clerk of Court |

| USA, | ) | MJ 20-00862 KJM |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | Abstract of Release |
| vs. | ) | |
| | ) | |
| KENNETH JOHN RHULE, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of July 22, 2020, the Court entered the following order:

☐ Defendant to be released from custody forthwith

☐ Released to / continued on pretrial release

☐ Sentenced to time served

☐ Case Dismissed

☐ Released to / continued on supervised probation / unsupervised probation

☐ Released to / continued on supervised release

☐ Defendant to be released once bond conditions are met. As conditions have been met effective , defendant to be released forthwith.

☐ Bench warrant recalled

✓ Other: On July 23, 2020, Federal Detention Center Honolulu is authorized to release Kenneth John Rhule from custody to Department of Homeland Security, Homeland Security Investigation (HSI) Task Force Officer Clint Ige. Mr. Ige shall transport Rhule directly from FDC Honolulu to the Honolulu International Airport.

Michelle Rynne, Clerk of Court

/s/ J.O., Deputy Clerk

by:    J.O., Deputy Clerk