The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>           Plaintiff,<br><br>  v.<br><br>KENNETH JOHN RHULE,<br><br>           Defendant. | NO. MJ20-390<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT KENNETH J. RHULE |

PLEASE TAKE NOTICE that the defendant named above, Kenneth John Rhule, hereby enters his Notice of Appearance in the above-entitled action, by and through his attorneys of record, Peter Offenbecher and Skellenger Bender, P.S., and requests that all further pleadings or papers herein, be served on his counsel at the address set out below.

Dated this 24th day of July, 2020.

           s/ Peter Offenbecher
Peter Offenbecher
SKELLENGER BENDER, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
poffenbecher@skellengerbender.com
Attorneys for Kenneth John Rhule

NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT KENNETH J. RHULE – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3156536.docx

**CERTIFICATE OF SERVICE**

I, Jule S. Freeman, certify that on July 24, 2020, I electronically filed the Notice of Appearance on Behalf of Defendant Kenneth J. Rhule with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 24th day of July, 2020.

          s/ Jule S. Freeman
Jule S. Freeman
SKELLENGER BENDER, P.S.
Case Analyst

NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT KENNETH J. RHULE – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3156536.docx