The Honorable Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES, | NO. 20-mj-00390-BAT |
| Plaintiff, | NOTICE OF FILING |
| v. | |
| KENNETH JOHN RHULE, | |
| Defendant. | |

Undersigned counsel files the attached Order authored by Magistrate Judge Michelle L. Peterson in the companion case, United States v. Kenneth Warren Rhule, No. 20-mj-97.

Dated this 24th day of July, 2020.

        s/ Peter Offenbecher
Peter Offenbecher
SKELLENGER BENDER, P.S.
Attorneys for Kenneth John Rhule

NOTICE OF FILING – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3156706.docx

**CERTIFICATE OF SERVICE**

I, Jule S. Freeman, certify that on July 24, 2020, I electronically filed the Notice of Filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 24th day of July, 2020.

        s/ Jule Freeman
Jule S. Freeman
SKELLENGER BENDER, P.S.
Case Analyst

NOTICE OF FILING – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3156706.docx