The Honorable Brian A. Tsuchida

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES,

10                     Plaintiff,

11     v.

12  KENNETH JOHN RHULE,

13                     Defendant.

NO. 20-mj-00390-BAT

DEFENDANT RHULE'S WAIVER OF IN-PERSON APPEARANCE AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC CONFERENCE

14

15          I, Kenneth J. Rhule, the above named defendant, acknowledge that I have been advised

16  by my lawyer and the Court—by this form—that pursuant to the Federal Rules of Criminal

17  Procedure and the Sixth Amendment to the U.S. Constitution, I generally have the right to be

18  personally present in open court to any hearing involving a criminal proceeding to which I am

19  a party.

20          I am scheduled to have the following hearing(s) on (fill in date):

21          • Initial Appearance, July 24, 2020, at 2:00 p.m.

22          I have been advised by my lawyer that because of coronavirus disease 2019 (COVID-

23  19), the Governor of the State of Washington has issued an Emergency Proclamation and Chief

DEFENDANT RHULE'S WAIVER OF IN-PERSON
APPEARANCE AND CONSENT TO PROCEED BY
VIDEO/TELEPHONIC CONFERENCE – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3156570.docx

Judge Ricardo S. Martinez in the Western District of Washington has issued a General Order 09-20 regarding Emergency Hearings.  As a result, I cannot currently be personally present in open court for this scheduled hearing.  Therefore, I wish to waive my right to be personally present in open court for the above-hearing(s), and acknowledge that my right to due process under the Constitution is best protected by moving forward with the hearing(s) by video/telephonic conference.

 I have discussed with my lawyer this consent to appear and participate by video/telephonic conference and have agreed to the same.

 I have also authorized my lawyer to electronically execute this form on my behalf.

 Dated this 24th day of July, 2020.

      _____
      Peter Offenbecher
      Lawyer's signature, electronically executed,
      On behalf of Kenneth J. Rhule

DEFENDANT RHULE'S WAIVER OF IN-PERSON
APPEARANCE AND CONSENT TO PROCEED BY
VIDEO/TELEPHONIC CONFERENCE – 2

3156570.docx