The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH JOHN RHULE,<br><br>　　　　　　Defendant. | NO. 20-mj-00390-BAT<br><br>INVOCATION OF RIGHTS AT INTIAL APPEARANCE |

　　　　I, Kenneth John Rhule, the defendant in the above-entitled case, accept Peter Offenbecher as my attorney, and invoke my Fifth and Sixth Amendment rights to have my attorney present for any and all questioning, interrogation, or examination by law enforcement. This invocation of my rights applies to the investigation in this case, and any other matter that may be the subject of investigation. I also assert my right to remain silent. I revoke any previous waivers relating to questioning and revoke any consent I have given to search.

　　　　I have authorized my lawyer to electronically execute this form on my behalf.

////

////

INVOCATION OF RIGHTS AT INTIAL
APPEARANCE – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3156638.docx

Dated this 24th day of July, 2020.

_____
Peter Offenbecher
Lawyer's signature, electronically executed,
On behalf of Kenneth J. Rhule

INVOCATION OF RIGHTS AT INTIAL APPEARANCE – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3156638.docx