The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>   v.<br><br>KENNETH JOHN RHULE,<br><br>               Defendant. | NO. 20-mj-00390-BAT<br><br>UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION TO REVIEW AND REVOKE DETENTION ORDER<br><br>Noted for Hearing: August 3, 2020 |

**I.   MOTION**

Undersigned counsel moves this Court to extend the deadline by which to file a motion to review and revoke the detention order that was entered on July 24, 2020 (Dkt. No. 11) by one week, from August 7, 2020 to August 14, 2020. Undersigned counsel has spoken with counsel for the government, Assistant United States Attorney Marie Dalton, who does not oppose the requested extension.

**II.   FACTS PERTAINING TO MOTION**

On July 1, 2020, the defendant was charged by Complaint with Conspiracy to Manufacture and Distribute Marijuana or Marijuana Distillates. Dkt. No. 1. The defendant

UNOPPOSED MOTION TO EXTEND DEADLINE
TO FILE MOTION TO REVIEW AND REVOKE
DETENTION ORDER – 1

3161704.docx

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

was arrested on July 15, 2020 in the District of Hawaii and was returned to the Western District of Washington on July 24, 2020, where he appeared before this Court for his initial appearance and detention hearing. At that time, the Court ordered the defendant detained. Dkt. No. 11.

Pursuant to MJR 12, the deadline to file a motion for the District Judge to review and revoke the detention order is August 7, 2020. The parties agree that it is appropriate under the current circumstances that the time within which to file a motion to review and revoke the detention order be extended by one week, until August 14, 2020.

### III.  CONCLUSION

Undersigned counsel respectfully requests that this Court grant the unopposed request for an extension of the deadline to file a motion to review and revoke the detention order by one week, until August 14, 2020.

Dated this 3rd day of August, 2020.

Peter Offenbecher
SKELLENGER BENDER, P.S.
Attorneys for Kenneth John Rhule

UNOPPOSED MOTION TO EXTEND DEADLINE
TO FILE MOTION TO REVIEW AND REVOKE
DETENTION ORDER – 2

3161704.docx

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

**CERTIFICATE OF SERVICE**

I, Jule S. Freeman, certify that on August 3, 2020, I electronically filed the Unopposed Motion to Extend Deadline to File Motion to Review and Revoke Detention Order (together with the proposed form of Order) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 3rd day of August, 2020.

Jule S. Freeman
SKELLENGER BENDER, P.S.
Case Analyst

UNOPPOSED MOTION TO EXTEND DEADLINE
TO FILE MOTION TO REVIEW AND REVOKE
DETENTION ORDER – 3

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3161704.docx