The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br> v.<br><br>KENNETH JOHN RHULE,<br><br>                Defendant. | NO. 20-mj-00390-BAT<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION TO REVIEW AND REVOKE DETENTION ORDER |

This Court has considered the Unopposed Motion to Extend Deadline to File Motion to Review and Revoke Detention Order, this proposed form of Order, and the pleadings and records already on file. It is therefore

ORDERED that the deadline to file a motion to review and revoke the detention order is extended by one week, until August 14, 2020

DATED this _____ day of August, 2020.

                                                      BRIAN A. TSUCHIDA
                                                      Chief United States Magistrate Judge

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO EXTEND DEADLINE TO FILE
MOTION TO REVIEW AND REVOKE DETENTION
ORDER – 1

3161720.docx

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501