# DEFENDANT STATUS SHEET

(One for each defendant)

## I. CASE STATUS

Name of Defendant: KENNETH WARREN RHULE

Has defendant had initial appearance in this case?  ☑ Yes   ☐ No

MJ 20-97            CR 20-105 JCC

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☑ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 13, 2020

   Defense Attorney's Name and address: Patricia Eakes

The estimated trial time is   10   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I. CASE STATUS

Name of Defendant: KENNETH JOHN RHULE

Has defendant had initial appearance in this case?  ☑ Yes   ☐ No

MJ 20-390          CR 20-105 JCC

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 13, 2020

   Defense Attorney's Name and address: Peter Offenbecher

The estimated trial time is  10  days.

(Revised March 2018)