

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

---

*700 Stewart Street, Suite 5220*  *Tel: (206) 553-7970*
*Seattle WA, 98101-1271*  *Fax: (206) 553-4440*
*www.usdoj.gov/usao/waw*

August 7, 2020

<u>**VIA ECF**</u>

Peter Offenbecher
Attorney at Law

    Re:   *United States v. Kenneth John Rhule*
           <u>No. CR20-105 JCC, USDC, W.D. Washington</u>

Dear Counselor:

    Please be advised that the arraignment for the defendant named in the above cause has been scheduled as follows:

    Date:    Thursday, August 13, 2020

    Time:    9:00 a.m.

    Before:    Paula L. McCandlis, United States Magistrate Judge

    Place:    United States Courthouse, Room 12B
                700 Stewart Street, 12th Floor, Seattle, WA  98101

    It will be necessary that you and your client be present at the time and place indicated above, or via video or teleconference as directed by the Court.  The indictment and other documents related to this case are available on the Court's Electronic Docketing System.

    If this is your client's first appearance, please contact U.S. Probation and Pretrial Services, 206-370-8950 (Seattle) or 253-882-3705 (Tacoma), to schedule a pretrial interview in advance of the arraignment.

    The Court has requested us to call your attention to the Speedy Trial Act (18 U.S.C. §3161 <u>et</u>. <u>seq</u>.), and the District's Plan for Prompt Disposition of Criminal Cases, available on the Court's website: <u>https://www.wawd.uscourts.gov</u> .

    Very truly yours,

    BRIAN T. MORAN
    United States Attorney

    *s/ Marie M. Dalton*
    MARIE M. DALTON
    Assistant United States Attorney