The Honorable John C. Coughenour
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH JOHN RHULE,<br><br>　　　　　　　Defendant. | NO. 20-cr-105 JCC<br><br>UNOPPOSED MOTION TO EXTEND THE TIME WITHIN WHICH TO FILE MOTION TO REVIEW AND REVOKE DETENTION ORDER<br><br>Noted for Hearing: August 12, 2020 |

**I.　MOTION**

Undersigned counsel moves this Court to extend the time within which to file a motion to review and revoke the detention order—entered on July 24, 2020 (Dkt. No. 11)—for an additional 11 days, from August 14, 2020 to August 25, 2020. Undersigned counsel has spoken with counsel for the government, Assistant United States Attorney Marie Dalton, who does not oppose the requested extension.

UNOPPOSED MOTION TO EXTEND THE TIME
WITHIN WHICH TO FILE MOTION TO REVIEW
AND REVOKE DETENTION ORDER – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3166829

## II. FACTS PERTAINING TO MOTION

On July 1, 2020, the defendant was charged by Complaint with Conspiracy to Manufacture and Distribute Marijuana or Marijuana Distillates. Dkt. No. 1.[1] The defendant was arrested on July 15, 2020 in the District of Hawaii and returned to the Western District of Washington on July 24, 2020, where he appeared for his initial appearance and detention hearing. At that time, the Court, the Honorable Magistrate Judge Brian A. Tsuchida, ordered the defendant detained. Dkt. No. 11.

Pursuant to MJR 12, the time in which to file a motion for the District Judge to review and revoke the detention order was August 7, 2020. On August 6, Magistrate Judge Theiler granted defendant's unopposed motion to extend the deadline until August 14. *See* Dkt. No. 35. The defendant is now asking that the time within which to file such motion be extended until August 25. The parties agree that it is appropriate under the current circumstances that the time within which to file a motion to review and revoke the detention order be extended by 11 days, until August 25, 2020.

## III. CONCLUSION

Undersigned counsel respectfully requests that this Court grant this unopposed request for an extension of the time within which to file a motion to review and revoke the detention order by 11 days, until August 25, 2020.

Dated this 12th day of August, 2020.

Peter Offenbecher
SKELLENGER BENDER, P.S.
Attorneys for Kenneth John Rhule

---

[1] The defendant was indicted under the above-referenced cause number on August 5, 2020. *See* Dkt. No. 31.



**CERTIFICATE OF SERVICE**

I, Jule S. Freeman, certify that on August 12, 2020, I electronically filed the Unopposed Motion to Extend the Time Within Which to File Motion to Review and Revoke Detention Order (together with the proposed form of Order) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 12th day of August, 2020.

_____
Jule S. Freeman
SKELLENGER BENDER, P.S.
Case Analyst

UNOPPOSED MOTION TO EXTEND THE TIME WITHIN WHICH TO FILE MOTION TO REVIEW AND REVOKE DETENTION ORDER – 3

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3166829