The Honorable John C. Coughenour
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KENNETH JOHN RHULE,<br><br>　　　　Defendant. | NO. 20-cr-105 JCC<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE TIME WITHIN WHICH TO FILE MOTION TO REVIEW AND REVOKE DETENTION ORDER |

This Court has considered the Unopposed Motion to Extend the Time Within Which to File Motion to Review and Revoke Detention Order, this proposed form of Order, and the pleadings and records already on file. It is therefore

ORDERED that the time within which to file a motion to review and revoke the detention order is extended by 11 days, until August 25, 2020

DATED this _____ day of August, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE TIME WITHIN WHICH TO FILE MOTION TO REVIEW AND REVOKE DETENTION ORDER – 1

3166830

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501