THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>   v.<br><br>KENNETH JOHN RHULE,<br><br>                Defendant. | CASE NO. CR20-0105-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Kenneth John Rhule's unopposed motion to extend the time within which to file a motion to review and revoke the detention order of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 39). The Court hereby GRANTS the motion and ORDERS Rhule to file his motion to review and revoke Judge Tsuchida's detention order by August 25, 2020.

DATED this 13th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR20-0105-JCC
PAGE - 1