The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH WARREN RHULE and KENNETH JOHN RHULE,<br><br>Defendants. | CASE NO. CR20-105 JCC<br><br>**LIS PENDENS**<br><br>The real property located at 29424 181st Street SE, Monroe, Washington 98272, Snohomish County, Parcel No. 27081800200200 |

NOTICE IS HEREBY GIVEN that the United States has brought a criminal action in the United States District Court for the Western District of Washington (as captioned above), in which it seeks to forfeit the real property listed below pursuant to 21 U.S.C. § 853(a).

Specifically, the United States is seeking to forfeit the real property located at 29424 181st Street SE, Monroe, Washington 98272, Snohomish County, Parcel No. 27081800200200 and all of its buildings, improvements, appurtenances, fixtures, attachments and easements, more particularly described as follows:

//
//

LOT 11, AS SHOWN ON SURVEY RECORDED IN VOLUME 14 OF SURVEYS, PAGE 107, UNDER SNOHOMISH COUNTY RECORDING NO. 8107085004, RECORDS OF SNOHOMISH COUNTY, WASHINGTON, BEING LOCATED IN SECTION 18, TOWNSHIP. 27 NORTH, RANGE 8 EAST, W.M, IN SNOHOMISH COUNTY, WASHINGTON

Further information regarding this case may be obtained from the court file in possession of the Clerk of the Court for the United States District Court for the Western District of Washington, 700 Stewart Street, Lobby Level, Seattle, Washington, 98101; (206) 370-8400.

DATED this 17th day of August, 2020.

Respectfully Submitted,

BRIAN T. MORAN
United States Attorney

/s/ Marie Dalton
MARIE M. DALTON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-7970
Marie.Dalton2@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2020, I electronically filed the foregoing Lis Pendens with the Clerk of the Court using the CM/ECF system, which automatically serves the parties of record.

      /s/Donna R. Taylor
DONNA R. TAYLOR
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Telephone:    (206) 553-4132
Donna.R.Taylor@usdoj.gov