The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>    v.<br><br>KENNETH JOHN RHULE,<br><br>            Defendant. | NO. 20-cr-105 JCC<br><br>DEFENDANT RHULE'S WAIVER OF IN-PERSON APPEARANCE AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC CONFERENCE |

I, Kenneth J. Rhule, the above named defendant, acknowledge that I have been advised by my lawyer and the Court—by this form—that pursuant to the Federal Rules of Criminal Procedure and the Sixth Amendment to the U.S. Constitution, I generally have the right to be personally present in open court to any hearing involving a criminal proceeding to which I am a party.

I am scheduled to have the following hearing on:

- Arraignment, August 20, 2020, at 9:00 a.m.

I have been advised by my lawyer that because of coronavirus disease 2019 (COVID-19), the Governor of the State of Washington has issued an Emergency Proclamation and Chief

DEFENDANT RHULE'S WAIVER OF IN-PERSON APPEARANCE AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC CONFERENCE – 1

3169614

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

Judge Ricardo S. Martinez in the Western District of Washington has issued a General Order 11-20 regarding Emergency Hearings. As a result, I cannot currently be personally present in open court for this scheduled hearing. Therefore, I wish to waive my right to be personally present in open court for the above-hearing(s), and acknowledge that my right to due process under the Constitution is best protected by moving forward with the hearing(s) by video/telephonic conference.

I have discussed with my lawyer this consent to appear and participate by video/telephonic conference and have agreed to the same.

I have also authorized my lawyer to electronically execute this form on my behalf.

Dated this 19th day of August, 2020.

_____
Peter Offenbecher
Lawyer's signature, electronically executed,
On behalf of Kenneth J. Rhule

DEFENDANT RHULE'S WAIVER OF IN-PERSON APPEARANCE AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC CONFERENCE – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3169614