The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH JOHN RHULE,<br><br>　　　　　　　Defendant. | NO. 20-cr-105 JCC<br><br>DEFENDANT RHULE'S NOTICE OF FILING REGARDING DKT. NO. 48 |

PLEASE TAKE NOTICE that undersigned counsel is refiling Exhibits A–R, all previously filed at Dkt. No. 48, to include a previously omitted index.

Dated this 26th day of August, 2020.

_____
Peter Offenbecher, WSBA No. 11920
SKELLENGER BENDER, P.S.
Attorneys for Kenneth John Rhule

DEFENDANT RHULE'S NOTICE OF FILING
REGARDING DKT. NO. 48 – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

**CERTIFICATE OF SERVICE**

I, Jule S. Freeman, certify that on August 26, 2020, I electronically filed Defendant Rhule's Notice of Filing Regarding Dkt. No. 48 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 26th day of August, 2020.

_____
Jule Freeman
SKELLENGER BENDER, P.S.
Case Analyst

DEFENDANT RHULE'S NOTICE OF FILING
REGARDING DKT. NO. 48 – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501