The Honorable John C. Coughenour

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH JOHN RHULE,<br><br>Defendant. | NO. CR20-105 JCC<br><br>UNITED STATES' MOTION TO FILE OVER-LENGTH BRIEF<br><br>Note on Motion Calendar:<br>September 1, 2020 |

The United States respectfully submits this Motion seeking leave to file an over-length brief in response to Defendant's Motion for Review of Detention Order (Dkt. 48).

The Defendant's motion was, itself, over-length. In addition, it attached a lengthy set of exhibits. In order to assist the Court in adjudicating this motion, the United States has described the relevant legal authority and factual background underpinning the numerous arguments advanced by the Defendant. Accordingly, the United States has exceeded the 12 page limitation. *See* CrR12(b)(5).

Motion for Leave to File Over-Length Brief
*United States v. Kenneth John Rhule,* CR20-105 JCC

1   |   The government hereby requests permission to file a brief in excess of 12 pages,

2   but no more than 37 pages.

3   |   DATED this 1st day of September, 2020

4   |   Respectfully submitted,

5

6   |   BRIAN T. MORAN
    |   United States Attorney

7

8   |   /s/ *Marie Dalton*
    |   MARIE DALTON

9   |   Assistant United States Attorney

10  |   United States Attorney's Office

11  |   700 Stewart Street, Suite 5220
    |   Seattle, Washington 98101-1271

12  |   Phone:  206-553-1511
    |   Fax:  206-553-4073

13  |   Email: marie.dalton2@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion for Leave to File Over-Length Brief
*United States v. Kenneth John Rhule,* CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

/s Marwa Hirmendi
MARWA HIRMENDI
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4750
FAX:   (206) 553-0882
E-mail: marwa.hirmendi@usdoj.gov

Motion for Leave to File Over-Length Brief
*United States v. Kenneth John Rhule,* CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970