The Honorable John C. Coughenour

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

KENNETH JOHN RHULE,

Defendant.

NO. CR20-105 JCC

**GOVERNMENT'S MOTION TO SEAL EXHIBITS**

**NOTED:** September 18, 2020

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Marie Dalton, Assistant United States Attorneys for said District, hereby files this Motion to Seal.

//
//
//

Motion to Seal
*United States v. Kenneth John Rhule,* CR20-105 JCC - 1

1    The Government hereby requests that the Exhibits 3-5 to the Government's

2 Opposition to Motion for Review of Detention Order, be placed under seal due to the

3 sensitive information pursuant contained therein.  The exhibits describe criminal

4 convictions and financial information that are of a sensitive nature.

5    DATED this 1st day of September, 2020.

6

7            Respectfully submitted,

8            BRIAN T. MORAN
             United States Attorney

9

10

11           /s/ *Marie Dalton*

12           MARIE DALTON
            Assistant United States Attorney

13           United States Attorney's Office

14           700 Stewart Street, Suite 5220
            Seattle, Washington 98101-1271

15           Phone:  206-553-1511

16           Fax:  206-553-4073
            Email: marie.dalton2@usdoj.gov

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on September 1, 2020, I electronically filed the foregoing with

3

the Clerk of the Court using the CM/ECF system, which will send notification of such

4

filing to the attorney(s) of record for the defendant.

5

6

7

*/s/ Marwa Hirmendi*
MARWA HIRMENDI

8

Legal Assistant
United States Attorney's Office

9

700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

10

Phone: (206) 553-4750

11

Fax: (206) 553-0882
Email: Marwa.Hirmendi@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion to Seal
*United States v. Kenneth John Rhule,* CR20-105 JCC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970