|   |   |
|---|---|
|   | The Honorable John C. Coughenour |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-105 JCC |
|---|---|
| Plaintiff, | |
| v. | NOTICE FILING PHYSICAL MATERIALS – CD/DVDs – with CLERK |
| KENNETH JOHN RHULE | |
| Defendant. | |

COMES NOW the United States of America, through Brian T. Moran, United States Attorney for the Western District of Washington, and Marie Dalton, Assistant United States Attorney, submits this Notice of Filing Physical Materials – CD/DVDs – with the Clerk.

This disk contains the following audio exhibit to the Government's Opposition to Motion for Review of Detention Order (Dkt No. 52):

Exhibit 2 – Northwest Detention Center Jail Call

*United States v. Kenneth John Rhule,* CR20-105 JCC - 1
NOTICE OF FILING CD/DVDs

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The CD/DVDs are encrypted due to current DOJ polices regarding security and encryption of removable electronic media.[1]  The password for this CD/DVD will be sent to Judge's Orders email box.  Please contact the undersigned if you have any difficulties viewing the material.

DATED this 1st day of September, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

/s/ *Marie Dalton*
MARIE DALTON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-1511
Fax:  206-553-4073
Email: marie.dalton2@usdoj.gov

---

[1] See DOJ Order 2640.2F and USAP No. 3-16-200-015, Electronic Media Security and Encryption

*United States v. Kenneth John Rhule,* CR20-105 JCC - 2
NOTICE OF FILING CD/DVDs

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Defendant.

*s/ Marwa Hirmendi*
Marwa Hirmendi
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4750
Email: Marwa.Hirmendi@usdoj.gov

*United States v. Kenneth John Rhule,* CR20-105 JCC - 3
NOTICE OF FILING CD/DVDs

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970