FILED (DROP ▢ ▢▢)

SEP 01 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

The Honorable John C. Coughenour

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

UNITED STATES OF AMERICA,

Plaintiff,

v.

KENNETH JOHN RHULE

Defendant.

NO. CR20-105 JCC

NOTICE FILING PHYSICAL
MATERIALS – CD/DVDs – with CLERK

15

16    COMES NOW the United States of America, through Brian T. Moran, United

17  States Attorney for the Western District of Washington, and Marie Dalton, Assistant

18  United States Attorney, submits this Notice of Filing Physical Materials – CD/DVDs –

19  with the Clerk.

20    This disk contains the following audio exhibit to the Government's Opposition to

21  Motion for Review of Detention Order (Dkt No. 52):

22    Exhibit 2 – Northwest Detention Center Jail Call

23

24

25

26

27

28

*United States v. Kenneth John Rhule*, CR20-105 JCC - 1
NOTICE OF FILING CD/DVDs

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1          The CD/DVDs are encrypted due to current DOJ polices regarding security and

2    encryption of removable electronic media.[1]  The password for this CD/DVD will be sent

3    to Judge's Orders email box.  Please contact the undersigned if you have any difficulties

4    viewing the material.

5

6          DATED this 1st day of September, 2020.

7                            Respectfully submitted,

8                            BRIAN T. MORAN

9                            United States Attorney

10

11                           /s/ *Marie Dalton*

                        MARIE DALTON

12                           Assistant United States Attorney

                        United States Attorney's Office

13                           700 Stewart Street, Suite 5220

14                           Seattle, Washington 98101-1271

                        Phone:  206-553-1511

15                           Fax:  206-553-4073

16                           Email: marie.dalton2@usdoj.gov

17

18

19

20

21

22

23

24

25

26

27

---

28

[1] See DOJ Order 2640.2F and USAP No. 3-16-200-015, Electronic Media Security and Encryption

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Defendant.

*s/ Marwa Hirmendi*
Marwa Hirmendi
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4750
Email: Marwa.Hirmendi@usdoj.gov

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*United States v. Kenneth John Rhule,* CR20-105 JCC - 3
NOTICE OF FILING CD/DVDs

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

