The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>  v.<br><br>KENNETH JOHN RHULE,<br><br>        Defendant. | NO. CR20-105 JCC<br><br>DEFENDANT RHULE'S MOTION TO FILE OVER-LENGTH BRIEFS |

Defendant Ken Rhule, by and through undersigned counsel, hereby submits this motion respectfully asking the Court to accept his overlength motion to review and revoke the detention order (filed at Dkt. No. 48) and his reply thereto (filed at Dkt. No. 58).

The pleadings detail the relevant factual background pertaining to the charges, the legal framework, a discussion of Mr. Rhule's lifelong and extensive ties to the community, a detailed discussion of case facts rebutting various arguments made by the government at the detention hearing and in its response to the motion, an explanation of a complicated immigration situation which is relevant to the matters before the Court, a discussion about the lengthy list of proposed release conditions, and an update about the status of COVID infections at the FDC. An

DEFENDANT RHULE'S MOTION TO FILE OVER-LENGTH BRIEFS – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3175693

1  explication of these essential facts and circumstances required pages beyond the prescribed
2  page limitations.

3  The government has requested similar relief, to which we do not object.

4  The defendant respectfully requests that the Court accept his filings, which are in excess
5  of the page limitations prescribed by CrR12(b)(5).

6  Dated this 4th day of September, 2020.

7  

8  _____
   Peter Offenbecher
   SKELLENGER BENDER, P.S.
   Attorneys for Kenneth John Rhule

DEFENDANT RHULE'S MOTION TO FILE OVER-
LENGTH BRIEFS – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3175693

**CERTIFICATE OF SERVICE**

I, Jule S. Freeman, certify that on September 4, 2020, I electronically filed Defendant Rhule's Motion to File Over-Length Briefs (together with the proposed form of Order) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 4th day of September, 2020.

_____
Jule S. Freeman
SKELLENGER BENDER, P.S.
Case Analyst

DEFENDANT RHULE'S MOTION TO FILE OVER-LENGTH BRIEFS – 3

3175693

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501