The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>           Plaintiff,<br><br>    v.<br><br>KENNETH JOHN RHULE,<br><br>           Defendant. | NO. 20-cr-105 JCC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT RHULE'S MOTION TO FILE OVER-LENGTH BRIEFS |

This Court has considered Defendant Rhule's Motion to File Over-Length Briefs, this proposed form of Order, and the pleadings and records already on file.  It is therefore

ORDERED that Defendant Rhule's Motion to File Over-Length Briefs is GRANTED.

DATED this _____ day of September, 2020.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT RHULE'S MOTION TO FILE OVER-LENGTH BRIEFS – 1

3175748

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501