THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES, | CASE NO. CR20-0105-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KENNETH JOHN RHULE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Before the Court is Defendant Kenneth John Rhule's motion for leave to file overlength briefs (Dkt. No. 59) and the Government's motion for leave to file an overlength brief (Dkt. No. 51). The Court GRANTS in part and DENIES in part the parties' motions for leave to file overlength briefs (Dkt. No. 51 and Dkt. No. 59).

The Court concludes that additional briefing on this matter is appropriate, but Defendant's request to file briefs four times as long as permitted by the Court's local rules, *see* CrR 12(b)(5), is not well taken. Having considered the motions and the relevant record, the Court hereby ORDERS:

Defendant may file a 30-page opening brief, the Government may file a 30-page response, and Defendant may file a 15-page reply.

MINUTE ORDER
CR20-0105-JCC
PAGE - 1

1    DATED this 8th day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk