THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KENNETH WARREN RHULE and KENNETH JOHN RHULE,<br><br>　　　　　Defendants. | Case No. 2:20-cr-00105-JCC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

　　　This matter comes before the Court on the defendants' unopposed motion to continue the deadline for filing pretrial motions.  Having considered the motion,

　　　IT IS HEREBY ORDERED THAT the defendants' motion is GRANTED.  Pretrial motions are now due by September 17, 2020.

　　　DATED this ___ day of September, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JOHN C. COUGHENOUR
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE PRETRIAL MOTIONS
DEADLINE
(Case No. 2:20-cr-00105-JCC) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

Presented by:

**CALFO EAKES LLP**

*s/ Henry C. Phillips*
Patty A. Eakes, WSBA No. 18888
Henry C. Phillips, WSBA No. 55152
1301 Second Avenue, Suite 2800
Seattle, WA  98101
(206) 407-2200 | Phone
(206) 407-2224 | Fax
Email:  pattye@calfoeakes.com
           henryp@calfoeakes.com
*Attorneys for Defendant Kenneth Warren Rhule*

**SKELLENGER BENDER, PS**

*s/ Peter Offenbecher*
Peter Offenbecher, WSBA No. 11920
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
206-623-6501 | Phone
206-447-1973 | Fax
Email:  poffenbecher@skellengerbender.com
*Attorney for Defendant Kenneth John Rhule*

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE
(Case No. 2:20-cr-00105-JCC) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224