THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES, | CASE NO. CR20-0105-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KENNETH WARREN RHULE, and KENNETH JOHN RHULE, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' unopposed motion to continue the pretrial motions deadline (Dkt. No. 62). Having considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion.

The Government has produced over 341,000 pages of discovery to the Defendants. (*See* Dkt. No. 62 at ¶ 3.) Defendants now request that the Court extend the pretrial motions deadline to allow defense counsel additional time to review that discovery and for the parties to meet and confer about potentially changing the case schedule. (*Id.* at ¶¶ 5-6.) Defendants represent that the Government does not oppose the request. (*Id.* at ¶¶ 7.)

Accordingly, the Court GRANTS the motion and ORDERS that the pretrial motions deadline shall be extended until September 17, 2020.

DATED this 14th day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk