# Income Statement

Herbin Artisans

For the year ended December 31, 2020

| Account | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| Other Revenue | 0.00 | 25,000.00 | 0.00 | 0.00 | 2,590.00 | 0.00 |
| Sales | 0.00 | 4,153,546.80 | 4,547,426.72 | 2,892,168.30 | 1,786,434.31 | 302,903.14 |
| **Total Income** | **0.00** | **4,178,546.80** | **4,547,426.72** | **2,892,168.30** | **1,789,024.31** | **302,903.14** |
| **Cost of Goods Sold** | | | | | | |
| Bad Debt | 0.00 | 29,256.99 | 6,202.49 | 22,207.75 | 8,900.00 | 1,516.29 |
| Cost of Goods Sold | 0.00 | 3,372,737.85 | 2,651,187.26 | 1,654,389.70 | 910,337.59 | 138,036.62 |
| **Total Cost of Goods Sold** | **0.00** | **3,401,994.84** | **2,657,389.75** | **1,676,597.45** | **919,237.59** | **139,552.91** |
| **Gross Profit** | **0.00** | **776,551.96** | **1,890,036.97** | **1,215,570.85** | **869,786.72** | **163,350.23** |
| **Operating Expenses** | | | | | | |
| Advertising | 0.00 | 0.00 | 21,250.00 | 225.00 | 3,816.32 | 0.00 |
| Bank Service Charges | 0.00 | 0.00 | 0.00 | 19,128.00 | 19,304.00 | 62.84 |
| Consulting | 0.00 | 12,000.00 | 13,350.00 | 3,150.00 | 4,837.00 | 167.98 |
| Depreciation | 0.00 | 0.00 | 0.00 | 0.00 | 4,574.37 | 4,938.36 |
| Dues & Subscriptions | 597.00 | 4,128.00 | 597.00 | 1,882.00 | 2,073.93 | 1,224.21 |
| General Expenses | 0.00 | 8,100.00 | 80.00 | 0.00 | 3,909.11 | 2,010.16 |
| Interest Expense | 0.00 | 0.00 | 0.00 | 0.00 | 28.36 | 0.00 |
| Meals/Entertainment | 0.00 | 15,950.00 | 41,559.70 | 11,211.65 | 9,835.59 | 4,965.27 |
| Payroll Tax Expense | 0.00 | 0.00 | 10,232.00 | 0.00 | 0.00 | 0.00 |
| Professional Services | 0.00 | 0.00 | 2,500.00 | 35,264.00 | 7,320.56 | 1,620.00 |
| Rent | 0.00 | 16,435.00 | 45,895.00 | 20,425.44 | 34,572.00 | 14,965.00 |
| Repairs and Maintenance | 0.00 | 0.00 | 2,831.00 | 2,640.00 | 921.87 | 2,380.00 |
| Shipping/Freight | 0.00 | 0.00 | 14.28 | 5,815.07 | 8,404.70 | 1,141.24 |
| Shop Supplies | 0.00 | 57,788.25 | 117,329.48 | 116,248.77 | 68,479.84 | 8,870.26 |
| Shop/Lab Expenses | 0.00 | 111,407.00 | 6,690.00 | 7,033.04 | 5,449.78 | 2,256.27 |
| Telephone & Internet | 0.00 | 0.00 | 0.00 | 287.00 | 1,764.00 | 804.78 |
| Travel | 0.00 | 0.00 | 100.00 | 5,912.20 | 12,166.50 | 133.60 |
| Utilities | 0.00 | 3,215.00 | 600.00 | 11,459.00 | 18,104.57 | 4,316.15 |
| Vehicle Expense | 0.00 | 85,500.00 | 3,747.00 | 22,727.52 | 11,685.15 | 1,716.93 |
| Wages and Salaries | 0.00 | 368,561.00 | 292,691.22 | 314,396.84 | 196,133.00 | 54,539.24 |
| **Total Operating Expenses** | **597.00** | **683,084.25** | **559,466.68** | **577,805.53** | **413,380.65** | **106,112.29** |
| **Operating Income** | **(597.00)** | **93,467.71** | **1,330,570.29** | **637,765.32** | **456,406.07** | **57,237.94** |
| **Net Income** | **(597.00)** | **93,467.71** | **1,330,570.29** | **637,765.32** | **456,406.07** | **57,237.94** |