The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KENNETH JOHN RHULE,<br><br>Defendant. | NO. CR20-105 JCC<br><br>**GOVERNMENT'S MOTION TO SEAL EXHIBITS**<br><br>**NOTED:** September 18, 2020 |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Marie Dalton, Assistant United States Attorneys for said District, hereby files this Motion to Seal.

//
//
//

Motion to Seal
*United States v. Kenneth John Rhule,* CR20-105 JCC - 1

The Government hereby requests that the Exhibits 3, 5 and 6 to the Government's Opposition to Motion for Review of Detention Order, be placed under seal due to the sensitive information pursuant contained therein. The exhibits describe criminal convictions and financial information that are of a sensitive nature.

DATED this 16th day of September, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

/s/ *Marie Dalton*
MARIE DALTON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-1511
Fax: 206-553-4073
Email: marie.dalton2@usdoj.gov

Motion to Seal
*United States v. Kenneth John Rhule,* CR20-105 JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant.

*/s/ Marwa Hirmendi*
MARWA HIRMENDI
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4750
Fax: (206) 553-0882
Email: Marwa.Hirmendi@usdoj.gov

Motion to Seal
*United States v. Kenneth John Rhule,* CR20-105 JCC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970