The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KENNETH JOHN RHULE,<br><br>Defendant. | NO. CR20-105 JCC<br><br>**[PROPOSED] ORDER TO SEAL** |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that Exhibits 3, 5 and 6 to Government's Opposition to Motion for Review of Detention Order, shall remain sealed.

DATED this _____ day of September, 2020.

JOHN C. COUGHENOUR
United States District Judge

Presented by:

*/s/ Marie Dalton*
MARIE DALTON
Assistant United States Attorney

Order to Seal
*United States v. Kenneth John Rhule,* CR20-105 JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970