The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-105 |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| KENNETH JOHN RHULE and KENNETH WARREN RHULE, | |
| Defendant. | |

THIS COURT having considered the parties' Stipulated Motion to Continue Trial and Pretrial Motions Dates, makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting a continuance of the trial date and pretrial motions deadline outweigh the best interests of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial

Order Continuing Trial Date
*United States v .Rhule, et al.*- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

itself within the time limits established by the Speedy Trial Act and current set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the Defendants the reasonable time for effective preparation of their respective defenses. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date of October 5, 2020, and the pretrial motions deadline of September 17, 2020, are stricken.

IT IS FURTHER ORDERED that the parties will propose a new trial date within fourteen days of receiving the Court's order on KENNETH JOHN RHULE's pending Motion to Review Detention Order (Dkt. 61).

IT IS FURTHER ORDERED that the period time from the date of this order up to and including the date to be set for the trial, which will be set after the Court receives the parties' proposed trial date, shall be excludable time pursuant to 18 U.S.C. § 3161.

Dated this __ day of September, 2020.

_____
HON. JOHN C. COUGHENOUR

Presented by:

*Marie M. Dalton*
MARIE M. DALTON

Order Continuing Trial Date
*United States v .Rhule, et al.*- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970