The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH JOHN RHULE,<br><br>　　　　　　Defendant. | NO. CR 20-105 JCC<br><br>SUPPLEMENTAL STATEMENT OF COUNSEL REGARDING TRIAL CONTINUANCE |

At the time the Stipulated Motion to Continue Trial and Pretrial Motions Dates was filed on September 17, 2020, undersigned counsel had not spoken with his client regarding a speedy trial waiver.

Counsel has now spoken with Mr. Rhule regarding this issue and can represent to the Court that Kenneth John Rhule will execute an appropriate speedy trial waiver as contemplated in the joint motion for trial and pretrial motions continuance.

Dated this 24th day of September, 2020.

　　　　　　　　　　　　　　　　　　　_/s/ Peter Offenbecher_____
　　　　　　　　　　　　　　　　　　　Peter Offenbecher, WSBA NO. 11920
　　　　　　　　　　　　　　　　　　　SKELLENGER BENDER, P.S.
　　　　　　　　　　　　　　　　　　　Attorneys for Kenneth John Rhule

SUPPLEMENTAL STATEMENT OF COUNSEL
REGARDING TRIAL CONTINUANCE – 1

3191382

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

**CERTIFICATE OF SERVICE**

I, Jule Freeman, certify that on September 24, 2020, I electronically filed the Supplemental Statement of Counsel Regarding Trial Continuance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 24th day of September, 2020.

_____
Jule Freeman
SKELLENGER BENDER, P.S.
Case Analyst

SUPPLEMENTAL STATEMENT OF COUNSEL
REGARDING TRIAL CONTINUANCE – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3191382