The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH WARREN RHULE, and<br>KENNETH JOHN RHULE<br><br>Defendants. | No. CR20-105 JCC<br><br>**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR THE UNITED STATES** |

PLEASE TAKE NOTICE that Assistant United States Attorney ("AUSA") Krista K. Bush appears on behalf of the United States, for the specific purpose of litigating the forfeiture aspects of this case. Going forward, please serve copies of all pleadings, court documents, and correspondence on AUSA Krista K. Bush at:

> KRISTA K. BUSH
> Assistant United States Attorney
> United States Attorney's Office
> 700 Steward Street, Suite 5220
> Seattle, WA 98101
> (206) 553-2242
> Krista.Bush@usdoj.gov

//
//

Notice of Appearance of Additional Counsel - 1
*United States v. Rhule*, CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 DATED this 29th day of September, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

 */s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Steward Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Notice of Appearance of Additional Counsel - 2
*United States v. Rhule*, CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2020, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

 /s/ Donna R. Taylor
DONNA R. TAYLOR
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Telephone:   (206) 553-4132
Donna.R.Taylor@usdoj.gov

Notice of Appearance of Additional Counsel - 3
*United States v. Rhule*, CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970