THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>KENNETH WARREN RHULE and KENNETH JOHN RHULE,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cr-00105-JCC<br><br>STIPULATION AND [PROPOSED] ORDER RE-NOTING GOVERNMENT'S MOTION FOR ENTRY OF A PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY (DKT. 72) AND EXTENDING TIME TO RESPOND<br><br>**Note on Motions Calendar: October 7, 2020** |

　　　The government and defendants Kenneth Warren Rhule and Kenneth John Rhule, by and through their respective attorneys, hereby STIPULATE AND AGREE as follows:

　　　1. On September 30, 2020, the government filed a "motion for entry of a protective order restraining certain forfeitable property" (Dkt. 72). That motion is currently noted on the motions calendar for October 9, 2020.

STIPULATION AND [PROPOSED] ORDER RE-NOTING GOVERNMENT'S MOTION FOR ENTRY OF A PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY (Dkt. 72) AND EXTENDING TIME TO RESPOND
(Case No. 2:20-cr-00105-JCC) - 1

2. Counsel have stipulated to re-note the motion for October 16, 2020, and to allow the defendants an additional seven days to respond, such that any response will now be due on October 14, 2020, as reflected in the chart below:

| Event | Current Date | Proposed Extension |
|---|---|---|
| Noting date for Dkt. 72 | 10/9/20 | 10/16/20 |
| Deadline for Response to Dkt. 72 | 10/7/20 | 10/14/20 |

3. The parties stipulate and agree that there is good cause for this extension. The extension is needed to allow counsel for the defendants adequate time to confer with their clients, one of whom remains in custody with limited ability to communicate with counsel. The additional time also allows defense counsel time to confer with the government and to potentially seek a negotiated agreement that would resolve the motion.

4. The parties do not seek the adjustment of any other case deadlines at this time.

*SO STIPULATED.*

DATED this 7th day of October, 2020.

Respectfully submitted,

**CALFO EAKES LLP**

By      *s/ Henry C. Phillips*
   Patricia A. Eakes, WSBA No. 18888
   Henry C. Phillips, WSBA No. 55152
   1301 Second Avenue, Suite 2800
   Seattle, WA  98101
   (206) 407-2200 | Phone
   (206) 407-2224 | Fax
   Email: pattye@calfoeakes.com
          henryp@calfoeakes.com

*Attorneys for Defendant Kenneth Warren Rhule*

//

STIPULATION AND [PROPOSED] ORDER RE-NOTING GOVERNMENT'S MOTION FOR ENTRY OF A PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY (Dkt. 72) AND EXTENDING TIME TO RESPOND
(Case No. 2:20-cr-00105-JCC) - 2

**SKELLENGER BENDER, PS**

By   *s/ Peter Offenbecher*
   Peter Offenbecher, WSBA No. 11920
   1301 Fifth Avenue, Suite 3401
   Seattle, WA 98101
   206-623-6501 | Phone
   206-447-1973 | Fax
   Email: poffenbecher@skellengerbender.com
   *Attorney for Defendant Kenneth John Rhule*

BRIAN T. MORAN
United States Attorney

By   *s/ Krista K. Bush*
   Krista K. Bush
   Assistant United States Attorney
   700 Stewart Street, Suite 5220
   Seattle, WA 98101-1271
   Telephone: (206) 553-2242
   E-mail: Krista.Bush@usdoj.gov

STIPULATION AND [PROPOSED] ORDER RE-NOTING GOVERNMENT'S MOTION FOR ENTRY OF A PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY (Dkt. 72) AND EXTENDING TIME TO RESPOND
(Case No. 2:20-cr-00105-JCC) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED this _____ day of _____, 2020.

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

**CALFO EAKES LLP**

By   *s/ Henry C. Phillips*
   Patricia A. Eakes, WSBA No. 18888
   Henry C. Phillips, WSBA No. 55152
   1301 Second Avenue, Suite 2800
   Seattle, WA  98101
   (206) 407-2200 | Phone
   (206) 407-2224 | Fax
   Email: pattye@calfoeakes.com
          henryp@calfoeakes.com
   *Attorneys for Defendant Kenneth Warren Rhule*

**SKELLENGER BENDER, PS**

By   *s/ Peter Offenbecher*
   Peter Offenbecher, WSBA No. 11920
   1301 Fifth Avenue, Suite 3401
   Seattle, WA 98101
   206-623-6501 | Phone
   206-447-1973 | Fax
   Email: poffenbecher@skellengerbender.com
   *Attorney for Defendant Kenneth John Rhule*

   //

   //

STIPULATION AND [PROPOSED] ORDER RE-NOTING GOVERNMENT'S MOTION FOR ENTRY OF A PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY (Dkt. 72) AND EXTENDING TIME TO RESPOND
(Case No. 2:20-cr-00105-JCC) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

BRIAN T. MORAN
United States Attorney

By  *s/ Krista K. Bush*
   Krista K. Bush
   Assistant United States Attorney
   700 Stewart Street, Suite 5220
   Seattle, WA 98101-1271
   Telephone: (206) 553-2242
   E-mail: Krista.Bush@usdoj.gov

STIPULATION AND [PROPOSED] ORDER RE-NOTING GOVERNMENT'S MOTION FOR ENTRY OF A PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY (Dkt. 72) AND EXTENDING TIME TO RESPOND
(Case No. 2:20-cr-00105-JCC) - 5

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224