THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH WARREN RHULE, and<br>KENNETH JOHN RHULE<br><br>Defendants. | CASE NO. CR20-0105-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the briefing schedule (Dkt. No. 74) for the Government's motion for a protective order to restrain certain forfeitable property (Dkt. No. 72). The parties request that the Court extend the noting date on the Government's motion by one week, making Defendants' response deadline October 14, 2020. (See Dkt. No. 74 at 2.) Neither Defendant responded to the motion by that deadline.

Therefore, having considered the motion and relevant record and, *sua sponte*, finding good cause, the Court hereby ORDERS:

1. Defendants shall respond to the Government's motion by October 21, 2020.
2. If the Government elects to file a reply, it shall file it by October 23, 2020.

MINUTE ORDER
CR20-0105-JCC
PAGE - 1

1   DATED this 15th day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk