The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH WARREN RHULE, and<br>KENNETH JOHN RHULE<br><br>Defendants. | NO. CR20-105 JCC<br><br>**BILL OF PARTICULARS REGARDING FORFEITURE OF PROPERTY** |

The United States, by and through its undersigned counsel, hereby submits this Bill of Particulars Regarding Forfeiture of Property pursuant to Federal Rule of Criminal Procedure 32.2(a).

1.  In the Indictment, the United States gave notice of its intent to seek forfeiture of (a) any and all property involved in the offenses identified in Counts 1-7, or any property traceable to such property, pursuant to 18 U.S.C. § 982(a)(1); (b) any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offense, and also any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense identified in Count 8, pursuant to 21 U.S.C. § 853 (a); and (c) any firearms and ammunition

Bill of Particulars Regarding Forfeiture of Property- 1
*United States v. Rhule, et al.*, CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

involved in or used in the offense identified in Count 9, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Dkt. 31, pp. 4 – 7.

    2.    The property subject to forfeiture and previously identified in the Indictment is specifically described as follows:

    a. The following property, seized on or about March 10, 2020, from KENNETH WARREN RHULE's residence in Bothell, Washington:
        i. One 2016 Dark Gray Tesla Model S, VIN: 5YJSA1E22FF117465, bearing Washington State License Plate BOS0948;
        ii. Approximately 89 silver bars and coins;
        iii. Approximately 12 Louis Vuitton, Prada, or Gucci handbags;
        iv. One Hamilton Luxury Watch, Khaki Aviation X-Wind Auto Chrono; and
        v. Approximately $42,000 in U.S. Currency.
    b. Approximately $593 in U.S. currency, seized on or about March 10, 2020, from KENNETH WARREN RHULE in or around Bothell, Washington.
    c. The following property, seized on or about March 10, 2020, from KENNETH JOHN RHULE's residence in Monroe, Washington:
        i. Approximately 5.12094153 bitcoin; and
        ii. Approximately 23.46324478 bitcoin.
    d. One 2015 Black GMC Sierra pick-up truck with topper and lift kit, VIN: 1GT12ZE86FF149097, bearing Washington State License Plate C30354L, seized on or about March 10, 2020.
    e. The following property, seized on or about March 13, 2020, from the aforementioned GMC Sierra pick-up truck:
        i. Approximately $32,339.00 in U.S. Currency;
        ii. One Western Union money order in the amount of approximately $499 in U.S. funds;

Bill of Particulars Regarding Forfeiture of Property- 2
*United States v. Rhule, et al.,* CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

   iii. Two American Express gift cards with a combined value of approximately $250.83 in U.S. funds; and

   iv. One Gray and Black Men's Gucci Shoulder Bag.

 f. One Cessna P210N, with registration number N21LT and serial number P21000216, and associated flight and maintenance logbooks and documents, seized on or about May 4, 2020, in or about Snohomish, Washington.

 g. Approximately $10,000 in U.S. currency, seized on or about July 14, 2020, from KENNETH JOHN RHULE in or around Honolulu, Hawaii.

 h. A Smith and Wesson M&P 9mm handgun, serial number DTV6454.[1]

 i. The real property commonly known as 29428 181st Street SE, Monroe, Washington 98272, Snohomish County, Parcel No. 27081800202100 and all of its buildings, improvements, appurtenances, fixtures, attachments and easements, more particularly described as:

> LOT 12, AS SHOWN ON SURVEY RECORDED IN VOLUME 14 OF SURVEYS, PAGE 107, UNDER SNOHOMISH COUNTY RECORDING NO. 8107085004, RECORDS OF SNOHOMISH COUNTY, WASHINGTON, BEING LOCATED IN SECTION 18, TOWNSHIP. 27 NORTH, RANGE 8 EAST, W.M, IN SNOHOMISH COUNTY, WASHINGTON

 j. The real property located at 29424 181st Street SE, Monroe, Washington 98272, Snohomish County, Parcel No. 27081800200200, and all of its buildings, improvements, appurtenances, fixtures, attachments and easements, more particularly described as:

> LOT 11, AS SHOWN ON SURVEY RECORDED IN VOLUME 14 OF SURVEYS, PAGE 107, UNDER SNOHOMISH COUNTY RECORDING NO. 8107085004, RECORDS OF SNOHOMISH COUNTY, WASHINGTON, BEING LOCATED IN SECTION 18,

---

[1] The serial number of this firearm was not identified in the Indictment.

Bill of Particulars Regarding Forfeiture of Property- 3
*United States v. Rhule, et al.,* CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

TOWNSHIP. 27 NORTH, RANGE 8 EAST, W.M, IN SNOHOMISH COUNTY, WASHINGTON

3. The United States now also provides notice of its intent to seek forfeiture, pursuant to the same forfeiture authority identified in the Indictment, of the following additional property, seized on or about March 10, 2020, from KENNETH JOHN RHULE's residence in Monroe, Washington, but not specifically identified in the Indictment:

    a. Approximately $2,500 in U.S. Currency;
    b. Approximately $430 in U.S. Currency;
    c. 2 Rolex Watches;
    d. 37 Collector Sports Cards;
    e. 59 Various Collector Coins; and
    f. 25 Various Collector Stamps and Envelopes.

4. Pursuant to 18 U.S.C. § 982(a)(1), upon conviction of any of the offenses charged in Counts 1 through 7 of the Indictment, Defendant KENNETH WARREN RHULE shall forfeit to the United States any property, real or personal, involved in the offense, or any property traceable to such property, including but not limited to the above-identified property.

5. Pursuant to 21 U.S.C. § 853(a), upon conviction of the offense charged in Count 8 of the Indictment, Defendants KENNETH WARREN RHULE and KENNETH JOHN RHULE shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and shall also forfeit any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, including but not limited to the above-identified property.

6. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of the offense charge in Count 9 of the Indictment, Defendant KENNETH WARREN RHULE shall forfeit to the United States any firearms and ammunition

Bill of Particulars Regarding Forfeiture of Property- 4
*United States v. Rhule, et al.,* CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

involved or used in that offense, including but not limited to the firearm described in Count 9 – A Smith and Wesson M&P 9mm handgun, serial number DTV6454.

       7.    *Substitute Assets*. In addition, if any of the above-described forfeitable property, as a result of any act or omission of the defendants:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or,

      e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek the forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

DATED this 20th day of October, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

 */s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-4169
E-mail: Krista.Bush@usdoj.gov

Bill of Particulars Regarding Forfeiture of Property- 5
*United States v. Rhule, et al.,* CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically serves the parties of record.

            */s/ Donna R. Taylor*
DONNA R. TAYLOR
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Telephone:    (206) 553-4132
Donna.R.Taylor@usdoj.gov

Bill of Particulars Regarding Forfeiture of Property- 6
*United States v. Rhule, et al.,* CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970