The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>             Plaintiff,<br><br>  v.<br><br>KENNETH JOHN RHULE,<br><br>             Defendant. | NO. CR20-105 JCC<br><br>RESPONSE TO COURT'S ORDER AT DKT. NO. 73 REGARDING CURRENT TRIAL DATE AND PROPOSED NEW TRIAL DATE |

## I. INTRODUCTION

On October 2, 2020, this Court entered an Order on the parties' stipulated motion to continue the trial and pretrial motions deadline, continuing the trial to January 25, 2021 and the pretrial motions deadline to November 12, 2020. Dkt. No. 73. The Court ordered the parties to file any objection to the January 25, 2021 trial date within 14 days of the Court's order on Defendant Kenneth John Rhule's motion to revoke the detention order. *Id.*

## II. FACTS PERTAINING TO RESPONSE

Kenneth John Rhule ("Mr. Rhule") respectfully requests that the Court continue the trial from January 25, 2021 to a date convenient for the Court's schedule in April 2021.

RESPONSE TO COURT'S ORDER AT DKT. NO. 73
REGARDING CURRENT TRIAL DATE AND
PROPOSED NEW TRIAL DATE – 1

3216727

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

1  Mr. Rhule and his counsel need additional time to prepare for trial as the government
2  has produced an extraordinary amount of discovery in this matter and the charges Mr. Rhule
3  faces are serious, potentially exposing him to a 10-year mandatory minimum prison sentence.

4  Counsel is working diligently to review the provided discovery, which consists of over
5  341,000 pages, in addition to native files containing spreadsheets and video recordings.
6  Because Mr. Rhule remains incarcerated at the FDC SeaTac, counsel's ability to review this
7  discovery with Mr. Rhule to prepare for trial or other resolution has been limited.  Because of
8  COVID procedures and precautions, Mr. Rhule's access to the law library to review an
9  electronic copy of the discovery is also limited.

10  Based on these facts, it is the opinion of counsel that:

11  (1) taking into account the exercise of due diligence, the failure to grant a continuance
12  in this case would deny counsel for the defendant the reasonable time necessary for effective
13  preparation, due to counsel's need for more time to review the evidence, consider possible
14  defenses, and gather evidence material to the defense, as set forth in 18 U.S.C.
15  § 3161(h)(7)(B)(iv); and

16  (2) failure to grant such a continuance in this proceeding would likely result in a
17  miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

18  (3) the additional time requested is a reasonable period of delay, as additional time is
19  needed to determine whether a resolution short of trial can be reached in this matter; and

20  (4) the case is sufficiently complex that it is unreasonable to expect adequate preparation
21  for pretrial proceedings or the trial itself, within the current trial schedule, as set forth in 18
22  U.S.C. § 3161(h)(7)(B)(ii); and

23

RESPONSE TO COURT'S ORDER AT DKT. NO. 73
REGARDING CURRENT TRIAL DATE AND
PROPOSED NEW TRIAL DATE – 2

3216727

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

(5) the ends of justice will best be served by a continuance, and that the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(6) the additional time requested between the current trial date of January 25, 2021, and the new trial date in April is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering all of the facts set forth above.

### III. DISCUSSION

Whether to grant a continuance is a matter committed to the sound discretion of the Court. *United States v. Flynt,* 756 F.2d 1352, 1358–62 (9th Cir. 1985). "The concept of fairness, implicit in the right to due process, may dictate that an accused be granted a continuance in order to prepare an adequate defense." *United States v. Bogard*, 846 F.2d 563, 566 (9th Cir. 1988).

These principles are embodied in the Speedy Trial Act, 18 U.S.C. §§ 3161–3167, which permits the Court to continue a trial if "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speed[ier] trial." 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court is permitted to consider both whether the failure to grant such a continuance would "unreasonably deny the defendant or the Government continuity of counsel" and whether such failure would deny counsel "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv). These factors apply to this case.

### IV. CONCLUSION

Mr. Rhule respectfully request that the Court continue the trial from January 25, 2021 to a date convenient for the Court's schedule in April 2021.

RESPONSE TO COURT'S ORDER AT DKT. NO. 73
REGARDING CURRENT TRIAL DATE AND
PROPOSED NEW TRIAL DATE – 3

3216727

| skellengerbender |

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

1  Undersigned counsel has discussed this issue with counsel for the government, who has

2  indicated she has no objection to a trial date in this time frame.

3  Dated this 22nd day of October, 2020.

Peter Offenbecher
WSBA NO. 11920
SKELLENGER BENDER, P.S.
Attorneys for Kenneth John Rhule

RESPONSE TO COURT'S ORDER AT DKT. NO. 73
REGARDING CURRENT TRIAL DATE AND
PROPOSED NEW TRIAL DATE – 4

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3216727

**CERTIFICATE OF SERVICE**

I, Jule Freeman, certify that on October 22, 2020, I electronically filed the Response to Court's Order at Dkt. No. 73 Regarding Current Trial Date and Proposed New Trial Date with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 22nd day of October, 2020.

_____
Jule Freeman
SKELLENGER BENDER, P.S.
Case Analyst

RESPONSE TO COURT'S ORDER AT DKT. NO. 73 REGARDING CURRENT TRIAL DATE AND PROPOSED NEW TRIAL DATE – 5

3216727

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501