The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH WARREN RHULE, and<br>KENNETH JOHN RHULE<br><br>Defendants. | NO. CR20-105 JCC<br><br>[PROPOSED]<br><br>**SECOND PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Second Protective Order Restraining Certain Forfeitable Property ("Motion"), as follows:

1. The following property, seized on or about March 10, 2020, from KENNETH JOHN RHULE's residence in Monroe, Washington:

    a) Approximately $2,500 in U.S. Currency;;

    b) Approximately $430 in U.S. Currency;

    c) 2 Rolex Watches;;

    d) 37 Collector Sports Cards;

    e) 59 Various Collector Coins; and

    f) 25 Various Collector Stamps and Envelopes.

Second Protective Order - 1
*United States v. Rhule, et al.,* CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and supporting declaration of Drug Enforcement Administration Special Agent ("SA") Anthony Morales, hereby FINDS entry of a protective order restraining the above-identified property (hereafter, the "Additional Subject Property") is appropriate because:

- The United States gave notice of its intent to pursue forfeiture in the Indictment filed on August 5, 2020 (Dkt. No. 31);
- The United States gave additional notice of its intent to pursue forfeiture of the Additional Subject Property, based upon the same forfeiture authority set forth in the Indictment, on October 20, 2020 (Dkt. No. 77);
- Based on the facts set forth in SA Morales's declaration, there is probable cause to believe the Additional Subject Property is subject to forfeiture in this case; and
- To ensure the Additional Subject Property remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1) is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Additional Subject Property pending the conclusion of this case is GRANTED; and

//

//

//

//

Second Protective Order - 2
*United States v. Rhule, et al.,* CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2.    The Additional Subject Property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this _____ day of _____, 2020.

_____
THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Krista K. Bush
KRISTA K. BUSH
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-2242
E-mail: krista.bush@usdoj.gov

Second Protective Order - 3
*United States v. Rhule, et al.,* CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970