The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br> v.<br><br>KENNETH JOHN RHULE,<br><br>    Defendant. | NO. CR20-105 JCC<br><br>DEFENDANT KENNETH JOHN RHULE'S RESPONSE TO GOVERNMENT'S MOTION FOR ENTRY OF SECOND PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY<br><br>Note on Motion Calendar: November 6, 2020 |

   While Defendant Kenneth John Rhule does not agree that the facts stated in the second declaration of SA Morales establish probable cause to prove all of the property is forfeitable, Mr. Rhule does not oppose the entry of a second order restraining the property until conclusion of these proceedings or other order of the Court. Mr. Rhule reserves all rights with respect to the property, including the rights to challenge the initial seizure of that property, to challenge whether the property is subject to forfeiture, and to challenge all forfeiture allegations in the Indictment.

////

////

DEFENDANT KENNETH JOHN RHULE'S RESPONSE TO GOVERNMENT'S MOTION FOR ENTRY OF SECOND PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY – 1

3222088

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

Dated this 30th day of October, 2020.

Peter Offenbecher, WSBA NO. 11920
SKELLENGER BENDER, P.S.
Attorneys for Kenneth John Rhule

DEFENDANT KENNETH JOHN RHULE'S
RESPONSE TO GOVERNMENT'S MOTION FOR
ENTRY OF SECOND PROTECTIVE ORDER
RESTRAINING CERTAIN FORFEITABLE
PROPERTY – 2

3222088

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

**CERTIFICATE OF SERVICE**

I, Jule Freeman, certify that on October 30, 2020, I electronically filed Defendant Kenneth John Rhule's Response to Government's Motion for Entry of Second Protective Order Restraining Certain Forfeitable Property with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 30th day of October, 2020.

_____
Jule Freeman
SKELLENGER BENDER, P.S.
Case Analyst

DEFENDANT KENNETH JOHN RHULE'S
RESPONSE TO GOVERNMENT'S MOTION FOR
ENTRY OF SECOND PROTECTIVE ORDER
RESTRAINING CERTAIN FORFEITABLE
PROPERTY – 3
3222088

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501