The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>  v.<br><br>KENNETH JOHN RHULE,<br><br>  Defendant. | NO. CR20-105 JCC<br><br>(PROPOSED)<br>PROTECTIVE ORDER |

This matter having come before the Court on a Stipulated Motion for Entry of a Discovery Protective Order, the Court hereby enters the following:

<b><u>DISCOVERY PROTECTIVE ORDER</u></b>

**A.  Definitions**

As used in this Order, the term "Protected Information" means any date of birth, Social Security number, driver's license number, bank account number, credit card number, personal identification number, address, telephone number, name and/or location of employment, criminal history record, background check, undercover agent identity, and/or any other similar information or number implicating a privacy interest of and belonging to an individual, business, partnership, or corporation.

PROTECTIVE ORDER
*United States v. Rhule* - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   As used in this Order, the term "Protected Material" means any document or other
2   record containing or reflecting Protected Information.
3   **B.     Permissible Disclosure of Protected Information and Protected Material**
4   The United States will make available copies of the Protected Material, including
5   those filed under seal, to defense counsel to comply with the government's discovery
6   obligations. Possession of the Protected Material is limited to defense counsel, her
7   investigators, paralegals, assistants, law clerks, and experts (hereinafter collectively
8   referred to as "members of the defense team").
9   Members of the defense team may review Protected Information and/or Protected
10  Material with the Defendant.  The Defendant may visually inspect and review such
11  documents but shall not be allowed to possess Protected Information (such as unredacted
12  copies of Protected Material, notes, copies, or photographs of such Protected Material
13  containing Protected Information).  The Defendant may possess documents from which
14  all Protected Information has been redacted.  Notwithstanding the terms of this Order,
15  defense counsel may provide electronic copies of any Protected Material to the Education
16  Department in the Federal Detention Center at SeaTac, Washington, along with a
17  completed copy of the FDC's Electronic Discovery and Legal Material Authorization
18  Form.  Defendant will not be permitted to have a copy of this material in his cell, but may
19  review it at the FDC Education Department pursuant to BOP and FDC SeaTac's policies
20  and procedures.
21  Members of the defense team may review or discuss the contents of documents
22  containing Protected Material with any prospective witness, as long as they do not share
23  the unredacted documents, or share any Protected Information with any prospective
24  witness.
25  **C.     Consent to Terms of Protective Order**
26  The attorney of record for the Defendant is required, prior to disseminating any
27  copies of the Protected Material to permitted recipients, such as other members of the
28  defense teams, to provide a copy of this Protective Order to those permitted recipients,

PROTECTIVE ORDER
*United States v. Rhule* - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  and to obtain the written consent by those recipients of the terms and conditions of this
2  Protective Order.  Such written consent shall not, however, be required with respect to
3  members of the defense teams who are employed by the same office as the attorney of
4  record; in such case, it shall be sufficient for the attorney of record to provide a copy of
5  this Protective Order to such other members of the defense teams and to remind them of
6  their obligations under the Order.  The written consent need not be disclosed or produced
7  to the United States unless requested by the United States Attorney's Office for the
8  Western District of Washington and ordered by the Court.

9  **D.     Parties' Reciprocal Discovery Obligations**

10         Nothing in this order should be construed as imposing any discovery obligations
11  on the government or the Defendant that are different from those imposed by case law
12  and Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

13  **E.     Filing of Protected Material**

14         Any Protected Material that is filed with the Court in connection with pre-trial
15  motions, trial, sentencing, or other matter before this Court, shall be filed under seal and
16  shall remain sealed until otherwise ordered by this Court. This does not entitle either
17  party to seal their filings as a matter of course. The parties are required to comply in all
18  respects to the relevant local and federal rules of criminal procedure pertaining to the
19  sealing of court documents.

20  **F.     Maintenance**
21  Members of the defense team shall keep any Protected Material secured whenever the
22  Protected Material is not being used in furtherance of their work in the above-captioned
23  case.  All documents containing Protected Material shall be maintained securely solely in
24  the possession of defense counsel's law firm once all charges are resolved by dismissal or
25  by final conviction. The provisions of this Order shall not terminate at the conclusion of
26  this prosecution.

27
28

PROTECTIVE ORDER
*United States v. Rhule* - 3

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**G.      Modification**

The parties agree that this Protective Order may be modified, as necessary, by filing with the Court a Stipulated Order Modifying the Protective Order, or by other order of the Court.

DATED this _____ day of _____ , 2020.

_____
JOHN C. COUGHENOUR
United States District Court Judge

Presented by:

*/s/ Marie Dalton*
MARIE M. DALTON
Assistant United States Attorney

*/s/ Peter Offenbecher*
PETER OFFENBECHER
Counsel for Kenneth John Rhule

PROTECTIVE ORDER
*United States v. Rhule* - 4

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*/s/ Marwa Hirmendi*
MARWA HIRMENDI
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4750
Fax: 206-553-0755
E-mail: Marwa.Hirmendi@usdoj.gov

PROTECTIVE ORDER
*United States v. Rhule* - 5

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970