The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

KENNETH JOHN RHULE and
KENNETH WARREN RHULE,

Defendants.

NO. CR20-105 JCC

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES

THIS COURT having considered the parties' Stipulated Motion to Continue Trial and Pretrial Motions Dates, makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting a continuance of the trial date and pretrial motions deadline outweigh the best interests of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL AND PRETRIAL
MOTIONS DATES – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3230686

1  unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the

2  time limits established by the Speedy Trial Act and current set for this case. 18 U.S.C. §

3  3161(h)(7)(B)(ii).

4          4.      Taking into account the exercise of due diligence, a continuance is necessary to

5  allow the Defendants the reasonable time for effective preparation of their respective defenses.

6  18 U.S.C. § 3161(h)(7)(B)(iv).

7         IT IS THEREFORE ORDERED that the trial date of January 25, 2021, and the pretrial

8  motions deadline of November 12, 2020, are stricken. IT IS FURTHER ORDERED that the

9  trial is scheduled for _____ and that the pretrial motions deadline

10  be reset to _____.

11         IT IS FURTHER ORDERED that the period time from the date of this order up to and

12  including the date to be set for the trial shall be excludable time pursuant to 18 U.S.C. § 3161.

13         DATED this _____ day of _____ 2020.

14

15

                                  _____
                                  JOHN C. COUGHENOUR

16                                    United States District Court Judge

17

18

19

20

21

22

23

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL AND PRETRIAL
MOTIONS DATES – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

3230686