The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>              Plaintiff,<br><br>  v.<br><br>KENNETH JOHN RHULE,<br><br>              Defendant. | NO. 20-cr-105 JCC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT RHULE'S MOTION TO REOPEN DETENTION HEARING UNDER 18 U.S.C. § 3142 DUE TO CHANGE IN MATERIAL FACTS |

      This Court has considered Defendant Rhule's Motion to Reopen Detention Hearing Under 18 U.S.C. § 3142 Due to Change in Material Facts, this proposed form of Order, and the pleadings and records already on file.  It is therefore

      ORDERED that Defendant Rhule's Motion to Reopen Detention Hearing Under 18 U.S.C. § 3142 Due to Change in Material Facts is GRANTED.

      DATED this ____ day of January, 2021.

 

                                                              _____
                                                              John C. Coughenour
                                                               UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT
RHULE'S MOTION TO REOPEN DETENTION
HEARING UNDER 18 U.S.C. § 3142 DUE TO
CHANGE IN MATERIAL FACTS – 1

skellenger bender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

[Proposed Order]  Motion to Reopen Detention Hearing Under 18 U.S.C. § 3142 Due to Change In Material Facts