The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br> v.<br><br>KENNETH JOHN RHULE,<br><br>  Defendant. | NO. CR 20 -105 JCC<br><br>DEFENDANT KENNETH JOHN RHULE'S UNOPPOSED MOTION TO SEAL RECORDS<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 24, 2020** |

Defendant Kenneth John Rhule, by and through his counsel of record, Peter Offenbecher of Skellenger Bender, P.S., hereby requests that Exhibits A and B to the Defendant's Motion to Reopen Detention Hearing, be placed under seal due to the sensitive personal medical information contained herein. The exhibits describe personal medical information that should not be part of the public record.

Undersigned counsel has consulted with Assistant United States Attorney Marie Dalton, counsel for the government, and communicated the reason for the sealing request. Ms. Dalton indicates that the government does not oppose this motion to seal.

DEFENDANT KENNETH JOHN RHULE'S
UNOPPOSED MOTION TO SEAL
RECORDS – 1

3255509



1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

1   DATED this 24th day of December, 2020.

_____
Peter Offenbecher
WSBA NO. 11920
SKELLENGER BENDER, P.S.
Attorneys for Kenneth John Rhule

DEFENDANT KENNETH JOHN RHULE'S
UNOPPOSED MOTION TO SEAL
RECORDS – 2

3255509

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

**CERTIFICATE OF SERVICE**

I, Kyle Follendorf, certify that on December 24, 2020, I electronically filed Defendant Kenneth John Rhule's Unopposed Motion to Seal Records with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 24th day of December, 2020.

Kyle Follendorf, Paralegal
SKELLENGER BENDER, P.S.

DEFENDANT KENNETH JOHN RHULE'S
UNOPPOSED MOTION TO SEAL
RECORDS – 3

3255509

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501