The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br>   v.<br><br>KENNETH JOHN RHULE,<br><br>   Defendant. | NO. 20-cr-105 JCC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT KENNETH JOHN RHULE'S UNOPPOSED MOTION TO SEAL RECORDS |

This Court has considered Defendant Rhule's Unopposed Motion to Seal Records, this proposed form of Order, and the pleadings and records already on file. It is therefore

ORDERED that Defendant Rhule's Unopposed Motion to Seal Records is GRANTED.

DATED this ____ day of December, 2020.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT
KENNETH JOHN RHULE'S UNOPPOSED MOTION
TO SEAL RECORDS – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

[Proposed] Order Granting Defendant Rhule's Unopposed Motion to Seal Records