Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> KENNETH JOHN RHULE, <br><br> Defendant. | NO. CR 20-105 JCC <br><br> **UNITED STATES' MOTION TO SEAL** <br><br> Noting Date: December 30, 2020 |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Marie M. Dalton, Assistant United States Attorney for said District, files this motion respectfully requesting that the United States' Response in Opposition to Defendant's Motion to Reopen Detention Hearing and supporting exhibits in the above-captioned matter, be filed under seal and be allowed to remain under seal.

The United States' opposition describes the Defendant's medical condition and attaches his medical records as an exhibit. In addition, the tables contained in the opposition list the Defendant's telephone number, address, and other personally identifiable information. Because the Defendant contends that certain Internet Protocol ("IP") addresses were exclusively accessed by his son, the United States was required to include this personally identifiable information in its motion—in order to distinguish

UNITED STATES' MOTION TO SEAL - 1
*United States v. Rhule*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

logins completed by Kenneth Warren Rhule from logins completed by Kenneth John Rhule. Copies of the United States' opposition, and all exhibits, have been provided to opposing counsel.

DATED this 30th day of December, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Marie M. Dalton*
MARIE M. DALTON
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:  (206) 553-7970
Email:  Marie.Dalton2@usdoj.gov

UNITED STATES' MOTION TO SEAL - 2
*United States v. Rhule*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970