The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> KENNETH JOHN RHULE, <br><br> Defendant. | NO. CR20-105 JCC <br><br> **[PROPOSED] ORDER TO SEAL** |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the Government's Opposition to Defendant's Motion to Reopen Detention Hearing, along with its Exhibits, shall remain sealed.

DATED this _____ day of December, 2020.

_____
JOHN C. COUGHENOUR
United States District Judge

Presented by:

*/s/ Marie Dalton*
MARIE DALTON
Assistant United States Attorney

Order to Seal
*United States v. Kenneth John Rhule,* CR20-105 JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970