|     |     |
| --- | --- |
| The Honorable John C. Coughenour | |

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH JOHN RHULE,<br><br>Defendant. | NO. CR20-105 JCC<br><br>UNITED STATES' MOTION TO FILE OVER-LENGTH BRIEF<br><br>Note on Motion Calendar:<br>December 30, 2020 |

The United States respectfully submits this Motion seeking leave to file an over-length brief in response to Defendant's Motion to Reopen Detention Hearing (Dkt. 88).

The Defendant's motion included a lengthy analysis of the Internet Protocol ("IP") addresses used to access Kenneth Warren Rhule's Xero account, along with assertions regarding the current COVID-19 infection rates at the Federal Detention Center in SeaTac, Washington.  In order to assist the Court in adjudicating this motion, the United States has provided the Court with a comprehensive analysis of the IP addresses used to access this account, which was, necessarily, lengthy and required the inclusion of multiple tables.  Additionally, the United States provided the Court with a longer explanation of Rhule's current medical state, along with information on how the Bureau

Motion for Leave to File Over-Length Brief
*United States v. Kenneth John Rhule,* CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of Prisons is responding to COVID-19 at the Federal Detention Center.  Accordingly, the United States has exceeded the 12-page limitation.  *See* CrR12(b)(5).

       The government hereby requests permission to file a brief in excess of 12 pages, but no more than 17 pages.

       DATED this 30th day of December, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

/s/ *Marie Dalton*
MARIE DALTON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-1511
Fax:  206-553-4073
Email: marie.dalton2@usdoj.gov

Motion for Leave to File Over-Length Brief
*United States v. Kenneth John Rhule,* CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970