The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-105 JCC |
|---|---|
| Plaintiff | [PROPOSED] ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF |
| v. | |
| KENNETH JOHN RHULE, | |
| Defendant. | |

The Court, having reviewed the United States' Motion for Leave to File Over-Length Brief, enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED and GRANTS permission for United States' to file its Response to Defendant's Motion to Reopen Detention Hearing (Dkt. 88) in excess of 12 pages, but no more than 17 pages.

DATED this _____ day of December, 2020.

_____
JOHN C. COUGHENOUR
United States District Judge

Order for Leave to File Over-Length Brief
*United States v. Rhule,* CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970