UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>KENNETH JOHN RHULE,<br><br>                    Defendant. | CASE NO. 20-cr-105-JCC<br><br>**ORDER GRANTING MOTIONS TO SEAL AND MOTION FOR OVERLENGTH BRIEF** |

The Court GRANTS and ORDERS:

1. Defendant's motion to seal, Dkt. 89, is granted.

2. Plaintiff's motion to seal, Dkt. 91, is granted.

3. Plaintiff motion to file an overlength pleading, Dkt. 92, is granted.

DATED this 4th day of January, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTIONS TO SEAL
AND MOTION FOR OVERLENGTH BRIEF -
1