# EXHIBIT A



**U.S. Department of Justice**  
**Drug Enforcement Administration**

Western Laboratory  
Pleasanton, CA

## Chemical Analysis Report

Seattle Division Office  
300 5th Avenue, Suite 1300  
Seattle, WA 98104

**Case Number:** RE-18-0029  
**LIMS Number:** 2020-SFL7-01574

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 2 | Δ9-Tetrahydrocannabinol (THC) | 9.9 kg ± 0.1 kg | ---- | ---- |

**Remarks:**  
The net weight is the combination of the direct weight of 14 units and an extrapolated value based on the individual weights of subgroups of 9 and 9 units. The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Total THC estimated >1% in 24 of 26 units tested.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/16/2020     **Gross Weight:** 29.84 kg     **Date Received by Examiner:** 03/10/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 2 | 146 | Glass Bottle | Resin | 9.9 kg |

**Remarks:**  
1.0 gram(s) removed for special program.

7899 grams held for destruction pending written notification.

### Exhibit Analysis:

**Sampling:**  
THC confirmed in 26 units tested of 146 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance.

| Exhibit | Summary of Test(s) |
|---|---|
| 2 | Gas Chromatography, Gas Chromatography/Mass Spectrometry |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/  Emily A. Oblath, Senior Forensic Chemist          **Date:** 03/17/2021  
**Approved By:** /S/  Jason J. Henninger, Senior Forensic Chemist          **Date:** 03/17/2021



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Seattle Division Office
300 5th Avenue, Suite 1300
Seattle, WA 98104

**Case Number:** RE-18-0029
**LIMS Number:** 2020-SFL7-01575

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 3.01 | Δ9-Tetrahydrocannabinol (THC) | 28.279 g ± 0.003 g | ---- | ---- |
| 3.02 | No Analysis Performed | ---- | ---- | ---- |

**Remarks:**
Exhibit 3.01: The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 3.01: Total THC estimated >1%.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/16/2020     **Gross Weight:** 22.58 kg     **Date Received by Examiner:** 03/12/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 3.01 | 1 | Paper | Resin | 27.243 g |

**Remarks:**
Exhibit 3.01: 1.0 gram(s) removed for special program.

### Exhibit Analysis:

**Sampling:**
Exhibit 3.01: THC confirmed in 1 unit tested.

Exhibit 3.02: No analysis per SA Victor M. Morales.

| Exhibit | Summary of Test(s) |
|---|---|
| 3.01 | Gas Chromatography, Gas Chromatography/Mass Spectrometry |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Emily A. Oblath, Senior Forensic Chemist                        **Date:** 03/19/2021
**Approved By:** /S/ Leah M. Law, Senior Forensic Chemist                             **Date:** 03/22/2021

DEA Form 113 August 2019                                                                                                   Page 1 of 1



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

# Chemical Analysis Report

Seattle Division Office
300 5th Avenue, Suite 1300
Seattle, WA 98104

**Case Number:** RE-18-0029
**LIMS Number:** 2020-SFL7-01576

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 4 | Δ9-Tetrahydrocannabinol (THC) | 156.5 g ± 0.7 g | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Total THC estimated >1%.

## Exhibit Details:

**Date Accepted by Laboratory:** 03/16/2020    **Gross Weight:** 835.3 g    **Date Received by Examiner:** 02/18/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 4 | 3 | Glass Bottle | Resin | 154.9 g |

**Remarks:**
1.0 gram(s) removed for special program.

## Exhibit Analysis:

**Sampling:**
Δ9-Tetrahydrocannabinol confirmed in 3 units tested of 3 units received.

| Exhibit | Summary of Test(s) |
|---|---|
| 4 | Gas Chromatography, Gas Chromatography/Mass Spectrometry |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Kelsey M. Roberts, Forensic Chemist    **Date:** 02/22/2021
**Approved By:** /S/ Jason J. Henninger, Senior Forensic Chemist    **Date:** 02/22/2021

DEA Form 113 August 2019    Page 1 of 1



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

# Chemical Analysis Report

Seattle Division Office
300 5th Avenue, Suite 1300
Seattle, WA 98104

**Case Number:** RE-18-0029
**LIMS Number:** 2020-SFL7-01524

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 6 | Δ9-Tetrahydrocannabinol (THC) | 14.0 g ± 0.2 g | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Total THC estimated >1%.

## Exhibit Details:

**Date Accepted by Laboratory:** 03/13/2020    **Gross Weight:** 198.7 g    **Date Received by Examiner:** 02/18/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 6 | 2 | Glass Bottle | Resin | 12.9 g |

**Remarks:**
1.0 gram(s) removed for special program.

## Exhibit Analysis:

**Sampling:**
Δ9-Tetrahydrocannabinol confirmed in 2 units tested of 2 units received.

| Exhibit | Summary of Test(s) |
|---|---|
| 6 | Gas Chromatography, Gas Chromatography/Mass Spectrometry |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Kelsey M. Roberts, Forensic Chemist    **Date:** 02/22/2021
**Approved By:** /S/ Jason J. Henninger, Senior Forensic Chemist    **Date:** 02/22/2021



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Seattle Division Office
300 5th Avenue, Suite 1300
Seattle, WA 98104

**Case Number:** RE-18-0029
**LIMS Number:** 2020-SFL7-01525

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 7 | Δ9-Tetrahydrocannabinol (THC) | 302.1 g ± 0.5 g | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Total THC estimated >1%.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/13/2020    **Gross Weight:** 2424 g    **Date Received by Examiner:** 02/22/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 7 | 12 | Other | Gum Like | 298.6 g |

**Remarks:**
2.0 gram(s) removed for special program.

Other inner packaging: Glass jars and waxy papers.

