UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

KENNETH JOHN RHULE,

Defendant.

CASE NO. 20-cr-105-JCC

**ORDER DENYING SECOND REQUEST TO REOPEN DETENTION**

Defendant moves for the second time to reopen the detention arguing detention should be reopened because the quantity of drugs seized is "false," the drugs seized weigh 14.8 kilograms and not 900 kilograms as initially alleged, and some of the lots tested showed low levels of THC. Dkt. 102 at 1. In response, the government contends Defendant's argument is unfounded because the government seized Marijuana plants and Marijuana distillate weighing over 900 kilos and while some lots tested as low THC, other lots tested at high THC. The government contends of the materials tested so far, only 207.4 grams tested as CBD, in contrast to 17 kilograms testing as Marijuana or prohibited THC distillates. There are still 944 kilograms of Marijuana plants to be tested which the government believes is Marijuana. The government also proffered evidence seized from Defendant's computerized records show his company hired an independent lab to test the products he was making, and the results showed the products contained THC and

ORDER DENYING SECOND REQUEST TO
REOPEN DETENTION - 1

virtually no CBD. On this record, Defendants arguments about the drug amount seized or its purity is not new evidence that materially alters the detention decision and not grounds to reopen.

Defendant also moves to reopen raising arguments he already raised and which the Court already rejected: the government falsely alleged Defendant opened a Coinbase account with a false social security number; and the claim there was a thumb drive at his home with $200,000 is "apocryphal." Old arguments already ruled upon are not a basis to reopen the detention hearing.

The Court accordingly **ORDERS**: Defendant's second motion to reopen the detention decision, Dkt. 102, is **DENIED**.

DATED this 21st day of May 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING SECOND REQUEST TO
REOPEN DETENTION - 2