The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH JOHN RHULE, <br><br> Defendant. | NO. CR20-105 JCC <br><br> GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

The United States of America, by Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Casey S. Conzatti, Assistant United States Attorney for said District, hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

//
//
//

NOTICE OF APPEARANCE - 1
*United States v. Rhule,* CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Casey Conzatti is now counsel of record for this case on behalf of the United States. Undersigned counsel respectfully requests that all pleadings, court documents, and correspondence be forwarded to the below-listed AUSA:

>Casey Conzatti, AUSA
>United States Attorney's Office
>700 Stewart Street, Suite 5220
>Seattle, Washington 98101
>Phone: (206) 553-4254

DATED this 13th day of July 2021.

>Respectfully submitted,
>
>TESSA M. GORMAN
>Acting United States Attorney
>
>*s/ Casey S. Conzatti*
>CASEY S. CONZATTI
>Assistant United States Attorney
>United States Attorney's Office
>700 Stewart Street, Suite 5220
>Seattle, Washington 98101
>Phone: (206) 553-4254
>E-mail: casey.conzatti@usdoj.gov

NOTICE OF APPEARANCE - 2
*United States v. Rhule,* CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970