THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KENNETH WARREN RHULE and KENNETH JOHN RHULE,<br><br>　　　　　　　Defendants. | Case No. 2:20-cr-00105-JCC<br><br>STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 12, 2021** |

Defendant Kenneth Warren Rhule, by his attorneys Angelo Calfo and Henry Phillips, defendant Kenneth John Rhule, by his attorney Peter Offenbecher, and the United States of America, by Assistant United States Attorney Marie Dalton, jointly move to continue the currently scheduled trial date (November 1, 2021) and to vacate the current deadline for filing pretrial motions (September 3, 2021). The undersigned parties respectfully request that the Court continue the trial to a date convenient for the Count's schedule on or after March 7, 2022, or sometime thereafter, and set a corresponding pretrial motions deadline on or after February 4, 2022.

STIPULATED MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DATES
(Case No. 2:20-cr-00105-JCC) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

This motion is made for the following reasons:

1. Both Kenneth Warren Rhule and Kenneth John Rhule were charged by Indictment on August 5, 2020, with conspiracy to manufacture and distribute marijuana and products in violation of 18 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846. Dkt. No. 31. Kenneth Warren Rhule was also charged with conducting an unlicensed money transmitting business in violation of 18 U.S.C. § 1960, money laundering in violation of 18 U.S.C. §§ 1956 and 2, and possessing a firearm during and in relation to a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(1). *Id.*

2. The charges the defendants face are serious, and potentially expose them to 10-year mandatory minimum prison sentences, if convicted.

3. At Kenneth John Rhule's initial appearance on July 24, 2020, Magistrate Judge Tsuchida ordered his detention. Dkt. No. 34. At the Defendants' arraignment on August 20, 2020, the Court set the trial for October 5, 2020, and the pretrial motions deadline for September 10, 2020. Dkt. Nos. 46–47. The trial date and pretrial motions deadline have since been continued upon stipulated or joint motions of the parties. Dkt. Nos. 68, 84, 97.

4. The Court established the current trial date and pretrial motions deadline in an Order entered on March 15, 2021. Dkt. No. 101.

5. Kenneth John Rhule remains incarcerated at FDC Seatac. He most recently filed a second motion to reopen the detention hearing on May 13, 2021, Dkt. No. 102, which the Court denied on May 20. Dkt. 104.

6. Counsel for both defendants and the government have since conferred about the current trial date and pretrial deadlines and the status of discovery, as well as the ongoing impact of the COVID-19 pandemic upon trial preparation, the Court's operations, and the parties' trial

STIPULATED MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DATES
(Case No. 2:20-cr-00105-JCC) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

schedules in other matters.  *See, e.g.*, General Orders 08-20, 11-20, 13-20, 15-20, 18-20, and 10-21.

7. Defense counsel believe that additional time is needed to adequately prepare for trial and to determine whether a resolution short of trial can be reached for the defendants in this matter, and request a continuance of the trial date in order to avoid an otherwise likely miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).

8. The government has been investigating the case for over three years. Defense counsel have been working diligently to review the provided discovery, which now consists of at least 1.8 TB of data containing over 350,000 pages of material, and native files containing numerous spreadsheets and video recordings.  The government has most recently disclosed additional lab reports on July 13, 2021 and has indicated that more discovery will be produced which will require defense counsel to supply the government with a 1 TB hard drive.  Upon receipt and review of such information, the defense will be coordinating with the government to review the evidence seized, likely in consultation with defense expert(s).  The defense needs additional time to adequately assess and investigate the information disclosed, and may need to meet and confer with the government thereafter regarding outstanding discovery or other questions upon review of the seized evidence and evaluation of related lab reports.  Given the voluminous discovery, defense counsel believes the case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii).

9. The impact of the COVID pandemic has also delayed and complicated defense counsel's preparations for trial over the course of the case thus far, including defense investigation tasks such as interviewing potential witnesses.

STIPULATED MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DATES
(Case No. 2:20-cr-00105-JCC) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

10. Under the circumstances, additional time is necessary for defense counsel to review the discovery fully and adequately with their clients, view the evidence seized, consult with experts as appropriate, consider possible defenses and pretrial motions, and gather evidence material to the defense, so that their clients can make informed and intelligent decisions about how to proceed and to effectively prepare for trial. Despite the exercise of due diligence, this cannot be reasonably accomplished under the current case schedule given the complexity of the case. *See* 18 U.S.C. § 3161(h)(7)(B) (ii) & (iv).

11. Further, as the Court has previously noted, "the pandemic has made it difficult for the Court to obtain an adequate spectrum of jurors to represent a fair cross section of the community, and public health guidance has impacted the ability of jurors, witnesses, counsel, and Court staff to be present in the courtroom." *See* Dkt. No. 101 (citing General Orders 01-20, 02-20, 07-20, 08-20, 11-20, 13-20, 15-20, and 18-20). While jury trials have recently resumed due to increased access to vaccination, *see* General Order 10-21, the prevalence of the "Delta variant" suggests the current trial date of November 1, 2021 may be impacted if current circumstances change. This uncertainty, in combination with the other reasons cited above, makes proceeding with the current trial date likely to result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

12. Both defendants agree with the requested continuance to facilitate their lawyers' preparation for trial.

13. Under the particular circumstances of this case, defense counsel and the government agree the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendants in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A). Findings to this effect are set forth in the attached proposed order.

STIPULATED MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DATES
(Case No. 2:20-cr-00105-JCC) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

14.     For these reasons, the undersigned parties respectfully request that the Court strike the current trial date and pretrial motions deadline, and continue the trial to a date convenient for the Court's schedule in March of 2022, with a corresponding deadline set for filing pretrial motions in February of 2022.  Specifically, the parties propose a trial date of March 7, 2022, with a deadline for pretrial motions on February 4, 2022.

DATED this 12th day of August, 2021.

**CALFO EAKES LLP**

By     *s/ Angelo J. Calfo*
   Angelo J. Calfo, WSBA No. 27079
   Patricia A. Eakes, WSBA No. 18888
   Henry C. Phillips, WSBA No. 55152
   *Attorneys for Defendant Kenneth Warren Rhule*

**SKELLENGER BENDER, PS**

By     *s/ Peter Offenbecher*
   Peter Offenbecher, WSBA No. 11920
   *Attorney for Defendant Kenneth John Rhule*

**UNITED STATES ATTORNEY'S OFFICE**

By     *s/ Marie M. Dalton*
   Marie M. Dalton
   Assistant United States Attorney
   *Attorneys for Plaintiff United States*

STIPULATED MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DATES
(Case No. 2:20-cr-00105-JCC) - 5

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224