|   |   |
|---|---|
|   | The Honorable John C. Coughenour |

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH WARREN RHULE, et al<br><br>Defendants. | NO. CR20-105 JCC<br><br><br><br>NOTICE OF APPEARANCE |

The United States of America, by Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Philip Kopczynski, Assistant United States Attorney for said District, hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

///

///

///

NOTICE OF APPEARANCE - 1
United States v. Rhule, et al., CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Philip Kopczynski is now counsel of record for this case on behalf of the United
2  States. Undersigned counsel respectfully requests that all pleadings, court documents,
3  and correspondence be forwarded to the below-listed AUSA:

4
        Philip Kopczynski
        United States Attorney's Office
5
        700 Steward Street, Suite 5220
6
        Seattle, Washington 98101-1271
        Fax Number: (206) 553-0755
7

8
   Dated this 30th day of September, 2021.
9

10
        Respectfully submitted,
11

12
        TESSA M. GORMAN
13
        Acting United States Attorney

14
        */s/ Philip Kopczynski*
15
        PHILIP KOPCZYNSKI
        Assistant United States Attorney
16
        United States Attorney's Office
17
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
18
        Phone: 206-553-7970

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE - 2
United States v. Rhule, et al., CR20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970