The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>KENNETH JOHN RHULE,<br><br>               Defendant. | NO. CR 20-105 JCC<br><br>NOTICE OF APPEARANCE |

      PLEASE TAKE NOTICE that Barry L. Flegenheimer of Bell Flegenheimer hereby appears, in association with Peter Offenbecher, on behalf of the defendant, Kenneth John Rhule.  Please direct all further notices, pleadings and papers in this matter at the address set forth below.

      DATED: February 4, 2022.

                                  s/ Barry Flegenheimer
                                  Barry Flegenheimer
                                  BELL FLEGENHEIMER
                                  119 First Avenue South, Suite 500
                                  Seattle, WA 98104
                                  barrylfp@gmail.com

                                  *Attorneys for Defendant Kenneth John Rhule*

NOTICE OF APPEARANCE
*[No. CR20-105 JCC]* - 1

Bell Flegenheimer
119 First Avenue S., Suite 500
Seattle, WA 98104
(206) 621-8777

# CERTIFICATE OF SERVICE

I, Melisa Wong, certify that on February 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties.

DATED: February 4, 2022.

<u>s/ Melisa Wong</u>
Melisa Wong
Legal Assistant
BELL FLEGENHEIMER
119 First Ave. S., # 500
Seattle, WA 98104
206/621-8777
206/621-1256 fax
Melisa@bellfleg.com

NOTICE OF APPEARANCE
[No. CR20-105 JCC] - 2

Bell Flegenheimer
119 First Avenue S., Suite 500
Seattle, WA 98104
(206) 621-8777