The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>KENNETH JOHN RHULE and<br>KENNETH WARREN RHULE,<br><br>        Defendants. | NO. CR 20-105 JCC<br><br>UNOPPOSED MOTION TO CONTINUE<br>PRETRIAL MOTIONS DATE<br><br>**NOTE ON MOTION CALENDAR:**<br>February 4, 2022 |

## I.    MOTION

Defendant Kenneth John Rhule, by his attorneys Peter Offenbecher and Barry Flegenheimer, and defendant Kenneth Warren Rhule, by his attorneys Angelo Calfo and Henry Phillips, move to continue the pretrial motions deadline to February 18, 2022.  Currently, the pretrial motions deadline is February 4, 2022.  Trial is scheduled for March 28, 2022.  The government does not oppose this motion.

## II.    FACTS PERTAINING TO MOTION

Both defendants were charged by Indictment on August 5, 2020 with conspiracy to manufacture and distribute marijuana and marijuana products in violation of 18 U.S.C.

UNOPPOSED MOTION TO CONTINUE PRETRIAL
MOTIONS DATE – 1

skellenger**bender**

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

§§ 841(a)(1), 841(b)(1)(A), and 846. Dkt. No. 31.  Kenneth Warren Rhule was also charged with conducting an unlicensed money transmitting business in violation of 18 U.S.C. § 1960, money laundering in violation of 18 U.S.C. §§ 1956 and 2, and possessing a firearm during and in relation to a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(1).  *Id.*

The charges the defendants are facing in this matter are serious, potentially exposing them to 10-year  or 15-year mandatory minimum prison sentences.  The discovery produced to date is voluminous, now consisting of over 1,000,000 pages of material.

The parties are all working diligently to resolve this matter short of trial.  Undersigned counsels' access to their client, Kenneth John Rhule, for discussion of trial preparation and the terms of potential resolution has been severely limited by pandemic restrictions and numerous lockdowns at the FDC over the past months.

In order to preserve the status quo while all counsel work toward a resolution, an extension of the pretrial motions deadline for two weeks is appropriate.

Undersigned counsel have spoken with counsel for the government, Assistant United States Attorney Philip Kopczynski, who indicates that the government does not oppose a continuance of the pretrial motions deadline by two weeks.

### III.   CONCLUSION

We respectfully request that the Court extend the pretrial motions deadline to February 18, 2022 to facilitate the parties' further negotiations aimed at resolving this matter short of trial.

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

1 Dated this 4th day of February 2022.

2

3     Peter Offenbecher
     SKELLENGER BENDER, P.S.

4

5      s/ Barry Flegenheimer

6     Barry Flegenheimer
     BELL FLEGENHEIMER

7     *Attorneys for Defendant Kenneth John Rhule*

8

9      s/ Angelo Calfo

10     Angelo Calfo
     Henry C. Phillips
     CALFO EAKES LLP

11     *Attorneys for Defendant Kenneth Warren Rhule*

12

13

14

15

16

17

18

19

20

21

22

23

UNOPPOSED MOTION TO CONTINUE PRETRIAL
MOTIONS DATE – 3

**skellengerbender**

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

**CERTIFICATE OF SERVICE**

I, Jule Freeman, certify that on February 4, 2022, I electronically filed the Unopposed Motion to Continue Pretrial Motions Date (together with the proposed form of Order) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 4th day of February 2022.

Jule Freeman
SKELLENGER BENDER, P.S.
Case Manager

UNOPPOSED MOTION TO CONTINUE PRETRIAL
MOTIONS DATE – 4

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501