The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH JOHN RHULE and<br>KENNETH WARREN RHULE,<br><br>Defendants. | NO. CR20-105 JCC<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DATE |

THIS COURT has considered the Unopposed Motion to Continue Pretrial Motions Date, this proposed form of Order, and the pleadings and records already on file.

IT IS THEREFORE ORDERED that the Unopposed Motion to Continue Pretrial Motions Date is GRANTED. IT IS FURTHER ORDERED that the pretrial motions deadline be reset to February 18, 2022.

DATED this _____ day of _____ 2022.

_____
JOHN C. COUGHENOUR
United States District Judge

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE PRETRIAL MOTIONS
DATE – 1

skellenger bender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501