Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH WARREN RHULE, and KENNETH JOHN RHULE,<br><br>Defendants. | NO. CR20-0105 JCC<br><br>GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL |

Please take notice that Andrew Friedman, Assistant United States Attorney, hereby files this Notice of Withdrawal of Counsel in the above-referenced matter. AUSA Marie Dalton is no longer assigned to the prosecution of this matter. AUSAs Casey Conzatti and Philip Kopczynski are assigned to the prosecution of this case.

DATED this 4th day of February, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Andrew Friedman*
ANDREW FRIEDMAN
Assistant United States Attorney

GOVT'S NOTICE OF WITHDRAWAL OF COUNSEL - 1
*U.S. v. Rhule, et al.,* CR20-0105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970