The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-105 JCC |
| Plaintiff, | PRAECIPE FOR SUBPOENA |
| v. | |
| KENNETH JOHN RHULE and KENNETH WARREN RHULE, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please issue 15 Subpoenas in blank for use in the above-captioned case.

RESPECTFULLY SUBMITTED this 7th day of February 2022.

      s/ Peter Offenbecher
Peter Offenbecher
SKELLENGER BENDER, P.S.
Attorneys for Kenneth J. Rhule

PRAECIPE FOR SUBPOENA – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

Praecipe 2.7.22.docx

**CERTIFICATE OF SERVICE**

I, Melisa Wong, certify that on February 7, 2022, I electronically filed the Praecipe for Subpoena with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 7th day of February 2022.

s/ Melisa Wong
Melisa Wong
Legal Assistant

PRAECIPE FOR SUBPOENA – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

Praecipe 2.7.22.docx