THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH WARREN RHULE and KENNETH JOHN RHULE, <br><br> Defendants. | CASE NO. CR20-0105-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Defendants' unopposed motion to continue the pretrial motions deadline (Dkt. No. 111) is GRANTED. It is hereby ORDERED that pretrial motions are due February 18, 2022.

DATED this 9th day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
CR20-0105-JCC
PAGE - 1