The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-105 JCC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| KENNETH WARREN RHULE and | |
| KENNETH JOHN RHULE, | |
| Defendants. | |

THE COURT has considered the joint motion to proceed with guilty pleas by video or telephonic hearing, along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the parties' motion and that video or telephonic guilty plea hearings may take place as soon as practical, because further delays in this case would cause "serious harm to the interests of justice," *see* General Order No. 04-20 (extended by General Order 03-22), for the reasons set forth in the parties' joint motion.  Accordingly,

THE COURT ORDERS that the parties may proceed with plea hearings by telephone and/or video conference, consistent with current procedures established by this

ORDER - 1
*U.S. v. Rhule et al.,* CR 20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | Court, and directs the parties to consult with one another and the Court to schedule such a
2 | hearing at a mutually acceptable date and time.

3       DONE this _____ day of February, 2022.

_____
HON. JOHN C. COUGHENOUR
United States District Judge

Presented by:

*s/*_____
PHILIP KOPCZYNSKI
Assistant United States Attorney

ORDER - 2
*U.S. v. Rhule et al.,* CR 20-105 JCC