The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>KENNETH WARREN RHULE and<br><br>KENNETH JOHN RHULE,<br><br>                Defendants. | No. CR 20-105 JCC<br><br>**PRAECIPE TO ATTACH SIGNATURE PAGE** |

authorize the scheduling of guilty pleas by videoconference.

DATED this 22nd day of February, 2022.

Respectfully submitted,

/s/ Angelo Calfo
ANGELO J. CALFO
Attorney for Kenneth Warren Rhule

/s/ PC O
PETER OFFENBECHER
Attorney for Kenneth John Rhule

NICHOLAS W. BROWN
United States Attorney

/s/ Philip Kopczynski
PHILIP KOPCZYNSKI
Assistant United States Attorney

JOINT MOTION TO PROCEED WITH GUILTY PLEAS BY VIDEOCONFERENCE - 4
*United States v. Rhule et al.*, CR 20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970