Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR 20-105 JCC |
|---|---|
| Plaintiff, | CONSENT TO RULE 11 |
| v. | PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE |
| KENNETH JOHN RHULE, | JUDGE |
| Defendant | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty to a lesser included offense to the charge contained in Count 8 of the Indictment in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

//

//

//

CONSENT TO RULE 11 PLEA
*United States v. Kenneth John Rhule* / CR 20-105 JCC - 1

I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this ___23rd___ day of February, 2022.


s/ *Kenneth John Rhule*
_____
KENNETH JOHN RHULE
Defendant


_____
PETER OFFENBECHER
Attorney for Defendant


_____
BARRY FLEGENHEIMER
Attorney for Defendant


APPROVED:


___/s/_ *Philip Kopczynski*_____
PHILIP KOPCZYNSKI
Assistant United States Attorney

CONSENT TO RULE 11 PLEA
*United States v. Kenneth John Rhule* / CR 20-105 JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970