The Honorable John C. Coughenour

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR 20-105 JCC |
|---|---|
| Plaintiff, | |
| v. | ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |
| KENNETH JOHN RHULE | |
| Defendant. | |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, hereby accepts the plea of guilty of the defendant to the lesser-included offense of the charge contained in Count 8 of the Indictment, and the defendant is adjudged guilty of such offense.  All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this _____ day of _____, 20__.


_____
HON. JOHN C. COUGHENOUR
United States District Judge

ACCEPTANCE OF PLEA OF GUILTY
*United States v. Kenneth John Rhule* / CR 20-105 JCC - 1