THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0105-JCC |
| Plaintiff, | ORDER |
| v. | |
| KENNETH WARREN RHULE and KENNETH JOHN RHULE, | |
| Defendants. | |

Before the Court are two Reports and Recommendations ("R&Rs") concerning guilty pleas entered by each of defendant Kenneth Warren Rhule and defendant Kenneth John Rhule. (Dkt. Nos. 124, 128.) The Court has considered both R&Rs and, there being no timely objection, and subject to consideration of each defendant's plea agreement under Federal Rule of Criminal Procedure 11, hereby ACCEPTS: (1) the plea of guilty of defendant Kenneth Warren Rhule to the charge contained in Count 7, and to a lesser-included offense of the charge contained in Count 8, of the Indictment; and (2) the plea of guilty of defendant Kenneth John Rhule to a lesser-included offense of the charge contained in Count 8 of the Indictment. Each defendant is adjudged guilty of such respective offenses. All parties shall appear before this Court for sentencing as directed.

//

IT IS SO ORDERED this 11th day of March 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE