**Defendant Kenneth John Rhule's Sentencing Memorandum**

**Index to Exhibits**

| | |
|---|---|
| A | Letter from Kenneth John Rhule |
| B | Letter from Kenneth & Johanna Rhule (parents) |
| C | Letter from Daniel Villareal (family friend) |
| D | Letter from Keri Street (sister) |
| E | Letter from Connor Rhule (son) |
| F | 2006 & 2009 Redacted Partial Tax Returns |
| G | Snohomish Co. Drug Task Force Case Report No. 2016-00000091 |
| H | Snohomish County Sheriff's Report No. 2016-143081 |
| I | Report of Expert Janet McHard |
| J | Report of Expert Beth Mohr |
| K | Letter from Sherri Villarreal (family friend) |
| L | Letter from Michael Templeman (friend) |
| M | Letter from Cassandra Rhule (daughter-in-law) |
| N | Letter from Greg Weiner (uncle) |

# EXHIBIT A

May 10, 2022

Dear Honorable Judge Coughenour,

I take full and personal responsibility for my actions in participating in this marijuana conspiracy. I have no excuse for what I did. I deeply regret the harm I have caused to my son Kenneth Warren Rhule (Kenny) and our family.

In early 2015, Kenny and I decided to enter the medical marijuana industry together. My business experience, along with my son's interest in the medical benefits of various cannabinoids within the marijuana plant, led to our starting a medical marijuana co-operative that became known as HerbinArtisans. I provided the startup capital for the business, set up the general ledger and accounting software, helped set up the initial operation, and actively participated in the business into early 2016.

The Washington state laws on marijuana were rapidly changing during this time period. At first, I convinced myself this was a gray area of the law and we could convert our medical marijuana enterprise into a legal recreational marijuana company by buying a 502 license. We made some attempts to buy a 502 license. However, I became uncomfortable with the State of Washington's Initiative 502 regulatory and taxation structure, which resulted in my making the biggest mistake of my life, encouraging my son not to pursue a Washington State Recreational Marijuana License for HerbinArtisans. The decision not to pursue this license and instead to operate outside the laws of the State of Washington and the United States was a colossally bad one, and it not only cost me and my son dearly, but inflicted significant emotional and financial harm on our entire family. This was my fault and I accept the responsibility for it.

Since being arrested and incarcerated in July 2020, I have learned some very painful lessons that I consider to be part of the punishment that I deserve. I have missed the birth of 2 grandchildren. My wife of 20 years had to return to Russia because she lacked legal immigration status in this country, and I have no idea how, or when I will be able to see her again. My paternal grandmother passed away from Covid-19, a close family friend lost his life in a motorcycle accident, and my daughter-in-law lost her brother suddenly. I feel tremendous guilt over not having been with my family to support them through all of this. I have lost precious time with all 4 of my young grandchildren. In addition to this, as part of taking responsibility for my terrible decision I agreed to forfeit my family home and most all of my other financial assets. And, I have spent almost two years in the FDC SeaTac during the worst times of the pandemic.

Of course, all this is my fault. I blame no one else, and my actions have caused untold disruption and chaos to my family. That is what I regret the most.

The past 2 years have been very embarrassing and humbling for me, and I am genuinely sorry for wasting the Court's time and resources on something that I could and should have prevented. I assure your Honor this behavior is not something I will ever repeat.

Although I did not act so in this case, I actually place tremendous value in being an upstanding member of society, and I will do everything in my power to ensure I never put myself, or my family in this type of a situation again.  I will be a good, law-abiding citizen going forward.  Most importantly, I will try to set a good example for my children and grandchildren, something I have clearly failed to do in the matter at hand.

Sincerely,

Kenneth John Rhule

# EXHIBIT B

April 13, 2022

The Honorable John C. Coughenour
United States District Court for the Western District of Washington

Re: Kenneth John Rhule

Dear Honorable John C. Coughenour,

My name is Johanna Rhule, the Mother of Kenneth John Rhule. I am currently retired. I spent the last 30 years of my career working for Safeco/Symetra as a Manager of 3 offices, working in Stop Loss on catastrophic medical claims. I am writing on behalf of my husband as well, Ken Rhule who is also retired. Ken retired with CBRe as a service technician supporting Chase Banks.

We will say that raising Kenneth was a joy but did have its challenges. He was intelligent and strong willed. He always has had an entrepreneurial spirit, and went into business at a young age. We lived in California when he was young, he asked some local farmers if after they harvested their crops, if he could pick some of the broccoli and lettuce. They said yes, and he would take his wagon around to the neighbors and sell to them.

When Ken was 18 we gave him money to start his first business Compucare. He paid us back even though we did not request him to do so. He started 2 business Compucare and Focus Micro. Ken and his first wife where married young and had twins boys. Both sides of the family where supportive, but not supporting. He worked hard and long hours to support his family. Even though their marriage did not work out, our families are still very close. All of us feel it takes a village, and have always been there for each other. Both Ken and his first wife Leah remarried. Both step parents where very active in their son's lives. When Leah moved to Florida they shared custody of their sons which meant they had to home school. Ken made sure that his son's study hard when he had them, even when their school work was completed he would have them continue their studies. Both sons work in his business throughout the years.

Ken and his sons had a lot of shared interests. They all became certified divers, together and had interests in flying. Both of his sons have their pilots license, and Ken was working on getting his as well.

During the holidays our family would all donate various items and take them down to the homeless. Everyone gave what they could. Ken and his wife Olga would purchase shoes, socks, sleeping bags, coats and jackets. Four generations would go down together to pass out the items. We all felt blessed that we had the means to help others.

In addition to the charitable things we did together as a family, as a business man Ken's companies supported local food banks, went to Charity auctions, support St Jude Hospital. They where a corporate sponsor for Albertson's, one of their large clients, and donated to several relief funds. This is just a few examples.

Ken spent 7 years as the President of their HOA board in Woodinville.

Ken is a kind and loving person. He does not have a mean bone in his body, and would never be a menace to society.

When he was detained he was on his way to visit his grandchildren. Since he has been in custody he has 2 new grandchildren that he hasn't met yet. He has a 9 year old nephew who looks up to him, and just wants to spend time with his uncle that he hasn't seen in almost 2 years, and a niece with a loving spirit.

Over the years Ken has helped other people start their own business. Example: He helped his friend (Dan Gateway) start a window washing business. He was a mentor too many people that he worked with.

He has been very generous over the years as well. He bought his sister (Keri Street) a car. He helped us landscape our yard. I have a mentally ill brother (Bruce Weiner) that he bought a car for because he didn't have the means, and when it was in an accident he paid the difference to replace it. He goes to every family function and would have family gatherings at their home.

Ken did struggle with addiction for several years and sought treatment on his own to get clean, which he did. His family was there for him during that time as well.

We have a very loving and functional family, that will be here to help him get back on his feet after his release.

Your Honor, Ken has served hard time and we are sure that this whole experience has humbled him. He has plead guilty and is accepting responsibility for his actions. I hope that you can see that he deserves your consideration. His whole family will be here to help him. I have no doubt that Ken is looking forward to the time he can be back with his family, and we are looking forward to the same.

Respectfully,

Johanna Rhule

Ken Rhule

# EXHIBIT C

Daniel Y Villarreal

██████████████

April 16, 2022

Re: Kenneth John Rhule's Case

To: The Honorable Judge John C. Coughenour (courtroom 16206)

My name is Daniel Y Villarreal and I have had over 50 years experience working with young people and their families. Starting with the present, this is my background:

- 10 years as a Staff Development and Training Officer for Aspiranet Residential Services that provides services for youth referred by the courts to foster care, group homes and STRTP programs.
- 5 years Director Strengthening Families Program
- 5 years Program Manager for California Out Reach--a Christian-Based Gang Prevention & Intervention Program
- 5 years Parole Agent for California Youth Authority (Worked their Drug and Alcohol Residential Program)
- 15 years Juvenile Probation Officer for Monterey County Probation Department
- 5 Years Drug and Alcohol Counselor (Out-patient for youth and their families)

Kenneth and Johanna Rhule, (Kenneth John Rhule's parents) have been our close friends for over 40 years. We have shared our challenges and our successes over the years and are blessed to still remain good friends with great memories of friends and family. Obviously, this is how we know Kenneth John Rhule. Kenneth was very active, happy and searching for adventure. He enjoyed questioning things and always seemed to be seeking answers to things he did not understand. He was extremely intelligent and found creative ways to earn money, even at an early age. As he got older, he loved to read magazines about successful people and how they accomplished all the great things they had done.  I remember one time when Kenneth told me (many years ago) that "one day in the near future you won't have to pay for groceries, you will just use a plastic card for all your transactions". I thought that was pretty far-fetched at the time.

I believe at about 19 years of age (he looked 15) was telling me how he was flying to China and buying computers for a new store he was opening. Unfortunately, the night before his grand opening someone broke into this store and stole his merchandise, and he had not yet secured insurance as the business had not yet opened. In spite of that, he pulled himself together, worked very hard, and became a very successful businessman. More impressive is the fact that by this time he was already married with twin babies to support.  He quickly became an excellent provider and devoted family man.

We usually visit his parents yearly, and on those occasions, we are able to visit with Kenneth and his family as well. It is during those visits that the love and care for each other as family members is obviously a sincere, genuine and heart-felt one. He has a great relationship with his parents, sister, and his twin sons, and it is always a pleasure to spend time with them all.  He has even patiently tried to help me navigate investment strategies, even though a lot of that stuff is above my paygrade.

I have no idea what was going through Kenneth's head when all of this transpired, but his plea of guilty means that he does not deny his guilt and is not trying to present a defense for what he did. That means he is willing to take responsibility for his actions and accept whatever consequences the court determines appropriate.  With that type of attitude and with all the Kenneth has to lose, it is highly unlikely that he will involve himself in any criminal matters in the future.  He also has a healthy support system of people (including my wife and me) who love him and will encourage him as he transitions from this ordeal back to the man we know him to be.

During my career I have had to make some tough decisions when making recommendation to the court system or the parole board, and I have never taken those decisions lightly--as I know it can change the course of an individual's life, and that of his family.

But it is without hesitation that I write this letter of support for Kenneth John Rhule.

Sincerely,

Daniel Y Villarreal

# EXHIBIT D

April 28, 2022

The Honorable John C. Coughenour
U.S. District Court Judge
700 Stewart St. Seattle, WA, 98101

Re: Kenneth John Rhule and Kenneth Warren Rhule

Judge Coughenour,

My name is Keri Street I am Kenneth John Rhule's younger sister, and only sibling, and Aunt to Kenneth Warren. I am a happily married, working mother of two, and live with my family in Bothell, WA. I am a Senior Technical PM with over 20 years' experience in the tech industry. I am currently at T-Mobile with some previous employers as, TEKsystems, Microsoft, Expedia, and at one point, I worked for my brother's company FocusMicro.

Ken has always been a visionary, and from a young age he always knew he wanted to be in business for himself. He is an extremely intelligent, caring, and generous individual.  At the age of 18 he was married, starting-up his first computer company CompuCare, managing a household, and raising twin boys with his then wife Leah.  Ken and Leah were later divorced but always stayed close and managed to raise two amazing individuals Kenneth Warren and his twin broth Connor. I was 13 when the boys were born and to this day, love spending time with them and their families.   Even though we live in different states, we still see each other several times a year.  Our families have always been close.

Ken and Leah co-parented well. Growing up the boy's split their time between WA and FL and were raised with more than one set of loving, supportive parents.  Kenny and Connor were home schooled which allowed them the flexibility to travel.  The boys were active in sports, church, went on several mission trips to Honduras to help under privileged communities, and learned a great deal about computers and how to run a successful business from a young age.  Both their father and stepfather were ambitious, successful, business owners and entrepreneurs.  Kenneth Warren (Kenny), his brother Connor, their dad, and stepfather, all shared some common interests. They all have their pilot licenses or have completed several hours towards obtaining their licenses, and all are certified divers.  Both boys attended the University of Washington and have multiple computer certifications, many of which were obtained while working for their father's company.  I believe they also logged substantial hours in an electrician's apprentice program while at FocusMicro.

My nephew Kenny had originally gotten into the medical marijuana industry around the time his grandfather Steve was diagnosed with terminal cancer.  I believe this was around the time that marijuana became legal in WA state.  The reason that Kenny was so passionate about this industry is because he truly wanted to help people. He had done extensive research and discovered the amazing healing properties and health benefits found in cannabis and CDB and began developing oils that would help cure people of various ailments, provide pain management, tumor reduction, improved sleep, and prolonged quality of life. I too had a nodule on my left lobe thyroid that reduced in size from the oils. So, that is how it started, Ken and Kenny worked together initially to setup a legitimate medical

marijuana operation, that at one point was audited by the Snohomish County sheriff's department, who said they were compliant with the existing medical marijuana licenses and laws.

If I was asked, have these two ever helped anyone, the answer would absolutely be yes.   A family tradition we had for a long time, every year around the holidays we would contribute to charitable organizations.   Many times, my brother, his wife, and the boys would purchase thousands of dollars in tents, sleeping bags, coats, socks, boots etc., and pass them out to the homeless in Seattle.   Over the years, my brother employed over 5,000 people, across 36 states.   Both Ken and Kenny have helped people grow in their professional and personal lives.  They have both given significant contributions to various charitable organizations including Saint Judes cancer research (Ken), volunteering on mission trips, and as a youth-group pastor (Kenny), contributions to countless charity auctions and corporate donations (Ken).  Ken served as President of the Woodinville Street of Dreams HOA for 7 years.   They have both helped friends with various start-ups including window washing and landscaping businesses to name a few. They have helped family on numerous occasions with moving, setting up security surveillance for my parents, assisted with remodeling some of my properties as well as my parents and my uncles.  My brother and his wife gave my husband and I a new dishwasher when ours died, because they weren't ready to install the one, they had recently purchased for their remodel. Ken loaded it in his truck, drove it over, helped us hook it up, then took the old one away.  These guys have been there for family and friends repeatedly.

I know they both feel a great deal of remorse for what their actions have caused, not only to themselves but their families.   Throughout this ordeal I have spent time with both.  I am one of the few family members approved to visit Ken and I am the only approved visitor currently residing in WA state.  I visit as often as I can but, due to covid restrictions and lockdowns it has been a challenge.  When it was possible to visit, I would.   Ken has told me how bad he feels for having violated the law, for putting Kenny in this position, and finally his wife had to take a voluntary departure because all of this.  I know that Ken intends to relocate to FL after this ordeal is behind him, to spend time with his sons and grandchildren, while working to reunite with his wife.

Since March of 2020 much has happened, our family has mourned the loss of 3 relatives and one close family friend, we have welcomed two beautiful new additions to our family; one of which is Kenny's first-born, and at this time only son. The physical, mental, emotional, and financial strain, for everyone involved has been enormous.  I know that both Ken and Kenny have learned valuable lessons and would never repeat the same mistakes.  While we await sentencing, I worry that Kenny will miss out precious time with his wife and one year old child. This is a critical point in Kenny's life and his family needs him. I pray your honor that will see the good character of these men, understand, and agree that they truly are remorseful, know that they will not make the same mistakes, and show leniency towards them.

Respectfully,

*Keri Street*

Keri Street

# EXHIBIT E

Honorable Judge Coughenour,

I am not only honored to be writing a character letter for my dad (Kenneth John Rhule), but I am grateful for the opportunity to do so.  It is my hope that my experiences, and my perspective can shed a light on the nature and character of my dad.

At an early age my parents divorced, and I began splitting time between the two homes of my parents. At the age of 10, my mom and Stepdad moved to Florida and I transitioned from spending just weekends with my dad to splitting my time more equally between Florida and Washington. My brother and I would spend the summers and partial winters in Seattle, as well as 1 month in both the spring and the fall, and the remainder of the time in Florida. In order to accommodate this unique schedule, my parents decided to homeschool both me and my twin brother.

My dad was an excellent model of work ethic, self-discipline, and consistency. Characteristics that I'm forever grateful that he modeled and instilled in me. Even while running a ~70 employee security company, I remember him going above and beyond to help me achieve success in my studies. With homeschooling, it is very easy to let complacency take over and wake up late, work  in your pajamas, speed through the days coursework, or even defer the work altogether to the next day. Despite it being easy to fall into that trap, I can say that letting that happen at my dads house was never an option. It was imperative that I woke up, showered, became presentable and was at my desk at the appropriate times laid out in the schedule. A typical school day, in the absence of peer distractions, only had about 3 hours of study materials. So my dad would provide additional work of his choosing to fill the other 3 "school hours". This work typically included life skills, reading non-fiction (typically books about business), or housework. At the age of 12 this additional time transitioned into actually working at his company, Focusmicro. A typical schedule was 8am - 12pm school, 1pm - 6pm work.

Just like with school, my Dad treated my time at Focusmicro as a learning opportunity. His desire was for my brother and me to learn all facets of the business, and to promote us through it. He impressed upon us the importance of doing the hard work ourselves, and instructed us that the goal was to do the job with more effectiveness than whoever we were "competing" against for that job. He taught us that you can't effectively manage people that don't respect you, and to earn that respect it would take time and hard-work. My dad constantly challenged me, and when there was something else to learn he moved me to another part of the organization. While it started with warehouse work, I eventually got exposure to the software side of the business, cold-call marketing, accounting, and worked as an electrician apprentice. All before the age of 17. My dad was always supportive of different business ventures I presented. Back in 2013 I started to run Bitcoin miners, and despite bitcoin mining being a relatively unknown and unpopular business model at the time, he supported, learned, and helped  in that venture. After a proof of concept, he gave my brother and I free reign to take over a room in his warehouse at Focusmicro, that at the time was used for CCTV (camera system) research and development. We took that room, pulled in additional power, and setup racks to host

our new bitcoin mining servers. My dad dove into this venture headfirst with us, and even added many of his own built bitcoin miners. Although it was a risky investment at the time, with a relatively high capital investment, it ended up giving us a way to mine and acquire bitcoin at cheap rates.

Despite being strict, and development driven, my dad is very much a "work hard, play hard" kind of guy. He encouraged both my brother and myself to pursue our passions, and often times throws himself into those passions/hobbies himself. To name a few, we got scuba certified together in 2008, when I was just 15. We went on to do over 100 cold water dives in the puget sound. When I was 17 I started training to become a private pilot, which was a dream of mine. He helped me study/train along the way and in 2011 I received my pilots license. During that time he threw himself into it and helped me study/train. We also spent a lot of time outdoors playing frisbee golf, shooting skeet, small game hunting, crabbing, and spearfishing.

My dad is hardworking, patient, considerate, generous, and loves his family. In the last 2 years I have seen my dad change greatly, and for the better. He is regretful, and wishes more than anything to be reunited with his family. He has expressed to me that he is especially regretful for not following the marijuana licensing guidelines laid out by the State of Washington and for the impact the decision has had on his family. He is fearful that he will lose what he now realizes is his most precious commodity, time with his family. Especially his grandchildren.

I hope this letter has effectively communicated how I feel about my dad. I could go on and on with examples, but I want to keep this letter at a palatable length. Feel free to reach out to me, and I would be happy to elaborate on any of the points.

Respectfully,
Connor Rhule

05 / 09 / 2022

# EXHIBIT F

| Form **1040X** (Rev. February 2007) | Department of the Treasury - Internal Revenue Service<br>**Amended U.S. Individual Income Tax Return**<br>▶ See separate instructions. | | OMB No. 1545-0074 |
|---|---|---|---|

This return is for calendar year ▶ **2006**, or fiscal year ended ▶

| | | |
|---|---|---|
| Your first name and initial<br>KEN J. RHULE | Last name | Your social security number |
| If a joint return, spouse's first name and initial<br>OLGA   RHULE | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code | | |

**A** If the address shown above is different from that shown on your last return filed with the IRS, would you like us to change it in our records? ▶ ☐ Yes ☐ No

**B** Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.
On original return ▶ ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)
On this return ▶ ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household* ☐ Qualifying widow(er)
* If the qualifying person is a child but not your dependent, see page 3 of the instructions.

Use Part II on page 2 to explain any changes

### Income and Deductions (see instructions)

| | | | A. Original amount or as previously adjusted (see page 3) | B. Net change - amount of increase or (decrease) - explain in Part II | C. Correct amount |
|---|---|---|---|---|---|
| 1 | Adjusted gross income (see page 3) | 1 | | | 2,521,217. |
| 2 | Itemized deductions or standard deduction (see page 3) | 2 | | | |
| 3 | Subtract line 2 from line 1 | 3 | | | |
| 4 | Exemptions. If changing, fill in Parts I and II on page 2 (see page 4) | 4 | | | |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | | | |
| 6 | Tax (see page 5). Method used in col. C  QDCGTW | 6 | | | |
| 7 | Credits (see page 5) | 7 | | | |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 8 | | | |
| 9 | Other taxes (see page 5) | 9 | | | |
| 10 | Total tax. Add lines 8 and 9 | 10 | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 5 | 11 | | | |
| 12 | Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 | Earned income credit (EIC) | 13 | | | |
| 14 | Additional child tax credit from Form 8812 | 14 | | | |
| 15 | Credits: Federal telephone excise tax or from Forms 2439, 4136, or 8885 | 15 | 60. | | 60. |
| 16 | Amount paid with request for extension of time to file (see page 5) | 16 | | | |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 | Total payments. Add lines 11 through 17 in column C | 18 | | | |

### Refund or Amount You Owe

| | | | |
|---|---|---|---|
| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | |
| 20 | Subtract line 19 from line 18 (see page 6) | 20 | |
| 21 | **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 6 | 21 | |
| 22 | If line 10, column C, is less than line 20, enter the difference | 22 | |
| 23 | Amount of line 22 you want **refunded to you** | 23 | |
| 24 | Amount of line 22 you want **applied to your**          **estimated tax** | 24 | |

**Sign Here**
Joint return?
See page 2.
Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

*TAXPAYER'S COPY*          *TAXPAYER'S COPY*

Your signature        Date          Spouse's signature. If a joint return, **both** must sign.   Date

Preparer's        Date 9/22/11          Preparer's SSN or

CCH
610701
02-12-07

**For Paperwork Reduction Act Notice, see separate instructions.**          Form **1040X** (Rev. 2-2007)

Form **8879**

Department of the Treasury
Internal Revenue Service

# IRS e-file Signature Authorization

▶ Do not send to the IRS. This is not a tax return.
▶ Keep this form for your records. See instructions.

OMB No. 1545-0074

**2009**

Declaration Control Number (DCN) ██████████████████████

| Taxpayer's name | Social security number |
|---|---|
| KEN J RHULE | ████████ |
| Spouse's name | Spouse's social security number |
| OLGA  RHULE | ████████ |

## Part I  Tax Return Information - Tax Year Ending December 31, 2009 (Whole Dollars Only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | **1** | 1,070,218. |
| 2 | Total tax (Form 1040, line 60; Form 1040A, line 37; Form 1040EZ, line 11) | **2** | █ |
| 3 | Federal income tax withheld (Form 1040, line 61; Form 1040A, line 38; Form 1040EZ, line 7) | **3** | █ |
| 4 | Refund (Form 1040, line 73a; Form 1040A, line 46a; Form 1040EZ, line 12a; Form 1040-SS, Part I, line 13a) | **4** | █ |
| 5 | Amount you owe (Form 1040, line 75; Form 1040A, line 48; Form 1040EZ, line 13) | ＊ **5** | █ |

## Part II  Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2009, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** an indication of any refund offset, **(c)** the reason for any delay in processing the return or refund, and **(d)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only** ████████████████████████████████████ : ██████████

[X] I authorize ████████████████ COM██████████ to enter or generate my PIN ██████
██████████████████████ income tax return. | Enter five numbers, but do not enter all zeros

[ ] I will enter my PIN as my signature on my tax year 2009 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ _____ Date ▶ 10/15/2010

**Spouse's PIN: check one box only**

[X] I authorize ████████████████████████ to enter or generate my PIN ██████
**ERO firm name** | do not enter all zeros
as my signature on my tax year 2009 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2009 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ _____ Date ▶ 10/15/2010

## Practitioner PIN Method Returns Only - continue below

### Part III  Certification and Authentication - Practitioner PIN Method Only

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. ████████████████
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2009 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Publication 1345**, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ▶ _____ Date ▶ _____

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

919995
10-17-09

LHA  **For Paperwork Reduction Act Notice, see instructions.** Form **8879** (2009)

1

# EXHIBIT G

# OfficerID: tf0203, Narrative

On 02-12-2016 SA Ryan and myself responded to the address of ████████████ Woodinville Wa. to contact the residence of the listed address regarding a possible marijuana growing operation on the property.   Upon arriving at the residence I knocked on the front door,   the door was answered by an adult male.   I informed the male we were there to talk about the possible marijuana growing operation located on the property.   The male stated he was just renting the house on the property and had nothing to do with the marijuana growing operation. The male subject stated the marijuana growing operation was in the detached garage behind the main residence.   The male subject stated the grower was in the detached garage at this time.

