Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> KENNETH JOHN RHULE and <br><br> KENNETH WARREN RHULE, <br><br> Defendants. | NO. CR 20-105-JCC <br><br> **DECLARATION OF KYLE MAHER** |

Maher Decl.
*United States v. Rhule* / CR 20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I, Kyle Maher, being duly sworn, declare:

1. I am a Special Agent with Homeland Security Investigations.

2. I participated in the investigation that led to the above-captioned prosecution, and I am familiar with the facts of this case.

3. Attached hereto as Exhibit A is a true and correct copy of a document found on Kenneth Warren Rhule's laptop. Certain names in the document are redacted.

4. Attached hereto as Exhibit B are true and correct copies of excerpts from messages between Kenneth John Rhule and Kenneth Warren Rhule that were obtained from Kenneth Warren Rhule's laptop. The excerpts are separated by ellipses at the bottom of the page, and certain content is redacted to protect privacy interests.

5. Attached hereto as Exhibit C is an email written by Kenneth John Rhule that was obtained with a search warrant.

6. Attached hereto as Exhibit D are true and correct copies of photographs taken at Kenneth Warren Rhule's residence in Bothell during the execution of a search warrant on March 10, 2020. The handgun seen in these photographs is a Smith & Wesson semi-automatic 9mm. It was reported stolen. It had ammunition loaded in the magazine when agents found it. It was sitting on top of a safe that contained $42,000 in cash, among other items.

7. On March 11, 2020, agents took the cash seized from the safe in Kenneth Warren Rhule's Bothell residence for a K-9 narcotics inspection by a Port of Seattle detective and narcotics K-9 Poncho. Poncho alerted to the residual odor of narcotics on the cash.

8. During the search at Kenneth Warren Rhule's Bothell residence on March 10, 2020, agents located approximately 7.6 kilograms of marijuana plant material and a gross of 1.3 kilograms of marijuana distillates.

9. During the search at Kenneth John Rhule's residence in Monroe on March 10, 2020, agents located the following items, among many others, in what appeared to be Kenneth John Rhule and his wife's bedroom: a laptop open to a site on the dark web, over a dozen glass jars containing refined marijuana products, shipment boxes, heat-sealed mylar bags and other packaging, prepaid postage mailing labels with receiver addresses across the nation, a list of buyers with handwritten annotations, and a digital scale. Also in this bedroom, under the bed, agents found a loaded Colt pistol. That weapon had been reported stolen.

Maher Decl.
*United States v. Rhule* / CR 20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

10. Altogether at Kenneth John Rhule's Monroe property, agents located at least a dozen firearms, including rifles, a shotgun, and handguns, as well as assorted ammunition. One of the rifles was an assault-style rifle with a hundred-round drum magazine.

11. When agents arrived at the Monroe property for the search on March 10, 2020, they encountered an individual, J.C., working in the lab actively preparing a batch of marijuana concentrate. J.C. agreed to an interview, and said, among other things, that he had worked for Kenneth Warren Rhule for about one year and received an hourly wage paid in cash. After the interview, J.C. left in a blue Kia Forte. Agents found a firearm in the center console of this Kia and suspected marijuana distillates in the trunk. The Kia was registered to Kenneth Warren Rhule. J.C. told agents that he drove this Kia to and from work daily.

12. Records obtained during the investigation and produced in discovery (beginning at RHULE 424579) indicate that representatives of the Washington State Liquor and Cannabis Board investigated reports of unlicensed marijuana processing by the Rhules and observed 5 to 6 employees working on the Monroe property in or around 2018.

13. Snohomish County sent a letter to Kenneth John Rhule in or around 2017 about a suspected unlicensed marijuana operation occurring on his Monroe property. According to information gathered by the Liquor and Cannabis Board, Kenneth John Rhule responded by denying the existence of a marijuana operation and claiming that the workers observed on his property were there to build a fence.

//
//
//

Maher Decl.
*United States v. Rhule* / CR 20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 23, 2022, at Alexandria, VA

Respectfully submitted,

KYLE I MAHER
Digitally signed by KYLE I MAHER
Date: 2022.05.23 19:24:52 -04'00'

_____
KYLE MAHER
Special Agent

Maher Decl.
*United States v. Rhule* / CR 20-105 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970