# EXHIBIT B

**+14257702759**  10/6/2014 22:17

Wick

**+14257702759**  10/6/2014 22:17

Wixk

**+14257702759**  10/7/2014 03:54

Have you decided a return date yet Kennster?

**Me**  10/7/2014 04:56

Yeah, I have a flight departing tomorrow. Arrives around 8pm

**+14257702759**  10/7/2014 06:45

U decided Tuesday, instead of staying a little longer? I'm surprised....
Did u see my wickr? Frickin government! The Feds are making everyone pay income tax on the 25% at each stop "excise tax". So in essence, you pay 40% on top if each 25% tax... One of the business owners gave a breakdown, if grower sells for $10 it's taxed $2.50, then IRS taxes the tax 40% or $1.20 total $3.70. Then processor sells for $20 and is taxed 25% or, $5.00 plus IRS $2.40 (total $7.40) then retailer sells for $30, tax is $7.50 plus IRS $3.60 total $11.10, so that $30.00 sale has $ $11.1 + $7.40 + $3.70 for a total of $22.20 in taxes on $30 in sales!!!! Then 3 companies need to pay overhead, cover expenses, and hope to make a profit off of the $7.80 that's left! That 7.80 doesn't even take into consideration the cost of the product either! No wonder the governments open to legalize... They can stop using the CIA to make the drug deals, and start making the slaves do it instead, and when the slaves can't afford it anymore, the banks will gladly take their homes back from them! Lol! What a joke!

**Me**  10/7/2014 14:46

That is so contradictory. Like you said tax isn't supposed to be taxed! On top of that the IRS, is a federal entity, which it is still federally illegal! Yet they won't even decriminalize it or re-schedule the drug.

**Me** — 10/7/2014 14:47
I'm sure this is a test run, black market is going to be bigger than ever.

**Me** — 10/7/2014 14:51
[redacted]

**Me** — 10/7/2014 14:58
[redacted]

**+14257702759** — 10/7/2014 14:58
[redacted]

**+14257702759** — 10/7/2014 15:06
Btw - that's the reason the irs is making it taxable, they claim you can't take deductions for illegal activity..... Therefore, the tax you pay the state is treated like profit to the IRS...I watched the whole state committee hearing with all state representatives that took place in Olympia yesterday... It was interesting, it's a mess the way they set it up... Retailers are complaining that people stand outside the store offering to sell better product for half the price.
I don't mind the circus show, the longer it's like that, the longer the price stays up.

They talked about driving under the influence and what a disaster that is because they have no idea what constitutes impairment...

**Me** — 10/7/2014 15:29
It's a total circus... If the state constitutes it as a Tax, and the IRS says its a profit. It should be a matter between the state and Feds to figure that out. There is no



inexpensive way to measure cannabinoids in the body "yet", once they can accurately measure cannabinoids and compare to one another they will have the evidence necessary to constitute what impaired is on pot. But they still face the other problem, making the tests affordable and easy. If I were a dispensary I would try to figure out a way to book my weed sales as a hardware sale as to avoid some of those issues. It's well tracked and you can't do that for everything.

**Me**  10/7/2014 19:09
Was going to ask if you could pick us up tonight at 8. LMK if you have something else going on. Thanks

**Me**  10/7/2014 21:32
I can probably arrange a ride or a town car. Just need to know

**+14257702759**  10/7/2014 23:34
Just saw ur message... Yes can, ▮

**Me**  10/8/2014 03:12
▮ And the laws are too restrictive there will be a fight back. Just waiting to see how it will pan out over the next couple months

**+14257702759**  10/8/2014 03:16
▮ Did u just land? I have been trying to call and text u

**Me**  10/8/2014 03:16
Yeah just landed

> **Me** — 11/10/2014 21:34
> It will be a pretty cool excitement

**+14257702759** — 11/10/2014 22:21
Can you post an as on Craigslist that were looking for a tier 2 502 producer license... Were willing to purchase the llc or corp that the license is registered to.

> **Me** — 11/10/2014 22:21
> Yes

**+14257702759** — 11/10/2014 22:30
Also, I have a huge way to gain a tax advantage... Both Focusmicro, and westward have deferred tax basis writeoffs... Westward is to the time of about 1 million dollars, Focusmicro is going to be a few million dollars... Meaning we can structure a stock sale, or perhaps a limited liability asset sale, and take advantage of the deferred deduction position, meaning the first several million dollars in retained earnings profits will Not end up being taxed at the federal level (the income will be deducted against the deferred basis...). That's a MASSIVE Value! 40% of the first few mill in profit is not shabby, it's legal, and it's there...

