The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH JOHN RHULE,<br><br>Defendant. | No. CR20-105-JCC<br><br>**MOTION FOR A FINAL ORDER OF FORFEITURE**<br><br>NOTE ON MOTION CALENDAR:<br>March 10, 2023 |

The United States, by and through its undersigned counsel, moves pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(2) for a Final Order of Forfeiture forfeiting, to the United States, Defendant Kenneth John Rhule's interest in the following property:

1. The real property commonly known as 29428 181st Street SE, Monroe, Washington 98272, Snohomish County, Parcel No. 27081800202100 and all of its buildings, improvements, appurtenances, fixtures, attachments and easements, more particularly described as follows:

//

Motion for a Final Order of Forfeiture - 1
U.S. v. Kenneth John Rhule, CR20-105-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

LOT 12, AS SHOWN ON SURVEY RECORDED IN VOLUME 14 OF SURVEYS, PAGE 107, UNDER SNOHOMISH COUNTY RECORDING NO. 8107085004, RECORDS OF SNOHOMISH COUNTY, WASHINGTON, BEING LOCATED IN SECTION 18, TOWNSHIP. 27 NORTH, RANGE 8 EAST, W.M, IN SNOHOMISH COUNTY, WASHINGTON; and

2. The real property commonly known as 29424 181st Street SE, Monroe, Washington 98272, Snohomish County, Parcel No. 27081800200200 and all of its buildings, improvements, appurtenances, fixtures, attachments and easements, more particularly described as follows:

LOT 11, AS SHOWN ON SURVEY RECORDED IN VOLUME 14 OF SURVEYS, PAGE 107, UNDER SNOHOMISH COUNTY RECORDING NO. 8107085004, RECORDS OF SNOHOMISH COUNTY, WASHINGTON, BEING LOCATED IN SECTION 18, TOWNSHIP. 27 NORTH, RANGE 8 EAST, W.M, IN SNOHOMISH COUNTY, WASHINGTON.

This motion is based on the following procedural facts, which are reflected in the pleadings filed and orders entered in this matter, as well as the supporting declaration of Assistant United States Attorney ("AUSA") Krista K. Bush.

On February 23, 2022, the Defendant entered a plea of guilty to Conspiracy to Manufacture or Distribute Marijuana, as a lesser included offense to the offense charged in Count 8 of the Indictment, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846. Dkt. No. 127. In his Plea Agreement, the Defendant agreed to forfeit, pursuant to 21 U.S.C. § 853(a), all proceeds of and property used, or intended to be used, to commit or to facilitate his commission of the offense, including the above-identified real properties ("Real Properties"). *Id.* ¶ 12. The Defendant specifically admitted that the Real Properties facilitated the drug conspiracy. *Id.* ¶¶ 8(d)-(e), 12. On May 31, 2022, the Court entered a Preliminary Order of Forfeiture finding the Real Properties forfeitable pursuant to 21 U.S.C. § 853(a) and forfeiting the Defendant's interest in them. Dkt. No. 146.

Motion for a Final Order of Forfeiture - 2
*U.S. v. Kenneth John Rhule,* CR20-105-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Thereafter, as required by 21 U.S.C. § 853(n)(l) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the Preliminary Order of Forfeiture and its intent to dispose of the Real Properties in accord with governing law. Dkt. No. 153. That notice informed any third parties claiming an interest in the Real Properties that they were required to file a petition with the Court within 60 days of the notice's first publication on June 1, 2022. *Id.* As required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States sent notice and a copy of the Preliminary Order to potential claimants. *See* Declaration of AUSA Krista K. Bush, ¶¶ 2-4, Exhibits A-E. As provided by 21 U.S.C. § 853(n)(2), the notice informed the recipients that if they wanted to assert an interest in the Real Properties, they were required to file a petition within 30 days. *See id.* At least one notice to each potential claimant was successfully delivered. *See id.* The last of the notices was delivered on January 30, 2023. *See id.* No third-party claims were filed and the relevant period for doing so has now expired. *See* 21 U.S.C. § 853(n)(2), Fed. R. Crim. P. 32.2(b)(6), and Fed. R. Civ. P., Supp. R. G(5)(a)(ii).

//

//

//

//

//

Motion for a Final Order of Forfeiture - 3
*U.S. v. Kenneth John Rhule,* CR20-105-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

As the Defendant's rights in the Real Properties have been forfeited to the United States and ancillary proceedings have now concluded, the United States respectfully requests the Court enter a Final Order forfeiting them to the United States. A proposed order is submitted with this motion.

DATED this 2nd day of March, 2023.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Motion for a Final Order of Forfeiture - 4
*U.S. v. Kenneth John Rhule,* CR20-105-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2023, I electronically filed the foregoing Motion for Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

*s/ Donna R. Taylor*
DONNA R. TAYLOR
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-4132
Fax: (206) 553-6934
Donna.R.Taylor@usdoj.gov

Motion for a Final Order of Forfeiture - 5
*U.S. v. Kenneth John Rhule,* CR20-105-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970