The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

KENNETH JOHN RHULE, and
KENNETH WARREN RHULE,

Defendants.

No. CR20-105-JCC

**DECLARATION OF
AUSA KRISTA K. BUSH
IN SUPPORT OF A
FINAL ORDER OF FORFEITURE**

I, KRISTA K. BUSH, declare and say:

1.  I am a duly appointed Assistant United States Attorney ("AUSA") for the Western District of Washington. I am assigned to the above-captioned case, along with AUSAs Casey Conzatti and Philip Kopczynski.

2.  The United States reviewed the relevant investigative materials to identify potential third-party claimants to the real properties forfeited by Defendant Kenneth John Rhule and Defendant Kenneth Warren Rhule.

    a.  Frontline, LLC purchased the real properties in 2016. *See* Dkt. 48, pp. 26-28, 31. Defendant Kenneth John Rhule is, and has been for several years, the managing member of Frontline, LLC. *See id.* Defendant Kenneth John Rule signed all of the escrow paperwork and other documents necessary to purchase the real properties in

Declaration of AUSA Bush in Support of - 1
Motion for Final Order of Forfeiture
*U.S. v. Kenneth John Rhule,* CR20-105-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2016. *See id.* At one time, V.G. was identified as a member of Frontline, LLC; however, Defendant Kenneth John Rhule has denied that V.G. has an ownership interest in Frontline, LLC or the real properties owned by the entity. *See id.* Harvard Business Services, Inc. was the initial "Authorized Person" of Frontline, LLC, but resigned this role on or about March 14, 2016. *See id.*

        b.     In an abundance of caution, the United States also identified as potential claimants other family members who may have associations with Frontline, LLC: L.H., C.R., and O.R.

     3.     On January 24, 2023, the United States sent direct notice of the pending forfeitures to those four potential claimants at their last-known addresses. At least one notice was successfully delivered to each potential claimant.

        a.     <u>Frontline, LLC</u>. The United States sent notices to nine addresses associated with Frontline, LLC: five physical locations associated with the company, two identified registered agents, and two addresses associated with V.G., an individual named as a responsible party on some company documents.

          (1)     Notices sent to two of the five physical locations were delivered between January 27, 2023 and January 28, 2023; the other three notices were returned as "not deliverable as addressed" and "unable to forward."

          (2)     A notice sent to United States Corporation Agents, Inc., as registered agent, was delivered on January 26, 2023.

          (3)     A notice sent to Harvard Business Services, Inc., as registered agent, was refused by the addressee on January 30, 2023.

          (4)     A notice sent to V.G. at a Michigan address was returned was returned as "not deliverable" and "unable to forward." Notice to an address in Russia could not be delivered because mail service to that country has been suspended.

Declaration of AUSA Bush in Support of - 2
Motion for Final Order of Forfeiture
*U.S. v. Kenneth John Rhule,* CR20-105-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

b.     L.H. The United States sent notices to two addresses associated with L.H. One notice was delivered on January 28, 2023. The other notice was returned as "unable to forward."

c.     C.R. The United States sent notices to seven addresses associated with C.R. Two of these notices were delivered on January 27, 2023. The other notices were returned as "undeliverable" and "unable to forward."

d.     O.R. The United States sent notices to six addresses associated with O.R. Two of these notices were delivered on January 26, 2023 and January 27, 2023. Three notices were returned as "not deliverable" and "unable to forward." Notice to an address in Russia could not be delivered because mail service to that country has been suspended.

4.     True and correct copies of the notice letters and associated delivery records are attached hereto a:s Frontline, LLC (Exhibits A and B), L.H. (Exhibit C); C.R. (Exhibit D); and O.R. (Exhibit E).

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 2nd day of March, 2023, at Seattle, Washington.

    *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Declaration of AUSA Bush in Support of - 3
Motion for Final Order of Forfeiture
*U.S. v. Kenneth John Rhule,* CR20-105-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 2, 2023, I electronically filed the foregoing Declaration with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

                               *s/ Donna R. Taylor*
                            DONNA R. TAYLOR
                            FSA Paralegal III, Contractor
                            United States Attorney's Office
                            700 Stewart Street, Suite 5220
                            Seattle, Washington 98101
                            Phone: (206) 553-4132
                            Fax: (206) 553-6934
                            Donna.R.Taylor@usdoj.gov

Declaration of AUSA Bush in Support of - 4
Motion for Final Order of Forfeiture
*U.S. v. Kenneth John Rhule,* CR20-105-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970

# EXHIBIT A

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

Please reply to:
*Krista K. Bush*
*Assistant United States Attorney*
*Information Line: (206) 553-2242*

700 Stewart Street, Suite 5220   Tel:  (206) 553-7970
Seattle WA, 98101-1271         Fax: (206) 553-6934
www.usdoj.gov/usao/waw

January 24, 2023

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2119 0801 58**

Frontline, LLC
5636 South Tacoma Way
Tacoma, Washington   98409-4216

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2119 0801 65**

United States Corporation Agents, Inc.
Registered Agents for Frontline, LLC
14205 SE 36th St., Ste. 100-288
Bellevue, Washington   98006-1553

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2119 0801 72**

Frontline, LLC
1169 Grist Mill Lane
Mesquite, Nevada   89034-1136

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2119 0801 89**

Frontline, LLC
29424 181st St. SE.
Monroe, Washington   98272

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2119 0801 96**

Frontline, LLC
29428 181st St. SE.
Monroe, Washington   98272

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2119 0802 02**

Frontline, LLC
3614 183rd St. SE.
Bothell, Washington   98012

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2119 0802 19**

Frontline, LLC
V     F     G
Khabarovk, Russia  680013

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2119 0802 26**

Frontline, LLC
V     F     G
Grandville, Michigan   49418

**RE:   Notice of Property Preliminarily Forfeited in**
***United States v. Kenneth Warren Rhule and Kenneth John Rhule,***
**Case No. CR20-100-RSL**
**United States District Court for the Western District of Washington**

Dear Representative(s)/Responsible Party(ies) of Frontline, LLC,

This letter is to notify you that the property identified in the two enclosed Preliminary Orders of Forfeiture is subject to forfeiture to the United States in the above-captioned federal prosecution. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and 21 United States Code ("U.S.C.") § 853(n)(1).

