The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH JOHN RHULE, and<br>KENNETH WARREN RHULE,<br><br>Defendants. | No. CR20-105-JCC<br><br>**SUPPLEMENTAL DECLARATION OF AUSA KRISTA K. BUSH IN SUPPORT OF A FINAL ORDER OF FORFEITURE** |

I, KRISTA K. BUSH, declare and say:

1. I am a duly appointed Assistant United States Attorney ("AUSA") for the Western District of Washington. I am assigned to the above-captioned case, along with AUSAs Casey Conzatti and Philip Kopczynski. I respectfully submit this supplemental declaration to provide the Court with new information I received today about one of the letters sent to an address associated with potential claimant O.R., also known as O.G.

2. As noted in my initial declaration, Dkt. No. 158, the United States sent notice on January 24, 2023 to six addresses associated with potential claimant O.R. Three notices were returned as "not deliverable" and "unable to forward." Notice to an address in Russia could not be delivered because mail service to that country has been suspended. The two notices that were delivered were addressed to potential claimant O.R. in care of

Supplemental Declaration of AUSA Bush in Support of - 1
Motion for Final Order of Forfeiture
*U.S. v. Kenneth John Rhule,* CR20-105-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel for Defendant Kenneth John Rhule, Barry L. Flegenheimer and Peter Offenbecher. Those notices were delivered on January 26, 2023 and January 27, 2023.

3. On March 8, 2023, Mr. Offenbecher informed me that his office does not represent, is not in contact with, and does not accept service for potential claimant O.R. A true and correct copy of this letter, redacted to preserve the privacy of this potential claimant, is attached hereto as Exhibit A.

4. The United States has no other contact information for potential claimant O.R. and has exhausted all reasonable means of providing direct notice of the pending forfeiture to potential claimant O.R.

5. Revised proposed orders are provided with this supplemental declaration.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 8th day of March, 2023 at Seattle, Washington.

       *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Supplemental Declaration of AUSA Bush in Support of - 2
Motion for Final Order of Forfeiture
*U.S. v. Kenneth John Rhule,* CR20-105-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2023, I electronically filed the foregoing Supplemental Declaration with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

*s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Supplemental Declaration of AUSA Bush in Support of - 3
Motion for Final Order of Forfeiture
*U.S. v. Kenneth John Rhule,* CR20-105-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970