The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH JOHN RHULE,<br><br>Defendant. | No. CR20-0105-JCC<br><br>[~~PROPOSED~~]<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following real properties forfeited by the Defendant in this matter:

    1.    The real property commonly known as 29428 181st Street SE, Monroe, Washington 98272, Snohomish County, Parcel No. 27081800202100 and all of its buildings, improvements, appurtenances, fixtures, attachments and easements, more particularly described as follows:

LOT 12, AS SHOWN ON SURVEY RECORDED IN VOLUME 14 OF SURVEYS, PAGE 107, UNDER SNOHOMISH COUNTY RECORDING NO. 8107085004, RECORDS OF SNOHOMISH COUNTY, WASHINGTON, BEING LOCATED IN SECTION 18, TOWNSHIP. 27 NORTH, RANGE 8 EAST, W.M, IN SNOHOMISH COUNTY, WASHINGTON; and

2.      The real property commonly known as 29424 181st Street SE, Monroe, Washington 98272, Snohomish County, Parcel No. 27081800200200 and all of its buildings, improvements, appurtenances, fixtures, attachments and easements, more particularly described as follows:

LOT 11, AS SHOWN ON SURVEY RECORDED IN VOLUME 14 OF SURVEYS, PAGE 107, UNDER SNOHOMISH COUNTY RECORDING NO. 8107085004, RECORDS OF SNOHOMISH COUNTY, WASHINGTON, BEING LOCATED IN SECTION 18, TOWNSHIP. 27 NORTH, RANGE 8 EAST, W.M, IN SNOHOMISH COUNTY, WASHINGTON.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On May 31, 2022, the Court entered a Preliminary Order of Forfeiture finding the above-identified real properties forfeitable pursuant to 21 U.S.C. § 853(a) and forfeiting the Defendant's interest in them. Dkt. No. 146;

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 153) and sent direct notice to four potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Krista K. Bush in Support of Motion for a Final Order of Forfeiture, ¶¶ 2-4, Exhibits A-E);

- Subsequently, an individual who received one notice addressed to potential claimant O.R. informed the United States that they were not in contact with potential claimant O.R. (*see* Supplemental Declaration of AUSA Krista K. Bush in Support of Motion for a Final Order of Forfeiture);

//
//

Final Order of Forfeiture - 2
*U.S. v. Kenneth John Rhule,* CR20-105-JCC

• The United States has made reasonable efforts to provide direct notice to the four identified potential claimants (*see id.*); and,

• The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified real properties exists in any party other than the United States;

2. The above-identified real properties are fully and finally condemned and forfeited, in their entirety, to the United States;

3. The United States Department of Justice and/or their representatives, are authorized to dispose of the above-identified real properties as permitted by governing law; and

4. The Court will retain jurisdiction for the purpose of enforcing or amending this Final Order of Forfeiture as necessary pursuant to Fed. R. Crim. P. 32.2(e).

IT IS SO ORDERED.

DATED this 21st day of March 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 3
*U.S. v. Kenneth John Rhule,* CR20-105-JCC

1
2   Presented by:
3    *s/ Krista K. Bush*
4   KRISTA K. BUSH
    Assistant United States Attorney
5   United States Attorney's Office
    700 Stewart Street, Suite 5220
6   Seattle, Washington 98101
    Phone: (206) 553-2242
7   Fax: (206) 553-6934
8   Krista.Bush@usdoj.gov
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Final Order of Forfeiture - 4
*U.S. v. Kenneth John Rhule,* CR20-105-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970