THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH JOHN RHULE,<br><br>Defendant. | CASE NO. CR20-0105-JCC-2<br><br>ORDER |

This matter comes before the Court on attorneys Peter Offenbecher and Barry Flegenheimer's motions to withdraw as defense counsel to Kenneth John Rhule (Dkt. Nos. 171, 172). Finding good cause, the Court GRANTS the motions. It is hereby ORDERED that Mr. Offenbecher and Mr. Flegenheimer are granted leave to withdraw as counsel in this matter.

DATED this 20th day of May 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0105-JCC-2
PAGE - 1