### Exhibit Analysis:

**Sampling:**
Δ9-Tetrahydrocannabinol (THC) confirmed in 9 units tested of 12 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance(s).

| Exhibit | Summary of Test(s) |
|---|---|
| 7 | Gas Chromatography, Gas Chromatography/Mass Spectrometry |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/  Son X. Hoang, Senior Forensic Chemist    **Date:** 03/01/2021
**Approved By:** /S/  Jason J. Henninger, Senior Forensic Chemist    **Date:** 03/02/2021



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

# Chemical Analysis Report

Seattle Division Office
300 5th Avenue, Suite 1300
Seattle, WA 98104

**Case Number:** RE-18-0029
**LIMS Number:** 2020-SFL7-01526

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 10.01 | Cannabidiol | 178.2 g ± 0.7 g | ---- | ---- |
| 10.02 | Δ9-Tetrahydrocannabinol (THC) | 23.9 g ± 0.2 g | ---- | ---- |

**Remarks:**
Exhibits 10.01 and 10.02: The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 10.02: Total THC estimated >1%.

## Exhibit Details:

**Date Accepted by Laboratory:** 03/13/2020      **Gross Weight:** 1063 g      **Date Received by Examiner:** 02/18/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 10.01 | 3 | Glass Bottle | Resin | 177.3 g |
| 10.02 | 1 | Glass Bottle | Resin | 22.8 g |

**Remarks:**
Exhibit 10.02: 1.0 gram(s) removed for special program.

## Exhibit Analysis:

**Sampling:**

Exhibit 10.01: Cannabidiol confirmed in 3 units tested of 3 units received.

Exhibit 10.02: Δ9-Tetrahydrocannabinol confirmed in 1 unit tested of 1 unit received.

| Exhibit | Summary of Test(s) |
|---|---|
| 10.01 | Gas Chromatography, Gas Chromatography/Mass Spectrometry |
| 10.02 | Gas Chromatography, Gas Chromatography/Mass Spectrometry |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Kelsey M. Roberts, Forensic Chemist      **Date:** 02/23/2021
**Approved By:** /S/ Jason J. Henninger, Senior Forensic Chemist      **Date:** 02/25/2021



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Seattle Division Office
300 5th Avenue, Suite 1300
Seattle, WA 98104

**Case Number:** RE-18-0029
**LIMS Number:** 2020-SFL7-01586

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 13.01 | Inconclusive | 1261 g ± 1 g | ---- | ---- |
| 13.02 | Marijuana | 4377 g ± 1 g | ---- | ---- |

**Remarks:**
Exhibits 13.01 and 13.02:  The net weight was determined by direct weighing of all units.  The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibti 13.01:  Inconclusive Marijuana/Hemp; pending further analysis upon request.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/17/2020      **Gross Weight:** 7386 g      **Date Received by Examiner:** 02/17/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 13.01 | 3 | Plastic Bag | Plant Material | 1261 g |
| 13.02 | 1 | Plastic Bag | Plant Material | 4349 g |

**Remarks:**
Exhibit 13.02:  25.0 grams removed for special program.

### Exhibit Analysis:

**Sampling:**

Exhibit 13.01:  3 units tested of 3 units received.

Exhibit 13.02:  Marijuana confirmed in 1 unit tested of 1 unit received.

| Exhibit | Summary of Test(s) |
|---|---|
| 13.01 | 4-AP Color Test, Gas Chromatography/Mass Spectrometry, Macro/Microscopic Examination of Plant Material |
| 13.02 | 4-AP Color Test, Gas Chromatography/Mass Spectrometry, Macro/Microscopic Examination of Plant Material |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/  Keith T. Chan, Senior Forensic Chemist      **Date:** 02/18/2021
**Approved By:** /S/  Jason J. Henninger, Senior Forensic Chemist      **Date:** 02/18/2021



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Seattle Division Office
300 5th Avenue, Suite 1300
Seattle, WA 98104

**Case Number:** RE-18-0029
**LIMS Number:** 2020-SFL7-01586

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 13.01 | Inconclusive | 1261 g ± 1 g | ---- | ---- |
| 13.02 | Marijuana | 4377 g ± 1 g | ---- | ---- |

**Remarks:**
Exhibits 13.01 and 13.02:  The net weight was determined by direct weighing of all units.  The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibti 13.01:  Inconclusive Marijuana/Hemp; pending further analysis upon request.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/17/2020      **Gross Weight:** 7386 g      **Date Received by Examiner:** 02/17/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 13.01 | 3 | Plastic Bag | Plant Material | 1261 g |
| 13.02 | 1 | Plastic Bag | Plant Material | 4349 g |

**Remarks:**
Exhibit 13.02:  25.0 grams removed for special program.

### Exhibit Analysis:

**Sampling:**

Exhibit 13.01:  3 units tested of 3 units received.

Exhibit 13.02:  Marijuana confirmed in 1 unit tested of 1 unit received.

| Exhibit | Summary of Test(s) |
|---|---|
| 13.01 | 4-AP Color Test, Gas Chromatography/Mass Spectrometry, Macro/Microscopic Examination of Plant Material |
| 13.02 | 4-AP Color Test, Gas Chromatography/Mass Spectrometry, Macro/Microscopic Examination of Plant Material |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/  Keith T. Chan, Senior Forensic Chemist      **Date:** 02/18/2021
**Approved By:** /S/  Jason J. Henninger, Senior Forensic Chemist      **Date:** 02/18/2021