While speaking with the male subject the owner of the property, Janie Phillips arrived and asked what I was doing at the property.   I informed Phillips that several of the neighbors had complained about the marijuana growing operation and criminal activity coming from the property.   Phillips stated she was renting the detached garage to someone else and the male at the main residence had nothing to do with it.   Phillips stated I should have made an appointment with the grower if I wanted to talk with him.     Phillips stated she would go back to the detached garage and talk with the grower to see if he wanted to speak with me.

Phillips walked to the detached garage and returned within minutes, Phillips stated the grower would talk with me and stated he was going to come out in a couple of minutes.

Several minutes later Kenneth J. Rhule came out of the detached garage and contacted me.   I informed Rhule I was a Detective with the Snohomish Regional Drug and Gang Task Force and that we had received several complaints from neighbors regarding illegal active on the property due to his marijuana growing operation.   I informed Rhule some of the complaints were about heave traffic due to sales of marijuana and manufacturing of heroin in the garage.

Rhule stated he wasn't manufacturing heroin and he was growing marijuana for medical purposes.   I asked Rhule if it was possible for SA Ryan and I to view his marijuana growing operation.   Rhule stated it was ok and that he had some workers in the garage at this time.   I informed Rhule I didn't need to talk with them and my intent was to just see the number of plants and any medical documentation.

Upon examining the garage we noticed it was sectioned into three rooms.   I estimated Rhule was growing between 150 and 200 marijuana plants in different stages of growth.   I saw no other signs of illegal activity in the garage.   I also removed a leaf from a marijuana plants as evidence and booked it into evidence.

I asked Rhule to see his medical marijuana documentation,   Rhule stated they were still posted in Everett were he was growing his marijuana before moving it to this location.   Rhule stated he would have them brought to this location and posted.

I asked Rhule if he was selling marijuana from this location.   Rhule stated he did sell marijuana to a few friends but they never came to this location.     Rhule stated he met them at other locations and it was always for small amounts.

I informed Rhule I would check on a later date to see if he had obtained the proper medical documentation. Rhule stated I could come back any time and inspect his marijuana growing operation.

I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Detective Jose Vargas.

## TF Case, Officer: tf0203, Supervisor: tf0107, Merged By: tf0020

| SNOHOMISH COUNTY TASK FORCE<br>3000 Rockefeller Ave<br>Everett, WA 98201<br>(425) 388-3479 | Initial Case Report |
| --- | --- |
| | Case Report # **2016-00000091** |

| | OCCURRED INCIDENT TYPE<br>**VUCSA** | DATE/TIME REPORTED<br>**2/12/2016      15:00** | ASSOCIATED CASES |
| --- | --- | --- | --- |
| **EVENT** | LOCATION OF OCCURRENCE<br><br>**Woodinville, WA** | OCCURRED DATE/TIME<br>**2/12/2016      15:00**<br>OCCURRED THROUGH<br>**2/12/2016      16:00** | |

| | STATUTE / DESCRIPTION | | Counts | Attempt/Commit |
| --- | --- | --- | --- | --- |
| **OFFENSES** | **VUCSA W- INTENT [MJ-PRODUCE]**<br>**69.50.401.2[3563]** | | **1** | **Commit** |
| | | | | |
| | | | | |

| | ☐ NON-DISCLOSURE | | | |
| --- | --- | --- | --- | --- |
| **SUBJECT** | SUBJECT TYPE<br>**Suspect** | NAME<br>**Adult / RHULE, KENNETH JOHN** | | DOB / AGE RANGE |
| | ADDRESS<br><br>**WOODINVILLE, WA 98072** | | | PRIMARY PHONE<br><br>SECONDARY PHONE |
| | RACE<br>**White** | SEX<br>**Male** | HEIGHT<br>**6' 1** | WEIGHT<br>**200** | HAIR<br>**GRY** | EYE<br>**BRO** |

| | DL NUMBER<br>**43G Driver's** | DL STATE<br>**WA** | EMPLOYER |
| --- | --- | --- | --- |

| | ☐ NON-DISCLOSURE | | | |
| --- | --- | --- | --- | --- |
| **SUBJECT** | SUBJECT TYPE<br>**Victim** | NAME<br>**Business or Society / State of Washington,** | | DOB / AGE RANGE |
| | ADDRESS | | | PRIMARY PHONE<br><br>SECONDARY PHONE |
| | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
| | DL NUMBER | DL STATE | EMPLOYER | | | |

| | PROPERTY CODE | | YEAR | COLOR |
| --- | --- | --- | --- | --- |
| **VEHICLE** | TYPE /<br>MAKE / | MODEL / | | |
| | PLATE | STATE | VIN | | VALUE |
| | DESCRIPTION | | | | |

| | PROPERTY CODE | | | |
| --- | --- | --- | --- | --- |
| **PROPERTY** | SERIAL NUMBER | QTY/UNIT OF MEASURE | VALUE | COLOR |
| | TYPE /<br>MAKE / | MODEL / | | |
| | DESCRIPTION | | | |

| REPORTING OFFICER / ID # | | APPROVING SUPERVISOR |
| --- | --- | --- |
| **Vargas, Jose** | **0203** | **Warren, Terry M** |

*Disclaimer: This field report should not be considered the final official police report.  Any information contained within is subject to verification and/or change.*

TF Case 2016-00000091 Page 1 OF 3

| SNOHOMISH COUNTY TASK FORCE<br>3000 Rockefeller Ave<br>Everett, WA 98201<br>(425) 388-3479 | Initial Case Report |
|---|---|
| | Case Report # **2016-00000091** |

### NARRATIVE

On 02-12-2016 SA Ryan and myself responded to the address of ▮▮▮▮▮▮▮▮ Woodinville Wa. to contact the residence of the listed address regarding a possible marijuana growing operation on the property. Upon arriving at the residence I knocked on the front door, the door was answered by an adult male. I informed the male we were there to talk about the possible marijuana growing operation located on the property. The male stated he was just renting the house on the property and had nothing to do with the marijuana growing operation. The male subject stated the marijuana growing operation was in the detached garage behind the main residence. The male subject stated the grower was in the detached garage at this time.

While speaking with the male subject the owner of the property, Janie Phillips arrived and asked what I was doing at the property. I informed Phillips that several of the neighbors had complained about the marijuana growing operation and criminal activity coming from the property. Phillips stated she was renting the detached garage to someone else and the male at the main residence had nothing to do with it. Phillips stated I should have made an appointment with the grower if I wanted to talk with him. Phillips stated she would go back to the detached garage and talk with the grower to see if he wanted to speak with me.

Phillips walked to the detached garage and returned within minutes, Phillips stated the grower would talk with me and stated he was going to come out in a couple of minutes.

Several minutes later Kenneth J. Rhule came out of the detached garage and contacted me. I informed Rhule I was a Detective with the Snohomish Regional Drug and Gang Task Force and that we had received several complaints from neighbors regarding illegal active on the property due to his marijuana growing operation. I informed Rhule some of the complaints were about heave traffic due to sales of marijuana and manufacturing of heroin in the garage.

Rhule stated he wasn't manufacturing heroin and he was growing marijuana for medical purposes. I asked Rhule if it was possible for SA Ryan and I to view his marijuana growing operation. Rhule stated it was ok and that he had some workers in the garage at this time. I informed Rhule I didn't need to talk with them and my intent was to just see the number of plants and any medical documentation.

Upon examining the garage we noticed it was sectioned into three rooms. I estimated Rhule was growing between 150 and 200 marijuana plants in different stages of growth. I saw no other signs of illegal activity in the garage. I also removed a leaf from a marijuana plants as evidence and booked it into evidence.

I asked Rhule to see his medical marijuana documentation, Rhule stated they were still posted in Everett were he was growing his marijuana before moving it to this location. Rhule stated he would have them brought to this location and posted.

I asked Rhule if he was selling marijuana from this location. Rhule stated he did sell marijuana to a few friends but they never came to this location. Rhule stated he met them at other locations and it was always for small amounts.

I informed Rhule I would check on a later date to see if he had obtained the proper medical documentation. Rhule stated I could come back any time and inspect his marijuana growing operation.

I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

*I certify or declare under the penalty of perjury under the laws of the State of Washington that the forgoing statement is true and correct. (RCW 9A.72.085)*

| REPORTING OFFICER / ID # | | APPROVING SUPERVISOR |
|---|---|---|
| **Vargas, Jose** | **0203** | **Warren, Terry M** |
| LOCATION SIGNED  **Snohomish County, WA** | | DATE SIGNED  **03/04/2016** |
| *This document was submitted on a device that is owned, issued, or maintained by a criminal justice agency.* | | |

*Disclaimer: This field report should not be considered the final official police report. Any information contained within is subject to verification and/or change.*

| SNOHOMISH COUNTY TASK FORCE<br>3000 Rockefeller Ave<br>Everett, WA 98201<br>(425) 388-3479 | Initial Case Report<br><br>Case Report # **2016-00000091** |
|---|---|

## NARRATIVE (continuation)

**Detective Jose Vargas.**

*I certify or declare under the penalty of perjury under the laws of the State of Washington that the forgoing statement is true and correct. (RCW 9A.72.085)*

| REPORTING OFFICER / ID # | | APPROVING SUPERVISOR |
|---|---|---|
| **Vargas, Jose** | **0203** | **Warren, Terry M** |
| LOCATION SIGNED **Snohomish County, WA** | | DATE SIGNED **03/04/2016** |
| *This document was submitted on a device that is owned, issued, or maintained by a criminal justice agency.* | | |

*Disclaimer: This field report should not be considered the final official police report. Any information contained within is subject to verification and/or change.*

Page: 5 of 5

Case Number: 2016-00000091. ORI: WA0312300.

EVI PROP RPT 16-91

SSH K057609-100121  Case # TF2016-091  5

TF 16-91

TF 16-91

# Quick Property Receipt

| Print Date/Time: | 02/17/2016 21:51 |
| Login ID: | tf0203 |

Snohomish Regional Drug and Gang Task Force

**ORI Number:** WA0312300

| Entry Date/Time | Officer | Case Number | Property Code(s) | Property Type | Description | Facility | Location/Other | Tag/Item Number |
|---|---|---|---|---|---|---|---|---|
| 02/17/2016 21:49 | TF0203 - Vargas | 2016-00000091 | Evidence | Drug-Narcotics | Marijuana leaf taken from MJ grow. | East | LOCKERS | 2016-00000091/1 |

_____
**Submitted By**

02-17-16
_____
**Date**

_____
**Property Officer**

2/18/16
_____
**Date**

Page: 1 of 1



# EXHIBIT H



# Case Report
# Compact

**Print Date/Time:** 10/25/2021 16:44
**Login ID:** so4448
**Case Number:** 2016-00143081

Snohomish County Sheriff's Office

**ORI Number:** WA0310000

## Case Details:

| | | | |
|---|---|---|---|
| **Case Number:** | 2016-00143081 | **Incident Type:** | AOA - Fire |
| **Location:** | ▮▮▮▮▮ | **Occurred From:** | 09/10/2016 23:02 |
| | MONROE,WA 98272 | **Occurred Thru:** | 09/10/2016 23:58 |
| | | **Reported Date:** | 09/10/2016 23:02 Saturday |
| **Reporting Officer ID:** | SO1594-Gort | **Status:** Closed | **Status Date:** 09/11/2016 |
| | **Disposition:** No Crime Occurred | **Disposition Date:** 09/14/2016 |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Contact | 1 | RHULE, OLGA VLADIMIROVNA | ▮▮▮▮ | ▮▮▮▮ | White | Female | ▮▮▮▮ |
| | | | MONROE,WA 98272 | | | | |
| Contact | 2 | RHULE, KENNETH JOHN | ▮▮▮▮ | ▮▮▮▮ | White | Male | ▮▮▮▮ |
| | | | MONROE,WA 98272 | | | | ▮▮ |

**Subject #**    **1-Contact**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Primary:** | No | | | | | |
| **Name:** | RHULE, OLGA VLADIMIROVNA | **Race:** White | **Sex:** Female | **DOB:** | ▮▮▮▮ |
| **Address:** | ▮▮▮▮ | **Height:** | **Weight:** | **Age:** | |
| | MONROE WA 98272 | **Eyes:** HAZ | **Hair:** BLK | | ▮▮ |
| **Primary Phone:** | ▮▮▮▮ | **DVL #:** <span style="color:red">43G</span>▮▮▮ | **State:** WA | | |
| **Resident Status:** | Full-Time Resident | | | | |

**Injury Types**      **Modus Operandi**

Unconsciousness

**Subject #**    **2-Contact**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Primary:** | No | | | | | |
| **Name:** | RHULE, KENNETH JOHN | **Race:** White | **Sex:** Male | **DOB:** | ▮▮▮▮ |
| **Address:** | ▮▮▮▮ | **Height:** | **Weight:** ▮. | **Build:** Medium | ▮▮▮ |
| | MONROE WA 98272 | **Eyes:** GRY | **Hair:** BRO | **Age:** | |
| **Primary Phone:** | ▮▮▮▮ | **SSN:** <span style="color:red">24 Social</span> | **DVL #:** <span style="color:red">43G</span>▮▮▮ | **State:** WA | |
| **Resident Status:** | Full-Time Resident | | | | |

**Modus Operandi**

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

## Vehicles

SSH  K057609-100121  Case # 2016-143081  1



# Case Report
## Compact

**Print Date/Time:** 10/25/2021 16:44
**Login ID:** so4448
**Case Number:** 2016-00143081

**ORI Number:**

Snohomish County Sheriff's Office
WA0310000

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|-----|------|--------------|------|------|-------|-------|---------------|-------|

SSH  K057609-100121  Case # 2016-143081  2

Case Number: 2016-00143081. ORI: WA0310000.                                                          Page: 3 of 8

# OfficerID: so1594, Narrative

**Snohomish County Sheriff's Office**
**Deputy S. Gort C1594**

On 09/10/2016 at approximately 2303 hours, SCSO Dispatch notified East County patrols that Fire and Aid was responding to the residence of ▮▮▮▮▮▮ in unincorporated Monroe.  It was reported that CPR was currently in progress on a female for a possible heroin overdose.

Sgt. T. Morris responded to the scene and subsequently notified SCSO Dispatch that he was administering CPR.  When I arrived at the residence Fire and Aid personnel had already arrived and were attending to an adult female inside.  I spoke with Kenneth J. Rhule (DOB ▮▮▮▮▮▮) and identified him by his WA driver's license.  Kenneth stated that he lived at the residence and was the husband of Olga V. Rhule (DOB ▮▮▮▮▮▮).  He brought her WA ID card to me and I identified Olga as the woman that was currently being treated by Fire and Aid.  Sgt. Morris informed me that he had administered Naloxone in addition to CPR and that Olga had regained some degree of consciousness before Fire and Aid assumed care of her.

Kenneth had difficulty composing himself, but he was able to state that he knew Olga had been using heroin because "that's what she does" when she goes over to that end of the house.  When he went to check on her he discovered that she had possibly overdosed and began administering CPR.  I remained on-scene until Aid personnel escorted Olga from the residence and transported her for treatment.  I then cleared the scene and have no further involvement in this case.

**End of Report**
**Deputy S. Gort C1594**

## SO Case, Officer: so1594, Supervisor: so1264, Merged By: so4375

| **SNOHOMISH COUNTY SHERIFF'S OFFICE**<br>3000 Rockefeller Ave<br>Everett, WA 98021<br>(425) 388-3523 | **Initial Case Report**<br><br>Case Report # **2016-00143081** |
|---|---|

**EVENT**

| OCCURRED INCIDENT TYPE<br>**AOA - Fire** | DATE/TIME REPORTED<br>**09/10/2016    23:02** | ASSOCIATED CASES |
|---|---|---|
| LOCATION OF OCCURRENCE<br><br>**MONROE, WA 98272** | OCCURRED DATE/TIME<br>**09/10/2016    23:02**<br>OCCURRED THROUGH<br>**09/10/2016    23:58** | |

**OFFENSES**

| STATUTE / DESCRIPTION | Counts | Attempt/Commit |
|---|---|---|
| | | |
| | | |
| | | |

**SUBJECT**

☐ NON-DISCLOSURE

| SUBJECT TYPE<br>**Contact** | NAME<br>**Adult / RHULE, OLGA VLADIMIROVNA** | | DOB / AGE RANGE | |
|---|---|---|---|---|
| ADDRESS<br><br>**MONROE, WA 98272** | | | PRIMARY PHONE<br><br>SECONDARY PHONE | |

| RACE<br>**White** | SEX<br>**Female** | HEIGHT | WEIGHT | HAIR<br>**BLK** | EYE<br>**HAZ** |
|---|---|---|---|---|---|
| DL NUMBER<br>**43G Driver's** | DL STATE<br>**WA** | | EMPLOYER | | |

**SUBJECT**

☐ NON-DISCLOSURE

| SUBJECT TYPE<br>**Contact** | NAME<br>**Adult / RHULE, KENNETH JOHN** | | DOB / AGE RANGE | |
|---|---|---|---|---|
| ADDRESS<br><br>**MONROE, WA 98272** | | | PRIMARY PHONE<br><br>SECONDARY PHONE | |

| RACE<br>**White** | SEX<br>**Male** | HEIGHT | WEIGHT | HAIR<br>**BRO** | EYE<br>**GRY** |
|---|---|---|---|---|---|
| DL NUMBER<br>**43G Driver's** | DL STATE<br>**WA** | | EMPLOYER | | |

**VEHICLE**

| PROPERTY CODE | | | YEAR | COLOR |
|---|---|---|---|---|
| TYPE /<br>MAKE / | | MODEL / | | |
| PLATE | STATE | VIN | | VALUE |
| DESCRIPTION | | | | |

**PROPERTY**

| PROPERTY CODE | | | |
|---|---|---|---|
| SERIAL NUMBER | QTY/UNIT OF MEASURE | VALUE | COLOR |
| TYPE /<br>MAKE / | | MODEL / | |
| DESCRIPTION | | | |

| REPORTING OFFICER / ID #<br>**Gort, Stuart K**          1594 | APPROVING SUPERVISOR<br>**Casey, David W** |
|---|---|

Complete report details do not print in this format.

| | SNOHOMISH COUNTY SHERIFF'S OFFICE<br>3000 Rockefeller Ave<br>Everett, WA 98021<br>(425) 388-3523 | Initial Case Report |
|---|---|---|
| | | Case Report #  **2016-00143081** |

## NARRATIVE

**Snohomish County Sheriff's Office**
**Deputy S. Gort C1594**

**On 09/10/2016 at approximately 2303 hours, SCSO Dispatch notified East County patrols that Fire and Aid was responding to the residence of ▓▓▓▓▓▓▓▓▓ in unincorporated Monroe. It was reported that CPR was currently in progress on a female for a possible heroin overdose.**

**Sgt. T. Morris responded to the scene and subsequently notified SCSO Dispatch that he was administering CPR.  When I arrived at the residence Fire and Aid personnel had already arrived and were attending to an adult female inside.  I spoke with Kenneth J. Rhule (DOB ▓▓▓▓▓▓▓) and identified him by his WA driver's license.  Kenneth stated that he lived at the residence and was the husband of Olga V. Rhule (DOB ▓▓▓▓▓▓). He brought her WA ID card to me and I identified Olga as the woman that was currently being treated by Fire and Aid.  Sgt. Morris informed me that he had administered Naloxone in addition to CPR and that Olga had regained some degree of consciousness before Fire and Aid assumed care of her.**

**Kenneth had difficulty composing himself, but he was able to state that he knew Olga had been using heroin because "that's what she does" when she goes over to that end of the house. When he went to check on her he discovered that she had possibly overdosed and began administering CPR.  I remained on-scene until Aid personnel escorted Olga from the residence and transported her for treatment.  I then cleared the scene and have no further involvement in this case.**

**End of Report**
**Deputy S. Gort C1594**

This report was submitted from an electronic device owned, issued, or maintained by a law enforcement agency using my user ID and password. I certify or declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

| REPORTING OFFICER / ID# | | APPROVING SUPERVISOR | |
|---|---|---|---|
| **Gort, Stuart K** | **1594** | **Casey, David W** | |
| LOCATION SIGNED  **Snohomish County, WA** | | DATE SIGNED | **09/11/2016** |

This officer's narrative is complete when an approving supervisor's name is attached. Complete report details do not print in this format.

Case Number: 2016-00143081. ORI: WA0310000.                                                                Page: 6 of 8

# OfficerID: so1346, Narrative

    At 2306 hours on 09/10/2016 I responded to an assist fire at ██████████ Monroe, WA, which is located in an unincorporated portion of Snohomish County.  I was in uniform, operating a fully marked patrol vehicle XX744, and on duty as the east county Sheriff's office supervisor.  Dispatch advised that a male caller, later identified as Kenneth Rhule, was performing CPR on a female at the location who had overdosed on heroin.

    I responded code and arrived at 2314 hours.  I entered the residence and found Kenneth performing CPR on a female in the east bedroom.  The female was later identified as Olga Rhule.  Olga's skin was blue/gray tinged.  I checked her pulse and found she had none.  Kenneth said Olga had overdosed on heroin and he had found her unresponsive.

    I administered a dose of Naloxone Hydrochloride to Olga and took over CPR.  After about two minutes she coughed weakly.  I checked and found a pulse.  Olga began shallow breathing and I turned her on her side to prevent aspiration of blood that was coming from her mouth.  I asked Kenneth to hold her on her side and I went to check for the aid car.  Chief Halverson was in the driveway at his vehicle.  I called him inside and he administered oxygen to Olga.  At Chief Halverson's direction I administered a second dose of Naloxone.  We continued to monitor Olga's condition until the remainder of the aid units arrived.  Deputy Gort also arrived and contacted Kenneth.

    Aid transported Olga to Evergreen Hospital, Monroe.  Deputy Gort and I cleared the scene.

**End of Report**

SSH  K057609-100121  Case # 2016-143081  6

## SO Case Supplement, Officer: so1346, Supervisor: so1346, Merged

| | SNOHOMISH COUNTY SHERIFF'S OFFICE<br>3000 Rockefeller Ave<br>Everett, WA 98021<br>(425) 388-3523 | Case Supplement Report |
|---|---|---|
| | | Case Report # **2016-00143081** |

| | DATE/TIME REPORTED |
|---|---|
| | **9/10/2016     23:03** |

| | STATUTE / DESCRIPTION | Counts | Attempt/Commit |
|---|---|---|---|
| **OFFENSES** | | | |
| | | | |
| | | | |
| | | | |

| | ☐ NON-DISCLOSURE | | |
|---|---|---|---|
| **SUBJECT** | SUBJECT TYPE | NAME | DOB / AGE RANGE |
| | ADDRESS | | PRIMARY PHONE |
| | | | SECONDARY PHONE |
| | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
| | DL NUMBER | DL STATE | EMPLOYER |

| | ☐ NON-DISCLOSURE | | |
|---|---|---|---|
| **SUBJECT** | SUBJECT TYPE | NAME | DOB / AGE RANGE |
| | ADDRESS | | PRIMARY PHONE |
| | | | SECONDARY PHONE |
| | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
| | DL NUMBER | DL STATE | EMPLOYER |

| | PROPERTY CODE | YEAR | COLOR |
|---|---|---|---|
| **VEHICLE** | TYPE /<br>MAKE / | MODEL / | |
| | PLATE | STATE | VIN | VALUE |
| | DESCRIPTION | | |

| | PROPERTY CODE | | |
|---|---|---|---|
| **PROPERTY** | SERIAL NUMBER | QTY/UNIT OF MEASURE | VALUE | COLOR |
| | TYPE /<br>MAKE / | MODEL / | |
| | DESCRIPTION | | |

| REPORTING OFFICER / ID # | APPROVING SUPERVISOR |
|---|---|
| **Morris, Thomas J**            1346 | **Morris, Thomas J** |

Complete report details do not print in this format.

SSH  K057609-100121  Case # 2016-143081  7



**SNOHOMISH COUNTY SHERIFF'S OFFICE**
3000 Rockefeller Ave
Everett, WA 98021
(425) 388-3523

## Case Supplement Report

Case Report # **2016-00143081**

### NARRATIVE

At 2306 hours on 09/10/2016 I responded to an assist fire at ⬛⬛⬛⬛⬛⬛ Monroe, WA, which is located in an unincorporated portion of Snohomish County. I was in uniform, operating a fully marked patrol vehicle XX744, and on duty as the east county Sheriff's office supervisor. Dispatch advised that a male caller, later identified as Kenneth Rhule, was performing CPR on a female at the location who had overdosed on heroin.

I responded code and arrived at 2314 hours. I entered the residence and found Kenneth performing CPR on a female in the east bedroom. The female was later identified as Olga Rhule. Olga's skin was blue/gray tinged. I checked her pulse and found she had none. Kenneth said Olga had overdosed on heroin and he had found her unresponsive.