> **Me** — 11/10/2014 22:34
> Hmm... That is a huge advantages

**+14257702759** — 11/10/2014 22:34
That makesife beautiful, and it can also be listed into our business plan to the state... The plan wi show the existing corporation, and the amount of future tax benefit, showing the state that we intend on keeping 50% of the retained earnings generated from the savings in the company for growth, primarily for the purposes of hiring family wage jobs in the state of Washington (they love that stuff)

> **Me**

**Me** — 11/10/2014 22:34
Definitely

**+14257702759** — 11/10/2014 22:36
Plus, it allows us to process the application immediately without the 90 day process to get a Secretary of State corporation in Washington set up...
We would structure the sale as an asset sale, to avoid the potential of any existing creditors trying to sue...

**Me** — 11/10/2014 22:36
I really need to get the title of lost affidavit notarized and sent back. But it's in your name. So I'll need you to cruise down to the pawn shop or something with me

**+14257702759** — 11/10/2014 22:38
Let me finish up a few things and we can go

**Me** — 11/10/2014 22:41
I'll be back in 25, so whenever after that

**Me** — 11/10/2014 23:57
7000sq ft commercial warehouse off of bothell/lakecity way. Next to cascades

**Me** — 11/10/2014 23:57
Cascadia*

**Me**



This is what I was explaining the other day... The propsed bill in this article is more specific, but it's the same issues. Yes, it's just proposed, there isn't enough current support for it, but negotiations are ongoing.

**+14257702759** — 11/24/2014 21:09

I like a few of the changes though

**+14257702759** — 11/24/2014 21:11

The way they can do that is to have the tax operate as a pass through, so it's legally not your revenue, it always belongs to the state in trust... Then you do not have to claim it on your financials as income or expense

**+14257702759** — 11/24/2014 21:11

One tax, at retail, not affecting federal deductions...

**Me** — 11/24/2014 21:11

It will be in limbo, I like the one tax. So we need to get things going and get established when the laws are in place

**+14257702759** — 11/24/2014 21:13

Ultimately, were going to end up with a licensed producer/processor business when they get their heads out if their ass

**+14257702759** — 11/24/2014 21:13

But in the mean time, that's their problem... We just go forward ... The political BS can't impede the ability to make a living...

**+14257702759**  
11/24/2014 21:15

We will want to get a co- op licensed ASAP, because if that bill passes, they will give first rights to convert co- ops to producers... Or retailers ... Which means they may not open it back up to the public if they have enough from the co- ops that convert

**+14257702759**  
11/24/2014 21:15

I've been watching this extremely close, all of the action items are on my radar, I expected to see the draft proposal after the holiday legislative break... Looks like draft one just hit...

**+14257702759**  
11/24/2014 21:20

We need to add 501c3 business application to the schedule this week...

**Me**  
11/24/2014 21:20

Yep, I know you've been watching closely. I'm back and have Mongolian grill

**+14257702759**  
11/24/2014 21:20

We need to get a registered co-op... Non profit is the best, but if it's going to take time to sportive, we will just run a regular llc

**+14257702759**  
11/24/2014 21:22

Ok, This slowed me slightly.... I'll grab my laptop and head to you so we can talk at the same time...

**+14257702759**  
11/24/2014 21:24

Check email are you getting a couple messages from me?



3/17/2015 18:10
Easy damn

**Me**  3/17/2015 19:12
▓ will be over about 2 or before

**Me**  3/17/2015 20:07
We need to be 502 by June 2016

**Me**  3/17/2015 20:09
If we want to be able to sell in disp, otherwise P2P medical

**Me**  3/17/2015 21:20
Grab 3 of those orange chicken chow Mein bowls

**+14257702759**  3/17/2015 21:20
I

**+14257702759**  3/17/2015 21:20
K

**+14257702759**  3/18/2015 03:48
▓

**+14257702759**  4/29/2015 05:37

That's the thing... Bitcoin can be 100% anonymous. If setup correctly ... Once a week we dump all excess profit into an offline wallet, but first run it through a wash service...