Before the property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it. The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B). If you believe you have such an interest in this property and want to contest the final forfeiture, you must file a petition within **30 days** of receiving this letter. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in the property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court. *See* 21 U.S.C. § 853(n)(2) & (3). We also recommend you reference the case title and number in your petition. You can file your petition by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101.

If you do file a petition, please also send a copy to me at the above address.

Thank you.

Sincerely,

NICHOLAS W. BROWN
United States Attorney


  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney



KB/dt
Enclosure

**USPS Tracking**®

FAQs >

Tracking Number:

Remove ✕

**9114902200852119080158**

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered in or at the mailbox at 2:09 pm on January 27, 2023 in TACOMA, WA 98409.

**Get More Out of USPS Tracking:**

      USPS Tracking Plus®

● **Delivered**
**Delivered, In/At Mailbox**
TACOMA, WA 98409
January 27, 2023, 2:09 pm

**Out for Delivery**
TACOMA, WA 98409
January 27, 2023, 6:10 am

**Arrived at Post Office**
TACOMA, WA 98409
January 27, 2023, 4:40 am

**Departed USPS Regional Facility**
TACOMA WA DISTRIBUTION CENTER
January 26, 2023, 4:08 am

**Arrived at USPS Regional Facility**
TACOMA WA DISTRIBUTION CENTER
January 25, 2023, 9:03 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 9:54 pm

**Hide Tracking History**

Feedback

**Text & Email Updates**                                                    ⌄

**USPS Tracking Plus®**                                                    ⌄

**USPS Tracking**®

FAQs >

**Tracking Number:**

Remove ✕

**9114902200852119080165**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 1:06 pm on January 26, 2023 in BELLEVUE, WA 98006.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
BELLEVUE, WA 98006
January 26, 2023, 1:06 pm

**Arrived at USPS Facility**
REDMOND, WA 98052
January 25, 2023, 7:07 pm

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 9:55 pm

**Hide Tracking History**

Feedback

Text & Email Updates                                     ⌄

USPS Tracking Plus®                                      ⌄

Product Information                                      ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

**USPS Tracking**®

FAQs >

Tracking Number:

Remove ✕

**9114902200852119080172**

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered in or at the mailbox at 9:58 am on January 28, 2023 in MESQUITE, NV 89034.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, In/At Mailbox**
MESQUITE, NV 89034
January 28, 2023, 9:58 am

**Out for Delivery**
MESQUITE, NV 89027
January 28, 2023, 7:29 am

**Arrived at Post Office**
MESQUITE, NV 89027
January 28, 2023, 7:18 am

**Departed USPS Regional Facility**
LAS VEGAS NV DISTRIBUTION CENTER
January 28, 2023, 12:24 am

**Arrived at USPS Regional Facility**
LAS VEGAS NV DISTRIBUTION CENTER
January 27, 2023, 1:05 pm

**In Transit to Next Facility**
January 26, 2023

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 10:04 pm

**Hide Tracking History**

Feedback

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 911490220085211908089

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:12 am on February 6, 2023 in SEATTLE, WA 98101.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
SEATTLE, WA 98101
February 6, 2023, 11:12 am

**Arrived at Post Office**
SEATTLE, WA 98101
February 6, 2023, 4:12 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 5, 2023, 7:21 pm

**In Transit to Next Facility**
February 4, 2023

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 3, 2023, 9:05 pm

**Out for Delivery**
MONROE, WA 98272
January 30, 2023, 6:17 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER ANNEX
January 29, 2023, 1:00 pm

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 29, 2023, 7:24 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 28, 2023, 11:22 am

**Forwarded**

Feedback

MONROE, WA
January 26, 2023, 8:26 am

**Out for Delivery**
MONROE, WA 98272
January 26, 2023, 7:43 am

**Arrived at Post Office**
MONROE, WA 98272
January 26, 2023, 7:32 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER ANNEX
January 25, 2023, 1:07 pm

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 10:03 pm

**Hide Tracking History**

---

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300



**UNITED STATES POSTAL SERVICE ®**

USPS TRACKING # SEATTLE WA 980

9114 9022 0085 2119 0801 89

US POSTAGE PITNEY BOWES
US OFFICIAL MAIL PENALTY FOR PRIVATE U...

ZIP 98101 $ 009.65⁰
02 4W
0001131800 JAN 24 2023

RECEIVED
FEB 2023
UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

Frontline, LLC
29424 181st St. SE.
Monroe, Washington 98272

NIXIE     980   DE 1        0002/03/23
            RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 98101127100    *1926-01140-24-44

_. 9327000012852980
_. 9374489952444417

98272>9811

**USPS Tracking**®

FAQs ›

**Tracking Number:**

Remove ✕

**9114902200852119080196**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 11:12 am on February 6, 2023 in SEATTLE, WA 98101.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
SEATTLE, WA 98101
February 6, 2023, 11:12 am

**Arrived at Post Office**
SEATTLE, WA 98101
February 6, 2023, 4:12 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 5, 2023, 7:21 pm

**In Transit to Next Facility**
February 4, 2023

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 3, 2023, 9:05 pm

**Out for Delivery**
MONROE, WA 98272
January 30, 2023, 6:17 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER ANNEX
January 29, 2023, 1:00 pm

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 29, 2023, 7:24 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 28, 2023, 11:22 am