I administered a dose of Naloxone Hydrochloride to Olga and took over CPR. After about two minutes she coughed weakly. I checked and found a pulse. Olga began shallow breathing and I turned her on her side to prevent aspiration of blood that was coming from her mouth. I asked Kenneth to hold her on her side and I went to check for the aid car. Chief Halverson was in the driveway at his vehicle. I called him inside and he administered oxygen to Olga. At Chief Halverson's direction I administered a second dose of Naloxone. We continued to monitor Olga's condition until the remainder of the aid units arrived. Deputy Gort also arrived and contacted Kenneth.

Aid transported Olga to Evergreen Hospital, Monroe. Deputy Gort and I cleared the scene.

**End of Report**

This report was submitted from an electronic device owned, issued, or maintained by a law enforcement agency using my user ID and password. I certify or declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

| REPORTING OFFICER / ID # | | APPROVING SUPERVISOR |
|---|---|---|
| **Morris, Thomas J** | **1346** | **Morris, Thomas J** |
| LOCATION SIGNED **Snohomish County, WA** | | DATE SIGNED **9/11/2016** |

This officer's narrative is complete when an approving supervisor's name is attached. Complete report details do not print in this format.

# EXHIBIT I



**The McHard Firm**

*Administrative offices:*
*933 San Mateo Blvd NE, Suite 500-151*
*Albuquerque, NM  87108*
505/554-2968 Albuquerque
619/764-6144 San Diego
480/420-4036 Phoenix

February 9, 2022

Barry L. Flegenheimer
Bell Flegenheimer
500 Maynard Building
119 First Avenue South
Seattle, WA  98104

Peter Offenbecher
Skellenger Bender
1301 Fifth Ave., Suite 3401
Seattle, WA  98101

VIA EMAIL TO Barry Flegenheimer <barrylfp@gmail.com> and Peter Offenbecher
<POffenbecher@skellengerbender.com> and ONLY

Re:     *USA v. Kenneth John Rhule*
        CR20-105JCC
        USDC for the Western District of Washington at Seattle

Dear Mr. Flegenheimer and Mr. Offenbecher:

Thank you for the opportunity to work with you on Mr. Rhule's case.  You have requested
that I provide you with a brief letter setting forth my analysis of the accounting records
of Herbin Artisans, particularly in relation to determining how much Mr. Rhule may have
gained as a result of the operations of Herbin Artisans.

Herbin Artisans maintained company accounting records using an online accounting
software platform called Xero.  I understand that access to the actual Xero database is
currently not possible.  Instead, you provided me with the following files which have
apparently been extracted from Herbin Artisans' Xero accounting data:

- Herbin Artisans – Bank Reconciliation – Main Valut.xls – RHULE0031043.xls
- Herbin Artisans – General Ledger Report.xls – RHULE0031044.xls
- Herbin Artisans – Journal report – 2015.xls – RHULE0031045.xls
- Herbin Artisans – Journal report – 2016A.xls – RHULE0031046.xls
- Herbin Artisans – Journal report – 2016B.xls – RHULE0031047.xls
- Herbin Artisans – Bank Account_Transactions.xlsx – RHULE0031052.xlsx
- Herbin Artisans_–_Payable_Invoice_Detail.xlsx – RHULE0031046.xlsx
- Herbin Artisans_–_Payments.xlsx – RHULE0031057.xlsx
- Herbin_Artisans_-_Income_Statement.xlsx-RHULE00331054.xlsx
- Users list.xlsx-RHULE00331059.xlsx
- HA access log.xlsx-RHULE00331038.xlsx

Letter to Barry Flegenheimer and Peter Offenbecher
Re: *USA v. Kenneth John Rhule*
February 9, 2022
Page 2 of 7

These Herbin Artisans accounting records include data from January 1, 2015, through March 31, 2020, based on the headers within these documents (see, RHULE_003144). Unless otherwise noted below, all references in this letter to Xero records will include transactions within the time range January 1, 2015, through March 31, 2020.

Background:

Mr. Rhule and his son, Kenneth Warren Rhule – commonly called "Kenny" - are charged with crimes concerning the transactions of Herbin Artisans. I have been asked to determine how much Mr. Rhule may have benefitted as a result of the operations of Herbin Artisans. This letter only contemplates Kenneth John Rhule's transactions with Herbin Artisans; I have made no attempt to analyze the transactions of Kenneth Warren Rhule, except for certain transactions highlighted in this letter as examples.

Discussion and analysis:

*Income of Herbin Artisans:*

Contained within the accounting records from Xero is a file which includes the general ledger detail of Herbin Artisans[1]. The Xero records show that the total, or gross, revenues of Herbin Artisans (comprising of the accounts "Sales" and "Other Revenue") were $13,710,069.27. Those same accounting records show a cost of goods sold of $8,726,689.02. This means that gross profit, or gross revenues less cost of goods sold, would be $4,983,380.25. However, gross profit does not include the expenses incurred for running the business, only the cost of the items sold or produced. Once expenses to run the business are included, the net *income* for Herbin Artisans for that period was $2,574,850.33. It appears that the proposed Plea Agreement cites gross profit as the "profit" of the business, which is incorrect. The profit of the business would be the "net income" figure which, as shown in the Xero records, was $2,574,850.33.

*Distributions to Kenneth John Rhule:*

I was tasked with determining the amount of distributions made from Herbin Artisans to Kenneth John Rhule. In analysis of the detailed general ledger report from Xero, I noted that most of the transactions listed a person, either the customer or the payee. Sometimes these were included in the "Transaction" column, other times the individuals were listed in the "Reference" column. Many of these references to individuals appear to be in the form of nicknames. For example, a vendor named "judy granny" received payments for various supplies booked to "Cost of Goods Sold", "Inventory", and shop supplies categories, as shown here:

[table on next page]

---

[1] There were multiple reports from Xero provided. I have used the general ledger detail report because this is the most comprehensive report available and includes the detail of all accounts from both the balance sheet and the income statement.



Letter to Barry Flegenheimer and Peter Offenbecher
Re: *USA v. Kenneth John Rhule*
February 9, 2022
Page 3 of 7

| | | | | | |
|---|---|---|---|---|---|
| Cost of Goods Sold (500) | 06/15/2016 | INV | judy granny - Flower | | $1,890.00 |
| Cost of Goods Sold (500) | 09/16/2016 | PAY | judy granny - Flower | | $225.00 |
| Inventory - Unleashed (141) | 04/11/2016 | INV | judy granny - Flowers - Flowers | PO-00002137 | $1,237.50 |
| Inventory - Unleashed (141) | 05/11/2016 | INV | judy granny - Flowers - Flowers | PO-00002165 | $405.00 |
| Inventory - Unleashed (141) | 09/8/2016 | INV | judy granny - Flowers - Flowers | PO-00002235 | $4,500.00 |
| Inventory - Unleashed (141) | 09/9/2016 | INV | judy granny - Flowers - Flowers | PO-00002237 | $900.00 |
| Inventory - Unleashed (141) | 09/13/2016 | INV | judy granny - Flowers - Flowers | PO-00002238 | $4,500.00 |
| Inventory - Unleashed (141) | 10/3/2016 | INV | judy granny - Flowers - Flowers | PO-00002254 | $7,336.00 |
| Inventory - Unleashed (141) | 11/18/2016 | INV | judy granny - Flowers - Flowers | PO-00002280 | $800.00 |
| Inventory - Unleashed (141) | 12/28/2016 | INV | judy granny - Flowers - Flowers | PO-00002294 | $2,250.00 |
| Inventory - Unleashed (141) | 02/3/2017 | INV | judy granny - Flowers - Flowers | PO-00002307 | $1,800.00 |
| Inventory - Unleashed (141) | 02/28/2017 | INV | judy granny - Flowers - Flowers | PO-00002318 | $2,700.00 |
| Inventory - Unleashed (141) | 07/20/2017 | INV | judy granny - Flowers - Flowers | PO-00002376 | $4,228.00 |
| Inventory - Unleashed (141) | 08/22/2017 | INV | judy granny - Flowers - Flowers | PO-00002397 | $400.00 |
| Cost of Goods Sold (500) | 08/19/2015 | INV | judy granny - misc | | $700.00 |
| Shop/Lab Expenses (652) | 03/18/2016 | PAY | judy granny - QP of bud | | $500.00 |
| Cost of Goods Sold (500) | 01/10/2016 | PAY | judy granny - Reimburse for 1LB Lost to theft | Stolen From Dana | $1,800.00 |
| Consulting (612) | 03/24/2016 | PAY | judy granny - Sale of HP | | $900.00 |
| Inventory - Unleashed (141) | 06/15/2016 | INV | judy granny - T - Trim for extraction | PO-00002179 | $419.43 |
| Inventory - Unleashed (141) | 10/3/2016 | INV | judy granny - T - Trim for extraction | PO-00002251 | $375.00 |
| Inventory - Unleashed (141) | 02/28/2017 | INV | judy granny - T - Trim for extraction | PO-00002318 | $605.00 |
| Inventory - Unleashed (141) | 07/20/2017 | INV | judy granny - T - Trim for extraction | PO-00002376 | $3,225.00 |
| Inventory - Unleashed (141) | 08/22/2017 | INV | judy granny - T - Trim for extraction | PO-00002397 | $1,000.00 |

Source:  "Herbin Artisans – General Ledger Report.xls – RHULE0031044.xls" sorted by "Transaction" column, with account names added at left.



Letter to Barry Flegenheimer and Peter Offenbecher
Re: *USA v. Kenneth John Rhule*
February 9, 2022
Page 4 of 7

After noting nicknames throughout the Xero data, I requested that counsel provide me with a list of names under which Mr. Rhule may have been listed.  Counsel provided the following names and nicknames which I have assumed refer to Kenneth John Rhule:

- Ken
- Ken R
- Ken Rhule
- Kenneth J
- Kenneth Rhule[2]

Using this information, first I searched the general ledger detail for all line items which include "Ken".  This search resulted in also identifying all transactions with "Kenny" included; "Kenny" is assumed to be Kenneth Warren Rhule for the purposes of my analysis.

Next, I removed from my analysis all transactions which included only "Kenny" since my analysis is focused on Kenneth John Rhule.

My next step was to analyze the remaining transactions which likely involved Mr. Rhule.  I noted that many of the transactions involving Mr. Rhule were reimbursements for expenses of Herbin Artisans paid by Mr. Rhule personally, such as these:

| General Expenses (628) | 08/31/2015 | EC | Ken R - Amazon - Order date Aug 27, 2015 Order # 104-6560173-4762648 Order total $29.94 (1 item) | | $29.94 |
|---|---|---|---|---|---|
| General Expenses (628) | 08/31/2015 | EC | Ken R - Amazon order - Order date Aug 30, 2015 Order # 104-1648785-3889868 Order total $30.88 (1 item) | | $30.30 |

Source:  "Herbin Artisans – General Ledger Report.xls – RHULE0031044.xls" sorted by "Transaction" column, with account names added at left.

Payments reimbursing Mr. Rhule for expenses he had paid on behalf of the company would not reflect any distribution to Mr. Rhule, consequently, I removed these transactions from my analysis.

The nature of a general ledger detail report is that both sides of double-entry accounting transactions are shown in the report.  As an example, when a company writes a check to pay utilities, the general ledger report will show both the debit increasing the utilities expense category and the credit decreasing the checking account.  In other words, every transaction is shown twice – once for debit and once for credit – on a general ledger detail report.

---

[2] "Kenneth Rhule" could refer to both Kenneth John Rhule and Kenneth Warren Rhule.  Since the name could refer to either individual, I have included "Kenneth Rhule" in my analysis to capture the widest possible level of benefits to Kenneth John Rhule.



Letter to Barry Flegenheimer and Peter Offenbecher
Re: *USA v. Kenneth John Rhule*
February 9, 2022
Page 5 of 7

Thus, my next step was to remove the credit side for the remaining transactions to determine a total of distributions which appear to have been paid to Mr. Rhule from Herbin Artisans.  These payments to Mr. Rhule include wages and payment of accrued liabilities as well as a few transactions that may have benefitted Mr. Rhule or may, in fact, have been payments passed on to other vendors of Herbin Artisans.  The total of all of these payments for the entire period from January 1, 2015, through March 31, 2020, is $59,100.00 as shown in detail in **Exhibit 1** to this letter.

*Unpaid liabilities to Mr. Rhule:*

The general ledger detail includes transactions in an account category called "Unpaid Expense Claims" which is categorized as a liability.  From the description of this account, and my analysis of the detail, this is the account where Herbin Artisans booked the liability for amounts owed for reimbursement.  Transactions in this account for the names identified as Kenneth John Rhule (Ken R. and Kenneth Rhule) show that Mr. Rhule was still owed $5,686.43 as of March 31, 2020.  These are expenses paid personally by Mr. Rhule, for which he was never reimbursed.  Please see **Exhibit 2**.

*Shareholder loan from Mr. Rhule:*

The detailed general ledger report also shows details of an account category called "Shareholder 1 Loan Payable", which is a loan from Mr. Rhule to the Company.  Please see the transactions for the shareholder loan in **Exhibit 3** to this letter.  Analysis of that account indicates that Mr. Rhule (as "Kenneth J") provided loans totaling $109,128.97 to Herbin Artisans.  Xero also reflects that Mr. Rhule was only repaid $94,750.00.  This leaves an unpaid balance owed to Mr. Rhule from Herbin Artisans of $14,378.97.

*Analysis of Owner Contribution account category:*

Further analysis of Xero shows an account for owner contribution[s].  It appears from analysis of the Xero general ledger detail that this account combines both Kenneth John Rhule (as "Kenneth J") and Kenneth Warren Rhule (as "Kenny").  Detail of the "Owner Contribution" shows that the transactions for both Kenneth J and Kenny are recorded in this account.  The initial several transactions relate to Kenneth J, while transactions after December 4, 2017, relate only to Kenny.  Analysis of "Owner Contribution" indicates that Kenneth J had an owner contribution balance of $56,350.00 prior to any transactions related to Kenny.  Under normal business practices, if the assets of Herbin Artisans been sold at fair market value during an ordered sale, the amount remaining in Mr. Rhule's owner contribution account would have been paid out to him.  Please see **Exhibit 4**.

*Examples of payments to Kenneth Warren Rhule:*

Although Kenneth John Rhule was ultimately owed funds by Herbin Artisans and only received benefit totaling $59,100 over the life of Herbin Artisans, according to the Xero general ledger detail there were significant payments to Kenneth Warren Rhule (as "Kenny").  For example, in just two days on April 17 and 19, 2019, Kenny received two payments categorized as "Wages and Salaries", totaling $90,000.   One was a payment on April 17, 2019, for $10,000.  The second payment was on April 19, 2019, for $80,000.



Letter to Barry Flegenheimer and Peter Offenbecher
Re: *USA v. Kenneth John Rhule*
February 9, 2022
Page 6 of 7

There is also a "Shareholder Advances" category which shows various payments that appear to be advances for Kenneth Warren Rhule's wedding along with other advances. The total in this account at March 31, 2020, is $275,472.55 representing money owed from Kenneth Warren Rhule back to Herbin Artisans.

*Timeline for involvement of Kenneth John Rhule:*

As part of the information available from Xero, I identified a spreadsheet which is an access log. See, "HA access log.xlsx-RHULE00331038.xlsx". Information contained in that spreadsheet shows which users accessed the Xero database and includes the date of that access. Kenneth John Rhule's access was under the email krhule@icloud.com. Starting in August of 2015, Mr. Rhule accessed Xero 123 times in 2015. In 2016, Mr. Rhule accessed Xero 103 times total, however all but 8 of those times were prior to May 1, 2016. In all of 2017 Mr. Rhule access Xero only 10 times. Mr. Rhule does not access Xero at all in 2018. In 2019, he accesses Xero 11 times. There is no record that Mr. Rhule accessed Xero at all in 2020.

This timeline, showing that Mr. Rhule accessed Xero frequently in 2015 then dropping off significantly after the spring of 2016 is mirrored in the transactions presented in Exhibits 1 through 4, attached.

These accounting records indicate that Mr. Rhule had diminishing involvement in Herbin Artisans over time, and little involvement after approximately May 2016.

<u>Conclusions:</u>

Based on my discussion and analysis above, it is my expert opinion that Mr. Kenneth John Rhule received distributions of no more than $59,100.00 from Herbin Artisans.

Further, Mr. Rhule was owed $5,686.43 as a result of unpaid liabilities owed to him in the category "Unpaid Expense Claims" and $14,378.97 in the category "Shareholder 1 Loan Payable". Lastly, the category "Owner Contribution" shows an equity balance from Mr. Rhule of $56,350.00. Based on this analysis Mr. Rhule is still owed $76,415.40.

Even if the distributions to Mr. Rhule were counted as repayments to him, he would still be owed $17,315.40.

Based on my analysis of Xero records, Mr. Rhule received no financial benefit from being affiliated with Herbin Artisans and is, in fact, owed $17,315.40 by Herbin Artisans.

<u>Qualifications:</u>

In addition to being the Founding Partner of McHard Accounting Consulting LLC, dba The McHard Firm, which is a firm exclusively dedicated to forensic accounting, investigations, and expert testimony, I am a Certified Public Accountant licensed in New Mexico, Arizona, and California. I am a Certified Fraud Examiner and have served as a faculty member for the Association of Certified Fraud Examiners since 2003, teaching fraud



Letter to Barry Flegenheimer and Peter Offenbecher
Re: *USA v. Kenneth John Rhule*
February 9, 2022
Page 7 of 7

examination techniques to colleagues world-wide.  I am a Master Analyst in Financial
Forensics.  Additionally, I am Certified in Financial Forensics and am a Chartered Global
Management Accountant as bestowed by the AICPA.  I have provided expert testimony
on a variety of accounting matters in both federal and state jurisdictions throughout the
United States.

My CV is **Attachment A** to this letter.

<u>**Technical notes:**</u>

My work is not a "financial statement audit" and should not be relied on for such
purposes.  I did not conduct any review of financial statements, as the term "review" is
defined in accounting professional standards.  This engagement was conducted under the
Statement of Standards of Consulting Services and/or the Statement of Standards for
Forensic Services as promulgated by the AICPA.  Information in this report should not be
used to prepare tax returns and is not offered as advice for the purposes of any tax
reporting.

Please note that these findings are based on my analysis of the documents provided to
me in this matter as noted above.   If I am provided with additional information or
documentation, I reserve the right to analyze the new documentation to inform and
potentially revise relevant facts and my opinions stated here.

I appreciate the opportunity to assist you with this matter.  Please do not hesitate to
contact me if you have any questions.

Sincerely,

Janet M. McHard, CPA, CFE, MAFF, CFF
Founding Partner


Attachment and exhibits as stated





# The McHard Firm

933 San Mateo Blvd NE, Suite 500-151, Albuquerque, NM  87108
1220 Rosecrans St, Suite 102, San Diego, CA  92106
505/554-2968 NM  619/764-6144 CA  877/279-2942 Fax

**JANET M. McHARD, MBA, CPA, CFE, MAFF, CFF, CGMA, PI**

**EDUCATION:**

Bachelor of Arts - December 1994
University of New Mexico

Master of Business Administration - August 1997
Robert O. Anderson Graduate School of Management
University of New Mexico

**PROFESSIONAL DESIGNATIONS:**

Certified Public Accountant
State of New Mexico – August 1998
State of Arizona – June 2013
State of California – December 2015

Certified Fraud Examiner - December 1999
Association of Certified Fraud Examiners

Master Analyst in Financial Forensics, as of April 2013, formerly known
as Certified Forensic Financial Analyst as of March 2007, originally
awarded as Certified in Fraud Deterrence in January 2004
National Association of Certified Valuation Analysts

Certified in Financial Forensics – November 2008
American Institute of Certified Public Accountants

Private Investigator
State of New Mexico – Firm – License 2878
State of Arizona – Associate – License 1639940
State of California – President – License 29074

Chartered Global Management Accountant – August 2014
American Institute of Certified Public Accountants

**PROFESSIONAL EMPLOYMENT:**

McHard Accounting Consulting, LLC
The McHard Firm – July 2009 to present
Founding Partner
Albuquerque, New Mexico

**ATTACHMENT A**

Association of Certified Fraud Examiners – October 2003 to present
Faculty
Austin, Texas

City of Albuquerque – February 2010 to September 2010
Inspector General
Albuquerque, New Mexico

Meyners + Company, LLC - November 2000 to July 2009
Senior Manager, Business and Tax Services
Albuquerque, New Mexico

Meyners + Company, LLC - August 1998 to November 2000
Senior, Audit Department
Albuquerque, New Mexico

Arthur Andersen LLP - August 1997 to August 1998
Staff Accountant, Economic and Financial Services
Albuquerque, New Mexico

Law Offices of E. Justin Pennington - July 1994 to January 1997
Legal Secretary and Paralegal
Albuquerque, New Mexico

John M. H. Allen, M.B., B.S., F.R.C.S.
Orthopaedic Surgeon - January 1988 to July 1994
Business Manager
Albuquerque, New Mexico

**PROFESSIONAL ASSOCIATIONS:**

American Institute of Certified Public Accountants

New Mexico Society of Certified Public Accountants

Association of Certified Fraud Examiners
Past Treasurer, NM Chapter Assoc. of Certified Fraud Examiners
Past President, NM Chapter Assoc. of Certified Fraud Examiners

National Association of Certified Valuation Analysts

San Diego County Bar Association, non-lawyer member

Association of Government Accountants (National and New Mexico) -
past

Institute of Internal Auditors (National and New Mexico) – past

# ATTACHMENT A



**PROFESSIONAL COMMITTEES:**

Association of Certified Fraud Examiners, Board of Regents Advisory Working Group, member

San Diego County Bar Association, Audit Committee

New Mexico Bar Association, Tax Section Committee, Past CPA Liaison

Association of Certified Fraud Examiners, Professional Development Committee, past member

**PUBLICATIONS:**

McHard, Janet M. *In Press.* "Curiosity." In The Art of Investigation 2, edited by Chelsea Binns and Bruce Sackman. Boca Raton, FL: CRC Press, 2022.

Mohr, Beth Anne, Layne, Anne M. & McHard, Janet M., *April 2020.* The Expert: Faker or Fabulous. *Defense News: The Legal News Journal for New Mexico Civil Defense Lawyers.*

Mohr, Beth Anne, & McHard, Janet M. *Jan/Feb 2020.* A Primer on Financial Records in Economic Crime Cases. *The Champion.* NACDL.

McHard, Janet M. & Mohr, Beth Anne. *September/October 2012.* Career Connection: Hanging out your Shingle, Part 2. *Fraud Magazine.*

McHard, Janet M. & Mohr, Beth Anne. *Vol 27, No. 4, July/August 2012.* Career Connection: Hanging out your Shingle, Part 1. *Fraud Magazine.*

McHard, Janet M. & Mohr, Beth A. *Vol. 26, No. 4, July/August 2011.* Hotlines for Heroes: Making a Fraud Hotline Accessible and Successful. *Fraud Magazine.*

McHard, Janet M. (2007). They Didn't Know Jack. In J. T. Wells (Ed.), *Fraud Casebook: Lessons from the Bad Side of Business* (pp. 137-144). Hoboken, NJ: John Wiley & Sons.