**Me**  4/29/2015 05:39

I mean in setting up the website, and how that tracks back etc. How we pay for the hosting service

**Me**  4/29/2015 05:41

Good

**Me**  4/29/2015 05:41

We need that setup tomorrow

**+14257702759**  4/29/2015 05:43

I've kept up on the development of Bitcoin and altcoins... Bitcoin wins the war of Altcoins hands down... There is just WAY too much momentum and venture capital money being poured into Bitcoin technology development companies for it to be anything but Bitcoin... The people dumping all that money into it, are the major wall street players, international bankers, etc. it's the blockchain that's the holy grail...
They are going to start using blockchain for all sorts of shit! In fact the founder of overstock is 2 years into developing a program that lets companies sell stock direct to buyers without having to use the New York stock exchange, and pay all the brokers to take you public, etc. all transactions will reside in the Bitcoin blockchain

**+14257702759**  4/29/2015 05:43

Make the amazon list

**+14257702759**  5/14/2015 00:17

This shit needs to return income and profits! I dumped a chunk of change into this, knowing that the crops are where the profits are at... I allowed everyone to take home money from
The 120 pounds I bought, I have been dumping money in every single month, letting everyone get paid, except myself. We get robbed by a dude that came in under an arrangement that didn't even have a real profit game plan, and as always, I'm sitting here holding the liability bag, without having seen a single dollar, and nobody is here to do the heavy lifting but me!
Tell your damn girlfriend to grow up! Come put in the work without complaint and help get this done! I'm telling you, the money is in the crops! Oil since and supplemental, but you take away the fact that I have heavily subsidized it, and it would not have been viable... We need to pay attention to the golden goose, and make that the priority. I don't want a bunch of kids running around here honking horns. Or people running around trying to be gangster wannabe's. None of these fucking people know a thing about business or how to make money they all are a bunch of talking heads and you need to listen to me and get down here and do what I'm saying, I know what will generate profit and what won't... This isn't a playground it's a god damn business!

**Me**  5/14/2015 00:25
I'm just finishing some pho and I'll be over.

**Me**  5/14/2015 00:25
Just got the big message

**+14257702759**  5/14/2015 01:36
Where r u? Let's just do tomorrow at this point its taking to long and I need to spend some time away from here so I don't go crazy...

**Me**  5/14/2015 01:38
[redacted] and getting a lecture

• • •



**Me** — 9/29/2015 02:42
What?

**+14257702759** — 9/29/2015 02:42
I'm going to feel her out, and try hard to get the processor license also...

**+14257702759** — 9/29/2015 02:42
She still has the tier 1 growers 502 and the processors 502 that she got from the lottery... They are getting ready to basically trade the growers tier 1 for 4-5 months of free rent in some shitty 400 square foot place in north Everett. I'm meeting with her tomorrow evening to try and take it away before they sign the deal...

**+14257702759** — 9/29/2015 02:44
They want the 400 square foot place to operate the processor... But they are both broke, and can't afford the equipment or anything, and they need to take action now basically or lose it

**+14257702759** — 9/29/2015 02:46
I know she wants to try and salvage the processor license, but she is feeling pretty defeated and worn out on the process... I think we could get both if we offered her a couple grand per month to just sail off into the sunset....

**Me** — 9/29/2015 02:46
Yeah hopefully

**+14257702759**

9/29/2015 02:46

But if she is dead set on keeping the processor, I'm pretty damn sure we can get the growers tier 1 for nothing other than some consulting and an agreement to do some grey deals together and work together...

**+14257702759**

9/29/2015 02:48

She has no clue about the corporate structure either, she set the LLC up in a way that is just flat out amateur hour...

**Me**

9/29/2015 02:48

That would be awesome

**+14257702759**

9/29/2015 02:52

The deal she is about to sign is simple, there is a place off marine view exit in Everett that's 502 certified, its a run down building that used to be a feed store... The owner is sectioning it off and trying to lease the sectioned off spaces to a few growers and processors... Because they can't even pull together the cash for a 400 square foot lease, the owner offered to give her 4-5 months free rent and claimed he could help her setup the corporation, in exchange for the tier 1 growers license... They're ready to do that deal and I told them not to, and to meet me tomorrow evening because We could offer something better...

**Me**

9/29/2015 02:52

That's a shit deal

**+14257702759**

9/29/2015 02:52

Set up the corporation does not include financing anythjng, simply giving his advice as a construction manager on setting up a corporation structure...

**+14257702759**

9/29/2015 02:54