**Forwarded**

Feedback

MONROE, WA
January 26, 2023, 8:26 am

**Out for Delivery**
MONROE, WA 98272
January 26, 2023, 7:43 am

**Arrived at Post Office**
MONROE, WA 98272
January 26, 2023, 7:32 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER ANNEX
January 25, 2023, 1:07 pm

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 10:06 pm

**Hide Tracking History**

---

**Text & Email Updates**  ⌄

**USPS Tracking Plus®**  ⌄

**Product Information**  ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



**U.S. Department of Justice**
United States Attorney's Office
*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300

UNITED STATES
POSTAL SERVICE®

USPS TRACKING #

9114 9022 0085 2119 0801 96

SEATTLE WA 980

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE ᴾᴮ PITNEY BOWES
ZIP 98101  $ 009.65⁰
02 4W
0001131800 JAN 24  2023

RECEIVED
FEB 06 2023
UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

Frontline, LLC
29428 181st St. SE.
Monroe, Washington 98272

NIXIE        980    DE 1        0002/03/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 98101443820    *1876-03095-24-44

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

## 9114902200852119080202

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to the original sender at 10:18 am on February 4, 2023 in SEATTLE, WA 98101.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

● **Delivered**
**Delivered, To Original Sender**
SEATTLE, WA 98101
February 4, 2023, 10:18 am

● **Out for Delivery**
SEATTLE, WA 98101
February 4, 2023, 6:10 am

● **Arrived at Post Office**
SEATTLE, WA 98101
February 4, 2023, 4:34 am

● **Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 3, 2023, 5:39 pm

● **Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 3, 2023, 4:02 am

● **Moved, Left no Address**
BOTHELL, WA 98012
February 1, 2023, 10:25 am

● **Out for Delivery**
BOTHELL, WA 98012
February 1, 2023, 6:10 am

● **Arrived at Post Office**
BOTHELL, WA 98012
February 1, 2023, 4:16 am

● **Arrived at USPS Facility**
REDMOND, WA 98052
January 31, 2023, 2:24 pm

Feedback

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
January 31, 2023, 9:20 am

**Arrived at USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
January 30, 2023, 11:45 am

**Forwarded**

BOTHELL, WA
January 27, 2023, 4:29 pm

**Out for Delivery**

BOTHELL, WA 98012
January 26, 2023, 8:11 am

**Arrived at Post Office**

BOTHELL, WA 98012
January 26, 2023, 8:00 am

**Arrived at USPS Facility**

REDMOND, WA 98052
January 25, 2023, 12:27 pm

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

**Arrived at USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 10:37 pm

**Hide Tracking History**

---

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300

**UNITED STATES POSTAL SERVICE ®**

USPS TRACKING #    SEATTLE WA 980

24 JAN 2023 PM 3 L

9114 9022 0085 2119 0802 02

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE ᴾᴮ PITNEY BOWES

ZIP 98101    $ 009.65⁰
02 4W
0001131800 JAN 24 2023

**RECEIVED**

**FEB 0 6 2023**

**UNITED STATES ATTORNEY**
**SEATTLE, WASHINGTON**

Return to
Sender

WTF

No longer at
address

Frontline, LLC
3614 183rd St. SE.
Bothell, Washington

NIXIE        980    DE 1          0002/03/23
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 98101127100    *1926-02464-24-45

INTK: 9352200009

UTF

98012>9999

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9114902200852119080226

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 12:41 pm on January 30, 2023 in GRANDVILLE, MI 49418.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, In/At Mailbox**
GRANDVILLE, MI 49418
January 30, 2023, 12:41 pm

**Out for Delivery**
JENISON, MI 49428
January 30, 2023, 6:10 am

**Arrived at Post Office**
JENISON, MI 49428
January 30, 2023, 3:18 am

**Departed USPS Regional Facility**
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX
January 28, 2023, 5:39 pm

**Arrived at USPS Regional Facility**
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX
January 28, 2023, 10:30 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 9:55 pm

**Hide Tracking History**

Feedback

Text & Email Updates                                          ⌄

USPS Tracking Plus®                                           ⌄



**U.S. Department of Justice**

United States Attorney's Office
Western District of Washington

700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

Official Business
Penalty for Private Use $300

UNITED STATES
POSTAL SERVICE®

**USPS TRACKING #** SEATTLE WA 980

24 JAN 2023 PM 6

9114 9022 0085 2119 0802 26

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE PITNEY BOWES

ZIP 98101    **$ 009.65**
02 4W
0001131800 JAN 24  2023

RECEIVED
FEB 27 2023
UNITED STATES ATTORNEY

NAME
1ST NOTICE
2ND NOTICE
RETURN

KRISTA B -

Frontline, LLC
V___ F___ G___

gan

**Return to Sender**
(Canceled Mailbox # ___)

NIXIE    48233  02/13/2023

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
SORT IN MANUAL ONLY NO AUTOMATION
BC: 56998999955

WD

# ≡USPS.COM®   Retail Postage Price Calculator

**What's the destination country?**

Russia

At this time, all mail services to Russia are not available.

**What's the value of the item being mailed?**

Item's Value or Leave Empty for Letter Shape Mail

For letter-shaped mail, value must be $0.00

**What's the Date you plan to mail the item?**       **What's the Time you plan to mail the item?**

1/24/2023                                          between 12:00 p.m. - 12:30 p.m.

**What are you Mailing?**

☐ Only Nonnegotiable Document(s)

**Please select from the following options**

Post Card                PRIORITY mail              PRIORITY MAIL
                         FLAT RATE ENVELOPE         FLAT RATE BOX

Calculate Postcard       View Flat Rate             View Flat Rate        Calculate price
price                    Envelopes                  Boxes                 based on Shape
                                                                          and Size



# Retail Calculator



Video Library

**What's the destination country?**

| Russia | ⌄ |

At this time, all mail services to Russia are not available.