**HONORS:**

2017 James Baker Award – Speaker of the Year at 28th Annual Global Association of Certified Fraud Examiners Conference

2016 Woman to Watch – Experienced Leader, New Mexico Society of Certified Public Accountants.

2016 Inducted to the University of New Mexico Anderson Schools of Management Hall of Fame.



**ATTACHMENT A**

www.TheMcHardFirm.com



**PROFESSIONAL SPEAKING:**

| | |
|---|---|
| **Date:** | October 2021 |
| **Group:** | Tallahassee ACFE and IIA Chapters |
| **Topic:** | Fall conference – various topics |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | September 2021 |
| **Group:** | ACFE – Rhode Island Chapter |
| **Topic:** | The Challenge of Proving Intent:  Dumb or Diabolical Accounting? and Fraud Prevention Strategies: Beyond Internal Controls |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | August 2021 |
| **Group:** | ACFE – Fort Myers Chapter |
| **Topic:** | Ethical Considerations in Fraud Investigations |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | June 2021 |
| **Group:** | 32nd Annual Global Association of Certified Fraud Examiners Conference |
| **Topic:** | Fraud Risks in Revenue Recognition:  How ASC 606 Is Changing the Landscape |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | June 2021 |
| **Group:** | Tax Rep Network |
| **Topic:** | Eggshell Audits – What To Do When There Are Indications of Fraud |
| **Location:** | Via podcast |

| | |
|---|---|
| **Date:** | June 2021 |
| **Group:** | Association of Certified Fraud Examiners – El Paso Chapter |
| **Topic:** | When Your Audit Takes a Left Turn into Investigation |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | May 2021 |
| **Group:** | Enterprise University – Enterprise University |
| **Topic:** | Top 10 Fraud Prevention Tips for Business Owners |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | May 2021 |
| **Group:** | Association of Certified Fraud Examiners - FBI |
| **Topic:** | Financial Statement Fraud |
| **Location:** | Via webinar |

## ATTACHMENT A

| | |
|---|---|
| **Date:** | May 2021 |
| **Group:** | Association of Certified Fraud Examiners - Lansing Chapter |
| **Topic:** | Conducting Internal Investigations |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | April 2021 |
| **Group:** | Institute of Internal Auditors Nashville Chapter |
| **Topic:** | Procurement: Common requirements and weaknesses, Common Financial Fraud Schemes |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | March 2021 |
| **Group:** | Association of Certified Fraud Examiners - Middle Tennessee Chapter |
| **Topic:** | The Challenge of Proving Intent and When Your Audit Takes a Left Turn into Investigation |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | December 2020 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Investigating Conflicts of Interest |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | November 2020 |
| **Group:** | Enterprise University – Enterprise University |
| **Topic:** | Ripped from the Headlines:  Fraud in the COVID-19 Era |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | September 2020 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | Don't Let Your Tongue Trip You Up: Dealing with Hypotheticals During Expert Testimony |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | September 2020 |
| **Group:** | Enterprise University – Enterprise University |
| **Topic:** | Fraud: The Monster Under the Bed |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | September 2020 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | Ethics, How Do You Know If You Have Them? |
| **Location:** | Via webinar |

## ATTACHMENT A

**Date:**         September 2020
**Group:**        Association of Certified Fraud Examiners – New Mexico Chapter
**Topic:**        Interpreting Financial Documents
**Location:**     Via webinar

**Date:**         September 2020
**Group:**        Association of Certified Fraud Examiners – El Paso Chapter
**Topic:**        Fraud in our Current Health Crisis
**Location:**     Via webinar

**Date:**         August 2020
**Group:**        New Mexico State Bar Foundation
**Topic:**        The Intersection of Accounting and Litigation: How to Explain a Financial Story to a Judge and Jury
**Location:**     Via webinar

**Date:**         August 2020
**Group:**        Office of the State Auditor and Inspector
**Topic:**        Contract & Regulatory Compliance: Procurement requirements and weaknesses
**Location:**     Via webinar

**Date:**         June 2020
**Group:**        31st Annual Global Association of Certified Fraud Examiners Conference
**Topic:**        The latest Updates:  SAS 134 and Changes to AU-C 240 "Consideration of Fraud in a Financial Statement Audit"
**Location:**     Via webinar

**Date:**         May 2020
**Group:**        Enterprise Bank
**Topic:**        The Rise of Fraud During Our Current Health Crisis
**Location:**     Via webinar

**Date:**         January 2020
**Group:**        New Mexico Tribal Gaming Symposium
**Topic:**        Anatomy of Fraud:  Insight from Real Cases
**Location:**     Santa Ana, New Mexico

**Date:**         October 2019
**Group:**        Association of Certified Fraud Examiners – San Diego Chapter
**Topic:**        Fraud in Governmental Entities and ACFE Ethics
**Location:**     San Diego, California

## ATTACHMENT A



www.TheMcHardFirm.com

**Date:**           September 2019
**Group:**       Escrow Institute of California
**Topic:**         Red Flags of Fraud and Psychology of Fraud
**Location:**    Irvine, California

**Date:**           September 2019
**Group:**       Association of Certified Fraud Examiners – Greater Toronto Area Chapter
**Topic:**         Understanding and Investigating Management Fraud
**Location:**    Toronto, Ontario, Canada

**Date:**           August 2019
**Group:**       Association of Certified Fraud Examiners
**Topic:**         How to Testify – Custom Course
**Location:**    Washington, District of Columbia
**Date:**           August 2019
**Group:**       Office of the State Auditor and Inspector
**Topic:**         Stupid Fraud:  Too Dumb to Get Caught & Professional Ethics
**Location:**    Oklahoma City, Oklahoma

**Date:**           July/August 2019
**Group:**       Association of Certified Fraud Examiners
**Topic:**         CFE Exam Prep Course
**Location:**    Denver, Colorado

**Date:**           June 2019
**Group:**       30th Annual Global Association of Certified Fraud Examiners Conference
**Topic:**         Panelist - Audit Panel: Challenges of Auditing for Fraud in 2019
**Location:**    Austin, Texas

**Date:**           May 2019
**Group:**       New Mexico Society of Certified Public Accountancy and New Mexico Office of the State Auditor
**Topic:**         Preventing and Detecting Fraud in Government Agencies
**Location:**    Albuquerque, New Mexico

**Date:**           April 2019
**Group:**       New Mexico State Bar Foundation
**Topic:**         Moderator:  Surviving White Collar Cases
**Location:**    Albuquerque, New Mexico

**Date:**           April 2019
**Group:**       Association of Certified Fraud Examiners – Las Vegas Chapter
**Topic:**         Anatomy of Fraud
**Location:**    Las Vegas, Nevada

**ATTACHMENT A**

www.TheMcHardFirm.com



| | |
|---|---|
| **Date:** | April 2019 |
| **Group:** | New Mexico State Bar Foundation |
| **Topic:** | Surviving White Collar Cases - moderator |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | April 2019 |
| **Group:** | National Association of Criminal Defense Lawyers |
| **Topic:** | Forensic Accounting 101 |
| **Location:** | Las Vegas, Nevada |

| | |
|---|---|
| **Date:** | February 2019 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Financial Statement Fraud |
| **Location:** | San Francisco, California |

| | |
|---|---|
| **Date:** | February 2019 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | CFE Exam Prep Course |
| **Location:** | San Diego, California |

| | |
|---|---|
| **Date:** | December 2018 |
| **Group:** | New Mexico Government Finance Officers Association |
| **Topic:** | Fraud Prevention Strategies:  Beyond Internal Controls |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | November 2018 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | CFE Exam Prep Course for USAA |
| **Location:** | San Antonio, Texas |

| | |
|---|---|
| **Date:** | October 2018 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Auditing for Internal Fraud – Custom Course |
| **Location:** | Sacramento, California |

| | |
|---|---|
| **Date:** | October 2018 |
| **Group:** | Association of Certified Fraud Examiners – San Diego Chapter |
| **Topic:** | Fraud and Ethics Half-Day Seminar |
| **Location:** | San Diego, California |

| | |
|---|---|
| **Date:** | August 2018 |
| **Group:** | Office of the State Auditor and Inspector |
| **Topic:** | Fraudsters and Fraud Victims: Case Studies into the Psychology of Both |
| **Location:** | Oklahoma City, Oklahoma |

# ATTACHMENT A

**Date:** July 2018
**Group:** Association of Certified Fraud Examiners
**Topic:** CFE Exam Prep Course for Fannie Mae
**Location:** Plano, Texas

**Date:** June 2018
**Group:** 29th Annual Global Association of Certified Fraud Examiners Annual Conference
**Topic:** The New Revenue Recognition Standards: How Might Fraud Be Hidden Now?
**Location:** Las Vegas, Nevada

**Date:** May 2018
**Group:** Association of Certified Fraud Examiners
**Topic:** Using Data Analytics to Detect Fraud and Professional Interviewing Skills – Custom Course
**Location:** Cheyenne, Wyoming

**Date:** April 2018
**Group:** Auburn University Harbert College of Business School of Accountancy – 2018 Accounting & Auditing Summit: Understanding Fraud
**Topic:** Bad Accounting or Criminal Act: The Challenge of Proving Intent
**Location:** Auburn, Alabama

**Date:** April 2018
**Group:** Association of Certified Fraud Examiners
**Topic:** Financial Statement Fraud
**Location:** San Diego, California

**Date:** December 2017
**Group:** American Bar Association: 34th Annual National Institute on Criminal Tax Fraud and the 7th Annual Institute on Tax Controversy
**Topic:** Tools and Toys: How an Internal Investigator Can Help
**Location:** Las Vegas, Nevada

**Date:** November 2017
**Group:** Association of Certified Fraud Examiners
**Topic:** Auditing for Internal Fraud – custom course
**Location:** San Diego, California

**Date:** October 2017
**Group:** Hawaii Chapter of Association of Certified Fraud Examiners
**Topic:** Fraud Case Studies and Ethical Considerations in Fraud Examinations
**Location:** Honolulu, Hawaii

# ATTACHMENT A

www.TheMcHardFirm.com



| | |
|---|---|
| **Date:** | September 2017 |
| **Group:** | Association of Certified Fraud Examiners – Greater Kansas City Chapter |
| **Topic:** | Ethical Considerations, Case Studies and Expert Witness Seminar |
| **Location:** | Kansas City, Kansas |

| | |
|---|---|
| **Date:** | September 2017 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | Interviewing for the facts: Getting from "Yes" to "No" to Resolution and Beyond |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | August 2017 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Financial Statement Fraud |
| **Location:** | Las Vegas, Nevada |

| | |
|---|---|
| **Date:** | August 2017 |
| **Group:** | Oklahoma State Auditors |
| **Topic:** | Anatomy of Fraud:  Insights from Real Cases |
| **Location:** | Oklahoma City, Oklahoma |

| | |
|---|---|
| **Date:** | June 2017 |
| **Group:** | 28th Annual Global Association of Certified Fraud Examiners Annual Conference |
| **Topic:** | Auditing/Investigating Fraud Seminar |
| **Location:** | Nashville, Tennessee |

| | |
|---|---|
| **Date:** | June 2017 |
| **Group:** | 28th Annual Global Association of Certified Fraud Examiners Annual Conference |
| **Topic:** | Bad Accounting or Criminal Act:  The Challenge of Proving Intent |
| **Location:** | Nashville, Tennessee |

| | |
|---|---|
| **Date:** | May 2017 |
| **Group:** | Keshet Center for the Arts - KIIC |
| **Topic:** | Accounting for Artists |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | May 2017 |
| **Group:** | Association of Certified Fraud Examiners – Knoxville Chapter |
| **Topic:** | Detecting Fraud through Vendor Audits |
| **Location:** | Knoxville, Tennessee |

**ATTACHMENT A**

| | |
|---|---|
| **Date:** | April 2017 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | CFE Exam Prep Course |
| **Location:** | Austin, Texas |

| | |
|---|---|
| **Date:** | January 2017 |
| **Group:** | Association of Certified Fraud Examiners – Ottawa (Ontario, Canada) Chapter |
| **Topic:** | Conducting Internal Investigations and Auditing for Internal Fraud |
| **Location:** | Ottawa, Ontario, Canada |

| | |
|---|---|
| **Date:** | December 2016 |
| **Group:** | American Bar Association: 33nd Annual National Institute on Criminal Tax Fraud and the 6th Annual Institute on Tax Controversy |
| **Topic:** | Addressing Employment Tax Issues in Sensitive Examinations |
| **Location:** | Las Vegas, Nevada |

| | |
|---|---|
| **Date:** | October 2016 |
| **Group:** | Embry-Riddle Aeronautical University |
| **Topic:** | Fraud Examinations: Methodology, Interviews & Case Studies |
| **Location:** | Prescott, Arizona |

| | |
|---|---|
| **Date:** | September 2016 |
| **Group:** | Paralegal Division – New Mexico State Bar |
| **Topic:** | Financial Discovery:  Dealing with what you do and don't have |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | September 2016 |
| **Group:** | First National Rio Grande and First National Santa Fe |
| **Topic:** | Red Flags of Fraud:  What to look for and how to control fraud in your business |
| **Location:** | Albuquerque and Santa Fe, New Mexico |

| | |
|---|---|
| **Date:** | June 2016 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | Panel Participant:  Expert (and Fact) Witness Seminar |
| **Location:** | Albuquerque, New Mexico |

# ATTACHMENT A

**Date:**        June 2016
**Group:**       Association of Certified Fraud Examiners Annual
                 Conference
**Topic:**       Chapter Leaders' Meeting: Success Begins at the
                 Top:  Creating Leaders in Your Chapter – Beyond the
                 "Strategy of Hope"
**Location:**    Las Vegas, Nevada

**Date:**        May 2016
**Group:**       Association of Certified Fraud Examiners – El Paso
                 (Texas) Chapter
**Topic:**       Ethical Considerations in Fraud Examinations & Fraud
                 in Governmental Entities: Case Studies and Other
                 Fun Stories
**Location:**    El Paso, Texas

**Date:**        May 2016
**Group:**       Administrative Office of the U.S. Courts Defender
                 Services Office, Training Division, Federal Defender
                 Investigator and Paralegal Seminar
**Topic:**       Forensic Accounting Part I:  Dealing With What You
                 Don't Have
**Location:**    Chicago, Illinois

**Date:**        May 2016
**Group:**       Administrative Office of the U.S. Courts Defender
                 Services Office, Training Division, Federal Defender
                 Investigator and Paralegal Seminar
**Topic:**       Forensic Accounting Part II:  Dealing With What You
                 Do Have
**Location:**    Chicago, Illinois

**Date:**        March 2016
**Group:**       The Conference That Counts!
**Topic:**       Ethical Considerations in Fraud Examinations & Fraud
                 in Governmental Entities: Case Studies and Other
                 Fun Stories
**Location:**    Albany, New York

**Date:**        January 2016
**Group:**       Association of Certified Fraud Examiners
**Topic:**       Financial Statement Fraud – International Financial
                 Reporting Standards Version
**Location:**    Vancouver, British Columbia, Canada

**Date:**        December 2015
**Group:**       Association of Certified Fraud Examiners
**Topic:**       Specialized Knowledge Course
**Location:**    Washington, District of Columbia

# ATTACHMENT A

| | |
|---|---|
| **Date:** | December 2015 |
| **Group:** | American Bar Association: 32nd Annual National Institute on Criminal Tax Fraud and the 5th Annual Institute on Tax Controversy |
| **Topic:** | When the Past Isn't the Past: How To Correct Past Wrongdoing |
| **Location:** | Las Vegas, Nevada |

| | |
|---|---|
| **Date:** | November 2015 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | Panel Participant:  The Witness Stand |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | November 2015 |
| **Group:** | Association of Certified Fraud Examiners – Raleigh Chapter of the ACFE |
| **Topic:** | Investigating Conflicts of Interest |
| **Location:** | Raleigh, North Carolina |

| | |
|---|---|
| **Date:** | October 2015 |
| **Group:** | New York Chapter of the Association of Certified Fraud Examiners – Investigations 2015 |
| **Topic:** | Case Study:  Ethical Obligations in Examinations |
| **Location:** | New York, New York |
| **Date:** | August 2015 |
| **Group:** | New Mexico State Bar, 2015 Tax Seminar |
| **Topic:** | *Kovel* Accounting |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | June 2015 |
| **Group:** | Association of Certified Fraud Examiners Annual Conference |
| **Topic:** | Using Tax Returns in Investigations |
| **Location:** | Baltimore, Maryland |

| | |
|---|---|
| **Date:** | April 2015 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Financial Statement Fraud – International Financial Reporting Standards Version |
| **Location:** | Toronto, Ontario, Canada |

| | |
|---|---|
| **Date:** | March and April 2015 (various dates) |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | CFE Exam Prep Course |
| **Location:** | Via Webinar |

# ATTACHMENT A

**Date:**       March 2015
**Group:**      Association of Certified Fraud Examiners – New Mexico Chapter
**Topic:**      Case Study:  Ethical Obligations in Examinations
**Location:**   Albuquerque, New Mexico

**Date:**       March 2015
**Group:**      Association of Certified Fraud Examiners
**Topic:**      Using Tax Returns in Examinations
**Location:**   Via Webinar

**Date:**       February 2015
**Group:**      Association of Certified Fraud Examiners
**Topic:**      CFE Exam Prep Course
**Location:**   Las Vegas, Nevada

**Date:**       February 2015
**Group:**      Wells Fargo Specialty Markets Group
**Topic:**      Anatomy of Theft & Personality of a Thief
**Location:**   Albuquerque, New Mexico

**Date:**       February 2015
**Group:**      Association of Certified Fraud Examiners
**Topic:**      Fraud Risk Management
**Location:**   New Orleans, Louisiana

**Date:**       January 2015
**Group:**      United Way of Central New Mexico – Center for Nonprofit Excellence
**Topic:**      Red Flags of Fraud for Nonprofit Organizations
**Location:**   Albuquerque, New Mexico

**Date:**       January 2015
**Group:**      New Mexico Criminal Defense Lawyers Association
**Topic:**      Gaining Trust in Your Trust Account; Ethical and Practical Issues of Accepting and Accounting for Client Funds, Co-Speaker and Panelist
**Location:**   Albuquerque, New Mexico

**Date:**       January 2015
**Group:**      Association of Governmental Accountants – Albuquerque Chapter
**Topic:**      An Update on AU-C 240: Today's Name for Consideration of Fraud in a Financial Statement Audit
**Location:**   Albuquerque, New Mexico

**ATTACHMENT A**

www.TheMcHardFirm.com

| | |
|---|---|
| **Date:** | December 2014 |
| **Group:** | American Bar Association: 31st Annual National Institute on Criminal Tax Fraud and the 4th Annual Institute on Tax Controversy |
| **Topic:** | Eggshell Audits in a Comprehensive Tax Enforcement Environment |
| **Location:** | Las Vegas, Nevada |
| | |
| **Date:** | November 2014 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | CFE Exam Prep Course |
| **Location:** | San Antonio, Texas |
| | |
| **Date:** | November 2014 |
| **Group:** | Central Carolina Chapter of Certified Fraud Examiners |
| **Topic:** | Effective Report Writing for Fraud Examiners |
| **Location:** | Raleigh, North Carolina |
| | |
| **Date:** | October 2014 |
| **Group:** | San Juan Basin Chapter, New Mexico Society of Certified Public Accountants |
| **Topic:** | Red Flags of Fraud |
| **Location:** | Farmington, New Mexico |
| | |
| **Date:** | October 2014 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Fraud Risk Management |
| **Location:** | Seattle, Washington |
| | |
| **Date:** | September 2014 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Effective Report Writing for Fraud Examiners |
| **Location:** | Las Vegas, Nevada |
| | |
| **Date:** | September 2014 |
| **Group:** | 2014 Santa Fe County and Rio Arriba County Treasurer's Affiliate Summer Conference |
| **Topic:** | Fraud Prevention Case Study |
| **Location:** | Santa Fe, New Mexico |
| | |
| **Date:** | August 2014 |
| **Group:** | New Mexico Defense Lawyers Association – Women in the Courtroom V |
| **Topic:** | Are You Smarter Than An Expert Witness? Mounting and Defending a *Daubert* Challenge |
| **Location:** | Albuquerque, New Mexico |

# ATTACHMENT A



| | |
|---|---|
| **Date:** | July 2014 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Conducting Internal Investigations – State Fund of California |
| **Location:** | Vacaville, California |

| | |
|---|---|
| **Date:** | July 2014 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Financial Statement Fraud |
| **Location:** | San Francisco, California |

| | |
|---|---|
| **Date:** | June 2014 |
| **Group:** | Association of Certified Fraud Examiners Annual Conference |
| **Topic:** | Selling Your Services:  Marketing Tips for CFEs |
| **Location:** | San Antonio, Texas |

| | |
|---|---|
| **Date:** | June 2014 |
| **Group:** | New Mexico Gaming Control Board |
| **Topic:** | Understanding Financial Statements and Financial Statement Fraud, Interactive Case Studies, Conducting Investigative Interviews and Admission Seeking Interviews.  *Course Certified for Law Enforcement credit by the NM Department of Public Safety* |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | May 2014 |
| **Group:** | New Mexico Gaming Control Board |
| **Topic:** | Fraud Basics, Basic Financial Investigations with Case Studies, Using Tax Returns in Financial Investigations, Casino Compliance, the Bank Secrecy Act and Anti-Money Laundering.  *Course Certified for Law Enforcement credit by the NM Department of Public Safety* |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | May 2014 |
| **Group:** | Association of Certified Fraud Examiners – NM Chapter |
| **Topic:** | ACFE Professional Standards – "Don't Let Your Tongue Trip You Up" |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | April 2014 |
| **Group:** | New Mexico Regulation – Securities Division |
| **Topic:** | Interviewing and Interrogation |
| **Location:** | Santa Fe, New Mexico |

**ATTACHMENT A**

**Date:**       March 2014
**Group:**      The Conference That Counts!
**Topic:**      Why Fraud Happens, Fraud Prevention and
                Interactive Fraud Case Studies
**Location:**   Albany, New York

**Date:**       December 2013
**Group:**      New Mexico Government Finance Officers Association
**Topic:**      Fraud Prevention through Process Improvement
**Location:**   Albuquerque, New Mexico

**Date:**       October 2013
**Group:**      McHard Accounting Consulting and Don Rabon
**Topic:**      Contemporary Interviewing Dynamics
**Location:**   Albuquerque, New Mexico

**Date:**       October 2013
**Group:**      Institute of Internal Auditors – El Paso Chapter
**Topic:**      Fraud Seminar:  Case Studies
**Location:**   El Paso, Texas

**Date:**       July 2013
**Group:**      DOE Contractors Internal Audit Directors
**Topic:**      Fraud Prevention:  Tone at the Top
**Location:**   Albuquerque, New Mexico

**Date:**       June 2013
**Group:**      Association of Certified Fraud Examiners – New
                Mexico Taxation and Revenue Dept., Tax Fraud
                Investigations Division
**Topic:**      Conducting Internal Investigations
**Location:**   Albuquerque, New Mexico

**Date:**       May 2013
**Group:**      New Mexico Chapter International Association of
                Special Investigations Units
**Topic:**      Forensic Accountants:  An Aid to Claims
                Investigations
**Location:**   Albuquerque, New Mexico

**Date:**       January 2013
**Group:**      Association of Certified Fraud Examiners
**Topic:**      CFE Exam Prep Course
**Location:**   Las Vegas, Nevada

**Date:**       November 2012
**Group:**      Association of Certified Fraud Examiners – Sandia
                National Laboratory
**Topic:**      Legal Elements of Fraud and Professional
                Interviewing Skills for Fraud Examiners
**Location:**   Albuquerque, New Mexico

**ATTACHMENT A**



**Date:**       October 2012
**Group:**      Association of Certified Fraud Examiners – NM Chapter
**Topic:**      Fraud Examination:   Case Studies in Government
**Location:**   Albuquerque, New Mexico

**Date:**       October 2012
**Group:**      Association of Certified Fraud Examiners
**Topic:**      Using Data Analytics to Detect Fraud
**Location:**   Los Angeles, California

**Date:**       October 2012
**Group:**      United Way of Central New Mexico – Center for Non-Profit Excellence
**Topic:**      Red Flags of Fraud for Non-Profit Organizations
**Location:**   Albuquerque, New Mexico

**Date:**       September 2012
**Group:**      New Mexico Criminal Defense Lawyers Association
**Topic:**      White Collar Crime Symposium: Thoughtcrime: Defending on the Battlefield of Intent – Panel Member
**Location:**   Albuquerque, New Mexico

**Date:**       September 2012
**Group:**      Association of Certified Fraud Examiners – Indiana Gaming Commission
**Topic:**      Custom two-day course
**Location:**   Indianapolis, Indiana

**Date:**       August 2012
**Group:**      Association of Certified Fraud Examiners – Oklahoma State Auditor Training
**Topic:**      Investigating Conflicts of Interest
**Location:**   Oklahoma City, Oklahoma

**Date:**       August 2012
**Group:**      Association of Certified Fraud Examiners – Jefferson County Public Schools
**Topic:**      Conducting Internal Investigations
**Location:**   Louisville, Kentucky

**Date:**       July 2012
**Group:**      Association of Certified Fraud Examiners
**Topic:**      Conducting Internal Investigations
**Location:**   Washington, District of Columbia

# ATTACHMENT A



| | |
|---|---|
| **Date:** | June 2012 |
| **Group:** | Association of Certified Fraud Examiners Annual Conference |
| **Topic:** | Fraud Analytics:  Taking Data Analysis to the Next Level |
| **Location:** | Orlando, Florida |

| | |
|---|---|
| **Date:** | June 2012 |
| **Group:** | Association of Certified Fraud Examiners Annual Conference |
| **Topic:** | Hanging Out Your Shingle Without Messing Up |
| **Location:** | Orlando, Florida |

| | |
|---|---|
| **Date:** | June 2012 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Chapter Representatives Meeting - Facilitator |
| **Location:** | Orlando, Florida |

| | |
|---|---|
| **Date:** | June 2012 |
| **Group:** | Association of Certified Fraud Examiners – DCAA Custom Course |
| **Topic:** | Using Data Analytics to Detect Fraud |
| **Location:** | Denver, Colorado |

| | |
|---|---|
| **Date:** | April 2012 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | Ethics for Fraud Examiners: Professional Standards and Conflicts of Interest, Part II |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | April 2012 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | CFE Exam Prep Course |
| **Location:** | Las Vegas, Nevada |

| | |
|---|---|
| **Date:** | April 2012 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Auditing for Internal Fraud – Custom Course |
| **Location:** | Las Vegas, Nevada |

| | |
|---|---|
| **Date:** | March 2012 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | Ethics for Fraud Examiners: Professional Standards and Conflicts of Interest, Part I |
| **Location:** | Albuquerque, New Mexico |

# ATTACHMENT A

| | |
|---|---|
| **Date:** | January 2012 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Investigating Conflicts of Interest |
| **Location:** | Los Angeles, California |

| | |
|---|---|
| **Date:** | August 2011 |
| **Group:** | Association of Governmental Accountants – El Paso Chapter, Professional Development Conference |
| **Topic:** | Hotlines for Heroes |
| **Location:** | El Paso, Texas |

| | |
|---|---|
| **Date:** | July 2011 |
| **Group:** | Association of Certified Fraud Examiners – Habif, Arogeti & Wynne, LLP |
| **Topic:** | Specialized Knowledge |
| **Location:** | Atlanta, Georgia |

**CIVIC AND VOLUNTEER POSITIONS:**

Volunteer
Virtual networking facilitator
Indian Gaming Integrity Group

Past Chairperson, Past Vice-Chairperson
Board of Commissioners
Albuquerque Housing Authority
Albuquerque, New Mexico

Past Commissioner, Past Vice-Chairperson, Past Chairperson
Board of Commissioners
Albuquerque Housing Authority Housing Development Corporation
Albuquerque, New Mexico

Past Member, National Board of Advisors
Past Member, Past President, Board of Directors
Past Member, Finance Committee
Keshet Dance Company
Albuquerque, New Mexico

Alexis de Tocqueville Society, Member
Women in Philanthropy, Past Volunteer and Mentor
United Way of Central New Mexico
Albuquerque, New Mexico

Past Treasurer, Past President
New Mexico Chapter
Association of Certified Fraud Examiners
Albuquerque, New Mexico

# ATTACHMENT A



Past Member
Board of Directors
WildEarth Guardians
Santa Fe, New Mexico

Past Treasurer
Committee to Keep Judge Gerard Lavelle
Albuquerque, New Mexico

Past Volunteer Mediator
Settlement Week
Court Alternatives
Second Judicial District Court
Albuquerque, New Mexico

Past Member, Board of Directors
Albuquerque Softball/Baseball Hall of Fame
Albuquerque, New Mexico

**ATTACHMENT A**

www.TheMcHardFirm.com



Flegenheimer re Rhule

Outgoing payments to Kenneth John Rhule per Xero

Note:  payments to Rhule with expense detail/reimbursement detail are excluded.