**What's the value of the item being mailed?**

| Item's Value or Leave Empty for Letter Shape Mail |

For letter-shaped mail, value must be $0.00

**What's the Date you plan to mail the item?**

| 2/17/2023 |

**What's the Time you plan to mail the item?**

| between 4:00 p.m. - 4:30 p.m. | ⌄ |

**What are you Sending?**

☐ Only Nonnegotiable Document(s)

# EXHIBIT B

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

---

*Please reply to:*
Krista K. Bush                                                        *700 Stewart Street, Suite 5220*    *Tel:  (206) 553-7970*
*Assistant United States Attorney*                                   *Seattle WA, 98101-1271*            *Fax: (206) 553-6934*
*Information Line: (206) 553-2242*                                   *www.usdoj.gov/usao/waw*

January 24, 2023

***Via Priority U.S. Mail with Tracking***
**Tracking Number**: 9114 9022 0085 2119 0801 41

Harvard Business Services, Inc.
As Registered Agent for Frontline, LLC
16192 Coastal Hwy
Lewes, Delaware   19958

> **RE:**    **Notice of Property Preliminarily Forfeited in**
> ***United States v. Kenneth Warren Rhule and Kenneth John Rhule,***
> **Case No. CR20-100-RSL**
> **United States District Court for the Western District of Washington**

Dear Harvard Business Services, Inc.,

This letter is to notify you, as registered agent for Frontline, LLC, that the property identified in the two enclosed Preliminary Orders of Forfeiture is subject to forfeiture to the United States in the above-captioned federal prosecution. We are sending this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and 21 United States Code ("U.S.C.") § 853(n)(1).

Before the property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it. The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B). If Frontline, LLC believes it has such an interest in this property and wants to contest the final forfeiture, Frontline, LLC must file a petition within **30 days** of receiving this letter. *See* 21 U.S.C. § 853(n)(2). Frontline, LLC's petition must be signed, under penalty of perjury, by a company representative with signing authority or a legal representative. It must also state the nature and extent of Frontline LL's interest in the property (including the time and circumstances under which it acquired its interest and any additional facts to support it) and must be filed with the Court. *See* 21 U.S.C. § 853(n)(2) & (3). We also recommend Frontline, LLC reference the case title and number in its

petition. Frontline, LLC can file its petition by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101.

If Frontline, LLC files a petition, please also send a copy to me at the above address.

Thank you.

Sincerely,

NICHOLAS W. BROWN
United States Attorney


 *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney




KB/dt
Enclosure

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9114902200852119080141

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was refused by the addressee at 11:31 am on January 31, 2023 in LEWES, DE 19958 and is being returned to the sender.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Alert**
**Refused**
LEWES, DE 19958
January 31, 2023, 11:31 am

**Refused**
LEWES, DE 19958
January 30, 2023, 12:52 pm

**Arrived at Post Office**
REHOBOTH BEACH, DE 19971
January 30, 2023, 8:24 am

**Departed USPS Regional Facility**
WILMINGTON DE DISTRIBUTION CENTER
January 29, 2023, 1:03 pm

**Arrived at USPS Regional Facility**
WILMINGTON DE DISTRIBUTION CENTER
January 29, 2023, 9:21 am

**In Transit to Next Facility**
January 28, 2023

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 10:08 pm

**Hide Tracking History**

Feedback



**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300

**UNITED STATES**
**POSTAL SERVICE ●**

**USPS TRACKING #**   SEATTLE WA 980

JAN 2023 PM 6

9114 9022 0085 2119 0801 41

**REFUSED**

US POSTAGE

ZIP 981
02 4W   $ 00S.65
0001131800 JAN 24 2023

Harvard Business Services, Inc.
As Registered Agent for Frontline, LLC
16192 Coastal Hwy
Lewes, Delaware   19958

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 98101443820   *2226-00612-24-44

# EXHIBIT C



**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

*Please reply to:*
*Krista K. Bush*                                    *700 Stewart Street, Suite 5220*    *Tel:  (206) 553-7970*
*Assistant United States Attorney*                 *Seattle WA, 98101-1271*          *Fax: (206) 553-6934*
*Information Line: (206) 553-2242*                 *www.usdoj.gov/usao/waw*

January 24, 2023

**<u>*Via Priority U.S. Mail with Tracking*</u>**
**Tracking Number: 9114 9022 0085 2119 0802 40**

L     H

Bothell, Washington   98012

**<u>*Via Priority U.S. Mail with Tracking*</u>**
**Tracking Number: 9114 9022 0085 2119 0802 33**

L    H

Thonotosassa, Florida   33592-3952

      **RE:    Notice of Property Preliminarily Forfeited in**
            **_United States v. Kenneth Warren Rhule and Kenneth John Rhule,_**
            **Case No. CR20-100-RSL**
            **United States District Court for the Western District of Washington**

Dear L   H,

This letter is to notify you that the property identified in the two enclosed Preliminary Orders of Forfeiture, is subject to forfeiture to the United States in the above-captioned federal prosecution. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and 21 United States Code ("U.S.C.") § 853(n)(1).

Before the property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it. The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B). If you believe you have such an interest in this property and want to contest the final forfeiture, you must file a petition within **30 days** of receiving this letter. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in property (including the

time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court. *See* 21 U.S.C. § 853(n)(2) & (3). We also recommend you reference the case title and number in your petition. You can file your petition by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101.

If you do file a petition, please also send a copy to me at the above address.

Thank you.

Sincerely,

NICHOLAS W. BROWN
United States Attorney


  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney




KB/dt
Enclosure

# USPS Tracking®

FAQs >

Tracking Number:                                                    Remove ✕

## 9114902200852119080233

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 12:38 pm on January 28, 2023 in MIAMI, FL 33184.