Included names:  Ken, Ken Rhule, Kenneth J, Kenneth Rhule, Ken R

Source:  Herbin Artisans Xero General Ledger Detail as in Herbin Artisans - General Ledger Report.xls-RHULE00331044.xls

| Account | Date | Type | Transaction | Reference | Debit | Credit |
|---|---|---|---|---|---|---|
| Accounts Payable (200) | 11/12/2015 | PAY | Payment: Kenneth J | Deferred payroll | $1,000.00 | |
| Accounts Payable (200) | 11/17/2015 | PAY | Payment: Kenneth J | Deferred payroll | $1,000.00 | |
| advances - staff draws  (135) | 10/31/2015 | EC | Kenneth Rhule - Advance | | $300.00 | |
| advances - staff draws  (135) | 10/21/2015 | EC | Kenneth Rhule - staffdraw | | $100.00 | |
| Payroll Wages Payable (216) | 10/15/2015 | MJ | Applying Oct 15th Payroll against Advances - Ken Rhule Oct-15 Payroll Deferred to Loan Line | #1850 | $2,000.00 | |
| Payroll Wages Payable (216) | 10/30/2015 | MJ | Applying October 30 Payroll against advances and deferred compensation - Ken Oct 30th Payroll Deferred to Loan Payable | #1898 | $2,000.00 | |
| Payroll Wages Payable (216) | 12/17/2015 | PAY | Kenneth J - December 17th Payroll | December 17th 2015 | $3,000.00 | |
| Payroll Wages Payable (216) | 03/12/2016 | PAY | Kenneth J - Deferred payroll 2/28 | Deferred Payroll from | $4,000.00 | |
| Payroll Wages Payable (216) | 03/31/2016 | PAY | Kenneth J - Deferred Payroll Payment 3/25 Ken | | $4,000.00 | |
| Payroll Wages Payable (216) | 02/14/2016 | PAY | Kenneth J - Jan. 29th deferred payroll | Jan.29 | $4,000.00 | |
| Payroll Wages Payable (216) | 11/18/2015 | PAY | Kenneth J - Payment towards prior payroll | | $1,000.00 | |
| Payroll Wages Payable (216) | 02/18/2016 | PAY | Kenneth J - Payroll 2/13 deferred. | | $4,000.00 | |
| Payroll Wages Payable (216) | 04/24/2016 | PAY | Kenneth J - Payroll 4/11 deferred payment | | $4,000.00 | |
| Payroll Wages Payable (216) | 12/4/2015 | PAY | Kenneth J - Payroll December 4th | December 4th Payroll | $2,500.00 | |
| Payroll Wages Payable (216) | 03/16/2016 | PAY | Kenneth J - payroll from 3/11/16 | | $4,000.00 | |
| Payroll Wages Payable (216) | 01/5/2016 | PAY | Kenneth J - Payroll Through 1/1/2016 | | $3,000.00 | |
| Payroll Wages Payable (216) | 11/30/2015 | PAY | Kenneth J - Repayment | | $1,000.00 | |
| Payroll Wages Payable (216) | 01/23/2016 | PAY | Kenneth J - Through 1/16 | | $4,000.00 | |
| Payroll Wages Payable (216) | 11/27/2015 | MJ | November 13th & November 27th Applied to Advance and deferred payroll lines - Ken November 13th Payroll Deferred applied to loan  Line | #1885 | $2,000.00 | |
| Payroll Wages Payable (216) | 11/27/2015 | MJ | November 13th & November 27th Applied to Advance and deferred payroll lines - Ken November 27th Payroll Deferred Applied to loan | #1885 | $2,000.00 | |
| Prepayments (130) | 05/8/2017 | PAY | Kenneth J - Paid to kent | Paid to Kent | $3,000.00 | |
| Professional Services (640) | 02/17/2016 | PAY | Kenneth J - Delaware law firm -LLC | | $500.00 | |
| Rent (660) | 08/13/2015 | EC | Ken Rhule - July Rent | | $2,350.00 | |
| Rent (660) | 08/13/2015 | EC | Ken Rhule - Rent August | | $2,350.00 | |
| Wages and Salaries (668) | 10/9/2015 | INV | Kenneth J - Sept 4th payroll ken deferred | Deferred payroll | $2,000.00 | |
| | | | **Total of outgoing payments to Ken Rhule** | | **$59,100.00** | |
| | | | Note:  Typos in transactions are as shown in original database. | | | |

Flegenheimer re Rhule
Unpaid expense claims - showing unpaid amounts for Kenneth John Rhule
Included names:  Ken, Ken Rhule, Kenneth J, Kenneth Rhule, Ken R
Source:  Herbin Artisans Xero General Ledger Detail as in
Herbin Artisans - General Ledger Report.xls-RHULE00331044.xls

| Account | Date | Type | Transaction | Reference | Debit | Credit |
|---|---|---|---|---|---|---|
| Unpaid Expense Claims (210) | 08/13/2015 | EC | Ken Rhule | | | $4,700.00 |
| Unpaid Expense Claims (210) | 08/16/2015 | EC | Kenneth Rhule | | | $19.44 |
| Unpaid Expense Claims (210) | 08/17/2015 | PAY | Payment: Kenneth Rhule | | $19.44 | |
| Unpaid Expense Claims (210) | 08/19/2015 | EC | Ken R | | | $126.57 |
| Unpaid Expense Claims (210) | 08/19/2015 | EC | Ken R | | | $151.73 |
| Unpaid Expense Claims (210) | 08/19/2015 | PAY | Payment: Ken R | | $126.57 | |
| Unpaid Expense Claims (210) | 08/19/2015 | PAY | Payment: Ken R | | $151.73 | |
| Unpaid Expense Claims (210) | 08/21/2015 | EC | Ken R | | | $97.74 |
| Unpaid Expense Claims (210) | 08/21/2015 | PAY | Payment: Ken R | | $97.74 | |
| Unpaid Expense Claims (210) | 08/28/2015 | EC | Ken R | | | $6.34 |
| Unpaid Expense Claims (210) | 08/28/2015 | EC | Ken R | | | $26.26 |
| Unpaid Expense Claims (210) | 08/28/2015 | EC | Ken R | | | $263.03 |
| Unpaid Expense Claims (210) | 08/31/2015 | EC | Ken R | | | $10.00 |
| Unpaid Expense Claims (210) | 08/31/2015 | EC | Ken R | | | $14.39 |
| Unpaid Expense Claims (210) | 08/31/2015 | EC | Ken R | | | $20.00 |
| Unpaid Expense Claims (210) | 08/31/2015 | EC | Ken R | | | $24.99 |
| Unpaid Expense Claims (210) | 08/31/2015 | EC | Ken R | | | $29.94 |
| Unpaid Expense Claims (210) | 08/31/2015 | EC | Ken R | | | $30.30 |
| Unpaid Expense Claims (210) | 08/31/2015 | EC | Ken R | | | $40.40 |
| Unpaid Expense Claims (210) | 08/31/2015 | EC | Ken R | | | $44.00 |
| Unpaid Expense Claims (210) | 08/31/2015 | EC | Ken R | | | $45.20 |
| Unpaid Expense Claims (210) | 08/31/2015 | EC | Ken R | | | $55.29 |
| Unpaid Expense Claims (210) | 08/31/2015 | EC | Ken R | | | $90.00 |
| Unpaid Expense Claims (210) | 08/31/2015 | EC | Ken R | | | $97.74 |
| Unpaid Expense Claims (210) | 08/31/2015 | PAY | Payment: Ken R | | $263.03 | |
| Unpaid Expense Claims (210) | 09/1/2015 | PAY | Payment: Ken R | | $6.34 | |
| Unpaid Expense Claims (210) | 09/1/2015 | PAY | Payment: Ken R | | $10.00 | |
| Unpaid Expense Claims (210) | 09/1/2015 | PAY | Payment: Ken R | | $20.00 | |
| Unpaid Expense Claims (210) | 09/1/2015 | PAY | Payment: Ken R | | $26.26 | |
| Unpaid Expense Claims (210) | 09/1/2015 | PAY | Payment: Ken R | | $29.94 | |
| Unpaid Expense Claims (210) | 09/1/2015 | PAY | Payment: Ken R | | $30.30 | |
| Unpaid Expense Claims (210) | 09/1/2015 | PAY | Payment: Ken R | | $44.00 | |
| Unpaid Expense Claims (210) | 09/1/2015 | PAY | Payment: Ken R | | $90.00 | |
| Unpaid Expense Claims (210) | 09/2/2015 | EC | Ken R | | | $14.95 |

Flegenheimer re Rhule
Unpaid expense claims - showing unpaid amounts for Kenneth John Rhule
Included names:  Ken, Ken Rhule, Kenneth J, Kenneth Rhule, Ken R
Source:  Herbin Artisans Xero General Ledger Detail as in
Herbin Artisans - General Ledger Report.xls-RHULE00331044.xls

| Account | Date | Type | Transaction | Reference | Debit | Credit |
|---|---|---|---|---|---|---|
| Unpaid Expense Claims (210) | 09/2/2015 | PAY | Payment: Ken R | | $14.95 | |
| Unpaid Expense Claims (210) | 09/4/2015 | EC | Ken R | | | $196.20 |
| Unpaid Expense Claims (210) | 09/4/2015 | EC | Ken R | | | $280.00 |
| Unpaid Expense Claims (210) | 09/5/2015 | EC | Ken R | | | $80.24 |
| Unpaid Expense Claims (210) | 09/7/2015 | EC | Ken R | | | $500.00 |
| Unpaid Expense Claims (210) | 09/8/2015 | EC | Kenneth Rhule | | | $27.50 |
| Unpaid Expense Claims (210) | 09/8/2015 | PAY | Payment: Kenneth Rhule | | $27.50 | |
| Unpaid Expense Claims (210) | 09/9/2015 | PAY | Payment: Ken Rhule | | $1,000.00 | |
| Unpaid Expense Claims (210) | 09/11/2015 | EC | Ken R | | | $16.95 |
| Unpaid Expense Claims (210) | 09/11/2015 | EC | Ken R | | | $45.38 |
| Unpaid Expense Claims (210) | 09/11/2015 | EC | Ken R | | | $97.82 |
| Unpaid Expense Claims (210) | 09/15/2015 | EC | Ken R | | | $30.00 |
| Unpaid Expense Claims (210) | 09/15/2015 | EC | Ken R | | | $101.27 |
| Unpaid Expense Claims (210) | 09/15/2015 | EC | Ken R | | | $161.37 |
| Unpaid Expense Claims (210) | 09/16/2015 | EC | Ken R | | | $163.98 |
| Unpaid Expense Claims (210) | 09/16/2015 | PAY | Payment: Ken Rhule | | $700.00 | |
| Unpaid Expense Claims (210) | 09/21/2015 | EC | Ken R | | | $127.92 |
| Unpaid Expense Claims (210) | 09/21/2015 | EC | Ken R | | | $280.00 |
| Unpaid Expense Claims (210) | 09/23/2015 | PAY | Payment: Kenneth Rhule | | $50.00 | |
| Unpaid Expense Claims (210) | 09/24/2015 | EC | Kenneth Rhule | | | $50.00 |
| Unpaid Expense Claims (210) | 09/28/2015 | EC | Ken R | | | $106.93 |
| Unpaid Expense Claims (210) | 10/1/2015 | EC | Ken R | | | $89.88 |
| Unpaid Expense Claims (210) | 10/8/2015 | EC | Kenneth Rhule | | | $20.00 |
| Unpaid Expense Claims (210) | 10/8/2015 | PAY | Payment: Kenneth Rhule | | $20.00 | |
| Unpaid Expense Claims (210) | 10/14/2015 | EC | Kenneth Rhule | | | $32.47 |
| Unpaid Expense Claims (210) | 10/14/2015 | EC | Kenneth Rhule | | | $78.80 |
| Unpaid Expense Claims (210) | 10/14/2015 | PAY | Payment: Kenneth Rhule | | $32.47 | |
| Unpaid Expense Claims (210) | 10/14/2015 | PAY | Payment: Kenneth Rhule | | $78.80 | |
| Unpaid Expense Claims (210) | 10/15/2015 | EC | Kenneth Rhule | | | $37.00 |
| Unpaid Expense Claims (210) | 10/15/2015 | PAY | Payment: Kenneth Rhule | | $37.00 | |
| Unpaid Expense Claims (210) | 10/16/2015 | EC | Ken R | | | $73.27 |
| Unpaid Expense Claims (210) | 10/19/2015 | EC | Kenneth Rhule | | | $17.42 |
| Unpaid Expense Claims (210) | 10/19/2015 | EC | Kenneth Rhule | | | $27.72 |
| Unpaid Expense Claims (210) | 10/19/2015 | EC | Kenneth Rhule | | | $117.23 |

Flegenheimer re Rhule
Unpaid expense claims - showing unpaid amounts for Kenneth John Rhule
Included names:  Ken, Ken Rhule, Kenneth J, Kenneth Rhule, Ken R
Source:  Herbin Artisans Xero General Ledger Detail as in
Herbin Artisans - General Ledger Report.xls-RHULE00331044.xls

| Account | Date | Type | Transaction | Reference | Debit | Credit |
|---|---|---|---|---|---|---|
| Unpaid Expense Claims (210) | 10/19/2015 | PAY | Payment: Kenneth Rhule | | $17.42 | |
| Unpaid Expense Claims (210) | 10/19/2015 | PAY | Payment: Kenneth Rhule | | $27.72 | |
| Unpaid Expense Claims (210) | 10/19/2015 | PAY | Payment: Kenneth Rhule | | $117.23 | |
| Unpaid Expense Claims (210) | 10/21/2015 | EC | Kenneth Rhule | | | $50.00 |
| Unpaid Expense Claims (210) | 10/21/2015 | EC | Kenneth Rhule | | | $100.00 |
| Unpaid Expense Claims (210) | 10/21/2015 | EC | Kenneth Rhule | | | $234.89 |
| Unpaid Expense Claims (210) | 10/21/2015 | PAY | Payment: Kenneth Rhule | | $50.00 | |
| Unpaid Expense Claims (210) | 10/21/2015 | PAY | Payment: Kenneth Rhule | | $100.00 | |
| Unpaid Expense Claims (210) | 10/21/2015 | PAY | Payment: Kenneth Rhule | | $234.89 | |
| Unpaid Expense Claims (210) | 10/22/2015 | EC | Ken R | | | $77.65 |
| Unpaid Expense Claims (210) | 10/22/2015 | EC | Ken R | | | $185.61 |
| Unpaid Expense Claims (210) | 10/24/2015 | EC | Ken R | | | $787.76 |
| Unpaid Expense Claims (210) | 10/26/2015 | EC | Kenneth Rhule | | | $33.18 |
| Unpaid Expense Claims (210) | 10/26/2015 | PAY | Payment: Kenneth Rhule | | $33.18 | |
| Unpaid Expense Claims (210) | 10/27/2015 | EC | Kenneth Rhule | | | $59.66 |
| Unpaid Expense Claims (210) | 10/27/2015 | PAY | Payment: Kenneth Rhule | | $59.66 | |
| Unpaid Expense Claims (210) | 10/30/2015 | EC | Ken R | | | $211.67 |
| Unpaid Expense Claims (210) | 10/31/2015 | EC | Kenneth Rhule | | | $83.34 |
| Unpaid Expense Claims (210) | 10/31/2015 | EC | Ken R | | | $280.00 |
| Unpaid Expense Claims (210) | 10/31/2015 | EC | Kenneth Rhule | | | $300.00 |
| Unpaid Expense Claims (210) | 10/31/2015 | PAY | Payment: Kenneth Rhule | | $300.00 | |
| Unpaid Expense Claims (210) | 11/4/2015 | PAY | Payment: Kenneth Rhule | | $83.34 | |
| Unpaid Expense Claims (210) | 11/4/2015 | PAY | Payment: Ken Rhule | | $1,000.00 | |
| Unpaid Expense Claims (210) | 11/5/2015 | PAY | Payment: Ken Rhule | | $2,000.00 | |
| Unpaid Expense Claims (210) | 11/6/2015 | EC | Kenneth Rhule | | | $70.00 |
| Unpaid Expense Claims (210) | 11/6/2015 | PAY | Payment: Kenneth Rhule | | $70.00 | |
| Unpaid Expense Claims (210) | 11/10/2015 | EC | Kenneth Rhule | | | $3.26 |
| Unpaid Expense Claims (210) | 11/10/2015 | EC | Kenneth Rhule | | | $11.85 |
| Unpaid Expense Claims (210) | 11/10/2015 | PAY | Payment: Kenneth Rhule | | $11.85 | |
| Unpaid Expense Claims (210) | 11/12/2015 | EC | Kenneth Rhule | | | $12.28 |
| Unpaid Expense Claims (210) | 11/12/2015 | EC | Kenneth Rhule | | | $38.46 |
| Unpaid Expense Claims (210) | 11/12/2015 | EC | Kenneth Rhule | | | $70.00 |
| Unpaid Expense Claims (210) | 11/12/2015 | EC | Ken R | | | $87.00 |
| Unpaid Expense Claims (210) | 11/12/2015 | EC | Ken R | | | $236.18 |

Flegenheimer re Rhule
Unpaid expense claims - showing unpaid amounts for Kenneth John Rhule
Included names:  Ken, Ken Rhule, Kenneth J, Kenneth Rhule, Ken R
Source:  Herbin Artisans Xero General Ledger Detail as in
Herbin Artisans - General Ledger Report.xls-RHULE00331044.xls

| Account | Date | Type | Transaction | Reference | Debit | Credit |
|---|---|---|---|---|---|---|
| Unpaid Expense Claims (210) | 11/12/2015 | PAY | Payment: Kenneth Rhule | | $3.26 | |
| Unpaid Expense Claims (210) | 11/12/2015 | PAY | Payment: Kenneth Rhule | | $12.28 | |
| Unpaid Expense Claims (210) | 11/12/2015 | PAY | Payment: Kenneth Rhule | | $38.46 | |
| Unpaid Expense Claims (210) | 11/12/2015 | PAY | Payment: Kenneth Rhule | | $70.00 | |
| Unpaid Expense Claims (210) | 11/13/2015 | EC | Kenneth Rhule | | | $19.00 |
| Unpaid Expense Claims (210) | 11/13/2015 | PAY | Payment: Kenneth Rhule | | $19.00 | |
| Unpaid Expense Claims (210) | 11/19/2015 | EC | Kenneth Rhule | | | $25.00 |
| Unpaid Expense Claims (210) | 11/19/2015 | PAY | Payment: Kenneth Rhule | | $25.00 | |
| Unpaid Expense Claims (210) | 12/8/2015 | PAY | Payment: Ken R | | $73.27 | |
| Unpaid Expense Claims (210) | 12/8/2015 | PAY | Payment: Ken R | | $97.74 | |
| Unpaid Expense Claims (210) | 12/8/2015 | PAY | Payment: Ken R | | $161.37 | |
| Unpaid Expense Claims (210) | 12/8/2015 | PAY | Payment: Ken R | | $196.20 | |
| Unpaid Expense Claims (210) | 12/8/2015 | PAY | Payment: Ken R | | $280.00 | |
| Unpaid Expense Claims (210) | 12/8/2015 | PAY | Payment: Ken R | | $500.00 | |
| Unpaid Expense Claims (210) | 12/8/2015 | PAY | Payment: Ken R | | $787.76 | |
| Unpaid Expense Claims (210) | 12/9/2015 | PAY | Payment: Ken R | | $14.39 | |
| Unpaid Expense Claims (210) | 12/9/2015 | PAY | Payment: Ken R | | $16.95 | |
| Unpaid Expense Claims (210) | 12/9/2015 | PAY | Payment: Ken R | | $24.99 | |
| Unpaid Expense Claims (210) | 12/9/2015 | PAY | Payment: Ken R | | $30.00 | |
| Unpaid Expense Claims (210) | 12/9/2015 | PAY | Payment: Ken R | | $40.40 | |
| Unpaid Expense Claims (210) | 12/9/2015 | PAY | Payment: Ken R | | $45.20 | |
| Unpaid Expense Claims (210) | 12/9/2015 | PAY | Payment: Ken R | | $45.38 | |
| Unpaid Expense Claims (210) | 12/9/2015 | PAY | Payment: Ken R | | $55.29 | |
| Unpaid Expense Claims (210) | 12/9/2015 | PAY | Payment: Ken R | | $77.65 | |
| Unpaid Expense Claims (210) | 12/9/2015 | PAY | Payment: Ken R | | $80.24 | |
| Unpaid Expense Claims (210) | 12/9/2015 | PAY | Payment: Ken R | | $89.88 | |
| Unpaid Expense Claims (210) | 12/9/2015 | PAY | Payment: Ken R | | $97.82 | |
| Unpaid Expense Claims (210) | 12/9/2015 | PAY | Payment: Ken R | | $101.27 | |
| Unpaid Expense Claims (210) | 12/9/2015 | PAY | Payment: Ken R | | $127.92 | |
| Unpaid Expense Claims (210) | 12/9/2015 | PAY | Payment: Ken R | | $163.98 | |
| Unpaid Expense Claims (210) | 12/21/2015 | EC | Ken R | | | $147.03 |
| Unpaid Expense Claims (210) | 01/15/2016 | EC | Kenneth Rhule | | | $27.27 |
| Unpaid Expense Claims (210) | 01/15/2016 | PAY | Payment: Kenneth Rhule | | $27.27 | |
| Unpaid Expense Claims (210) | 01/18/2016 | EC | Ken R | | | $218.00 |