Get More Out of USPS Tracking:
USPS Tracking Plus®

### Delivered
**Delivered, In/At Mailbox**
MIAMI, FL 33184
January 28, 2023, 12:38 pm

**Departed USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
January 27, 2023, 10:23 pm

**Arrived at USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
January 27, 2023, 8:39 am

**In Transit to Next Facility**
January 26, 2023

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 5:46 pm

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 9:53 pm

**Hide Tracking History**

Feedback

Text & Email Updates                                                  ⌄

USPS Tracking Plus®                                                    ⌄

Product Information                                                    ⌄

See Less ⌃

**USPS Tracking**®

FAQs >

Tracking Number:

**9114902200852119080240**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

**Latest Update**

Your item has been delivered to the original sender at 10:18 am on February 4, 2023 in SEATTLE, WA 98101.

---

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

● **Delivered**
**Delivered, To Original Sender**
SEATTLE, WA 98101
February 4, 2023, 10:18 am

● **Out for Delivery**
SEATTLE, WA 98101
February 4, 2023, 6:40 am

● **Arrived at Post Office**
SEATTLE, WA 98101
February 4, 2023, 6:29 am

● **Moved, Left no Address**
BOTHELL, WA 98012
February 2, 2023, 11:41 am

● **Moved, Left no Address**
BOTHELL, WA 98012
February 1, 2023, 10:25 am

● **Out for Delivery**
BOTHELL, WA 98012
February 1, 2023, 6:10 am

● **Arrived at Post Office**
BOTHELL, WA 98012
February 1, 2023, 4:16 am

● **Arrived at USPS Facility**
REDMOND, WA 98052
January 31, 2023, 2:24 pm

● **Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 31, 2023, 9:20 am

Feedback

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 30, 2023, 11:45 am

**Forwarded**
BOTHELL, WA
January 27, 2023, 4:29 pm

**Out for Delivery**
BOTHELL, WA 98012
January 26, 2023, 8:11 am

**Arrived at Post Office**
BOTHELL, WA 98012
January 26, 2023, 8:00 am

**Arrived at USPS Facility**
REDMOND, WA 98052
January 25, 2023, 12:31 pm

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 10:24 pm

**Hide Tracking History**

---

Text & Email Updates                                          ⌄

---

USPS Tracking Plus®                                           ⌄

---

Product Information                                           ⌄

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300

Return
To Sender
No longer at
address

UNITED STATES
POSTAL SERVICE®

USPS TRACKING #        SEATTLE WA 980

9114 9022 0085 2119 0802 40

US POSTAGE
ZIP 98101   $ 009.65
02 4W
0001731800 JAN 24

RECEIVED
FEB 06 2023
UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

L█████ H█████
█████████
Bothell, Washington  98012

98012-RFS-1N          02/02/23
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

* R F S *

# EXHIBIT D



**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

*Please reply to:*
*Krista K. Bush*
*Assistant United States Attorney*
*Information Line: (206) 553-2242*

*700 Stewart Street, Suite 5220*   *Tel:  (206) 553-7970*
*Seattle WA, 98101-1271*   *Fax: (206) 553-6934*
*www.usdoj.gov/usao/waw*

January 24, 2023

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2119 0800 66**

C        R

Mill Creek, WA.   98012-1603

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2119 0800 80**

C        R

Thonotosassa, FL.   33592-3952

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2119 0800 97**

C        R    .

Lutz, FL.   33549-4141

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2119 0801 03**

C        R

Wesley Chapel, FL.   33544-7832

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2119 0801 10**

C        R

Riverview, FL.   33579-4015

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2119 0801 27**

C        R

Tampa, FL.   33604-6059

***Via Priority U.S. Mail with Tracking***
**Tracking Number: 9114 9022 0085 2119 0801 34**

C        R

Brandon, FL.   33510-3824

**RE:   Notice of Property Preliminarily Forfeited in**
***United States v. Kenneth Warren Rhule and Kenneth John Rhule,***
**Case No. CR20-100-RSL**
**United States District Court for the Western District of Washington**

Dear C  R ,

This letter is to notify you that the property identified in the two enclosed Preliminary Orders of Forfeiture, is subject to forfeiture to the United States in the above-captioned federal prosecution. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and 21 United States Code ("U.S.C.") § 853(n)(1).

Before the property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it. The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B). If you believe you have such an interest in this property and want to contest the final forfeiture, you must file a petition within **30 days** of receiving this letter. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in the property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court. *See* 21 U.S.C. § 853(n)(2) & (3). We also recommend you reference the case title and number in your petition. You can file your petition by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101.

If you do file a petition, please also send a copy to me at the above address.

Thank you.

Sincerely,

NICHOLAS W. BROWN
United States Attorney


 *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney



KB/dt
Enclosure

**USPS Tracking**®

FAQs >

Tracking Number:

Remove ✕

**9114902200852119080080**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 11:42 am on January 27, 2023 in THONOTOSASSA, FL 33592.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, In/At Mailbox**
THONOTOSASSA, FL 33592
January 27, 2023, 11:42 am

**Departed USPS Facility**
TAMPA, FL 33630
January 27, 2023, 1:02 am

**Arrived at USPS Facility**
TAMPA, FL 33630
January 26, 2023, 7:42 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 10:46 pm

**Hide Tracking History**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9114902200852119080097

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 12:04 pm on January 27, 2023 in LUTZ, FL 33549.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, In/At Mailbox**
LUTZ, FL 33549
January 27, 2023, 12:04 pm

**Departed USPS Facility**
TAMPA, FL 33630
January 26, 2023, 6:46 pm

**Arrived at USPS Facility**
TAMPA, FL 33630
January 26, 2023, 7:42 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 10:34 pm

**Hide Tracking History**

Feedback

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9114902200852119080066

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:59 am on January 26, 2023 in BOTHELL, WA 98012.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**
BOTHELL, WA 98012
January 26, 2023, 9:59 am