Flegenheimer re Rhule
Unpaid expense claims - showing unpaid amounts for Kenneth John Rhule
Included names:  Ken, Ken Rhule, Kenneth J, Kenneth Rhule, Ken R
Source:  Herbin Artisans Xero General Ledger Detail as in
Herbin Artisans - General Ledger Report.xls-RHULE00331044.xls

| Account | Date | Type | Transaction | Reference | Debit | Credit |
|---|---|---|---|---|---|---|
| Unpaid Expense Claims (210) | 01/22/2016 | EC | Kenneth Rhule | | | $35.00 |
| Unpaid Expense Claims (210) | 01/22/2016 | PAY | Payment: Kenneth Rhule | | $35.00 | |
| Unpaid Expense Claims (210) | 01/26/2016 | EC | Kenneth Rhule | | | $128.12 |
| Unpaid Expense Claims (210) | 01/26/2016 | PAY | Payment: Kenneth Rhule | | $128.12 | |
| Unpaid Expense Claims (210) | 02/12/2016 | PAY | Payment: Ken R | | $106.93 | |
| Unpaid Expense Claims (210) | 02/12/2016 | PAY | Payment: Ken R | | $147.03 | |
| Unpaid Expense Claims (210) | 02/12/2016 | PAY | Payment: Ken R | | $185.61 | |
| Unpaid Expense Claims (210) | 02/12/2016 | PAY | Payment: Ken R | | $218.00 | |
| Unpaid Expense Claims (210) | 02/12/2016 | PAY | Payment: Ken R | | $236.18 | |
| Unpaid Expense Claims (210) | 02/12/2016 | PAY | Payment: Ken R | | $280.00 | |
| Unpaid Expense Claims (210) | 02/13/2016 | PAY | Payment: Ken R | | $87.00 | |
| Unpaid Expense Claims (210) | 02/13/2016 | PAY | Payment: Ken R | | $211.67 | |
| Unpaid Expense Claims (210) | 02/13/2016 | PAY | Payment: Ken R | | $280.00 | |
| Unpaid Expense Claims (210) | 02/15/2016 | EC | Kenneth Rhule | | | $87.00 |
| Unpaid Expense Claims (210) | 02/17/2016 | EC | Kenneth Rhule | | | $28.00 |
| Unpaid Expense Claims (210) | 02/17/2016 | PAY | Payment: Kenneth Rhule | | $28.00 | |
| Unpaid Expense Claims (210) | 02/17/2016 | PAY | Payment: Kenneth Rhule | | $87.00 | |
| Unpaid Expense Claims (210) | 03/1/2016 | EC | Kenneth Rhule | | | $130.00 |
| Unpaid Expense Claims (210) | 03/1/2016 | PAY | Payment: Kenneth Rhule | | $130.00 | |
| Unpaid Expense Claims (210) | 03/2/2016 | EC | Kenneth Rhule | | | $150.00 |
| Unpaid Expense Claims (210) | 03/3/2016 | EC | Kenneth Rhule | | | $18.00 |
| Unpaid Expense Claims (210) | 03/3/2016 | EC | Ken R | | | $30.00 |
| Unpaid Expense Claims (210) | 03/3/2016 | EC | Kenneth Rhule | | | $65.00 |
| Unpaid Expense Claims (210) | 03/3/2016 | EC | Ken R | | | $700.92 |
| Unpaid Expense Claims (210) | 03/3/2016 | EC | Ken R | | | $866.80 |
| Unpaid Expense Claims (210) | 03/8/2016 | PAY | Payment: Kenneth Rhule | | $65.00 | |
| Unpaid Expense Claims (210) | 03/9/2016 | EC | Kenneth Rhule | | | $26.00 |
| Unpaid Expense Claims (210) | 03/9/2016 | EC | Kenneth Rhule | | | $30.00 |
| Unpaid Expense Claims (210) | 03/9/2016 | EC | Kenneth Rhule | | | $42.00 |
| Unpaid Expense Claims (210) | 03/9/2016 | EC | Kenneth Rhule | | | $72.00 |
| Unpaid Expense Claims (210) | 03/9/2016 | EC | Kenneth Rhule | | | $85.92 |
| Unpaid Expense Claims (210) | 03/9/2016 | EC | Kenneth Rhule | | | $150.00 |
| Unpaid Expense Claims (210) | 03/9/2016 | PAY | Payment: Kenneth Rhule | | $18.00 | |
| Unpaid Expense Claims (210) | 03/9/2016 | PAY | Payment: Kenneth Rhule | | $26.00 | |

Flegenheimer re Rhule
Unpaid expense claims - showing unpaid amounts for Kenneth John Rhule
Included names:  Ken, Ken Rhule, Kenneth J, Kenneth Rhule, Ken R
Source:  Herbin Artisans Xero General Ledger Detail as in
Herbin Artisans - General Ledger Report.xls-RHULE00331044.xls

| Account | Date | Type | Transaction | Reference | Debit | Credit |
|---|---|---|---|---|---|---|
| Unpaid Expense Claims (210) | 03/9/2016 | PAY | Payment: Kenneth Rhule | | $30.00 | |
| Unpaid Expense Claims (210) | 03/9/2016 | PAY | Payment: Kenneth Rhule | | $42.00 | |
| Unpaid Expense Claims (210) | 03/9/2016 | PAY | Payment: Kenneth Rhule | | $72.00 | |
| Unpaid Expense Claims (210) | 03/9/2016 | PAY | Payment: Kenneth Rhule | | $85.92 | |
| Unpaid Expense Claims (210) | 03/9/2016 | PAY | Payment: Kenneth Rhule | | $150.00 | |
| Unpaid Expense Claims (210) | 03/10/2016 | EC | Ken R | | | $1,488.10 |
| Unpaid Expense Claims (210) | 03/14/2016 | PAY | Payment: Kenneth Rhule | | $150.00 | |
| Unpaid Expense Claims (210) | 03/16/2016 | EC | Kenneth Rhule | | | $27.43 |
| Unpaid Expense Claims (210) | 03/16/2016 | EC | Ken R | | | $74.09 |
| Unpaid Expense Claims (210) | 03/16/2016 | EC | Ken R | | | $336.05 |
| Unpaid Expense Claims (210) | 03/16/2016 | PAY | Payment: Ken R | | $336.05 | |
| Unpaid Expense Claims (210) | 03/16/2016 | PAY | Payment: Ken R | | $1,488.10 | |
| Unpaid Expense Claims (210) | 03/17/2016 | EC | Ken R | | | $373.97 |
| Unpaid Expense Claims (210) | 03/21/2016 | EC | Kenneth Rhule | | | $91.00 |
| Unpaid Expense Claims (210) | 03/21/2016 | PAY | Payment: Kenneth Rhule | | $91.00 | |
| Unpaid Expense Claims (210) | 04/3/2016 | EC | Kenneth Rhule | | | $50.00 |
| Unpaid Expense Claims (210) | 04/3/2016 | EC | Ken R | | | $221.03 |
| Unpaid Expense Claims (210) | 04/3/2016 | EC | Ken R | | | $353.00 |
| Unpaid Expense Claims (210) | 04/6/2016 | EC | Kenneth Rhule | | | $49.49 |
| Unpaid Expense Claims (210) | 04/6/2016 | PAY | Payment: Kenneth Rhule | | $27.43 | |
| Unpaid Expense Claims (210) | 04/6/2016 | PAY | Payment: Kenneth Rhule | | $49.49 | |
| Unpaid Expense Claims (210) | 04/6/2016 | PAY | Payment: Kenneth Rhule | | $50.00 | |
| Unpaid Expense Claims (210) | 04/8/2016 | EC | Ken R | | | $28.00 |
| Unpaid Expense Claims (210) | 04/8/2016 | PAY | Payment: Ken R | | $28.00 | |
| Unpaid Expense Claims (210) | 04/13/2016 | EC | Kenneth Rhule | | | $200.00 |
| Unpaid Expense Claims (210) | 04/13/2016 | EC | Ken R | | | $423.83 |
| Unpaid Expense Claims (210) | 04/13/2016 | PAY | Payment: Kenneth Rhule | | $200.00 | |
| Unpaid Expense Claims (210) | 04/15/2016 | PAY | Payment: Ken R | | $700.92 | |
| Unpaid Expense Claims (210) | 04/20/2016 | EC | Ken R | | | $1,031.13 |
| Unpaid Expense Claims (210) | 05/5/2016 | EC | Ken R | | | $503.00 |
| Unpaid Expense Claims (210) | 05/12/2016 | EC | Kenneth Rhule | | | $99.00 |
| Unpaid Expense Claims (210) | 05/12/2016 | PAY | Payment: Ken R | | $373.97 | |
| Unpaid Expense Claims (210) | 05/12/2016 | PAY | Payment: Ken R | | $866.80 | |
| Unpaid Expense Claims (210) | 05/12/2016 | PAY | Payment: Ken R | | $1,031.13 | |

Flegenheimer re Rhule
Unpaid expense claims - showing unpaid amounts for Kenneth John Rhule
Included names:  Ken, Ken Rhule, Kenneth J, Kenneth Rhule, Ken R
Source:  Herbin Artisans Xero General Ledger Detail as in
Herbin Artisans - General Ledger Report.xls-RHULE00331044.xls

| Account | Date | Type | Transaction | Reference | Debit | Credit |
|---|---|---|---|---|---|---|
| Unpaid Expense Claims (210) | 05/13/2016 | EC | Kenneth Rhule | | | $16.50 |
| Unpaid Expense Claims (210) | 05/13/2016 | EC | Kenneth Rhule | | | $60.00 |
| Unpaid Expense Claims (210) | 05/26/2016 | EC | Kenneth Rhule | | | $40.00 |
| Unpaid Expense Claims (210) | 05/26/2016 | PAY | Payment: Kenneth Rhule | | $16.50 | |
| Unpaid Expense Claims (210) | 05/26/2016 | PAY | Payment: Kenneth Rhule | | $40.00 | |
| Unpaid Expense Claims (210) | 06/2/2016 | EC | Kenneth Rhule | | | $60.00 |
| Unpaid Expense Claims (210) | 06/2/2016 | PAY | Payment: Kenneth Rhule | | $60.00 | |
| Unpaid Expense Claims (210) | 06/2/2016 | PAY | Payment: Kenneth Rhule | | $60.00 | |
| Unpaid Expense Claims (210) | 06/2/2016 | PAY | Payment: Kenneth Rhule | | $99.00 | |
| Unpaid Expense Claims (210) | 07/1/2016 | EC | Kenneth Rhule | | | $19.00 |
| Unpaid Expense Claims (210) | 07/1/2016 | EC | Kenneth Rhule | | | $70.00 |
| Unpaid Expense Claims (210) | 07/1/2016 | EC | Kenneth Rhule | | | $137.00 |
| Unpaid Expense Claims (210) | 07/1/2016 | PAY | Payment: Kenneth Rhule | | $19.00 | |
| Unpaid Expense Claims (210) | 07/1/2016 | PAY | Payment: Kenneth Rhule | | $70.00 | |
| Unpaid Expense Claims (210) | 07/1/2016 | PAY | Payment: Kenneth Rhule | | $137.00 | |
| Unpaid Expense Claims (210) | 07/2/2016 | EC | Kenneth Rhule | | | $130.00 |
| Unpaid Expense Claims (210) | 07/2/2016 | EC | Kenneth Rhule | | | $150.00 |
| Unpaid Expense Claims (210) | 07/6/2016 | EC | Kenneth Rhule | | | $45.00 |
| Unpaid Expense Claims (210) | 07/6/2016 | EC | Kenneth Rhule | | | $45.00 |
| Unpaid Expense Claims (210) | 07/6/2016 | EC | Kenneth Rhule | | | $60.00 |
| Unpaid Expense Claims (210) | 07/6/2016 | EC | Kenneth Rhule | | | $130.00 |
| Unpaid Expense Claims (210) | 07/6/2016 | EC | Kenneth Rhule | | | $199.00 |
| Unpaid Expense Claims (210) | 07/6/2016 | PAY | Payment: Kenneth Rhule | | $45.00 | |
| Unpaid Expense Claims (210) | 07/6/2016 | PAY | Payment: Kenneth Rhule | | $45.00 | |
| Unpaid Expense Claims (210) | 07/6/2016 | PAY | Payment: Kenneth Rhule | | $60.00 | |
| Unpaid Expense Claims (210) | 07/6/2016 | PAY | Payment: Kenneth Rhule | | $130.00 | |
| Unpaid Expense Claims (210) | 07/6/2016 | PAY | Payment: Kenneth Rhule | | $130.00 | |
| Unpaid Expense Claims (210) | 07/6/2016 | PAY | Payment: Kenneth Rhule | | $150.00 | |
| Unpaid Expense Claims (210) | 07/6/2016 | PAY | Payment: Kenneth Rhule | | $199.00 | |
| Unpaid Expense Claims (210) | 08/5/2016 | EC | Kenneth Rhule | | | $25.00 |
| Unpaid Expense Claims (210) | 08/5/2016 | PAY | Payment: Kenneth Rhule | | $25.00 | |
| Unpaid Expense Claims (210) | 08/8/2016 | EC | Kenneth Rhule | | | $103.00 |
| Unpaid Expense Claims (210) | 08/8/2016 | EC | Kenneth Rhule | | | $194.00 |
| Unpaid Expense Claims (210) | 08/8/2016 | EC | Kenneth Rhule | | | $286.00 |

CONFIDENTIAL
**EXHIBIT 2**

Flegenheimer re Rhule
Unpaid expense claims - showing unpaid amounts for Kenneth John Rhule
Included names:  Ken, Ken Rhule, Kenneth J, Kenneth Rhule, Ken R
Source:  Herbin Artisans Xero General Ledger Detail as in
Herbin Artisans - General Ledger Report.xls-RHULE00331044.xls

| Account | Date | Type | Transaction | Reference | Debit | Credit |
|---|---|---|---|---|---|---|
| Unpaid Expense Claims (210) | 08/8/2016 | EC | Kenneth Rhule | | | $520.00 |
| Unpaid Expense Claims (210) | 08/8/2016 | PAY | Payment: Kenneth Rhule | | $194.00 | |
| Unpaid Expense Claims (210) | 08/8/2016 | PAY | Payment: Kenneth Rhule | | $286.00 | |
| Unpaid Expense Claims (210) | 08/10/2016 | PAY | Payment: Kenneth Rhule | | $520.00 | |
| Unpaid Expense Claims (210) | 08/11/2016 | PAY | Payment: Kenneth Rhule | | $103.00 | |
| Unpaid Expense Claims (210) | 08/16/2016 | EC | Kenneth Rhule | | | $234.00 |
| Unpaid Expense Claims (210) | 08/16/2016 | PAY | Payment: Kenneth Rhule | | $234.00 | |
| Unpaid Expense Claims (210) | 09/8/2016 | EC | Kenneth Rhule | | | $34.00 |
| Unpaid Expense Claims (210) | 09/8/2016 | PAY | Payment: Kenneth Rhule | | $34.00 | |
| Unpaid Expense Claims (210) | 09/9/2016 | EC | Kenneth Rhule | | | $40.00 |
| Unpaid Expense Claims (210) | 09/9/2016 | PAY | Payment: Kenneth Rhule | | $40.00 | |
| Unpaid Expense Claims (210) | 11/18/2016 | EC | Kenneth Rhule | | | $113.00 |
| Unpaid Expense Claims (210) | 11/18/2016 | EC | Kenneth Rhule | | | $411.24 |
| Unpaid Expense Claims (210) | 01/9/2017 | EC | Kenneth Rhule | | | $40.00 |
| Unpaid Expense Claims (210) | 01/9/2017 | EC | Kenneth Rhule | | | $200.00 |
| Unpaid Expense Claims (210) | 01/9/2017 | EC | Kenneth Rhule | | | $520.00 |
| Unpaid Expense Claims (210) | 01/9/2017 | PAY | Payment: Kenneth Rhule | | $40.00 | |
| Unpaid Expense Claims (210) | 01/9/2017 | PAY | Payment: Kenneth Rhule | | $113.00 | |
| Unpaid Expense Claims (210) | 01/9/2017 | PAY | Payment: Kenneth Rhule | | $200.00 | |
| Unpaid Expense Claims (210) | 01/9/2017 | PAY | Payment: Kenneth Rhule | | $411.24 | |
| Unpaid Expense Claims (210) | 01/9/2017 | PAY | Payment: Kenneth Rhule | | $520.00 | |
| Unpaid Expense Claims (210) | 01/27/2017 | EC | Kenneth Rhule | | | $620.00 |
| Unpaid Expense Claims (210) | 02/6/2017 | EC | Kenneth Rhule | | | $403.75 |
| Unpaid Expense Claims (210) | 02/6/2017 | PAY | Payment: Kenneth Rhule | | $403.75 | |
| Unpaid Expense Claims (210) | 02/17/2017 | EC | Kenneth Rhule | | | $55.00 |
| Unpaid Expense Claims (210) | 02/17/2017 | EC | Kenneth Rhule | | | $199.00 |
| Unpaid Expense Claims (210) | 02/17/2017 | PAY | Payment: Kenneth Rhule | | $55.00 | |
| Unpaid Expense Claims (210) | 02/17/2017 | PAY | Payment: Kenneth Rhule | | $199.00 | |
| Unpaid Expense Claims (210) | 02/17/2017 | PAY | Payment: Kenneth Rhule | | $620.00 | |
| Unpaid Expense Claims (210) | 04/10/2017 | EC | Kenneth Rhule | | | $17.00 |
| Unpaid Expense Claims (210) | 04/10/2017 | EC | Kenneth Rhule | | | $70.00 |
| Unpaid Expense Claims (210) | 04/10/2017 | EC | Kenneth Rhule | | | $199.00 |
| Unpaid Expense Claims (210) | 04/10/2017 | EC | Kenneth Rhule | | | $200.00 |
| Unpaid Expense Claims (210) | 04/10/2017 | EC | Kenneth Rhule | | | $225.00 |

Flegenheimer re Rhule
Unpaid expense claims - showing unpaid amounts for Kenneth John Rhule
Included names:  Ken, Ken Rhule, Kenneth J, Kenneth Rhule, Ken R
Source:  Herbin Artisans Xero General Ledger Detail as in
Herbin Artisans - General Ledger Report.xls-RHULE00331044.xls

| Account | Date | Type | Transaction | Reference | Debit | Credit |
|---|---|---|---|---|---|---|
| Unpaid Expense Claims (210) | 04/10/2017 | EC | Kenneth Rhule | | | $450.00 |
| Unpaid Expense Claims (210) | 04/10/2017 | EC | Kenneth Rhule | | | $1,000.00 |
| Unpaid Expense Claims (210) | 04/10/2017 | PAY | Payment: Kenneth Rhule | | $17.00 | |
| Unpaid Expense Claims (210) | 04/10/2017 | PAY | Payment: Kenneth Rhule | | $70.00 | |
| Unpaid Expense Claims (210) | 04/10/2017 | PAY | Payment: Kenneth Rhule | | $199.00 | |
| Unpaid Expense Claims (210) | 04/10/2017 | PAY | Payment: Kenneth Rhule | | $200.00 | |
| Unpaid Expense Claims (210) | 04/10/2017 | PAY | Payment: Kenneth Rhule | | $225.00 | |
| Unpaid Expense Claims (210) | 04/10/2017 | PAY | Payment: Kenneth Rhule | | $450.00 | |
| Unpaid Expense Claims (210) | 04/10/2017 | PAY | Payment: Kenneth Rhule | | $1,000.00 | |
| Unpaid Expense Claims (210) | 05/8/2017 | EC | Kenneth Rhule | | | $40.00 |
| Unpaid Expense Claims (210) | 05/8/2017 | EC | Kenneth Rhule | | | $55.00 |
| Unpaid Expense Claims (210) | 05/8/2017 | EC | Kenneth Rhule | | | $63.00 |
| Unpaid Expense Claims (210) | 05/8/2017 | EC | Kenneth Rhule | | | $200.00 |
| Unpaid Expense Claims (210) | 05/8/2017 | EC | Kenneth Rhule | | | $378.48 |
| Unpaid Expense Claims (210) | 05/9/2017 | EC | Kenneth Rhule | | | $12.00 |
| Unpaid Expense Claims (210) | 05/9/2017 | EC | Kenneth Rhule | | | $75.00 |
| Unpaid Expense Claims (210) | 06/6/2017 | EC | Kenneth Rhule | | | $75.00 |
| Unpaid Expense Claims (210) | 06/6/2017 | EC | Kenneth Rhule | | | $125.00 |
| Unpaid Expense Claims (210) | 06/13/2017 | EC | Kenneth Rhule | | | $75.00 |
| Unpaid Expense Claims (210) | 06/21/2017 | EC | Kenneth Rhule | | | $19.00 |
| Unpaid Expense Claims (210) | 06/28/2017 | EC | Kenneth Rhule | | | $100.00 |
| Unpaid Expense Claims (210) | 07/27/2017 | EC | Kenneth Rhule | | | $165.00 |
| Unpaid Expense Claims (210) | 07/31/2017 | EC | Kenneth Rhule | | | $287.00 |
| Unpaid Expense Claims (210) | 08/2/2017 | EC | Kenneth Rhule | | | $55.00 |
| Unpaid Expense Claims (210) | 08/9/2017 | EC | Kenneth Rhule | | | $200.00 |
| Unpaid Expense Claims (210) | 08/9/2017 | EC | Kenneth Rhule | | | $206.00 |
| Unpaid Expense Claims (210) | 08/21/2017 | EC | Kenneth Rhule | | | $731.00 |
| Unpaid Expense Claims (210) | 08/21/2017 | EC | Kenneth Rhule | | | $1,220.00 |
| | | | | | $25,746.17 | $31,432.60 |
| | | | **Total of unpaid expense claims still owed to Ken Rhule** | | | **$ 5,686.43** |
| | | | Note:  Typos in transactions are as shown in original database. | | | |

Flegenheimer re Rhule
Shareholder 1 Loan Payable analysis
Included names:  Ken, Ken Rhule, Kenneth J, Kenneth Rhule, Ken R
Source:  Herbin Artisans Xero General Ledger Detail as in Herbin Artisans - General Ledger Report.xls-RHULE00331044.xls

| Date | Type | Transaction | Reference | Debit | Credit | Sales Tax | YTD Balance |
|------|------|-------------|-----------|-------|--------|-----------|-------------|
| | | | | | | | |
| **Shareholder 1 Loan Payable (291)** | | | | | | | |
| 01/1/2015 | | Opening balance | | | | | $0.00 |
| 06/30/2015 | SB | Conversion Balance | | | $10,900.00 | 0.0% | -$10,900.00 |
| 08/26/2015 | MJ | Initial Trim inventory into Unleashed - Balance to be applied to Ken Rhule Loan Line as Ken funded purchase value pre-software in the form of a loan via $10,900 check - Initial Trim inventory into Unleashed - Balance to be applied to Ken Rhule Loan Line as Ken funded purchase value pre-software in the form of a loan via $10,900 check | #191 | | $2,917.00 | 0.0% | -$13,817.00 |
| 08/26/2015 | MJ | Applying Suspense Balance to Shareholder 1 Loan balance, to reconcile funds lent to company prior to software start. - Applying Suspense Balance to Shareholder 1 Loan balance, to reconcile funds lent to company prior to software start. | #192 | | $612.27 | 0.0% | -$14,429.27 |
| 09/25/2015 | PAY | Kenneth J - Payment | | $1,500.00 | | 0.0% | -$12,929.27 |
| 10/1/2015 | MJ | Olive 8 venue shareholder loan and shareholder advance - Olive 8 venue shareholder loan and shareholder advance | #860 | | $2,500.00 | 0.0% | -$15,429.27 |
| 10/5/2015 | PAY | Kenneth J - Repayment | | $700.00 | | 0.0% | -$14,729.27 |
| 10/12/2015 | PAY | Kenneth J - Payment | | $1,000.00 | | 0.0% | -$13,729.27 |
| 10/15/2015 | MJ | Applying Oct 15th Payroll against Advances - Ken Rhule Oct-15 Payroll Deferred to Loan Line | #1850 | | $2,000.00 | 0.0% | -$15,729.27 |
| 10/16/2015 | PAY | Kenneth J - Payment | | $500.00 | | 0.0% | -$15,229.27 |
| 10/21/2015 | PAY | Kenneth J - Reimbursement payment | | $1,000.00 | | 0.0% | -$14,229.27 |
| 10/30/2015 | MJ | Applying October 30 Payroll against advances and deferred compensation - Ken Oct 30th Payroll Deferred to Loan Payable | #1898 | | $2,000.00 | 0.0% | -$16,229.27 |
| 11/18/2015 | PAY | Kenneth J - Payment | | $1,000.00 | | 0.0% | -$15,229.27 |
| 11/27/2015 | MJ | November 13th & November 27th Applied to Advance and deferred payroll lines - Ken November 13th Payroll Deferred applied to loan  Line | #1885 | | $2,000.00 | 0.0% | -$17,229.27 |
| 11/27/2015 | MJ | November 13th & November 27th Applied to Advance and deferred payroll lines - Ken November 27th Payroll Deferred Applied to loan | #1885 | | $2,000.00 | 0.0% | -$19,229.27 |
| 12/5/2015 | PAY | Kenneth J - deferred repayment | | $2,000.00 | | 0.0% | -$17,229.27 |