**Out for Delivery**
BOTHELL, WA 98012
January 26, 2023, 8:11 am

**Arrived at Post Office**
BOTHELL, WA 98012
January 26, 2023, 8:00 am

**Arrived at USPS Facility**
REDMOND, WA 98052
January 25, 2023, 12:31 pm

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 10:23 pm

Hide Tracking History

Feedback

Text & Email Updates                                              ⌄

USPS Tracking Plus®                                               ⌄

Product Information                                               ⌄

See Less ⌃



**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

Official Business
Penalty for Private Use $300

C███ R████
████████████████
Mill Creek, WA.   98012-1603

98012-160399

**USPS Tracking**®

FAQs >

Tracking Number:

Remove ✕

**9114902200852119080103**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item is out for delivery on February 2, 2023 at 6:10 am in SEATTLE, WA 98101.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Out for Delivery

● **Out for Delivery**
SEATTLE, WA 98101
February 2, 2023, 6:10 am

**Arrived at Post Office**
SEATTLE, WA 98101
February 2, 2023, 4:56 am

**Arrived at USPS Facility**
SEATTLE, WA 98101
February 2, 2023, 3:56 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 2, 2023, 3:30 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 2, 2023, 3:05 am

**Departed USPS Regional Facility**
SEATTLE WA NETWORK DISTRIBUTION CENTER
February 2, 2023, 1:13 am

**Arrived at USPS Regional Facility**
SEATTLE WA NETWORK DISTRIBUTION CENTER
February 1, 2023, 8:29 pm

**Return to Sender Processed**
ZEPHYRHILLS, FL 33542
January 30, 2023, 9:49 am

**Forwarded**
WESLEY CHAPEL, FL
January 28, 2023, 2:23 pm

Feedback

**Departed USPS Facility**

TAMPA, FL 33630
January 26, 2023, 6:23 pm

**Arrived at USPS Facility**

TAMPA, FL 33630
January 26, 2023, 7:42 am

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

**Arrived at USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 9:54 pm

**Hide Tracking History**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



**U.S. Department of Justice**
United States Attorney's Office
*Western District of Washington*

700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

Official Business
Penalty for Private Use $300

**UNITED STATES POSTAL SERVICE ®**

**USPS TRACKING #**   SEATTLE WA 980

24 JAN 2023 PM 6

9114 9022 0085 2119 0801 03

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE PITNEY BOWES
ZIP 98101   $ 009.65
02 4W
0001131800 JAN 24 2023

RECEIVED

FEB 02 2023

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

Not at this address

-R-T-S-  33544-RFS-1N  *91 01/30/23

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

**R F S**

KRISTA B.

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 91149022008521119080110

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item is out for delivery on February 8, 2023 at 6:10 am in SEATTLE, WA 98101.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Out for Delivery

**Out for Delivery**
SEATTLE, WA 98101
February 8, 2023, 6:10 am

**Arrived at Post Office**
SEATTLE, WA 98101
February 8, 2023, 4:43 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 7, 2023, 4:24 pm

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 7, 2023, 4:06 am

**In Transit to Next Facility**
February 6, 2023

**Departed USPS Regional Facility**
FORT MYERS FL DISTRIBUTION CENTER
February 2, 2023, 8:46 am

**Arrived at USPS Regional Facility**
FORT MYERS FL DISTRIBUTION CENTER
February 1, 2023, 12:05 am

**Addressee Unknown**
RIVERVIEW, FL 33579
January 30, 2023, 4:24 pm

**Delivered, In/At Mailbox**
RIVERVIEW, FL 33579
January 27, 2023, 1:00 pm

**Departed USPS Facility**

Feedback

TAMPA, FL 33630
January 26, 2023, 7:37 pm

**Arrived at USPS Facility**
TAMPA, FL 33630
January 26, 2023, 7:42 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 9:54 pm

**Hide Tracking History**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



**U.S. Department of Justice**

United States Attorney's Office

*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300

**UNITED STATES POSTAL SERVICE ®**

**USPS TRACKING #**   SEATTLE WA 980

24 JAN 2023 PM 6

9114 9022 0085 2119 0801 10

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
**US POSTAGE** PITNEY BOWES

ZIP 98101   **$ 009.65**
02 4W
0001131800 JAN 24 2023

**RECEIVED**

FEB 08 2023

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

C████ R███
████████████
Riverview, FL.  33579-4015

*not at*
*this address*

KRISKA B.

NIXIE        339   DE 1        0002/01/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 9810144382Ø        *2226-07711-24-43

**USPS Tracking**®

FAQs >

**Tracking Number:**

Remove ✕

**9114902200852119080127**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item is out for delivery on February 7, 2023 at 6:10 am in SEATTLE, WA 98101.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Out for Delivery**

**Out for Delivery**
SEATTLE, WA 98101
February 7, 2023, 6:10 am

**Arrived at Post Office**
SEATTLE, WA 98101
February 7, 2023, 3:51 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 6, 2023, 3:29 pm

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 6, 2023, 4:15 am

**In Transit to Next Facility**
February 3, 2023

**Departed USPS Regional Facility**
FORT MYERS FL DISTRIBUTION CENTER
January 30, 2023, 5:56 am

**Arrived at USPS Regional Facility**
FORT MYERS FL DISTRIBUTION CENTER
January 29, 2023, 11:38 pm

**Forward Expired**
TAMPA, FL 33604
January 27, 2023, 3:01 pm

**Departed USPS Facility**
TAMPA, FL 33630
January 27, 2023, 2:48 am

**Arrived at USPS Facility**

Feedback

TAMPA, FL 33630
January 26, 2023, 7:42 am

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

**Arrived at USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 10:16 pm

**Hide Tracking History**

---

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300

USPS TRACKING #

9114 9022 0085 2119 0801 27

C█████ R████
Tampa, FL. 33604-60██

NIXIE        339    FE 1        0001/29/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 98101443999    *1826-07251-24-44

RE████D

FEB 07 2023

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
**US POSTAGE** PITNEY BOWES

ZIP 98101
02 4W        $ 009.65⁰
0001131800 JAN 24 2023

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9114902200852119080134

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 12:12 pm on January 27, 2023 in BRANDON, FL 33510.