The McHard Firm
2/9/2022

CONFIDENTIAL
**EXHIBIT 3**

Flegenheimer re Rhule
Shareholder 1 Loan Payable analysis
Included names:  Ken, Ken Rhule, Kenneth J, Kenneth Rhule, Ken R
Source:  Herbin Artisans Xero General Ledger Detail as in Herbin Artisans - General Ledger Report.xls-RHULE00331044.xls

| Date | Type | Transaction | Reference | Debit | Credit | Sales Tax | YTD Balance |
|------|------|-------------|-----------|-------|--------|-----------|-------------|
| 12/11/2015 | PAY | Kenneth J - Loan payable payment | Loan payable payment | $4,000.00 | | 0.0% | -$13,229.27 |
| 12/30/2015 | PAY | Kenneth J - Loan Repayment | Repayment | $1,000.00 | | 0.0% | -$12,229.27 |
| 12/30/2015 | PAY | Kenneth J - loan repayment | loan payment | $1,000.00 | | 0.0% | -$11,229.27 |
| 01/15/2016 | PAY | Kenneth J - Repayment | Repayment | $2,000.00 | | 0.0% | -$9,229.27 |
| 02/15/2016 | PAY | Kenneth J - Temporary Cash flow loan in | Loan into company | | $6,000.00 | 0.0% | -$15,229.27 |
| 02/15/2016 | PAY | Kenneth J - Short term loan in | Short Term Loan For Payroll | | $2,000.00 | 0.0% | -$17,229.27 |
| 02/15/2016 | PAY | Kenneth J - Loan repayment, 7.5 btc @400 | Loan repayment 7.5btc @400 | $3,000.00 | | 0.0% | -$14,229.27 |
| 02/16/2016 | PAY | Kenneth J - Loan repay | 1.225 btc +1.223 btc | $1,000.00 | | 0.0% | -$13,229.27 |
| 02/17/2016 | PAY | Kenneth J - Loan repayment | Loan repayment 2.39btc @ 417 | $1,000.00 | | 0.0% | -$12,229.27 |
| 02/18/2016 | PAY | Kenneth J - Loan repayment | 1.79 @ 417 | $750.00 | | 0.0% | -$11,479.27 |
| 02/18/2016 | PAY | Kenneth J - Loan repayment | 1.757 @ 417 | $733.00 | | 0.0% | -$10,746.27 |
| 02/18/2016 | PAY | Kenneth J - Shareholder Loan repayment kr | 2.32 @ 419 | $975.00 | | 0.0% | -$9,771.27 |
| 02/18/2016 | PAY | Kenneth J - Loan repayment | | $6,000.00 | | 0.0% | -$3,771.27 |
| 02/22/2016 | PAY | Kenneth J - loan reimbursement | 2.384btc | $1,000.00 | | 0.0% | -$2,771.27 |
| 02/22/2016 | PAY | Kenneth J - loan repayment | 2.384btc | $1,000.00 | | 0.0% | -$1,771.27 |
| 02/22/2016 | PAY | Kenneth J - loan repayment | 2.328 | $1,000.00 | | 0.0% | -$771.27 |
| 02/22/2016 | PAY | Kenneth J - loan repayment | 2.37 btc | $1,000.00 | | 0.0% | $228.73 |
| 02/22/2016 | PAY | Kenneth J - loan repayment | 2btc | $835.00 | | 0.0% | $1,063.73 |
| 02/22/2016 | PAY | Kenneth J - loan repayment | 4.549btc | $1,915.00 | | 0.0% | $2,978.73 |
| 02/24/2016 | PAY | Kenneth J - Loan Repayment -Ken | | $6,000.00 | | 0.0% | $8,978.73 |
| 02/25/2016 | PAY | Kenneth J - Loan Repayment to Ken | | $5,900.00 | | 0.0% | $14,878.73 |
| 03/1/2016 | PAY | Kenneth J - Paid in via bank transfer for Trim | Loan To Company | | $2,000.00 | 0.0% | $12,878.73 |
| 03/1/2016 | PAY | Kenneth J - Paid in Via Bank Transfer for Kennys wage | Loan To Company | | $4,000.00 | 0.0% | $8,878.73 |
| 03/2/2016 | PAY | Kenneth J - Loan payable to ken | | | $4,450.00 | 0.0% | $4,428.73 |
| 03/3/2016 | PAY | Kenneth J - Loan from ken for fractional distillation purchase for summit industrial supply | loan fractional distallation system | | $19,450.00 | 0.0% | -$15,021.27 |
| 03/3/2016 | PAY | Kenneth J - Short Term Loan in for Shareholder 2 Advance. | short term loan in | | $6,000.00 | 0.0% | -$21,021.27 |
| 03/8/2016 | PAY | Kenneth J - Shareholder loan repayment 26.47btc | 1.17+1.369+3.751+.70+2.86+6 +3+3+3+1.6 | $10,905.00 | | 0.0% | -$10,116.27 |
| 03/9/2016 | PAY | Kenneth J - Loan Repayment | 4.25 | $1,747.00 | | 0.0% | -$8,369.27 |
| 03/11/2016 | PAY | Kenneth J - Loan Reimbursement | 8BTC | $3,296.00 | | 0.0% | -$5,073.27 |
| 03/11/2016 | PAY | Kenneth J - Loan Repayment | 4.97btc | $2,084.00 | | 0.0% | -$2,989.27 |
| 03/12/2016 | PAY | Kenneth J - Short Term Loan Payroll | | | $4,000.00 | 0.0% | -$6,989.27 |

CONFIDENTIAL
**EXHIBIT 3**

Flegenheimer re Rhule
Shareholder 1 Loan Payable analysis
Included names:  Ken, Ken Rhule, Kenneth J, Kenneth Rhule, Ken R
Source:  Herbin Artisans Xero General Ledger Detail as in Herbin Artisans - General Ledger Report.xls-RHULE00331044.xls

| Date | Type | Transaction | Reference | Debit | Credit | Sales Tax | YTD Balance |
|------|------|-------------|-----------|-------|--------|-----------|-------------|
| 03/12/2016 | PAY | Kenneth J - loan repayment | | $4,460.00 | | 0.0% | -$2,529.27 |
| 03/12/2016 | PAY | Kenneth J - loan repayment | 1 | $415.00 | | 0.0% | -$2,114.27 |
| 03/12/2016 | PAY | Kenneth J - loan repayment | 1.59 | $658.00 | | 0.0% | -$1,456.27 |
| 03/14/2016 | PAY | Kenneth J - Payroll 3/11/16 Craig | Short Term Loan - Payroll | | $2,500.00 | 0.0% | -$3,956.27 |
| 03/14/2016 | PAY | Kenneth J - Loan repayment | | $2,000.00 | | 0.0% | -$1,956.27 |
| 03/14/2016 | PAY | Kenneth J - Loan repayment | 1.92btc | $801.00 | | 0.0% | -$1,155.27 |
| 03/16/2016 | PAY | Kenneth J - Loan for Rent March/April Inluding 150 late fee | Loan - For March/April Rent | | $4,850.00 | 0.0% | -$6,005.27 |
| 03/22/2016 | PAY | Kenneth J - Loan in By Inventory Purchase | Loan In By Shareholder | | $1,000.00 | 0.0% | -$7,005.27 |
| 03/22/2016 | PAY | Kenneth J - Loan In Payroll Kenny | Loan In By Shareholder | | $4,000.00 | 0.0% | -$11,005.27 |
| 03/25/2016 | PAY | Kenneth J - loan in short term | | | $2,000.00 | 0.0% | -$13,005.27 |
| 03/28/2016 | PAY | Kenneth J - loan repayment | 3.73 | $1,576.00 | | 0.0% | -$11,429.27 |
| 03/29/2016 | PAY | Kenneth J - Short term loan in | Short term loan in | | $1,000.00 | 0.0% | -$12,429.27 |
| 03/31/2016 | PAY | Kenneth J - loan repayment | | $1,000.00 | | 0.0% | -$11,429.27 |
| 04/18/2016 | PAY | Kenneth J - Cash loan in for operating | | | $3,300.00 | 0.0% | -$14,729.27 |
| 04/18/2016 | PAY | Kenneth J -  loan in from Ken via check to Kenny payroll | Payroll | | $4,000.00 | 0.0% | -$18,729.27 |
| 04/24/2016 | PAY | Kenneth J - Loan repayment - this reconciled the transfer of funds from Bitcoin wallet. To vault | | $2,500.00 | | 0.0% | -$16,229.27 |
| 04/30/2016 | PAY | Kenneth J - Loan repay | Loan repay | $5,000.00 | | 0.0% | -$11,229.27 |
| 04/30/2016 | PAY | Kenneth J - Cash loan | Loan to company | | $8,000.00 | 0.0% | -$19,229.27 |
| 04/30/2016 | PAY | Kenneth J - 8000 Loan repayment | 17BTC Loan Repayment | $8,000.00 | | 0.0% | -$11,229.27 |
| 05/1/2016 | PAY | Payment: Proxysocks.net | 5 months proxy | | $299.70 | | -$11,528.97 |
| 08/1/2016 | PAY | Payment: Janie Phillips | Paid by Ken - reikbursement needed | | $2,350.00 | | -$13,878.97 |
| 09/23/2017 | PAY | Kenneth J - loan repayment of silver sale | Loan re-payment | | $3,000.00 | 0.0% | -$16,878.97 |
| 01/2/2018 | PAY | Kenneth J - Loan | Loan | $2,500.00 | | 0.0% | -$14,378.97 |
| 3/31/2020 | | **Total Shareholder 1 Loan Payable (291)** | | **$94,750.00** | **$109,128.97** | | |

Source:  Extracted from Herbin Artisans - General Ledger Report.xls-RHULE00331044.xls then formatted for printing.
Note:  All typos are in the original database.

Flegenheimer re Rhule
Owner Contribution balance of Kenneth John Rhule
Included names:  Ken, Ken Rhule, Kenneth J, Kenneth Rhule, Ken R
Source:  Herbin Artisans Xero General Ledger Detail as in Herbin Artisans - General Ledger Report.xls-RHULE00331044.xls
**Bolded items are related to Kenneth John Rhule**

| Date | Type | Transaction | Reference | Debit | Credit | YTD Balance |
|---|---|---|---|---|---|---|
| | | | | | | |
| **Owners Contribution (300)** | | | | | | |
| **01/1/2015** | | **Opening balance** | | | | **$0.00** |
| **06/30/2015** | **SB** | **Conversion Balance** | | | **$70,500.00** | **-$70,500.00** |
| **01/10/2016** | **PAY** | **Kenneth J - Loadn Repayment** | **Repayment** | **$5,000.00** | | **-$65,500.00** |
| **02/23/2016** | **PAY** | **Kenneth J - $5000 - Deposited For Ken By Kenny** **Money Gram** | **Loan REPAYMENT** | **$5,000.00** | | **-$60,500.00** |
| **02/23/2016** | **PAY** | **Kenneth J - 1150 - Deposited for Ken By Kenny** | **Loan REPAYMENT** | **$1,150.00** | | **-$59,350.00** |
| **02/23/2016** | **PAY** | **Kenneth J - 300 - Deposited By Kenny For Ken** | **Loan REPAYMENT** | **$3,000.00** | | **-$56,350.00** |
| 12/4/2017 | PAY | Kenny - Crypto earnings | crypto earning | | $6,500.00 | -$62,850.00 |
| 12/5/2017 | PAY | Kenny - Cap Gains | Cap Gain | | $9,000.00 | -$71,850.00 |
| 12/7/2017 | PAY | Kenny | | | $8,000.00 | -$79,850.00 |
| 01/18/2018 | PAY | Kenny - Shop loan | | | $12,775.00 | -$92,625.00 |
| 01/19/2018 | PAY | Kenny - Loan to company | Loan to company | | $10,000.00 | -$102,625.00 |
| 01/28/2018 | PAY | Kenny - Loan to company for trim | Loan to company for trim | | $33,000.00 | -$135,625.00 |
| 01/29/2018 | PAY | Kenny - Loan Re-payment | Loan re-payment | $56,000.00 | | -$79,625.00 |
| 02/10/2018 | PAY | Kenny - Loan | Loan to company | | $8,000.00 | -$87,625.00 |
| 02/15/2018 | PAY | Kenny - Loan Repayment | Loan Re-Payment | $8,000.00 | | -$79,625.00 |
| 43921 | | Total Owners Contribution (300) | | $78,150.00 | $157,775.00 | -$79,625.00 |

Note:  All typos are in the original database.

# EXHIBIT J

# EXHIBIT B



**The McHard Firm**

*Administrative offices:*
*933 San Mateo Blvd NE, Suite 500-151*
*Albuquerque, NM  87108*
505/554-2968 Albuquerque
619/764-6144 San Diego
480/420-4036 Phoenix

February 9, 2022

Barry L. Flegenheimer
Bell Flegenheimer
500 Maynard Building
119 First Avenue South
Seattle, WA  98104

Peter Offenbecher
Skellenger Bender
1301 Fifth Ave., Suite 3401
Seattle, WA  98101

VIA EMAIL TO Barry Flegenheimer <barrylfp@gmail.com> and Peter Offenbecher
<POffenbecher@skellengerbender.com> and ONLY

Re:     *USA v. Kenneth John Rhule*
        CR20-105JCC
        USDC for the Western District of Washington at Seattle


Dear Mr. Flegenheimer and Mr. Offenbecher:

Thank you for the opportunity to assist you on behalf of your client, Kenneth J. Rhule.
You have asked me to analyze Mr. Rhule's ownership of cryptocurrency, specifically
Bitcoin, and to opine whether or the extent to which Mr. Rhule owned bitcoin ("BTC")
prior to his involvement in the Herbin Artisans operation that resulted in the proposed
Plea Agreement.

**<u>Qualifications:</u>**

I am a Certified Cyber Crimes Investigator (CCCI), a Certified Fraud Examiner (CFE), a
Certified Anti-Money Laundering Specialist (CAMS), and a Certified Financial Crimes
Investigator.  I am a nationally certified law enforcement instructor, and I have taught
courses on Bitcoin and cryptocurrency which have been specifically certified for sworn law
enforcement officers.  Most recently I taught a course on Bitcoin and cryptocurrency
which was awarded law enforcement credit by the State of California Commission on
Police Officer Standards and Training (POST).  I have also published numerous articles on
Bitcoin and cryptocurrency in bar journals and other professional publications.  I am the
Managing Partner of McHard Accounting Consulting, dba The McHard Firm, a licensed CPA
and private investigations firm exclusively dedicated to forensic accounting,
investigations, and expert testimony.  My complete qualifications, including my sworn law
enforcement experience, courses taught, and complete list of publications are described
in my CV, which is **Attachment A** to this letter.

Letter to Barry Flegenheimer and Peter Offenbecher
Re: *USA v. Kenneth John Rhule*
February 9, 2022
Page 2 of 4


**Documents Reviewed:**

I have reviewed the Coinbase compliance reports, Gemini wallet transaction spreadsheets, and Xero accounting records, provided by the Government as:

- Coinbase-5a31e3a9715e790001d3f6f2-ComplianceReport-2018-06-18-21_29_37.csv-RHULE00002964
- Coinbase-5a31e3aae3fc7d00012e4f77-ComplianceReport-2018-06-18-21_29_28.csv-RHULE00002965
- Coinbase-5a31e3a8ff251e0001d3cd46-ComplianceReport-2018-06-18-21_29_08.csv-RHULE00002963
- Coinbase-5a31e4b0715e790001d42154-ComplianceReport-2018-06-18-21_33_05.csv-RHULE00002966
- Coinbase-5a322a99058ece00016500e3-ComplianceReport-2018-06-18-21_39_14.csv-RHULE00002969
- Coinbase-5a322f2ac0a9c7000174e1a5-ComplianceReport-2018-06-18-21_44_34.csv-RHULE00002970
- Coinbase-5a322f2b27815700017688fe-ComplianceReport-2018-06-18-21_29_21.csv-RHULE00002971
- Coinbase-5a3270656eff470001c24e5e-ComplianceReport-2018-06-18-21_35_12.csv-RHULE00002974
- Coinbase-5a32913e8afd1d000142b302-ComplianceReport-2018-06-18-21_27_56.csv-RHULE00002973
- Coinbase-5a343a0b7d4223000197b625-ComplianceReport-2018-06-18-21_36_05.csv-RHULE00002972
- Transaction History.xlsx-RHULE00329336 *(Gemini)*
- Herbin Artisans - Bank Reconciliation - Main Vault.xls-RHULE00331043
- Herbin Artisans - General Ledger Report.xls-RHULE00331044
- Herbin Artisans - Journal report - 2015.xls-RHULE00331045
- Herbin Artisans - Journal Report 2016A.xls-RHULE00331046
- Herbin Artisans - Journal Report 2016B.xls-RHULE00331047
- Herbin_Artisans_-_Bank Account_Transactions.xlsx-RHULE00331052
- Herbin_Artisans_-_Payable_Invoice_Detail.xlsx-RHULE00331056
- Herbin_Artisans_-_Payments.xlsx-RHULE00331057

The Coinbase and Gemini Crypto Exchange spreadsheets listed above pertain to Kenneth John Rhule, as identified on the reports by name, date of birth, email address, and/or social security number.  The Government provided other Coinbase compliance reports concerning accounts of other individuals, but these were not owned by Kenneth J. Rhule, and were not included in my analysis.

My opinion is based on the reported Bitcoin accounts which are, or were, owned by Kenneth John Rhule, as well as on the Xero accounting records disclosed by the Government, along with my knowledge and expertise in this area.



Letter to Barry Flegenheimer and Peter Offenbecher
Re: *USA v. Kenneth John Rhule*
February 9, 2022
Page 3 of 4

## Opinion and Conclusions:

As demonstrated by the Government's spreadsheets listed above, Kenneth J. Rhule had a substantial amount of Bitcoin holdings prior to the alleged conspiracy, and also prior to any likely or recorded profits from the alleged illegal business activities, which began no later than April 2015, as described in the proposed Plea Agreement.

Mr. Rhule and his business associates began using the Xero accounting software on June 30, 2015, per the Government's disclosure.  The first sales of product by the business occurred on August 13, 2015, thus any potential profits would have been derived after August of 2015.  The first documented sale of product which was purchased by someone paying with bitcoins, per the Xero accounting records, occurred on January 25, 2016.

Mr. Rhule was clearly investing in Bitcoin as early as February 26, 2014.  Between March 14, 2014 and April 13, 2014, Mr. Rhule purchased a total of 24.25 BTC using wallets linked to Coinbase User ID 52f71d2e6849438842000016.  The value in US Dollars at the time of purchase was $6,135.49, the current value is $1,124,908.52.  These purchases of Bitcoin occurred more than a year prior to any profits being generated from the business, and more than two years prior to any documented sale of product in exchange for Bitcoin.

On April 2, 2015, just two days into the period of the conspiracy per the Plea Agreement, and months prior to any profits from the business activity, Mr. Rhule had a total of 78.543286 BTC in the wallet linked to Coinbase user ID 52f71d2e6849438842000016.  The bitcoin had a value at that time of $19,869.60, and has a current value of $3,642,980.74.

Given this evidence, it is my expert opinion that Mr. Rhule was investing in Bitcoin well before the alleged conspiracy and criminal activity, and well before any possible profits were generated by the business.

## Assumptions:

The volatility of Bitcoin is one of the aspects of the cryptocurrency which is unique.  Bitcoin values can have significant daily fluctuations, as well being extremely volatile over time.  During the period covered by this case to the present, one bitcoin was worth between $320.19 at closing on December 31, 2014, to a high of $67,566.83 on November 8, 2021.  In order to determine the value of Mr. Rhule's Bitcoin, I determined the value on the date of purchase or transfer.  To determine the current value, I used the most recent year-end closing price, on December 31, 2021, when the value was $46,387.98.  These assumptions are consistent with the *IRS Notice 2014-21, 2014-16 I.R.B. 938*, and current guidance on the IRS's website, at *https://www.irs.gov/irb/2014-16_IRB#NOT-2014-21*.

## Technical notes:

My work is not a "financial statement audit" and should not be relied on for such purposes.  I did not conduct any review of financial statements, as the term "review" is



Letter to Barry Flegenheimer and Peter Offenbecher
Re: *USA v. Kenneth John Rhule*
February 9, 2022
Page 4 of 4

defined in accounting professional standards.  This engagement was conducted under the Statement of Standards of Consulting Services and/or the Statement of Standards for Forensic Services as promulgated by the AICPA.  Information in this report should not be used to prepare tax returns and is not offered as advice for the purposes of any tax reporting.

Bitcoin referring to the cryptocurrency or network is capitalized; bitcoins, referring to individual coins held in a wallet, is not capitalized, and may be abbreviated as BTC.

Please note that these findings are based on my analysis of the documents provided to me in this matter as noted above.   If I am provided with additional information or documentation, I reserve the right to analyze the new documentation to inform and potentially revise relevant facts and my opinions stated here.

I appreciate the opportunity to assist you with this matter.  Please do not hesitate to contact me if you have any questions.

Sincerely,

Beth A. Mohr, CFE, CFCS, CAMS, CCCI, PI
Managing Partner

Attachment as stated



# ATTACHMENT A



**The McHard Firm**

933 San Mateo Blvd NE, Suite 500-151, Albuquerque, NM  87108
1220 Rosecrans St, Suite 102, San Diego, CA  92106
505/554-2968 NM  619/764-6144 CA  877/279-2942 Fax

**BETH A. MOHR, CFE, CFCS, CAMS, CCCI, MPA, PI**

**EDUCATION:**

Master of Public Administration – December 2007
School of Public Administration
University of New Mexico

Bachelor of Science – February 1995
Administration of Justice
Pacific Western University

**PROFESSIONAL DESIGNATIONS:**

Nationally Certified Law Enforcement Instructor – November 2021
International Association of Directors of Law Enforcement Standards
        and Training (IADLEST)
Expires 11/30/2023

Certified Financial Crimes Specialist (CFCS) – April 2021
Association of Certified Financial Crime Specialists (ACFCS)

Certified Cyber Crimes Investigator (CCCI) – September 2015
International Association of Financial Crimes Investigators (IAFCI)

Certified Anti-Money Laundering Specialist (CAMS) – June 2013
Association of Certified Anti-Money Laundering Specialists (ACAMS)

Certified Fraud Examiner (CFE) – April 2011
Association of Certified Fraud Examiners

Licensed Private Investigator
State of New Mexico, License #2503
Expires 12/31/2021

Licensed Private Investigator
State of Arizona, License #1639941
Expires 6/20/2023

Licensed Private Investigator
State of California, License #28441
Expires 9/30/2021

California Commission on Peace Officer Standards and Training (POST)
Certified Law Enforcement Instructor #A46-I32

New Mexico Department of Public Safety
Certified Law Enforcement Instructor #NM14-63M
Certified Police Officer - December 1990
Intermediate P.O.S.T. Certification
Police Officer Standards & Training
State of California

Certified Police Officer - February 1985
Basic P.O.S.T. Certification
Police Officer Standards & Training
State of California

**PROFESSIONAL EMPLOYMENT:**

McHard Accounting Consulting, LLC – July 2010 to present
Managing Partner as of January 2011
Albuquerque, New Mexico

Mohr Investigations LLC – December 2010 to December 2014
NM Firm PI License #2505
Albuquerque, New Mexico

City of Albuquerque – July 2006 to December 2011
Performance Improvement Manager
Albuquerque, New Mexico

City of Albuquerque – September 2001 to July 2006
Independent Review Investigator
Independent Review Office of the Police Oversight Commission
Albuquerque, New Mexico

Protection & Advocacy Systems – February 1997 to July 2002
Fair Housing & Investigative Trainer
Albuquerque, New Mexico

ArcA Inc. - March 1997 to September 2001
Housing & Transportation Manager
Albuquerque, New Mexico

Legal Aid Society of Albuquerque – March 1997 to March 1998
Investigator & Testing Coordinator – Fair Housing Project
Albuquerque, New Mexico

Whatcom County Public Defender - January 1993 to February 1997
Criminal Investigator
Bellingham, Washington

Beth A. Mohr CV                    Page 2 of 13



San Diego Police Department – October 1984 to February 1992
Senior Police Officer & Investigator
San Diego, California

**PROFESSIONAL ASSOCIATIONS:**

Association of Force Investigators (AFI)

Association of Workplace Investigators (AWI)

Association of Certified Fraud Examiners (ACFE)

Association of Certified Anti-Money Laundering Specialists (ACAMS)

International Association of Financial Crimes Investigators (IAFCI)
San Diego & Baja California ACAMS Chapter

Association of Certified Financial Crimes Specialists (ACFCS)

California Association of Licensed Investigators (CALI)

Association of Former Intelligence Officers (AFIO)

New Mexico Chapter, Association of Certified Fraud Examiners

Arizona/New Mexico Chapter, International Association of Financial
Crimes Investigators (IAFCI)

National Association for Civilian Oversight of Law Enforcement
(NACOLE)

International City/County Management Association, Past Member

American Society of Public Administration, Past Member

St. Joseph's Hospital/Ardent Central Institutional Review Board
Past Member, IRB/Ethics Board

**PROFESSIONAL COMMITTEES:**

Association of Certified Fraud Examiners
ACFE Advisory Council, Member, 2018-Present

Diverse Leaders 2017 Selection Committee
Albuquerque Business First, Business Journal

Police Oversight Board, Past Chair
City of Albuquerque, New Mexico

Beth A. Mohr CV                    Page 3 of 13



Appointed February 2015
Chair February 2016-January 2017

Association of Certified Fraud Examiners, New Mexico Chapter
Past President
Past Director of Education

California Bureau of Security and Investigative Services (BSIS)
Designated Subject Matter Expert, Investigations
National Association for Schools of Public Affairs & Administration
Commission on Peer Review and Accreditation (NASPAA-COPRA)
Site visit team – 2015: John Jay College of Criminal Justice, CUNY

Advisory Board on Graduate Education
International City/County Management Association
Past Board Member

University-Profession Connections Committee
International City/County Management Association
Past Committee Member

**PUBLICATIONS:**

Mohr, Beth Anne. *In Press*. "Skepticism." In The Art of Investigation 2, edited by Chelsea Binns and Bruce Sackman. Boca Raton, FL: CRC Press, 2022.