Get More Out of USPS Tracking:
    USPS Tracking Plus®

● **Delivered**
**Delivered, In/At Mailbox**
BRANDON, FL 33510
January 27, 2023, 12:12 pm

● **Departed USPS Facility**
TAMPA, FL 33630
January 26, 2023, 8:46 pm

● **Arrived at USPS Facility**
TAMPA, FL 33630
January 26, 2023, 7:42 am

● **Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

● **Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 10:47 pm

● **Hide Tracking History**

Feedback

| Text & Email Updates | ⌄ |
| --- | --- |

| USPS Tracking Plus® | ⌄ |
| --- | --- |

| Product Information | ⌄ |
| --- | --- |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers



**U.S. Department of Justice**

United States Attorney's Office
Western District of Washington

700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

Official Business
Penalty for Private Use $300

UNITED STATES
POSTAL SERVICE ®

USPS TRACKING #

9114 9022 0085 2119 0801 34

SEATTLE WA 980
24 JAN 2023 PM 3

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE and PITNEY BOWES
ZIP 98101 $ 009.65⁰
02 4W
0001131800 JAN 24 2023

RECEIVED

FEB 08 2024

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

Not at address
Return to sender

C___ R___
Brandon, FL. 33510-3___

NIXIE      339    FE 1       0001/31/23

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 98101127100      *1926-04831-24-45

ANK
33510-382406    98101>1271

# EXHIBIT E



**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

| | |
|---|---|
| *Please reply to:* | |
| Krista K. Bush | *700 Stewart Street, Suite 5220   Tel: (206) 553-7970* |
| *Assistant United States Attorney* | *Seattle WA, 98101-1271   Fax: (206) 553-6934* |
| *Information Line: (206) 553-2242* | *www.usdoj.gov/usao/waw* |

January 24, 2023

**_Via Priority U.S. Mail with Tracking_**
**Tracking Number: 9114 9022 0085 2119 0802 64**

O███ V██████ G█████ R████
c/o Barry L Flegenheimer, Atty.
Bell Flegenheimer
119 1st Ave S., Suite 500
Seattle, Washington   98104

**_Via Priority U.S. Mail with Tracking_**
**Tracking Number: 9114 9022 0085 2119 0802 88**

O███ V██████ G█████ R████
c/o Peter Offenbecher, Atty.
Skellenger Bender, PS
1301 5th Ave., Ste 3401
Seattle, Washington   98101-2605

**_Via Priority U.S. Mail with Tracking_**
**Tracking Number: 9114 9022 0085 2119 0803 01**

O██ V███████ G██████ R██
█████████████
Monroe, Washington   98272

**_Via Priority U.S. Mail with Tracking_**
**Tracking Number: 9114 9022 0085 2119 0802 57**

O██ V███████ G██████ R██
█████████████
Monroe, Washington   98272

**_Via Priority U.S. Mail with Tracking_**
**Tracking Number: 9114 9022 0085 2119 0802 71**

O██ V███ G███ R███
█████████████
Woodinville, Washington   98077

**_Via Priority U.S. Mail with Tracking_**
**Tracking Number: 9114 9022 0085 2119 0802 95**

O██ V██ G████ R███
c/o V████ G████ ████████
█████████████
Khabarovk, Russia, 680013

   **RE:   Notice of Property Preliminarily Forfeited in**
   ***United States v. Kenneth Warren Rhule and Kenneth John Rhule,***
   **Case No. CR20-100-RSL**
   **United States District Court for the Western District of Washington**

Dear O███ R███,

This letter is to notify you that the property identified in the two enclosed Preliminary Orders of
Forfeiture, is subject to forfeiture to the United States in the above-captioned federal prosecution.
We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and
21 United States Code ("U.S.C.") § 853(n)(1).

Before the property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it. The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B). If you believe you have such an interest in this property and want to contest the final forfeiture, you must file a petition within **30 days** of receiving this letter. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in the property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court. *See* 21 U.S.C. § 853(n)(2) & (3). We also recommend you reference the case title and number in your petition. You can file your petition by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101.

If you do file a petition, please also send a copy to me at the above address.

Thank you.

Sincerely,

NICHOLAS W. BROWN
United States Attorney


  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney



KB/dt
Enclosure

**USPS Tracking**®

FAQs >

Remove ✕

Tracking Number:

**9114902200852119080264**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered in or at the mailbox at 12:41 pm on January 26, 2023 in SEATTLE, WA 98104.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, In/At Mailbox**
SEATTLE, WA 98104
January 26, 2023, 12:41 pm

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 2:01 pm

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 10:07 pm

**Hide Tracking History**

Feedback

| Text & Email Updates | ⌄ |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

**See Less ︿**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 9114902200852119080288

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 11:00 am on January 27, 2023 in SEATTLE, WA 98101.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

### Delivered

**Delivered, In/At Mailbox**
SEATTLE, WA 98101
January 27, 2023, 11:00 am

**See All Tracking History**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

**9114902200852119080257**

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:12 am on February 6, 2023 in SEATTLE, WA 98101.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**
SEATTLE, WA 98101
February 6, 2023, 11:12 am

**Arrived at Post Office**
SEATTLE, WA 98101
February 6, 2023, 4:12 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 5, 2023, 7:21 pm

**In Transit to Next Facility**
February 4, 2023

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 3, 2023, 9:05 pm

**Out for Delivery**
MONROE, WA 98272
January 30, 2023, 6:17 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER ANNEX
January 29, 2023, 1:05 pm