Mohr, Beth Anne. *August 2021*. Understanding Bitcoin for Criminal Defense cases. *The Champion*. NACDL.

Mohr, Beth Anne, Layne, Anne M. & McHard, Janet M. *April 2020*. The Expert: Faker or Fabulous. *Defense News: The Legal News Journal for New Mexico Civil Defense Lawyers*.

Mohr, Beth Anne, & McHard, Janet M. *Jan/Feb 2020*. A Primer on Financial Records in Economic Crime Cases. *The Champion*. NACDL.

Mohr, Beth Anne. *January 2018*. Retaining the expert witness: Begin with the end in mind. *Defense News: The Legal News Journal for New Mexico Civil Defense Lawyers*.

Mohr, Beth Anne. *June 2017*. Expert Briefing: Bitcoin Basics. *Financier Worldwide Magazine*

Mohr, Beth Anne. *Summer 2015*. What Defense Attorneys need to know about Bitcoin, *For the Defense*, publication of the New Mexico Criminal Defense Lawyers Association Vol XIX, Issue 2



Mohr, Beth Anne. *July 2015*. What Private Investigators need to know about Bitcoin- Part 2, *The California Investigator Magazine*

Mohr, Beth Anne. *April 2015*. What Private Investigators need to know about Bitcoin- Part 1, *The California Investigator Magazine*

Mohr, Beth Anne. *March/April 2014*. Don't let your tongue trip you up: As an expert witness, avoid implicating in hypothetical situations, *Fraud Magazine*
Mohr, Beth Anne. *July/August 2013*. CFEs Investigate This: Are you required to be licensed as a Private Investigator? *Fraud Magazine*

McHard, Janet M. & Mohr, Beth Anne. *September/October 2012*. Career Connection: Hanging out your Shingle, Part 2. *Fraud Magazine*

McHard, Janet M. & Mohr, Beth Anne. *July/August 2012*. Career Connection: Hanging out your Shingle, Part 1. *Fraud Magazine*

Mohr, Beth.  Winter 2011.  Leveraging the Expert:  How Soon is too Soon?  *For the Defense*, publication of the New Mexico Criminal Defense Lawyers Association.  Vol XV, Issue 4.
McHard, Janet M. & Mohr, Beth Anne. *July/August 2011*. Hotlines for Heroes: Making a Fraud Hotline Accessible and Successful. *Fraud Magazine*

Mohr, Beth Anne. 2009. Feeling Blue in the South Valley: A case study of nitrate contamination in Albuquerque's South Valley. *Bulletin of Science, Technology & Society* 29 (5):408-420. (Peer Reviewed Journal)

Mohr, Beth Anne. 2007. The Use of Performance Measurement in Civilian Oversight of Law Enforcement, School of Public Administration, University of New Mexico, Albuquerque.

**PROFESSIONAL SPEAKING:**

| | |
|---|---|
| **Date:** | November 2021 |
| **Group:** | Southern California Fraud Investigators Association |
| **Topic:** | What Investigators Need to Know About Bitcoin |
| **Location:** | Palm Springs, California (CA-POST Certified) |

| | |
|---|---|
| **Date:** | October 2021 |
| **Group:** | Tallahassee Chapters: ACFE & IIA |
| **Topic:** | Interviewing in Fraud Cases: Tricks That Even Experienced Investigators Forget; Case Studies |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | October 2021 |
| **Group:** | Enterprise University |



**Topic:** Frauds to Watch Out For: A Case Study Approach
**Location:** Via webinar

**Date:** August 2021
**Group:** ACFE – Fort Myers Chapter
**Topic:** Ethical Considerations in Fraud Investigations
**Location:** Via webinar

**Date:** May 2021
**Group:** County of San Francisco
**Topic:** Evidence Collection for Auditors
**Location:** Via webinar

**Date:** April 2021
**Group:** Institute of Internal Auditors Nashville Chapter
**Topic:** Investigating Management Fraud - Part I
**Location:** Via webinar

**Date:** April 2021
**Group:** Association of Certified Fraud Examiners – El Paso
**Topic:** Small Business Fraud Awareness: Strategies for Identification and Prevention
**Location:** Via webinar

**Date:** November 2020
**Group:** Association of Certified Fraud Examiners – El Paso
**Topic:** Forensic Accounting Investigative Practices
**Location:** Via webinar

**Date:** September 2020
**Group:** Association of Certified Fraud Examiners – New Mexico Chapter
**Topic:** Don't Let Your Tongue Trip You Up: Dealing with Hypotheticals During Expert Testimony
**Location:** Via webinar

**Date:** September 2020
**Group:** Association of Certified Fraud Examiners – New Mexico Chapter
**Topic:** The Do's & Do Not's of Report Writing
**Location:** Via webinar

**Date:** September 2020
**Group:** Association of Certified Fraud Examiners – New Mexico Chapter
**Topic:** Ethics, How Do You Know If You Have Them?
**Location:** Via webinar

**www.theMcHardFirm.com**



| | |
|---|---|
| **Date:** | August 2020 |
| **Group:** | Association of Certified Fraud Examiners – El Paso Chapter |
| **Topic:** | Evidence Collection for CFEs, CPAs, Auditors & Investigators |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | January 2020 |
| **Group:** | New Mexico Tribal Gaming Symposium |
| **Topic:** | Money Laundering in Casinos |
| **Location:** | Santa Ana, New Mexico |

| | |
|---|---|
| **Date:** | January 2020 |
| **Group:** | New Mexico Tribal Gaming Symposium |
| **Topic:** | Anatomy of Fraud:  Insight from Real Cases |
| **Location:** | Santa Ana, New Mexico |

| | |
|---|---|
| **Date:** | October 2019 |
| **Group:** | Association of Certified Fraud Examiners – San Diego Chapter |
| **Topic:** | Fraud in Governmental Entities and ACFE Ethics |
| **Location:** | San Diego, California |

| | |
|---|---|
| **Date:** | September 2019 |
| **Group:** | Escrow Institute of California |
| **Topic:** | Red Flags of Fraud and Psychology of Fraud |
| **Location:** | Irvine, California |

| | |
|---|---|
| **Date:** | September 2019 |
| **Group:** | Association of Certified Fraud Examiners – Greater Toronto Area Chapter |
| **Topic:** | Understanding and Investigating Management Fraud |
| **Location:** | Toronto, Ontario, Canada |

| | |
|---|---|
| **Date:** | August 2019 |
| **Group:** | Office of the State Auditor and Inspector |
| **Topic:** | Stupid Fraud:  Too Dumb to Get Caught & Professional Ethics |
| **Location:** | Oklahoma City, Oklahoma |

| | |
|---|---|
| **Date:** | June 2019 |
| **Group:** | 30th Annual Global Association of Certified Fraud Examiners Conference |
| **Topic:** | Evidence Collection for CFEs and Auditors |
| **Location:** | Austin, TX |

**Date:**       April 2019
**Group:**      Association of Certified Fraud Examiners – Las Vegas
                Chapter
**Topic:**      Anatomy of Fraud
**Location:**   Las Vegas, Nevada

**Date:**       April 2019
**Group:**      New Mexico State Bar Foundation
**Topic:**      Surviving White Collar Cases – Just the Facts Ma'am:
                The Challenge of Proving Intent – Dumb or Diabolical
                Accounting?
**Location:**   Albuquerque, New Mexico

**Date:**       April 2019
**Group:**      National Association of Criminal Defense Lawyers
**Topic:**      Forensic Accounting 101
**Location:**   Las Vegas, Nevada

**Date:**       March 2019
**Group:**      TCTC – New York State Auditors
**Topic:**      Psychology of Fraud & Case Studies, Bitcoin Basics,
                Hotlines for Heroes
**Location:**   Albany, NY

**Date:**       October 2018
**Group:**      ACFE –San Diego Chapter & IIA San Diego Chapter
**Topic:**      Fraud & Ethics – Half-day Seminar
**Location:**   San Diego, CA

**Date:**       August 2018
**Group:**      Office of the State Auditor & Inspector
**Topic:**      Fraudsters & Fraud Victims: Case Studies into the
                Psychology of Both
**Location:**   Oklahoma City, OK

**Date:**       October 2017
**Group:**      Association of Certified Fraud Examiners – Hawaii
                Chapter
**Topic:**      Ethical Considerations for Fraud Investigations,
                Fraud Case Studies
**Location:**   Honolulu, Hawaii

**Date:**       September 2017
**Group:**      Association of Certified Fraud Examiners – Greater
                Kansas City Chapter
**Topic:**      Ethical Considerations, Case Studies and Expert
                Witness Seminar
**Location:**   Kansas City, Kansas



**Date:** September 2017
**Group:** Association of Certified Fraud Examiners – New Mexico Chapter
**Topic:** Interviewing for the facts: Getting from "Yes" to "No" to Resolution and Beyond
**Location:** Albuquerque, New Mexico

**Date:** August 2017
**Group:** Oklahoma State Auditors
**Topic:** Anatomy of Fraud:  Insights from Real Cases
**Location:** Oklahoma City, Oklahoma

**Date:** July 2017
**Group:** Century Bank Business Connector Group
**Topic:** Red Flags of Fraud & Employee Investigations
**Location:** Albuquerque, New Mexico

**Date:** March 2017
**Group:** Association of Certified Fraud Examiners – New Mexico Chapter
**Topic:** Ethics – The Game Show
**Location:** Albuquerque, New Mexico

**Date:** February 2017
**Group:** Virginia Banker Association
**Topic:** The Personality of the Fraudster
**Location:** Charlottesville, VA

**Date:** January 2017
**Group:** Institute of Managerial Accountants
**Topic:** Bitcoin Basics: What you need to know
**Location:** Albuquerque, New Mexico

**Date:** October 2016
**Group:** Embry-Riddle Aeronautical University
**Topic:** Fraud Examinations: Methodology, Interviews & Case Studies
**Location:** Prescott, Arizona

**Date:** August 2016
**Group:** Financial Investigations
**Topic:** Bitcoin Basics: What investigators need to know
*Course Certified for Law Enforcement credit by the NM Department of Public Safety*
**Location:** Albuquerque, New Mexico

**Date:** May 2016
**Group:** Nusenda Credit Union
**Topic:** Bitcoin Basics: What CFEs need to know
**Location:** Albuquerque, New Mexico



**Date:**    May 2016
**Group:**   ACFE-El Paso (Texas) Chapter
**Topic:**    Fraud in Governmental Entities: Case Studies and
       Other Fun Stories, Bitcoin Basics
**Location:**   El Paso, Texas

**Date:**    February 2016
**Group:**   ACFE-New Mexico Chapter
**Topic:**    Bitcoin Basics: What CFEs need to know
**Location:**   Albuquerque, New Mexico

**Date:**    August 2015
**Group:**   New Mexico State Bar, 2015 Tax Seminar CLE
**Topic:**    Money Laundering
**Location:**   Albuquerque, New Mexico

**Date:**    July 2015
**Group:**   AGA Albuquerque Chapter
**Topic:**    Interviewing Techniques
**Location:**   Albuquerque, New Mexico

**Date:**    February 2015
**Group:**   Wells Fargo Specialty Markets Group
**Topic:**    Anatomy of Theft & Personality of a Thief
**Location:**   Albuquerque, New Mexico

**Date:**    January 2015
**Group:**   New Mexico Criminal Defense Lawyers Association
**Topic:**    Practice Management
**Location:**   Albuquerque, New Mexico

**Date:**    October 2014
**Group:**   San Juan Basin Chapter, New Mexico Society of
       Certified Public Accountants
**Topic:**    Red Flags of Fraud
**Location:**   Farmington, New Mexico

**Date:**    August 2014
**Group:**   Association of Certified Fraud Examiners – New
       Mexico Chapter
**Topic:**    Ethics: New ACFE Professional Guidance – "The
       Ethics Game Show"
**Location:**   Albuquerque, New Mexico



| | |
|---|---|
| **Date:** | June 2014 |
| **Group:** | New Mexico Gaming Control Board |
| **Topic:** | Understanding Financial Statements and Financial Statement Fraud, Interactive Case Studies, Conducting Investigative Interviews and Admission Seeking Interviews. *Course Certified for Law Enforcement credit by the NM Department of Public Safety* |
| **Location :** | Albuquerque, New Mexico |
| | |
| **Date:** | May 2014 |
| **Group:** | New Mexico Gaming Control Board |
| **Topic:** | Fraud Basics, Basic Financial Investigations with Case Studies, Using Tax Returns in Financial Investigations, Casino Compliance, the Bank Secrecy Act and Anti-Money Laundering. *Course Certified for Law Enforcement credit by the NM Department of Public Safety* |
| **Location :** | Albuquerque, New Mexico |
| | |
| **Date:** | May 2014 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | ACFE Professional Standards – "Don't Let Your Tongue Trip You Up" |
| **Location :** | Albuquerque, New Mexico |
| | |
| **Date:** | April 2014 |
| **Group:** | Virginia Bankers Association |
| **Topic:** | Interviewing & Interrogation Basics |
| **Location :** | Charlottesville, Virginia |
| | |
| **Date:** | April 2014 |
| **Group:** | New Mexico Regulation – Securities Division |
| **Topic:** | Interviewing & Interrogation |
| **Location:** | Santa Fe, New Mexico |
| | |
| **Date:** | December 2013 |
| **Group:** | New Mexico Government Finance Officers Association |
| **Topic:** | Fraud Prevention through Process Improvement |
| **Location:** | Albuquerque, New Mexico |
| | |
| **Date:** | October 2013 |
| **Group:** | McHard Accounting Consulting & Don Rabon |
| **Topic:** | Contemporary Interviewing Dynamics |
| **Location:** | Albuquerque, New Mexico |



| | |
|---|---|
| **Date:** | September 2013 |
| **Group:** | Institute of Internal Auditors – El Paso Chapter |
| **Topic:** | Fraud Seminar: Case Studies |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | September 2013 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | NM Private Investigations License – Who needs one? |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | May 2013 |
| **Group:** | International Association of Special Investigation Units |
| **Topic:** | Forensic Accounting: An Aid to Claims Investigations |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | April 2013 |
| **Group:** | Admiral Beverage Corporation |
| **Topic:** | Red Flags of Fraud |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | October 2012 |
| **Group:** | Institute of Internal Auditors – El Paso Chapter |
| **Topic:** | Interview Techniques for the Auditor |
| **Location:** | El Paso, Texas |

| | |
|---|---|
| **Date:** | July 2012 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | Essential Interview Secrets for the CFE |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | May 2012 |
| **Group:** | City of Albuquerque, Family & Community Services |
| **Topic:** | 2012 Management Retreat: Leveraging FCS Services |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | February 2011 |
| **Group:** | Association of Certified Fraud Examiners |
| **Topic:** | Hotlines for Heroes: Creating an Approachable Fraud Reporting Hotline |
| **Location:** | Webinar; Albuquerque, New Mexico |



**AWARDS:**

Albuquerque Business First Diverse Business Leader 2016
Albuquerque Business First, Business Journal

Phi Kappa Phi, December 2007
National Graduate Honor Society of Public Administration

Pi Alpha Alpha, May 2007
National Honor Society for Public Administration

Commanding Officer's Citation, July 1990
San Diego Police Department
Development of training program for SDPD

Commanding Officer's Citation, April 1987
San Diego Police Department
Investigation/arrests of serial burglary ring

Commanding Officer's Citation, June 1986
San Diego Police Department
Investigation/arrests of white-collar crime syndicate

**ACTIVITIES:**

Alexis de Tocqueville Society, Member
United Way of Central New Mexico
Albuquerque, New Mexico

Operation from the Heart
Volunteer Agent
Albuquerque, New Mexico



# EXHIBIT K

April 16, 2022

The Honorable John C. Coughenour
U.S. District Court Judge
700 Stewart St.
Seattle, WA, 98101

Re: Kenneth John Rhule's case

Judge Coughenour,

My name is Sherri Villarreal. I am a wife to Dan (soon to celebrate 50 years of marriage), mother to two adult daughters, and grandmother of six. Throughout the years my husband and I been active in marriage & family ministry through the church, and for several years we coordinated an evidence-based program called Strengthening Families 10-14 to high-risk families in both Monterey and Stanislaus Counties. We have been blessed to see the initial program grow to reach thousands of families as we trained churches, schools, and The Boys & Girls club to offer it, and then the court, impressed by the results they were seeing, mandated it. We have witnessed many wonderful stories of healing and thriving when a strong family unit is intact.

Over the course of my husband's extensive 50-year career in law enforcement and working with youth and families (which he will expound on in his letter to you), we came to understand the importance of accountability, restitution, and restoration. As a juvenile probation officer and later parole agent, he was known for being "fair, firm, and consistent", and those on his caseload clearly understood that if they committed a violent crime, they would be "going away". He also let them know if they wanted to turn their life around, he would "go to bat" for them, and provide all the resources at his disposal to assist them. For some, he was the only encouragement they had. He is both humbled and gratified by the number of calls he frequently gets from former clients (many former addicts and gang members) who are now rehabilitated members of society-calling to thank him for his support and belief in them.

Kenneth John Rhule's mother, Johanna, has been one of my best friends since high school. We worked for the same company, took our toddlers to swim lessons together, and shared the triumphs and challenges of being young wives and mothers through the years. After their family relocated to Washington state we have continued to stay in touch and we visit them as often as we can. Loving, life-long friendships with wonderful people like the Rhule family is a gift that I don't take for granted.

I was truly heartbroken to hear of the situation that led to Kenneth's arrest and subsequent incarceration. Kenneth was a rambunctious, curious and extremely intelligent young man. When he became a husband and father to twin boys by the age of 18, I witnessed a skinny, blond-haired, blue-eyed, mischievous kid become a man overnight. First working for a computer company, then shortly thereafter becoming the owner of multiple successful computer businesses. When the young marriage didn't survive, I was impressed with how successfully Kenneth and his former wife co-parented those twin boys to grow up to be well-adjusted, well-educated, kind, loving, and benevolent young men. It is not unusual for Kenneth to suggest the family forego holiday gifts for each other and instead he purchases thousands of dollars of clothing, blankets and food and they spend Christmas on the streets

of Seattle providing for the homeless. He has employed his sister, purchased generous gifts for her and his parents, and taken care of his wife's family.

It has truly been a joy in recent years to be able to engage in meaningful conversations with both Kenneth John and his sons. Kenny and Connor, who, like their dad, became young husbands and fathers, are both kind, thoughtful, intelligent, respectful and hard-working young entrepreneurs and devoted family men. Again, signs of great co-parenting and a loving, supportive family.

Kenneth, also, has always had the love and support of his wonderful parents, sister and uncles, all close and loving family members—and that support will be stronger than ever as he rebounds from this situation. That same support has held him up as his current wife of many years was first detained by immigration for many months, and subsequently deported to Russia as he stood helplessly by. The mental and emotional strain he is under has surely taken a huge toll on him.

While I can't venture to understand why Kenneth made the decisions that have created the charges against him, I can say without reservation that I believe (given the chance) he will never repeat these mistakes. As much as I love his mother, my faith and my integrity would not allow me to advocate for Kenneth if I believed for a moment that he would be a danger to others, or resume any type of illegal activity. In my humble opinion, his ability to return to being a productive citizen and loving family man far outweigh any benefit that could be achieved by a lengthy prison sentence in an already over-burdened prison system.

Thank you very much for your consideration,

Sincerely,

Sherri Villarreal

# EXHIBIT L

4/18/2022

The Honorable John C. Coughenour

United States District Court

Western District of Washington

Dear Sir:

My name is Michael Templeman and I am writing to provide some background and support to Kenneth Rhule for his sentencing phase.

I have been a software engineer, executive, entrepreneur, and professional investor in the Seattle area since 1979. I was privileged to be a major engineering contributor to Aldus Pagemaker as well as an angel investor and interim executive at Docusign. I have served on arts organization boards at Pottery Northwest and Seward Park Clay Studio. Finally, I am a graduate of both the University of Washington and Seattle University.

I met Kenneth in 2007 socially. Our friendship continued over the years and we have enjoyed a number of social occasions together. Kenneth's background in technology was a starting point for our friendship. As it turned out, Kenneth was an early user of Aldus Pagemaker and we discussed that technology quite a bit. We also talked quite a bit about a security company he had founded and the various challenges the company had to address in the 21st century.

Kenneth is a gifted and hard-working individual. His personal energy, decency and lively interest in learning new skills have impressed me for years. Despite the challenges he has faced Kenneth has always displayed a basic integrity that I find very admirable. I know that Kenneth will contribute to society in a positive way once past the consequences of this mistake. Communications from Kenneth over the last year show that he is very sorry to have made the errors in judgement that placed him in your court. I am confident Kenneth will move forward with the energy, intelligence, and decency I know he has in abundance.

Thank you for your kind attention to this letter and I hope it reflects positively upon Kenneth.

Sincerely

Michael Templeman

# EXHIBIT M

Dear Judge Coughenour,

My name is Cassandra Rhule, I am Ken's daughter in law. I have known Ken for almost 11 years. He is the grandpa to my 3 kids, A▇▇ A▇▇ and A▇▇▇▇

My relationship with Ken has always been a fairly normal daughter in law, father in law type of relationship. He's always been good to me, my husband and my kids. Recently in the past 2 years my husband and I have had our up's and downs. There is one particular situation that really sticks out to me, where Ken stood up for me to my husband, even though it was probably uncomfortable for him.

I grew up without a dad and father figure in my life so I've never experienced that secure dad feeling. One night Ken, my husband, our two kids and I were visiting my mom at the house I grew up in. My husband and I had an argument that led to us fighting over who would have custody of our kids if we got separated. Having this happen in the home I grew up in, felt extremely intrusive, and stripped me of any security of home. Ken broke up the argument and calmed his son (my husband) down. The argument in question left me feeling helpless, like I had no control over my kids and myself.

I will never forget the feeling of having Ken, my father in law, tell me that my kids will NOT be taken away from me, that his son was just speaking out of anger. I slept on the couch crying all night, I was at the lowest point in my life, and my father in law slept on the floor in the living room making sure I was okay, and it gave me a sense that I was secure and had family near.

I have 3 amazing kids and having Ken in their life is someone they get to call grandpa, he takes them on hikes, he teaches them how to fish, he is a father figure to me that I never had growing up.

I'm grateful my husband and I made it through our issues, I'm grateful my kids will grow up with both their mom and dad together. I believe that without Ken's support my husband and I would not be where we are at. He has and always does put my kids and my family before himself. My kids ask me at least once a week when they will be able to see grandpa Ken again. Everyone in life deserves a second chance and speaking for myself, my husband, my two kids who are 4 and 5, and my new daughter who is 5 months old who has not yet met her grandpa, we are all praying Ken can be reunited with his family, his mom, his son, his grandkids. The people who love him most in this life.

Sincerely,
Cassandra Rhule
▇▇▇▇▇▇▇▇▇

*Cassandra Rhule*

05 / 09 / 2022

# EXHIBIT N

April 14, 2022

The Honorable John C. Coughenour
United States District Court for the Western District of Washington

Re: Kenneth John Rhule

Dear Honorable Judge John C. Coughenour,

My name is Greg Weiner.  Ken is my nephew and I have known him since his birth.  I lived in Seattle since 1987, before retiring and moved to Nevada in October 2019.

All of Ken's adult life he has worked hard to support and take care of his family. He has helped all of us in so many ways. He has been an excellent father to his 2 sons and is now a wonderful grandfather to his grandchildren.

Ken has helped me many times over the years.  My brother has been disabled with a mental illness since his late teens early 20's. In the mid 90's we converted the garage to a studio apartment and my brother has lived with me since that time.  Ken bought my brother a new car when he needed one.  That car was in an accident and he paid the difference from the insurance to make sure he had reliable transportation that would last for a while. He still has this car currently. He has always been generous whenever he saw a need. It may be picking up a new TV or appliance that he knew was needed.

As a result of so many people homeless people having mental illness, every year our families would go to Seattle to pass out all kinds of items.  Ken would provide sleeping bags, socks, toothbrushes clothing and Mc Donald gift cards, to name a few of the many items. We always felt that we where helping those less fortunate in a meaningful way.

As a family we did a lot of camping trips, boating, skiing, fishing and hiking. We always spend all the holidays together. Ken and Olga would always host Christmas Eve. He was also a business man who worked hard at a young age to establish his business.

I want to share that Ken is a kind and loving person, and is deserving of consideration when you decide his sentencing.  He has plenty of family support to help him upon his release.

Sincerely,

Greg Weiner