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 28, 2023, 11:22 am

**Forwarded**
MONROE, WA
January 26, 2023, 8:26 am

**Out for Delivery**

Feedback

MONROE, WA 98272
January 26, 2023, 7:43 am

**Arrived at Post Office**

MONROE, WA 98272
January 26, 2023, 7:32 am

**Arrived at USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER ANNEX
January 25, 2023, 1:08 pm

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

**Arrived at USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 9:59 pm

**Hide Tracking History**

---

Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                      ⌄

Product Information                                                      ⌄

See Less ⌃

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

| **FAQs** |



**U.S. Department of Justice**
United States Attorney's Office
*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300

**UNITED STATES**
**POSTAL SERVICE**®

**USPS TRACKING #** SEATTLE WA 980

9114 9022 0085 2119 0802 57

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
**US POSTAGE** AND PITNEY BOWES

ZIP 98101    $ 009.65
02 4W
0001131800 JAN 24 2023

**RECEIVED**

FEB 06 2023

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

O   V         G         R
Monroe, Washington  98272

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 98101443820      *1926-05817-24-43

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9114902200852119080271

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item is out for delivery on January 30, 2023 at 6:10 am in SEATTLE, WA 98101.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

### Out for Delivery

**Out for Delivery**
SEATTLE, WA 98101
January 30, 2023, 6:10 am

**Arrived at Post Office**
SEATTLE, WA 98101
January 30, 2023, 5:59 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 29, 2023, 5:35 pm

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 28, 2023, 10:46 am

**Moved, Left no Address**
WOODINVILLE, WA 98072
January 26, 2023, 10:58 am

**Forward Expired**
WOODINVILLE, WA 98077
January 26, 2023, 9:12 am

**Out for Delivery**
WOODINVILLE, WA 98072
January 26, 2023, 7:37 am

**Arrived at Post Office**
WOODINVILLE, WA 98072
January 26, 2023, 7:26 am

**Arrived at USPS Facility**
REDMOND, WA 98052
January 25, 2023, 9:01 pm

Feedback

● **Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

● **Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 9:44 pm

● **Hide Tracking History**

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                      ⌄

---

**Product Information**                                                      ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



U.S. Department of Justice

United States Attorney's Office
*Western District of Washington*

700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

Official Business
Penalty for Private Use $300

**UNITED STATES POSTAL SERVICE**

USPS TRACKING #

9114 9022 0085 2119 0802 71

SEATTLE WA 980

US POSTAGE PITNEY BOWES

ZIP 98101 $ 009.65⁰
02.4W
0001131800 JAN 24 2023

*exp Fwd*

RECEIVED

JAN 30 2023

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

O  V        G        R

Woodinville, Washin

KRISTA B.

NIXIE      980   FE 1        0001/28/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 98101127100      *2126-05216-24-43

UTF
98101>1271
98077-749620

# USPS Tracking®

FAQs ›

Tracking Number:

## 91149022008852119080301

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:12 am on February 6, 2023 in SEATTLE, WA 98101.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
SEATTLE, WA 98101
February 6, 2023, 11:12 am

**Arrived at Post Office**
SEATTLE, WA 98101
February 6, 2023, 4:12 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 5, 2023, 7:21 pm

**In Transit to Next Facility**
February 4, 2023

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 3, 2023, 9:05 pm

**Out for Delivery**
MONROE, WA 98272
January 30, 2023, 6:17 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER ANNEX
January 29, 2023, 1:05 pm

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 28, 2023, 11:22 am

**Forwarded**
MONROE, WA
January 26, 2023, 8:26 am

**Out for Delivery**

Feedback

MONROE, WA 98272
January 26, 2023, 7:43 am

**Arrived at Post Office**
MONROE, WA 98272
January 26, 2023, 7:32 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER ANNEX
January 25, 2023, 1:08 pm

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 25, 2023, 7:15 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 24, 2023, 9:55 pm

**Hide Tracking History**

---

Text & Email Updates   ⌄

USPS Tracking Plus®   ⌄

Product Information   ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300

UNITED STATES
POSTAL SERVICE®

USPS TRACKING# SEATTLE WA 980

24 JAN 2023 PM 3 L

Label 400 Jan 2013
7690-16-000-7949

9114 9022 0085 2119 0803 01

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE PITNEY BOWES

ZIP 98101 $ 009.65⁰
02 4W
0001131800 JAN 24 2023

RECEIVED

FEB 06 2023

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

Krista B.

O V        G        R
Monroe, Washingt

NIXIE        980    FE 1        0002/03/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 98101443820        *1926-05038-24-43

9327000012852980        UTF
98272>9811

**USPS.COM®**   Retail Postage Price Calculator

**What's the destination country?**

Russia ▾

At this time, all mail services to Russia are not available.

**What's the value of the item being mailed?**

Item's Value or Leave Empty for Letter Shape Mail

For letter-shaped mail, value must be $0.00

**What's the Date you plan to mail the item?**          **What's the Time you plan to mail the item?**

1/24/2023                                                          between 12:00 p.m. - 12:30 p.m. ▾

**What are you Mailing?**

☐ Only Nonnegotiable Document(s)

**Please select from the following options**



Calculate Postcard price



View Flat Rate Envelopes



View Flat Rate Boxes



Calculate price based on Shape and Size

 **USPS.COM**®

# Retail Calculator



Video Library

**What's the destination country?**

Russia

At this time, all mail services to Russia are not available.

**What's the value of the item being mailed?**

Item's Value or Leave Empty for Letter Shape Mail

For letter-shaped mail, value must be $0.00

**What's the Date you plan to mail the item?**

2/17/2023

**What's the Time you plan to mail the item?**

between 4:00 p.m. - 4:30 p.m.

**What are you Sending?**

☐ Only Nonnegotiable Document(s)